```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
MD ODED GREENBERG,                                      :
                                                        :
                        Plaintiff,                      :
                                                        :                    **ORDER**
                -against-                               :
                                                        :              15 Civ. 2343 (PKC) (VMS)
STATE UNIVERSITY HOSPITAL,                              :
DOWNSTATE MEDICAL CENTER, and                           :
UNITED UNIVERSITY PROFESSIONS,                          :
                                                        :
                        Defendants.                     :
--------------------------------------------------------x
```

**VERA M. SCANLON, United States Magistrate Judge:**

The Honorable Pamela K. Chen has assigned this case to me for all pretrial purposes.

**Plaintiff will serve a copy of this Order to Defendants with the Summons and Complaint or, if those documents have already been served, by mail.**

### I.   Individual Rules

The District Judge and I have separate Individual Rules, which are available on the Court's website at https://www.nyed.uscourts.gov/judges-info.[1]  All Parties are required to follow these Individual Rules.

### II.   Service of the Complaint and Summons

The requirements for service of the Complaint and Summons are explained in Federal Rule of Civil Procedure 4.  Rule 4 provides, in part, that:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

---

[1] If a pro se Party is unable to access these Individual Rules online, that Party must so notify the Court by letter, and a copy of these Individual Rules will then be sent to the Party by mail.

Fed. R. Civ. P. 4(m).

The Court's records reflect that the Complaint in this action was filed on April 22, 2015. Accordingly, if proper service of the Complaint and Summons is not made upon the Defendants by **August 20, 2015**, or if Plaintiff fails to show good cause as to why such service has not been made, I will recommend that the District Judge dismiss this action without prejudice. After Defendants have been served, Plaintiff must file with the Court proof of service of the Complaint and Summons. Fed. R. Civ. P. 4(l)(1).

### III. Service and Filing of Other Papers

The service and filing of papers other than the Summons and the original Complaint is governed by Federal Rule of Civil Procedure 5, as well as by the applicable Individual Rules.

Although pro se Parties are automatically exempt from mandatory electronic filing, they are not exempt from the service and filing requirements of Rule 5.

In cases involving pro se Parties, Parties represented by counsel are still subject to mandatory electronic filing and must serve any filings on the pro se litigant(s) by mail.[2]

### IV. Consent for Electronic Service

If eligible, a pro se Party may choose to receive electronic notification of court-issued filings by 1) reading and completing the enclosed form titled "Instructions for Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases" and 2) returning it to the Court at the address listed on the form. This form is also available at https://www.nyed.uscourts.gov/forms/all-forms/prose_forms.

As explained on the form, if a pro se Party consents to electronic service, that Party will be sent notices of electronic filings via e-mail. As the Party will receive court-issued documents

---

[2] Service by mail is not required if the pro se litigant has consented to electronic service, as described infra.

only in electronic form, the Party must maintain a valid e-mail address and regularly check his/her e-mail.³  By consenting to electronic service, the Party waives his/her right to receive service of court-issued documents by mail.

### V.      Change of Address

Pro se Parties are required to advise the Clerk of Court of any change of address, telephone number or email address.  A pro se Party's failure to keep the Court so informed means the Court may be unable to contact him/her, which may result in the dismissal of the case or a finding of default.

### VI.     The Pro Se Office

A pro se Party may contact the Pro Se Office at (718) 613-2665 or visit the Court's website at https://www.nyed.uscourts.gov/self-representation for general information regarding court procedures.  Corporations may not proceed pro se and must be represented by counsel.

### VII.    Procedure Following Service

Following service, Defendants must timely answer or move for relief.  All Parties are informed that at the outset of this case, the Court will inquire as to whether it has subject matter jurisdiction over each Defendant or whether any Defendant is immune from suit in federal Court.

**SO ORDERED.**

Dated: April 29, 2015
      Brooklyn, New York

*Vera M. Scanlon*
VERA M. SCANLON
United States Magistrate Judge

---

³ If a pro se Party has more than one action pending before the Court, the Party must complete a separate Registration and Consent form for each case in which he/she wants to receive electronic notifications.