AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Oded Greenberg, M.D. )
*Plaintiff* )
v. ) Civil Action No. 15 CV 2343 (PKC/VMS)
State University Hospital, Downstate Medical Center, )
et al. (see attached list), )
*Defendant* )

## SUMMONS IN A CIVIL ACTION
(amended complaint)

To: *(Defendant's name and address)*  See attached list

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric M. Nelson
Attorney at Law
112 Madison Avenue, Sixth Floor
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: October 20, 2015      s/Tiffeny Lee
                            *Signature of Clerk or Deputy Clerk*

**DEFENDANTS**

State University Hospital-Downstate Medical Center
*a/k/a* The State University of New York Health Science Center at Brooklyn
*a/k/a* SUNY Downstate Medical Center
450 Clarkson Avenue
Brooklyn, New York  11203

New York City Health and Hospitals Corporation
125 Worth Street
New York, New York  10013

Kings County Hospital Center
451 Clarkson Avenue
Brooklyn, New York  11203

Deborah L. Reede
235 Adams Street #6D
Brooklyn, New York  11201

Steven Pulitzer
141 West 71st Street, Penthouse A
New York, New York  10023

United University Professions
800 Troy Schenectady Road
Latham, New York  12110-2424

SUNY Downstate Medical Center Chapter of United University Professions
450 Clarkson Avenue
Basic Sciences Building, Room BSB 2-71P
P.O. Box 96, SUNY Brooklyn HSC
Brooklyn, New York  11203

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 15 CV 2343 (PKC/VMS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: