

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**TANYA N. BLOCKER**
Labor and Employment Law Division
Phone: (212) 356-3177
Fax: (212) 356-2089
E-mail: tblocker@law.nyc.gov

January 20, 2016

Hon. Pamela K. Chen (By ECF)
United States District Judge,
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Greenberg v. SUNY Downstate, et. al.*
15 CV 02343 (PKC)(VMS)

Dear Judge Chen:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for the defendants New York City Health and Hospitals Corporation ("HHC") and Kings County Hospital Center ("KCHC") (collectively "HHC Defendants"), in the above-referenced action. I write pursuant to Your Honor's Order dated January 13, 2016, to advise the Court of HHC Defendants' intent to file a motion to dismiss the second amended complaint in this action. Based on discussions held with the Court in connection with HHC Defendants' anticipated motion and Your Honor inclination, at this stage of the litigation, to deny said motion, HHC Defendants withdraw their intent to file the motion but reserve their right to renew on a later date.

Respectfully submitted,
*/s/ Tanya N. Blocker*
Tanya N. Blocker
Assistant Corporation Counsel

cc:  Eric Nelson, Esq. (by ECF)
Attorney for Plaintiff

Christopher Vance Coulston (by ECF)
Assistant Attorney General
Attorney for Defendants SUNY Downstate, Reede and Pulitzer