ZACHARY W. CARTER
*Corporation Counsel*



THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

RYAN G. SHAFFER
Labor and Employment Law Division
Phone: (212) 356-5037
Fax: (212) 356-2089
E-mail: rshaffer@law.nyc.gov

March 2, 2018

Hon. Pamela K. Chen (By ECF)
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Greenberg v. SDNY Downstate, et. al.*
          15 CV 02343 (PKC)(VMS)

Dear Judge Chen:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for the defendants New York City Health and Hospitals Corporation ("HHC") and Kings County Hospital Center ("KCHC") in the above-referenced action. I write on behalf of all defendants, and with the consent of plaintiff's counsel, Chad Edgar, to respectfully request: 1) that the Court revise the summary judgment schedule as set forth below; and 2) grant defendants SUNY Downstate Medical Center, Deborah Reede, and Steven Pulitzer ("SUNY Defendants) a ten page extension to their memorandum of law.

      On January 11, 2018, the Court endorsed the parties' proposed briefing schedule and ordered that (1) Defendants' motions shall be served by March 12, 2018; (2) Plaintiff's opposition shall be served by May 11, 2018; and (3) Defendants' replies, if any, shall be served by May 25, 2018. However, several reasons necessitate the instant request for an extension of that schedule. First, the undersigned has been actively preparing for a hearing in New York State Supreme Court involving over thirty petitioners. Second, plaintiff's counsel informed all defendants that despite efforts to obtain a complete set of discovery from his predecessor he appeared to be missing several hundred documents. Accordingly, the requested extension would allow for defendants to assist plaintiff in obtaining the missing discovery, and for the undersigned to devote the necessary attention to both this matter as well as the aforementioned state court hearing. As such the parties respectfully request that the Court endorse the following revised briefing schedule:

- Defendants' motions shall be served by March 26, 2018
- Plaintiff's opposition shall be served by May 25, 2018
- Defendants' replies, if any, shall be served by June 8, 2018

As an additional matter, SUNY defendants respectfully request that the Court extend the page limit for their memorandum of law in support of their motion for summary judgment from 25 to 35 pages. The requested extension will allow for SUNY defendants' counsel to submit a consolidated brief on behalf of all three SUNY defendants.

The parties thank the Court for its time and attention to these matters.

Respectfully submitted,

*/s/ Ryan G. Shaffer*
Ryan G. Shaffer
Assistant Corporation Counsel

cc: Chad Edgar, Esq. (by ECF)
Attorney for Plaintiff

Christopher Vance Coulston (by ECF)
Assistant Attorney General
Attorney for Defendants SUNY Downstate, Reede and Pulitzer