

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8556

March 26, 2018

**BY FIRST-CLASS MAIL**

Chad L. Edgar, Esq.
Cardi & Edgar, LLP
99 Madison Avenue, 8th Floor
New York, New York 10016

     Re:    *Greenberg v. SUNY Downstate et al.*, 15-cv-2343 (PKC-VMS) (EDNY)

Dear Mr. Edgar:

This Office represents defendants SUNY Downstate Medical Center, Dr. Deborah Reede and Dr. Steven Pulitzer (collectively, the "SUNY Defendants"). In accordance with the Honorable Pamela Chen's Individual Practices and Rules, I am enclosing and hereby serving the SUNY Defendants' Motion for Summary Judgment consisting of the following:

- Notice of Motion for Summary Judgment, dated March 26, 2018;
- Local Civil Rule 56.1 Statement, dated March 26, 2018;
- Declarations of Christopher Coulston, Dr. Stephen Pulitzer, and Dr. Deborah Reede, all dated March 26, 2018;
- Memorandum of Law in Support of SUNY Defendants' Motion for Summary Judgment, dated March 26, 2018; and
- Accompanying volume dated March 26, 2018 entitled *Exhibits and Deposition Transcript Excerpts to the 56.1 Statement, Declarations and Memorandum of Law Submitted in Support of the SUNY Defendants' Motion for Summary Judgment.*

Furthermore, in accordance with the Court's Individual Practices, all of these papers will be electronically filed via the ECF system once the motion is fully briefed.

1

Sincerely,

*/s Christopher Coulston_____*
Christopher V. Coulston
Assistant Attorney General


cc: ***Via E.C.F.***
The Honorable Pamela K. Chen, U.S.D.J. – w/o Enclosures
The Honorable Vera M. Scanlon, U.S.M.J. – w/o Enclosures
All Counsel of Record – w/Enclosures via First-Class Mail