UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ODED GREENBERG, M.D., <br><br>                  Plaintiff, <br><br>- against - <br><br>SUNY DOWNSTATE ET AL., <br><br>                  Defendants. | 15-cv-2343 (PKC/VMS) <br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE, that upon the accompanying Local Civil Rule 56.1 Statement; the declaration of Christopher Coulston ("Coulston Decl."), dated March 26, 2018; the declaration of Dr. Stephen Pulitzer ("Pulitzer Decl."), dated March 26, 2018; and the declaration of Dr. Deborah Reede ("Reede Decl."), dated March 26, 2018; and all exhibits and excerpts of sworn deposition testimony from the parties herein, which are attached thereto; together with the Memorandum of Law in Support of the SUNY Defendants' Motion for Summary Judgment, Defendants Dr. Deborah Reede, Dr. Steven Pulitzer (the "Individual Defendants"), and The State University of New York ("SUNY") (together the "SUNY Defendants"), by their attorney, ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, will move this Court at 225 Cadman Plaza East, Brooklyn, NY 11201, at a date and time to be scheduled by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in the SUNY Defendants' favor on the grounds that there is no genuine issue as to any material fact and that the SUNY Defendants are entitled to judgment as a matter of law, and for such other and further relief as this Court deems just and proper.

1

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 56(e) of the Federal Rules of Civil Procedure, when a motion for summary judgment is made and properly supported, the non-moving party may not simply rely upon its complaint, but must respond by affidavits or as otherwise provided in that rule, setting forth specific facts showing that there is a genuine issue of material fact for trial. Any factual assertions may be accepted by the District Judge as being true unless the non-moving party submits other evidence contradicting such assertions. If the non-moving party does not respond, summary judgment may be granted and the case will be dismissed with no trial.

PLEASE TAKE FURTHER NOTICE that Local Civil Rule 56.1 of the Eastern District of New York requires the party opposing summary judgment to "include a correspondingly numbered paragraph responding to each numbered paragraph in the [Rule 56.1] statement of the moving party, and if necessary, additional paragraphs containing a separate, short and concise statement of additional material facts as to which it is contended there exists a genuine issue to be tried." In the absence of such a statement, all material facts set forth in Defendant's Local Civil Rule 56.1 Statement may be deemed admitted.

PLEASE TAKE FURTHER NOTICE that, as per the Court's Order of March 3, 2018, opposition to the motion, if any, is required to be filed by May 25, 2018.

Dated: New York, New York
       March 26, 2018

                ERIC T. SCHNEIDERMAN
                Attorney General of the State of New York
                *Attorney for SUNY Defendants*

                BY: */s/ Christopher Coulston*
                CHRISTOPHER COULSTON
                Assistant Attorney General
                120 Broadway, 24th Floor
                New York, New York 10271
                (212) 416-8556
                email: christopher.coulston@ag.ny.gov

TO:    *(via First Class Mail)*

      Chad L. Edgar
      Cardi & Edgar LLP
      99 Madison Avenue, 8th Floor
      New York, NY 10016
      212.481.7770 (tel.)

      Ryan Shaffer
      Senior Counsel
      New York City Law Department
      100 Church St.
      New York, New York 10007
      (212) 356-5037