UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ODED GREENBERG,

                                                   Plaintiff,

                -against-                    **DECLARATION**

STATE UNIVERSITY HOSPITAL-DOWNSTATE       15-CV-2343 (PKC)(VMS)
MEDICAL CENTER a/ka/ THE STATE UNIVERSITY
OF NEW YORK HEALTH SCIENCE CENTER AT
BROOKLYN aka SUNY DOWNSTATE MEDICAL
CENTER, NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION, KINGS COUNTY
HOSPITAL CENTER, UNITED UNIVERSITY
PROFESSIONALS, SUNY DOWNSTATE MEDICAL
CENTER CHAPTER OF UNITED UNIVERSITY
PROFESSIONALS, DEBORAH L. REEDE, STEVEN
PULITZER, and JOHN and JANE DOES 1-20,

                                                   Defendants.

------------------------------------------------------------------------x

        **RYAN G. SHAFFER,** declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

        1.      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants New York City Health + Hospitals Corporation and Kings County Hospital Center (collectively "City Health + Hospitals Defendants") in this matter.

        2.      I submit this declaration in support of Health + Hospitals Defendants' motion for summary judgment pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, to place before the Court excerpts from deposition testimony, and documents produced during discovery in this case. These materials are relied upon and cited in Health + Hospitals

Defendants' Local Civil Rule 56.1 Statement of Undisputed Material Facts and Health + Hospitals Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment. Such materials are:

A. Annexed hereto as Exhibit "A" is a copy of the Second Amended Complaint in this action, filed December 23, 2015.

B. Annexed hereto as Exhibit "B" is a copy of Alan Kantor's employee change status form.

C. Annexed hereto as Exhibit "C" is a copy of plaintiff's Downstate Medical Center employment file.

D. Annexed hereto as Exhibit "D" is a copy of excerpts from Dr. Ghassan Jamaleddine's deposition, taken December 19, 2016.

E. Annexed hereto as Exhibit "E" is a copy of excerpts from plaintiff's deposition, taken December 12, 2016 and January 23, 2017.

F. Annexed hereto as Exhibit "F" is a copy of the collective bargaining agreement between United University Professionals and the State of New York.

G. Annexed hereto as Exhibit "G" is a copy of plaintiff's time and attendance records.

H. Annexed hereto as Exhibit "H" is a copy of a letter dated September 21, 2010, wherein plaintiff was re-hired as a clinical assistant professor of radiology in the College of Medicine of the State University of New York Downstate Medical Center.

I. Annexed hereto as Exhibit "I" is a copy of plaintiff's responses to Health + Hospitals Defendants' contention interrogatories, dated May 17, 2017.

J. Annexed hereto as Exhibit "J" is a copy of the affiliation agreement between HHC and the SUNY Health Sciences Center.

K. Annexed hereto as Exhibit "K" is a copy of a letter dated August 22, 2014, counseling plaintiff about the need to accurately report his time and attendance, as well as the need to report on time for his scheduled shift.

L. Annexed hereto as Exhibit "L" is a copy of a letter dated September 3, 2014 from Stephen Pulitzer informing plaintiff that he was not authorized to take leave from September 4, 2014 through September 4, 2014.

M. Annexed hereto as Exhibit "M" is a copy of a settlement agreement entered into by plaintiff resolving charges of misconduct, dated September 8, 2014.

N. Annexed hereto as Exhibit "N" is a copy of a letter dated September 24, 2014, wherein defendant Pulitzer documented two incidents of misconduct involving plaintiff.

O. Annexed hereto as Exhibit "O" is a copy of a letter dated October 22, 2014, informing plaintiff of his termination.

P. Annexed hereto as Exhibit "P" is a copy of excerpts from the deposition of Leonzo Cuiman, taken December 15, 2016.

Q. Annexed hereto as Exhibit "Q" is a copy of excerpts from the deposition of Stephanie Bernadel, taken October 21, 2016.

R. Annexed hereto as Exhibit "R" is a copy of a report by the Accreditation Council for Graduate Medical Education, dated April 15, 2014.

S. Annexed hereto as Exhibit "S" is a copy of excerpts from the deposition of defendant Deborah Reede, taken November 18, 2016 and January 26, 2017.

Dated:   New York, New York
         March 26, 2018

By: _____
    RYAN G. SHAFFER