**SUNY SECURE**

# The State University of New Y

## Attendance

**Menu**

**Time and Attendance Record for**

**Oded Greenberg (43464)**

Employee Info | Time Record | History | Request Time Off | Adjust Balances | Manage Holidays | Setup Designee

**Campus:** 28100							**Supervisor:**

**Department:**

### Employee Time Record for May 2014

**Accrual Period**

| May 2014 ~ Approved | ▼ | **Change Period** |

**Accrual Balances**

| Name | Vacation | Sick* Sick | Family Sick Used | Lost Time | Holid Floater |
|---|---|---|---|---|---|
| Beginning | 4.25 | 19.25 | 0.00 | 0.00 | 1.50 |
| Charged | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sub-Total | 4.25 | 19.25 | | 0 | 1.50 |
| Earned | 1.75 | 1.75 | 0.00 | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending | 6.00 | 21.00 | | | 1.50 |

*\* Includes family sick leave balance*

**Time Charged**				Click a day to add or update an Accrual Charge

**May 2014**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 Memorial Day | 27 | 28 | 29 | 30 | 31 |

- S - Saved Time Off Request.
- P - Pending Time Off Request.
- A - Approved Time Off Request.

**Holiday Time Worked**

**SUNY 001750**

**-CONFIDENTIAL-**

| Holiday Name | Floater? | Observed Date | Earned Amount |
|---|---|---|---|
| Memorial Day | N | 05/26/2014 | 0 |
| Memorial Day | N | 05/26/2014 | 0 |

**Time Record Comments**

[No Comments.]

**Additional Comments:**

*(Note: Pressing <Alt> and an underlined character will focus the cursor on the associated form field.)*

| View Holidays | PDF Report |
|---|---|

**Existing Time Off Requests**
Nothing found to display.

**Audit Details**

| Action Type | Created Date | Created By User | Modified Date | Modified By User |
|---|---|---|---|---|
| Submitted | 08/07/2014 16:27:47 | Oded Greenberg | | |
| Resubmitted | 08/07/2014 16:27:59 | Oded Greenberg | | |
| Approved | 08/08/2014 15:26:12 | Linda M McMurren | | |

**SUNY 001751**

-CONFIDENTIAL-

**SUNY SECURE**  The State University of New Y[·]

Attendance

Menu

Time and Attendance Record for
**Oded Greenberg (43464)**

Employee Info | Time Record | History | Request Time Off | Adjust Balances | Manage Holidays | Setup Designee

**Campus:** 28100                                                                     **Supervisor:**
**Department:**

Employee Time Record for June 2014

**Accrual Period**

| June 2014 ~ Approved ▼ | Change Period |

**Accrual Balances**

| Name | Vacation | Sick* | Sick | Family Used | Lost Time | Holid | Floater |
|---|---|---|---|---|---|---|---|
| Beginning | 6.00 | 21.00 | 0.00 | 0.00 | 1.50 | | |
| Charged | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | | |
| Sub-Total | 6.00 | 20.00 | | 0 | 1.50 | | |
| Earned | 1.75 | 1.75 | 0.00 | 0.00 | 0.00 | | |
| Adjustments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Ending | 7.75 | 21.75 | | | 1.50 | | |

* Includes family sick leave balance

**Time Charged**                                                           Click a day to add or update an Accrual Charge

**June 2014**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 | 2 | 3<br>1 - Sick Leave | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

- S - Saved Time Off Request.
- P - Pending Time Off Request.
- A - Approved Time Off Request.

**Holiday Time Worked**
Nothing found to display.

**SUNY 001752**

-CONFIDENTIAL-

**Time Record Comments**

[No Comments.]

**Additional Comments:**

*(Note: Pressing <Alt> and an underlined character will focus the cursor on the associated form field.)*

| View Holidays | PDF Report |

**Existing Time Off Requests**
Nothing found to display.

**Audit Details**

| Action Type | Created Date | Created By User | Modified Date | Modified By User |
|---|---|---|---|---|
| Submitted | 08/07/2014 16:29:02 | Oded Greenberg | | |
| Resubmitted | 08/13/2014 14:28:06 | Oded Greenberg | | |
| Approved | 08/18/2014 14:26:46 | Linda M McMurren | | |

**SUNY 001753**

-CONFIDENTIAL-

**SUNY SECURE**

# The State University of New Y
# Attendance

**Menu**

**Time and Attendance Record for**
**Oded Greenberg (43464)**

Employee Info | Time Record | History | Request Time Off | Adjust Balances | Manage Holidays | Setup Designee

**Campus:** 28100                                              **Supervisor:**
**Department:**

**Employee Time Record for July 2014**

**Accrual Period**

| July 2014 ~ Approved ☑ | **Change Period** |

**Accrual Balances**

| Name | Vacation | Sick* | Family Sick Used | Lost Time | Floater | Holid |
|---|---|---|---|---|---|---|
| Beginning | 7.75 | 21.75 | 0.00 | 0.00 | 1.50 | |
| Charged | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Sub-Total | 7.75 | 21.75 | | 0 | 1.50 | |
| Earned | 1.75 | 1.75 | 0.00 | 0.00 | 0.00 | |
| Adjustments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Ending | 9.50 | 23.50 | | | 1.50 | |

\* Includes family sick leave balance

**Time Charged**                                    Click a day to add or update an Accrual Charge

**July 2014**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 Independence Day | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

- S - Saved Time Off Request.
- P - Pending Time Off Request.
- A - Approved Time Off Request.

**Holiday Time Worked**

5/3/2016

**SUNY 001754**

**-CONFIDENTIAL-**

| Holiday Name | Floater? | Observed Date | Earned Amount |
|---|---|---|---|
| Independence Day | N | 07/04/2014 | 0 |

**Time Record Comments**

[No Comments.]

**Additional Comments:**

*(Note: Pressing <Alt> and an underlined character will focus the cursor on the associated form field.)*

**View Holidays**　**PDF Report**

**Existing Time Off Requests**

Nothing found to display.

**Audit Details**

| Action Type | Created Date | Created By User | Modified Date | Modified By User |
|---|---|---|---|---|
| Submitted | 08/07/2014 16:31:15 | Oded Greenberg | | |
| Approved | 08/14/2014 12:18:20 | Linda M McMurren | | |

**SUNY 001755**

-CONFIDENTIAL-

**SUNY SECURE**    # The State University of New Y

# Attendance

Menu

Time and Attendance Record for
**Oded Greenberg (43464)**
Employee Info | Time Record | History | Request Time Off | Adjust Balances | Manage Holidays | Setup Designee
**Campus:** 28100                                                        **Supervisor:**
**Department:**

### Employee Time Record for August 2014

**Accrual Period**

August 2014 ~ Approved  ☑   **Change Period**

**Accrual Balances**

| Name | Vacation | Sick* Sick | Family Sick Used | Lost Time | Holid Floater |
|---|---|---|---|---|---|
| Beginning | 9.50 | 23.50 | 0.00 | 0.00 | 1.50 |
| Charged | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sub-Total | 9.50 | 23.50 | | 0 | 1.50 |
| Earned | 1.75 | 1.75 | 0.00 | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending | 11.25 | 25.25 | | | 1.50 |

* Includes family sick leave balance

**Time Charged**                           Click a day to add or update an Accrual Charge

**August 2014**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 1 - Administrative Leave | 12 1 - Administrative Leave | 13 1 - Administrative Leave | 14 1 - Administrative Leave | 15 1 - Administrative Leave | 16 |
| 17 | 18 | 19 | 20 | 21 1 - Administrative Leave | 22 | 23 |
| 24 | 25 1 - Administrative Leave | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

• S - Saved Time Off Request.
• P - Pending Time Off Request.
• A - Approved Time Off Request.

**Holiday Time Worked**
Nothing found to display.

5/3/2016

**SUNY 001756**

-CONFIDENTIAL-

**Time Record Comments**

comp day
- - 08/11/2014 00:00:00

comp day
- - 08/12/2014 00:00:00

comp day
- - 08/13/2014 00:00:00

comp day
- - 08/14/2014 00:00:00

comp day
- - 08/15/2014 00:00:00

comp day
- - 08/21/2014 00:00:00

comp day
- - 08/23/2014 00:00:00

**Additional Comments:**

*(Note: Pressing <Alt> and an underlined character will focus the cursor on the associated form field.)*

| View Holidays | PDF Report |

**Existing Time Off Requests**
Nothing found to display.

**Audit Details**

| Action Type | Created Date | Created By User | Modified Date | Modified By User |
|---|---|---|---|---|
| Submitted | 10/03/2014 10:42:33 | Oded Greenberg | | |
| Resubmitted | 12/04/2014 12:04:29 | Oded Greenberg | | |
| Approved | 12/17/2014 16:56:03 | LOREN S MYRIE-BROWN | | |

**SUNY 001757**

-CONFIDENTIAL-

# SUNY SECURE | The State University of New Y
## Attendance

Menu

**Time and Attendance Record for**
**Oded Greenberg (43464)**

Employee Info | Time Record | History | Request Time Off | Adjust Balances | Manage Holidays | Setup Designee
**Campus: 28100**                                                                    **Supervisor:**
**Department:**

**Employee Time Record for September 2014**

**Accrual Period**

September 2014 ~ Approved ✔    **Change Period**

**Accrual Balances**

| Name | Vacation | Sick* Sick | Family Sick Used | Lost Time | Floater | Holid |
|------|----------|------------|------------------|-----------|---------|-------|
| Beginning | 11.25 | 25.25 | 0.00 | 0.00 | 1.50 | |
| Charged | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | |
| Sub-Total | 11.25 | 23.25 | | 0 | 1.50 | |
| Earned | 1.75 | 1.75 | 0.00 | 0.00 | 0.00 | |
| Adjustments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Ending | 13.00 | 25.00 | | | 1.50 | |

* Includes family sick leave balance

**Time Charged**                                    Click a day to add or update an Accrual Charge

**September 2014**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| | 1 Labor Day | 2 | 3 | 4 1 - Sick Leave | 5 1 - Sick Leave | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 1 - Administrative Leave | 26 1 - Administrative Leave | 27 |
| 28 | 29 | 30 | | | | |

• S - Saved Time Off Request.
• P - Pending Time Off Request.
• A - Approved Time Off Request.

**Holiday Time Worked**

**SUNY 001758**

-CONFIDENTIAL-

| Holiday Name | Floater? | Observed Date | Earned Amount |
|---|---|---|---|
| Labor Day | N | 09/01/2014 | 0 |

**Time Record Comments**

injured back and family leave
  -- 09/04/2014 00:00:00

injured back
  -- 09/05/2014 00:00:00

comp day
  -- 09/25/2014 00:00:00

comp day
  -- 09/26/2014 00:00:00

**Additional Comments:**

*(Note: Pressing <Alt> and an underlined character will focus the cursor on the associated form field.)*

| View Holidays | PDF Report |
|---|---|

**Existing Time Off Requests**
Nothing found to display.

**Audit Details**

| Action Type | Created Date | Created By User | Modified Date | Modified By User |
|---|---|---|---|---|
| Submitted | 10/03/2014 10:47:04 | Oded Greenberg | | |
| Resubmitted | 12/04/2014 12:06:44 | Oded Greenberg | | |
| Approved | 12/17/2014 16:56:23 | LOREN S MYRIE-BROWN | | |

**SUNY 001759**

-CONFIDENTIAL-

# SUNY SECURE   The State University of New Y

# Attendance

**Menu**

### Time and Attendance Record for
## Oded Greenberg (43464)

Employee Info | Time Record | History | Request Time Off | Adjust Balances | Manage Holidays | Setup Designee

**Campus:** 28100                                              **Supervisor:**

**Department:**

### Employee Time Record for October 2014

**Validation Warnings (Will not prevent saving.)**                    As submitted at 4:59:09 PM
- This time record has non-obligation dates from 10/23/2014 to 10/31/2014."
- You have a holiday that is approaching its expiration date."

**Accrual Period**

| October 2014 ~ Approved ▼ | **Change Period** |

**Accrual Balances**

| Name | Vacation | Sick* Sick | Family Sick Used | Lost Time | Holid Floater |
|---|---|---|---|---|---|
| Beginning | 13.00 | 25.00 | 0.00 | 0.00 | 1.50 |
| Charged | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sub-Total | 13.00 | 25.00 | | 0 | 1.50 |
| Earned | 1.75 | 1.75 | 0.00 | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending | 14.75 | 26.75 | | | 1.50 |

*Includes family sick leave balance*

**Time Charged**                           Click a day to add or update an Accrual Charge

## October 2014

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8<br>1 - Administrative Leave | 9<br>1 - Administrative Leave | 10<br>1 - Administrative Leave | 11 |
| 12 | 13<br>Columbus Day | 14<br>1 - Administrative Leave | 15<br>1 - Administrative Leave | 16<br>1 - Administrative Leave | 17<br>1 - Administrative Leave | 18 |
| 19 | 20<br>1 - Administrative Leave | 21<br>1 - Administrative Leave | 22<br>1 - Administrative Leave | 23<br>1 - Administrative Leave | 24<br>1 - Administrative Leave | 25 |
| 26 | 27<br>1 - Administrative Leave | 28<br>1 - Administrative Leave | 29<br>1 - Administrative Leave | 30<br>1 - Administrative Leave | 31<br>1 - Administrative Leave | |

- S - Saved Time Off Request.
- P - Pending Time Off Request.

**SUNY 001760**

**-CONFIDENTIAL-**

• A - Approved Time Off Request.

**Holiday Time Worked**

| Holiday Name | Floater? | Observed Date | Earned Amount |
|---|---|---|---|
| Columbus Day | N | 10/13/2014 | 0 |

**Time Record Comments**

Labor Relations for rest of October
 -- 10/08/2014 00:00:00

Labor Relations
 -- 10/15/2014 00:00:00

Labor Relations
 -- 10/16/2014 00:00:00

Labor Relations
 -- 10/17/2014 00:00:00

Labor Relations
 -- 10/20/2014 00:00:00

Labor Relations
 -- 10/21/2014 00:00:00

Labor Relations
 -- 10/22/2014 00:00:00

Labor Relations
 -- 10/23/2014 00:00:00

Labor Relations
 -- 10/24/2014 00:00:00

Labor Relations
 -- 10/27/2014 00:00:00

Labor Relations
 -- 10/28/2014 00:00:00

Labor Relations
 -- 10/29/2014 00:00:00

Labor Relations
 -- 10/30/2014 00:00:00

Labor Relations
 -- 10/31/2014 00:00:00

**Additional Comments:**

*(Note: Pressing <Alt> and an underlined character will focus the cursor on the associated form field.)*

**View Holidays**    **PDF Report**

**SUNY 001761**

**Existing Time Off Requests**
Nothing found to display.

**Audit Details**

| Action Type | Created Date | Created By User | Modified Date | Modified By User |
|---|---|---|---|---|
| Submitted | 12/04/2014 12:17:07 | Oded Greenberg | | |
| Approved | 12/17/2014 16:57:39 | LOREN S MYRIE-BROWN | | |

**SUNY 001762**

-CONFIDENTIAL-

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 1/1 TO: 1/31

NAME Oded Greenberg   DEPARTMENT Radiology   TITLE Clinical Asst Prof

SOCIAL SECURITY NO. �support   LINE NO.   ACCOUNT CODE   FT ☑ PT ☐ IF PT, % of FT

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐   REGULAR SHIFT FROM: AM/PM TO: AM/PM

**SECTION 1:** (To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable.)
I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

**ABSENCES (IF ANY):** — **CHARGE TO:**

| FROM OR ON | TO | NO. OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | OTHER | IN LIEU OF HOLIDAY | FMLA LEAVE |
|---|---|---|---|---|---|---|---|---|
| 1/2 | 1/3 | 2 2 1 | | Paternity Leave | | | | |

REMARKS: (CALENDAR YEAR EMPLOYEES SHOULD NOTE HERE A DAY PRESCRIBED BY LAW FOR THE OBSERVANCE OF A HOLIDAY ON WHICH THEY WERE REQUIRED TO BE PRESENT.)

**SECTION 2:** (TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY)
-REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES-

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am an FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME: FROM-TO | ACTUAL HOURS |
|---|---|---|---|

TOTAL:

PREMIUM HOURS: X 1.5

**SECTION 3:**
2/6/13 DATE   [signature] SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

2/6/13 DATE   [signature] SIGNATURE OF SUPERVISOR/CHAIRMAN/DIRECTOR

**SECTION 4:**
(NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.)

**ACCRUAL SUMMARY OF LEAVE CREDITS**

| | ANN. LV. | SICK LV. | IN LIEU OF HOLIDAY | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | 3.75 | 26.25 | 2.25 | | TOTAL PREV. USED | | |
| 2. TIME USED (-) | 0 | 2.5 | | | | | |
| 3. SUB-TOTAL: | 3.75 | 25.25 | | | | | |
| 4. TIME EARNED (+) | 2.75 | 1.75 | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 6.5 | 27.00 | | | NEW TOTAL | | |

HSCB-0128 F466 R3 (4/94) formerly PR 105 Rev.

# HHC-ANNEX G



**Affiliate Institution: SUNY Health Science Center at Brooklyn**

Name ___Oded Greenberg___  Month ___January___

Title ___Clinical Asst Professor___ Dept. / Div. ___Radiology___

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

|  | Week of: 1/1 | | Week of: 1/7 | | Week of: 1/14 | | Week of: 1/21 | | Week of: 1/28 | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon |  |  | 1/7 | SL | 1/14 | SL | 1/21 | H | 1/28 | SL |
| Tues | 1/1 | H | 1/8 | SL | 1/15 | SL | 1/22 | SL | 1/29 | SL |
| Wed | 1/2 | SL | 1/9 | SL | 1/16 | SL | 1/23 | SL | 1/30 | SL |
| Thurs | 1/3 | SL | 1/10 | SL | 1/17 | SL | 1/24 | SL | 1/31 | SL |
| Fri | 1/4 | SL | 1/11 | SL | 1/18 | SL | 1/25 | SL |  |  |
| Sat |  |  |  |  |  |  |  |  |  |  |
| Sun |  |  |  |  |  |  |  |  |  |  |
| Total |  |  |  |  |  |  |  |  |  |  |

Total Hours ___0___

Title ___Oded Greenberg md.___ **MD**

Date ___2/6/13___

Approved by ___Linda Smith___
Chief of Service

**INDICATED ABSENCES:**
H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

**SUNY 001764    -CONFIDENTIAL-**

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 2/1   TO: 2/28

NAME: _O. S Greenberg_   DEPARTMENT _Radiology_   TITLE: _Clinical Asst Prof_

SOCIAL SECURITY NO.: ▓▓▓▓▓   LINE NO. _____   ACCOUNT CODE: _____   FT ☑ PT ☐ II PT, % of FT _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐   REGULAR SHIFT FROM: _____ AM/PM   TO: _____ AM/PM

**SECTION 1:**   (To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable).
I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

**ABSENCES (IF ANY):**   **CHARGE TO:**

| FROM OR ON | TO | NO. OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | OTHER | IN LIEU OF HOLIDAY | FMLA LEAVE |
|---|---|---|---|---|---|---|---|---|
| 2/1 | 2/27 | 17 | | ✓ | ✓ | | | |

**REMARKS:**   (CALENDAR YEAR EMPLOYEES SHOULD NOTE HERE A DAY PRESCRIBED BY LAW FOR THE OBSERVANCE OF A HOLIDAY ON WHICH THEY WERE REQUIRED TO BE PRESENT):

**SECTION 2:**   (TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY)
-REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES-

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am an FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME: FROM-TO | ACTUAL HOURS |
|---|---|---|---|
| | | | |

TOTAL: _____

PREMIUM HOURS: X 1.5

**SECTION 3:**

2/1/13
DATE   _____Deann nd_____
SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

2/6/13
DATE   SIGNATURE OF SUPERVISOR/CHAIRMAN/DIRECTOR

**SECTION 4:**
(NOTE:   The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.)

**ACCRUAL SUMMARY OF LEAVE CREDITS**

| | ANN. LV. | SICK LV. | IN LIEU OF HOLIDAY | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | 6.5 | 27 | 2.25 | | TOTAL PREV. USED | | |
| 2. TIME USED (-) | 0 | 17 | | | | | |
| 3. SUB-TOTAL: | (6.5) | 10 | | | | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 8.25 | 11.75 | | | NEW TOTAL | | |

HSCB-0128 F468 R3 (4/94) formerly PR 105 Rev.

SUNY 001765        -CONFIDENTIAL-

# HHC-ANNEX G



**Affiliate Institution:** **SUNY Health Science Center at Brooklyn**

Name: Oded Greenberg        Month: February

Title: Clinical Asst Prof    Dept. / Div.: Radiology

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 1/28 | | Week of: 2/4 | | Week of: 2/11 | | Week of: 2/18 | | Week of: 2/25 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | | | 2/4 | SL | 2/11 | SL | 2/18 | H | 2/25 | 6-8 Am 6pm-12 8hrs n,dr |
| Tues | | | 2/5 | SL | 2/12 | SL | 2/15 | SL | 2/26 | SL |
| Wed | | | 2/6 | SL | 2/13 | SL | 2/20 | SL | 2/27 | SL |
| Thurs | | | 2/7 | SL | 2/14 | SL | 2/21 | SL | 2/28 | 8A-4P 8 |
| Fri | 2/1 | SL | 2/8 | SL | 2/15 | SL | 2/22 | SL | | |
| Sat | | | | | | | 2/23 | 9A-5A 8 | | |
| Sun | | | | | | | | | | |
| Total | | | | | | | | | | |

Title: O Greenberg        MD

Approved by: Linda McL
Chief of Service

Total Hours: 24

Date: 3/1/13

**INDICATED ABSENCES:**

H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

**SUNY Health Science Center at Brooklyn**
(Please type or print, using ball point pen)

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 3/1  TO: 3/31

NAME: Oded Greenberg  DEPARTMENT: Radiology  TITLE: _____

SOCIAL SECURITY NO.: ███████  LINE NO._____  ACCOUNT CODE:_____  FT ☐ PT ☐ If PT, % of FT _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐    REGULAR SHIFT FROM:_____ AM PM TO:_____ AM PM

**SECTION 1:**  (To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable.)
I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

### ABSENCES (IF ANY):                                                      CHARGE TO:

| FROM OR ON | TO | NO. OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | OTHER | IN LIEU OF HOLIDAY | FMLA LEAVE |
|---|---|---|---|---|---|---|---|---|
| 3/7, 3/13 | 3/15 | 3 | | ✓ | | | | |
| 3/25 | 3/26 | 2 | ✓ | | | | | |

REMARKS:  (CALENDAR YEAR EMPLOYEES SHOULD NOTE HERE A DAY PRESCRIBED BY LAW FOR THE OBSERVANCE OF A HOLIDAY ON WHICH THEY WERE REQUIRED TO BE PRESENT):

**SECTION 2:**  (TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY)
-REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES-

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am an FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME: FROM-TO | ACTUAL HOURS |
|---|---|---|---|
| | | | |

TOTAL: _____

PREMIUM HOURS: _____ X 1.5

**SECTION 3:**

4/3/13 _____     _____ SIGNATURE OF PROFESSIONAL STAFF MEMBER
DATE

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

4/3/13 _____     _____ SIGNATURE OF SUPERVISOR/CHAIRMAN/DIRECTOR
DATE

**SECTION 4:**
(NOTE:  The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.)

| | ACCRUAL SUMMARY OF LEAVE CREDITS | | | | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|
| | ANN. LV. | SICK LV. | IN LIEU OF HOLIDAY | PREMIUM HRS. REPORTED IN SECTION 2 | | | |
| 1. BAL BROUGHT FWD | 8.25 | 16.75 | | | TOTAL PREV. USED | | |
| 2. TIME USED ( - ) | 2 | 3 | | | | | |
| 3. SUB-TOTAL: | 6.25 | 8.75 | | | | | |
| 4. TIME EARNED (+) | 2 | .75 | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 8.25 | 16.5 | | | NEW TOTAL | | |

HSCB-0128 F468 R3 (4/94) formerly PR 105 Rev.

SUNY 001767          -CONFIDENTIAL-

# HHC-ANNEX G



**Affiliate Institution:** SUNY Health Science Center at Brooklyn

Name  _Oded Greenberg_   Month  _March_

Title  _Clinical Asst Prof._   Dept. / Div.  _Radiology_

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 2/25 | | Week of: 3/4 | | Week of: 3/11 | | Week of: 3/18 | | Week of: 3/25 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | | | 3/4 | 9A-5P | 3/11 | 9A-5P | 3/18 | 7A-12P 16 | 3/25 | AL |
| Tues | | | 3/5 | 9A-5P | 3/12 | 9A-5P | 3/19 | 9A-5P 8 | 3/26 | AL |
| Wed | | | 3/6 | 9A-5P | 3/13 | SL | 3/20 | 9A-5P | 3/27 | 7A-12m 16 |
| Thurs | | | 3/7 | SL | 3/14 | 9A-5P | 3/21 | 9A-2P 16 | 3/28 | 9A-5P 8 |
| Fri | 3/1 | 7A-5P 8 | 3/8 | 9A-5P 8 | 3/15 | SL | 3/22 | 9A-5P 8 | 3/29 | 9A-5P 8 |
| Sat | | | | | | | | | | |
| Sun | | | | | | | | | | |
| Total | | 8 | | 32 | | 24 | | 56 | | 32 |

Total Hours  _152_

Title  _O. Greenberg_  MD    Date  _4/3/13_

Approved by  _Linda Nich_
Chief of Service

INDICATED ABSENCES:

H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 4/1 TO: 4/30

NAME: Oded Greenberg    DEPARTMENT: Radiology    TITLE: Clinical Asst. Prof.

SOCIAL SECURITY NO: ███ 2█ ██ █████    LINE NO    ACCOUNT CODE:    FT ☑ PT ☐ if PT, % of FT

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐    REGULAR SHIFT FROM: ___ AM ___ PM TO: ___ AM ___ PM

**SECTION 1:** (To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable.)
I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

### ABSENCES (IF ANY):    CHARGE TO:

| FROM OR ON | TO | NO. OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | OTHER | IN LIEU OF HOLIDAY | FMLA LEAVE |
|---|---|---|---|---|---|---|---|---|
| 4/26 | | 1 | | ✓ | | | | |
| 4/29 | | 1 | | ✓ | | | | |
| 4/5 | | 1 | | ✓ | | | | |

**REMARKS:** (CALENDAR YEAR EMPLOYEES SHOULD NOTE HERE A DAY PRESCRIBED BY LAW FOR THE OBSERVANCE OF A HOLIDAY ON WHICH THEY WERE REQUIRED TO BE PRESENT)

**SECTION 2:** (TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY)
-REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES-

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am an FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME: FROM-TO | ACTUAL HOURS |
|---|---|---|---|
| | | | |

TOTAL:

PREMIUM HOURS:    X 1.5

**SECTION 3:**

5/3/13
DATE    SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that, with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

5/6/13
DATE    SIGNATURE OF SUPERVISOR/CHAIRMAN/DIRECTOR

**SECTION 4:**
(NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.)

| ACCRUAL SUMMARY OF LEAVE CREDITS | ANN. LV. | SICK LV. | IN LIEU OF HOLIDAY | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | 8.0 | 1.0.5 | | | TOTAL PREV. USED | | |
| 2. TIME USED ( - ) | | 3 | | | | | |
| 3. SUB-TOTAL: | 8.0 | 8.5 | | | | | |
| 4. TIME EARNED ( + ) | 1.25 | 1.75 | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 9.25 | 10.25 | | | NEW TOTAL | | |

HSCB-0126 F468 R3 (4/94) formerly PR 105 Rev.

**SUNY 001769    -CONFIDENTIAL-**

# HHC-ANNEX G



Affiliate Institution: **SUNY Health Science Center at Brooklyn**

Name *Odd Greenberg*     Month *April*

Title *Clinical Asst. Prof*     Dept. / Div. *Radiology*

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 4/1 | | Week of: 4/8 | | Week of: 4/15 | | Week of: 4/22 | | Week of: 4/29 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 4/1 | 7A-12N 16 | 4/8 | 9A-5P | 4/15 | 9A-5P | 4/22 | 9A-5P | 4/29 | SL |
| Tues | 4/2 | 9A-5P | 4/9 | 9A-5P | 4/16 | 9A-5P | 4/23 | 7A-5P | 4/30 | 7A-5P 10 |
| Wed | 4/3 | 9A-5P | 4/10 | 7A-5P 10 | 4/17 | 7A-12N 7T | 4/24 | 9A-5P | | |
| Thurs | 4/3 | 9A-5P | 4/11 | 9A-5P | 4/18 | 5A-5P | 4/25 | 9A-5P | | |
| Fri | 4/5 | 9A-5P | 4/12 | 9A-5P | 4/19 | 5A-5P | 4/26 | 9A SL | | |
| Sat | | | | | | | | | | |
| Sun | | | | | | | | | | |
| Total | | 48 | | 42 | | 48 | | 32 | | 10 |

Title _____ MD

Approved by _____
Chief of Service

Total Hours _____ 180

Date 5/3/13

INDICATED ABSENCES:

H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

**SUNY 001770          -CONFIDENTIAL-**

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 5/1/13 TO: 5/31/13

NAME: Oded Greenberg    DEPARTMENT Radiology    TITLE: Clinical Ass Prof.

SOCIAL SECURITY NO.: ▮▮▮▮▮▮▮▮▮    LINE NO._____    ACCOUNT CODE:_____    FT ☐ PT ✓ ☐ If PT, % of FT _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐    REGULAR SHIFT FROM: _____ AM _____ AM / PM TO: _____ PM

**SECTION 1:**    (To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable).
I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

**ABSENCES (IF ANY):**    **CHARGE TO:**

| FROM OR ON | TO | NO. OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | OTHER | IN LIEU OF HOLIDAY | FMLA LEAVE |
|---|---|---|---|---|---|---|---|---|
| 5/20 | | 1 | | | | | | |
| 5/29 | | 1 | | ✓ | | | | |

**REMARKS:**    (CALENDAR YEAR EMPLOYEES SHOULD NOTE HERE A DAY PRESCRIBED BY LAW FOR THE OBSERVANCE OF A HOLIDAY ON WHICH THEY WERE REQUIRED TO BE PRESENT):

**SECTION 2:**    (TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY)
-REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES-

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am an FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME: FROM-TO | ACTUAL HOURS |
|---|---|---|---|
| | | | |
| | | | |

TOTAL:
PREMIUM HOURS:    X 1.5 _____

**SECTION 3:**

5/15/13
DATE    _____  J Clu Dm mD
SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

6/1/13
DATE    _____
SIGNATURE OF SUPERVISOR/CHAIRMAN/DIRECTOR

**SECTION 4:**
(NOTE:    The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.)

| ACCRUAL SUMMARY OF LEAVE CREDITS | | | | | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|
| | ANN. LV. | SICK LV. | IN LIEU OF HOLIDAY | PREMIUM HRS. REPORTED IN SECTION 2 | | | |
| 1. BAL BROUGHT FWD | 7.75 | 9.25 | | | TOTAL PREV. USED | | |
| 2. TIME USED ( - ) | | 2 | | | | | |
| 3. SUB-TOTAL: | 9.75 | 7.25 | | | | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 11.5 | 9.00 | | | NEW TOTAL | | |

HSCB-0128 F468 R3 (4/94) formerly PR 105 Rev.

# HHC-ANNEX G



**Affiliate Institution:** **SUNY Health Science Center at Brooklyn**

**Name** Oded Greenberg    **Month** May 2013

**Title** Clinical Asst. Prof.   **Dept. / Div.** Radiology

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 4/29 | | Week of: 5/6 | | Week of: 5/13 | | Week of: 5/20 | | Week of: 5/27 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 4/29 | | 5/6 | 9A-5P 8 | 5/13 | 9A-5P | 5/20 | SL | 5/27 | 9A-5P |
| Tues | 4/30 | | 5/7 | 9A-5P | 5/14 | 9A-5P | 5/21 | 9A-5P 8 | 5/28 | 9A-5P |
| Wed | 5/1 | 9A-5P 8 | 5/8 | 9A-5P 8 | 5/15 | 9A-5P | 5/22 | 9A-5P | 5/29 | SL |
| Thurs | 5/2 | 9A-5P 8 | 5/9 | 9A-5P | 5/16 | 9A-5P | 5/23 | 9A-5P | 5/30 | 9A-5P |
| Fri | 5/3 | 9A-5P 8 | 5/10 | 9A-5P | 5/17 | 7A-9/12A 16 | 5/24 | 9A-5P | 5/31 | 9A-5P 8 |
| Sat | | | | | | | 5/25 | 10A-7P 8 | | |
| Sun | | | | | | | | | | |
| Total | | 24 | | 40 | | 48 | | 40 | | 32 |

**Title** _____ **MD**

**Approved by** _____ Chief of Service

**Total Hours** 184

**Date** 6/5/13

INDICATED ABSENCES:

H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

SUNY 001772    -CONFIDENTIAL-

SUNY DOWNSTATE MEDICAL CENTER
(Please type or print, using ball point pen)

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD  FROM: _6/1_  TO: _6/30_

NAME: _① Dod Greenberg_  DEPARTMENT: _Radiology_  TITLE: _Clinical Asst Prof_

SOCIAL SECURITY NO: ▮▮▮  FT ☐ PT ☐ If PT, % of FT: _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐   REGULAR SHIFT FROM: _____ TO: _____

| SECTION 1: | To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable. I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below: |

**ABSENCES (IF ANY):** | **CHARGE TO:**

| DATE FROM OR ON | TO | NUMBER OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | IN LIEU OF HOLIDAY | FMLA LEAVE | DRL | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| 6/24 | 6/28 | 5 | ✓ | | | | | | |

REMARKS: Calendar Year Employees should list here a day prescribed by law for the observance of a HOLIDAY on which they were required to be present:

| SECTION 2: | TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY |

REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES
I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

**TIME**

| DAY OF WEEK | DATE | FROM | TO | ACTUAL # HOURS |
|---|---|---|---|---|
| | | | | |

TOTAL: _____
X 1.5 = PREMIUM HOURS: _____

**SECTION 3:**

_7/3/13_
DATE

_(signature)_ m D
SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

_7/9/13_
DATE

_Linda Wa_ _(signature)_
SIGNATURE OF SUPERVISOR/ CHAIR/ DIRECTOR

**SECTION 4:**
NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.

**ACCRUAL SUMMARY OF LEAVE CREDIT**

| | ANN. LV | SICK LV. | IN LIEU OF HOLIDAY | DRL | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | | | | | | TOTAL PREV USED | | |
| 1. TIME USED (-) | 5 | 0 | | | | | | |
| 3. SUB-TOTAL: | | | | | | | | |
| 4. TIME EARNED (+) | 1.25 | 1.25 | | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | | | | | | NEW TOTAL | | |

DMC-0128 F467 R4 (12/11)

SUNY 001773          -CONFIDENTIAL-

# HHC-ANNEX G



**Affiliate Institution:** **SUNY Health Science Center at Brooklyn**

**Name** Odcd Greenberg     **Month** June

**Title** Clinical Asst Professor     **Dept. / Div.** Radiology

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 6/3 | | Week of: 6/10 | | Week of: 6/17 | | Week of: 6/24 | | Week of: | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Date** | **Hours** | **Date** | **Hours** | **Date** | **Hours** | **Date** | **Hours** | **Date** | **Hours** |
| **Mon** | 6/3 | 7A-11P 16 | 6/10 | 9A-5P | 6/17 | 9A-5P 8 | 6/24 | AL | | |
| **Tues** | 6/4 | 9A-5P 8 | 6/11 | 9A-5P | 6/18 | 9A-5P 8 | 6/25 | AL | | |
| **Wed** | 6/5 | 9A-5P 8 | 6/12 | 7A-11P 16 | 6/15 | 9A-5P 8 | 6/26 | AL | | |
| **Thurs** | 6/6 | 9A-5P 8 | 6/13 | 9A-5P 8 | 6/20 | 9A-5P 8 | 6/27 | AL | | |
| **Fri** | 6/7 | 9A-5P 8 | 6/14 | 9A-5P | 6/21 | 9A-5P 8 | 6/28 | AL | | |
| **Sat** | | | | | | | | | | |
| **Sun** | 6/9 | 10A-6P 8 | | | | | | | | |
| **Total** | | 56 | | 48 | | 40 | | | | |

**Total Hours** 144

**Title** _____ **MD**     **Date** 7/3/13

**Approved by** _____
Chief of Service

**INDICATED ABSENCES:**

H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

SUNY DOWNSTATE MEDICAL CENTER
(Please type or print, using ball point pen)

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 7/1 TO: 7/31

NAME: Obed Greenberg  DEPARTMENT: Radiology  TITLE: Clin Asst Prof

SOCIAL SECURITY NO: ☐ ☐ ☐  FT ☐ PT ☐ If PT, % of FT: _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐  REGULAR SHIFT FROM: _____ AM TO: _____ PM

**SECTION 1:** To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable. I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below.

### ABSENCES (IF ANY):                          CHARGE TO:

| DATE FROM OR ON | TO | NUMBER OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | IN LIEU OF HOLIDAY | FMLA LEAVE | DRL | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| 7/5 | 7/6 | 1 | 100 | | | | | | |

mistake
I didn't take
this day off

REMARKS: Calendar Year Employees should list here a day prescribed by law for the observance of a HOLIDAY on which they were required to be present:

**SECTION 2:**  **TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY**

REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES
I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME FROM | TO | ACTUAL # HOURS |
|---|---|---|---|---|
| | | | | |

TOTAL:
X 1.5      = PREMIUM HOURS:

**SECTION 3:**

8/12/13
DATE

SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

8/13/13
DATE

SIGNATURE OF SUPERVISOR/ CHAIR/ DIRECTOR

**SECTION 4:**
NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.

### ACCRUAL SUMMARY OF LEAVE CREDIT

| | ANN. LV | SICK LV. | IN LIEU OF HOLIDAY | DRL | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | | | | | | TOTAL PREV. USED | | |
| 2. TIME USED (-) | 0 | 0 | | | | | | |
| 3. SUB-TOTAL: | | | | | | | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | | | | | | NEW TOTAL | | |

DMC-0128 F467 R4 (12/11)

SUNY 001775          -CONFIDENTIAL-

# HHC-ANNEX G



**Affiliate Institution:** SUNY Health Science Center at Brooklyn

Name: _Oded Greenberg_     Month: _July_

Title: _Clinical Asst. Professor_     Dept. / Div.: _Radiology_

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 7/1 | | Week of: 7/8 | | Week of: 7/15 | | Week of: 7/22 | | Week of: 7/29 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 7/1 | 9A-5P 8 | 7/8 | 9A-5P 8 | 7/15 | 9A-5P 8 | 7/22 | 9A-5P 8 | 7/29 | 9A-5P 8 |
| Tues | 7/2 | 9A-5P 8 | 7/9 | 9A-5P 8 | 7/16 | 9A-5P 8 | 7/23 | 9A-5P 8 | 7/30 | 9A-5P 8 |
| Wed | 7/3 | 9A-5P 8 | 7/10 | 9A-5P 8 | 7/17 | 9A-5P 8 | 7/24 | 9A-5P 8 | 7/31 | 9A-5P 8 |
| Thurs | 7/4 | H | 7/11 | 9A-5P 8 | 7/18 | 9A-5P 8 | 7/25 | 9A-5P 8 | | |
| Fri | 7/5 | AL | 7/12 | 9A-5P 8 | 7/19 | 9A-5P 8 | 7/26 | 9A-5P 8 | | |
| Sat | 7/6 | | 7/13 | 6A-2P 8 | 7/20 | 6A-2P 8 | 7/27 | 6A-2P 8 | | |
| Sun | 7/7 | | 7/14 | | 7/21 | | 7/28 | | | |
| Total | | 24 | | 48 | | 48 | | 48 | | 24 |

Total Hours: _192_

Title: _____ MD     Date: _8/12/13_

Approved by: _____
Chief of Service

**INDICATED ABSENCES:**
H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

**SUNY 001776**     **-CONFIDENTIAL-**

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

NAME: _Oded Greenberg_   FOR THE PERIOD FROM _Aug 1_ to _Aug 30_   DEPARTMENT _Radiology_   TITLE: _Clinical Asst Prof_

SOCIAL SECURITY NO: ▮▮▮▮   FT ☑   PT ☐   If PT, % of FT: ____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐   REGULAR SHIFT FROM: _____ TO: _____

**SECTION 1:** To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable. I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

### ABSENCES (IF ANY):                                   CHARGE TO:

| DATE FROM OR ON | TO | NUMBER OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK IN LIEU OF LEAVE | HOLIDAY | FMLA LEAVE | DRL | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| 8/8 | | 1 | | ✓ | | | | | |
| 8/12 | 8/16 | 5 | ✓ | | | | | | |
| 8/26 | 8/30 | 5 | ✓ | | | | | | |

REMARKS: Calendar Year Employees should list here a day prescribed by law for the observance of a HOLIDAY on which they were required to be present:

**SECTION 2:** TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY

REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | FROM | TO | ACTUAL # HOURS |
|---|---|---|---|---|
| | | | | |

TOTAL: ____ X 1.5   PREMIUM HOURS: ____

**SECTION 3:**

_9/5/13_
DATE

_(signature)_ MD
SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

_9/6/13_
DATE

_(signature)_
SIGNATURE OF SUPERVISOR/ CHAIR/ DIRECTOR

**SECTION 4:**
NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.

### ACCRUAL SUMMARY OF LEAVE CREDIT

| | ANN. LV | SICK LV. | IN LIEU OF HOLIDAY | DRL | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | 15.00 | 12.5 | | | | TOTAL PREV. USED | | |
| TIME USED (-) | 10.00 | 1 | | | | | | |
| 3. SUB-TOTAL: | 5.00 | 11.5 | | | | | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 6.75 | 13.25 | | | | NEW TOTAL | | |

DMC-0126 F467 R4 (12/11)

SUNY 001777          -CONFIDENTIAL-

# HHC-ANNEX G



**Affiliate Institution:** SUNY Health Science Center at Brooklyn

**Name** _Oded Greenberg_  **Month** _August_

**Title** _Clinical Asst. Professor_  **Dept./Div.** _Radiology_

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 7/29 | | Week of: 8/5 | | Week of: 8/12 | | Week of: 8/19 | | Week of: 8/26 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | | | 8/5 | 9A-5P | 8/12 | H | 8/19 | 12-8 | 8/26 | H |
| Tues | | | 8/6 | 9A-5P | 8/13 | H | 8/20 | 12-8 | 8/27 | H |
| Wed | | | 8/7 | 9A-5P | 8/14 | H | 8/21 | 12-8 | 8/28 | H |
| Thurs | 8/1 | 9A-5P | 8/8 | S L | 8/15 | H | 8/22 | 12-8 | 8/29 | H |
| Fri | 8/2 | 9A-5P | 8/9 | 9A-5P | 8/16 | H | 8/23 | 12-8 | 8/30 | H |
| Sat | | | | | | | | | | |
| Sun | | | | | | | 8/25 | 8A-4P | | |
| Total | | | | | | | | | | |

**Title** _Oced___ **MD**

**Approved by** _Linda Mc___  Chief of Service

**Total Hours** _104_

**Date** _9/5/13_

INDICATED ABSENCES:

H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

SUNY 001778          -CONFIDENTIAL-

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 9/1 TO: 9/30

NAME: Oded Greenberg  DEPARTMENT: Radiology  TITLE: Clinical Asst Prof

SOCIAL SECURITY NO: [redacted]  LINE NO.: _____  ACCOUNT CODE: _____  FT ☑ PT ☐ If PT, % of FT _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐   REGULAR SHIFT FROM: _____ AM/PM  TO: _____ AM/PM

**SECTION 1:** (To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable.)
I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below.

**ABSENCES (IF ANY):**  **CHARGE TO:**

| FROM OR ON | TO | NO. OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | OTHER | IN LIEU OF HOLIDAY | FMLA LEAVE |
|---|---|---|---|---|---|---|---|---|
| 9/6, 9/12-13 | | 3 | 3 | | | | | |
| 9/27, 9/11 | | | | 2 | | | | |

REMARKS: (CALENDAR YEAR EMPLOYEES SHOULD NOTE HERE A DAY PRESCRIBED BY LAW FOR THE OBSERVANCE OF A HOLIDAY ON WHICH THEY WERE REQUIRED TO BE PRESENT):

**SECTION 2:** (TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY)
-REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES-

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am an FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME: FROM-TO | ACTUAL HOURS |
|---|---|---|---|
| | | | |

TOTAL: _____

PREMIUM HOURS: _____ X 1.5

**SECTION 3:**
DATE: 10/11/13

SIGNATURE OF PROFESSIONAL STAFF MEMBER: Oded Greenberg MD

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

DATE: 10/21/13

SIGNATURE OF SUPERVISOR/CHAIRMAN/DIRECTOR: Linda Mich

**SECTION 4:**
(NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.)

**ACCRUAL SUMMARY OF LEAVE CREDITS**

| | ANN. LV. | SICK LV. | IN LIEU OF HOLIDAY | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | 6.75 | 12.5 | | | TOTAL PREV. USED | | |
| 2. TIME USED ( - ) | 3 | 2 | | | | | |
| 3. SUB-TOTAL: | 3.75 | 10.5 | | | | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 5.5 | 12.25 | | | NEW TOTAL | | |

HSCB-0128 F468 R3 (4/94) formerly PR 105 Rev.

# HHC-ANNEX G

**Affiliate Institution: SUNY Health Science Center at Brooklyn**

Name _Oded Greenberg_     Month _September_

Title _Clinical Asst. Professor_   Dept. / Div. _Radiology_

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 9/2 | | Week of: 9/9 | | Week of: 9/16 | | Week of: 9/23 | | Week of: 9/30 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 9/2 | H | 9/9 | 9-5pm | 9/16 | 9A-5P | 9/23 | 9A-5P | 9/30 | 9A-5P |
| Tues | 9/3 | 9-5 | 9/10 | 9-5pm | 9/17 | 9A-5P | 9/24 | 9A-5P | | |
| Wed | 9/4 | 9-5 | 9/11 | SIGN on | 9/18 | 10-4P | 9/25 | 9A-5P | | |
| Thurs | 9/5 | 9-5 | 9/12 | AL | 9/19 | 9A-5P | 9/26 | 9A-5P | | |
| Fri | 9/6 | AL | 9/13 | AL | 9/20 | 9A-5P | 9/27 | SL | | |
| Sat | | | 9/14 | 6A-2P | | | | | | |
| Sun | | | | | | | 9/29 | 6A-2P | | |
| Total | | 24 | | 32 24 | | 38 | | 40 | | 8 |

Title _O_____ MD

Approved by _____
Chief of Service

Total Hours _144 131_

Date _10/11/13_

| INDICATED ABSENCES: |
|---|
| H = Holiday |
| SL = Sick Leave |
| AL = Annual Leave |
| EL = Educational Leave |

SUNY 001780     -CONFIDENTIAL-

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: _Oct 1_ TO _Oct 31._

NAME _Oded Greenberg_ DEPARTMENT _Radiology_ TITLE _____

SOCIAL SECURITY NO: [redacted] LINE NO._____ ACCOUNT CODE:_____ FT ☑ PT ☐ If PT, % of FT_____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐    REGULAR SHIFT FROM:_____ AM PM TO:_____ AM PM

**SECTION 1:** (To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable).
I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

**ABSENCES (IF ANY):** | | | | **CHARGE TO:** | | |

| FROM OR ON | TO | NO. OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | OTHER | IN LIEU OF HOLIDAY | FMLA LEAVE |
|---|---|---|---|---|---|---|---|---|
| 10/3 | | 1 | | ✓ | | | | |
| 10/15 | | 1 | | ✓ | | | | |
| 10/22 | | 1 | | ✓ | | | | |

**REMARKS:** (CALENDAR YEAR EMPLOYEES SHOULD NOTE HERE A DAY PRESCRIBED BY LAW FOR THE OBSERVANCE OF A HOLIDAY ON WHICH THEY WERE REQUIRED TO BE PRESENT.)

**SECTION 2:** (TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY)
-REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES-

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am an FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME: FROM-TO | ACTUAL HOURS |
|---|---|---|---|
| | | | |

TOTAL: _____

PREMIUM HOURS: X 1.5

**SECTION 3:**

_11/6/13_
DATE

SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

_11/6/13_
DATE

SIGNATURE OF SUPERVISOR/CHAIRMAN/DIRECTOR

**SECTION 4:**
(NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.)

| ACCRUAL SUMMARY OF LEAVE CREDITS | ANN. LV. | SICK LV. | IN LIEU OF HOLIDAY | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | 5.5 | 12.25 | | | TOTAL PREV. USED | | |
| 2. TIME USED (-) | 0 | 3 | | | | | |
| 3. SUB-TOTAL: | 5.5 | 9.25 | | | USED THIS PERIOD (+) | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | | | |
| 5. NEW BALANCE | 7.25 | 11.00 | | | NEW TOTAL | | |

HSCB-0128 F468 R3 (4/94) formerly PR 105 Rev.

SUNY 001781          -CONFIDENTIAL-

# HHC-ANNEX G



**Affiliate Institution:** **SUNY Health Science Center at Brooklyn**

**Name** _Odd Greenberg_     **Month** _October_

**Title** _Clinical Asst. Professor_ **Dept. / Div.** _Radiology_

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 10/1 | | Week of: 10/7 | | Week of: 10/14 | | Week of: 10/21 | | Week of: 10/27 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| **Mon** | | | 10/7 | 9-5 8 | 10/14 | H | 10/21 | 12-8 8 | 10/27 | 9-5 8 |
| **Tues** | 10/1 | 9-5 8 | 10/8 | 9-5 8 | 10/15 | SL | 10/22 | SL | 10/29 | 9-5 8 |
| **Wed** | 10/2 | 9-5 8 | 10/9 | 9-5 8 | 10/16 | 9-5 8 | 10/23 | 12-8 | 10/30 | 9-5 8 |
| **Thurs** | 10/3 | SL | 10/10 | 9-5 8 | 10/17 | 9-5 8 | 10/24 | 12-8 8 | 10/31 | 9-5 8 |
| **Fri** | 10/4 | 9-5 8 | 10/11 | 9-5 8 | 10/18 | 9-5 8 | 10/25 | 12-8 8 | | |
| **Sat** | | | | | 10/19 | 6A-3P 8 | 10/26 | | | |
| **Sun** | | | | | | | 10/27 | 9-5 8 | | |
| **Total** | | 24 | | 40 | | 32 | | 40 | | 32 |

**Total Hours** _168_

**Title** _O Greenberg_ **MD**     **Date** _11/6/13_

**Approved by** _____
Chief of Service

_Linda mcn_

**INDICATED ABSENCES:**

H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

3 SU

SUNY Health Science Center at Brooklyn
(Please type or print, using ball point pen)

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: *Nov 1* TO: *Nov 30*

NAME: *Odid Greenberg*   DEPARTMENT *Radiology*   TITLE *Clinical Asst Professor*

SOCIAL SECURITY NO: ▆▆▆   LINE NO._____   ACCOUNT CODE:_____   FT ☐ PT ☐ If FT, % of FT_____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐   REGULAR SHIFT FROM:____ AM/PM TO:____ AM/PM

**SECTION 1:** (To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable).
I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

**ABSENCES (IF ANY):**   **CHARGE TO:**

| FROM OR ON | TO | NO. OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | OTHER | IN LIEU OF HOLIDAY | FMLA LEAVE |
|---|---|---|---|---|---|---|---|---|
| 11/5 | | 1 | | | | | ✓ | |
| 11/29 | | 2 | ✓ | | | | | |

**REMARKS:** (CALENDAR YEAR EMPLOYEES SHOULD NOTE HERE A DAY PRESCRIBED BY LAW FOR THE OBSERVANCE OF A HOLIDAY ON WHICH THEY WERE REQUIRED TO BE PRESENT):

**SECTION 2:** (TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY)
-REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES-

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am an FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME: FROM-TO | ACTUAL HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | TOTAL: | |
| | | PREMIUM HOURS: | X 1.5 |

**SECTION 3:**
12/4/13
DATE ____   SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

12/9/13
DATE ____   SIGNATURE OF SUPERVISOR/CHAIRMAN/DIRECTOR

**SECTION 4:**
(NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.)

| ACCRUAL SUMMARY OF LEAVE CREDITS | ANN. LV. | SICK LV. | IN LIEU OF HOLIDAY | PREMIUM HRS. REPORTED IN SECTION 2 | | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | 7.25 | 11.00 | | | TOTAL PREV. USED | | | |
| 2. TIME USED (-) | 4 | 0 | | | | | | |
| 3. SUB-TOTAL: | 7.25 | 11.00 | | | | | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | USED THIS PERIOD (+) | | | |
| 5. NEW BALANCE | 9 | 12.75 | | | NEW TOTAL | | | |

HSCB-0128 F468 R3 (4/94) formerly PR 105 Rev.

SUNY 001783        -CONFIDENTIAL-

## HHC-ANNEX G

**Affiliate Institution: SUNY Health Science Center at Brooklyn** 

**Name** Oded Greenberg     **Month** November

**Title** Clinical Asst. Professor     **Dept. / Div.** Radiology

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

|       | Week of: 10/28 Date | Hours | Week of: 11/4 Date | Hours | Week of: 11/11 Date | Hours | Week of: 11/18 Date | Hours | Week of: 11/25 Date | Hours |
|-------|------|-------|------|-------|------|-------|------|-------|------|-------|
| Mon   | 10/28 |      | 9A-11/4 | 9A-5P 8 | 11/11 | H | 11/18 | 9A-5P 8 | 11/25 | 5A-5P 8 |
| Tues  |      |      | 11/5 | 5P-9P | 11/12 | 5P-25P | 11/19 | 9A-5P 8 | 11/26 | 9A-5P 8 |
| Wed   |      |      | 11/6 | 9A-5P 8 | 11/13 | 9A-5P 8 | 11/20 | 9A-5P 8 | 11/27 | 9A-2P 5 |
| Thurs |      |      | 11/7 | 12-8 Pn 8 | 11/14 | 12-8P 8 | 11/21 | 12-8P 8 | 11/28 | H |
| Fri   | 11/1 | 9 Am-5Pm 8 | 11/8 | 12-8P 8 | 11/15 | 9A-5P 8 | 11/22 | 9A-5P 8 | 11/29 | 9A-5P 8 |
| Sat   | 11/2 | 6A-2P 8 | 11/9 | 6A-2P 8 |      |      |      |      |      |      |
| Sun   |      |      |      |      |      |      |      |      |      |      |
| Total |      | 16   |      | 40   |      | 32   |      | 40   |      | 29   |

**Total Hours** 157

**Title** Oded Greenberg     **MD**     **Date** 12/4/13

**Approved by** _____     Chief of Service

Comp days 11/4/13 from 11/4/12
11/18 from 11/20/12
11/29 from 2/25/12

**INDICATED ABSENCES:**
- H = Holiday
- SL = Sick Leave
- AL = Annual Leave
- EL = Educational Leave

SUNY 001784          -CONFIDENTIAL-

**HHC-ANNEX G**

Affiliate Institution: **SUNY Health Science Center at Brooklyn**

Name: Oded Greenberg

Month: November

Title: Clinical Asst. Professor

Dept./Div.: Radiology

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 10/28 | | Week of: 11/4 | | Week of: 11/11 | | Week of: 11/18 | | Week of: 11/25 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 10/28 | | 9A 11/4 | 9A-5P 8 | 11/11 | H | 11/18 | 9A-5P 8 | 11/25 | 9A-5P 8 |
| Tues | | | 11/5 | 9P-9P | 11/12 | 9A-5P 8 | 11/15 | 9A-5P 8 | 11/26 | 9A-5P 8 |
| Wed | | | 11/6 | 9A-5P 8 | 11/13 | 9A-5P 8 | 11/20 | 9A-5P 8 | 11/27 | 9A-2P 8 |
| Thurs | | | 11/7 | 12-8P 8 | 11/14 | 12-8P 8 | 11/21 | 12-8P 8 | 11/28 | H |
| Fri | 11/1 | 9A-5Pn 8 | 11/8 | 12-8P 8 | 11/15 | 9A-5P 8 | 11/22 | 9A-5P 8 | 11/29 | 9A-5P 8 |
| Sat | 11/2 | 6A-2P 8 | 11/9 | 6A-2P 8 | | | | | | |
| Sun | | | | | | | | | | |
| Total | | 16 | | 40 | | 32 | | 40 | | 29 |

Total Hours: 157

Title: Oded Greenberg MD

Date: 12/4/13

Approved by _____ Chief of Service

Comp Days 11/4/13 from 11/4/12
11/18 from 11/20/12
11/25 from 2/25/12

INDICATED ABSENCES:

H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

SUNY 001785          -CONFIDENTIAL-

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

NAME: Odd Greenberg   DEPARTMENT: Radiology   TITLE: Clinical Asst Professor   FOR THE PERIOD FROM: Nov 1 TO: Nov 30.

SOCIAL SECURITY NO: [REDACTED]   LINE NO.: _____   ACCOUNT CODE: _____   FT ☑ PT ☐ If PT, % of FT: _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐   REGULAR SHIFT FROM: _____ AM   PM TO: _____ AM PM

**SECTION 1:** (To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable).
I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

**ABSENCES (IF ANY):** — **CHARGE TO:**

| FROM OR ON | TO | NO. OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | OTHER | IN LIEU OF HOLIDAY | FMLA LEAVE |
|---|---|---|---|---|---|---|---|---|
| 11/5 | | 1 | | | | | ✓ | |

REMARKS: (CALENDAR YEAR EMPLOYEES SHOULD NOTE HERE A DAY PRESCRIBED BY LAW FOR THE OBSERVANCE OF A HOLIDAY ON WHICH THEY ARE REQUIRED TO BE PRESENT)

**SECTION 2:** (TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY)
-REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES-

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am an FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME: FROM-TO | ACTUAL HOURS |
|---|---|---|---|
| | | | |

TOTAL: X 1.5

PREMIUM HOURS: _____

**SECTION 3:**

12/4/13
DATE

SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

_____   _____
DATE   SIGNATURE OF SUPERVISOR/CHAIRMAN/DIRECTOR

**SECTION 4:**
(NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.)

| ACCRUAL SUMMARY OF LEAVE CREDITS | | | | | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|
| | ANN. LV. | SICK LV. | IN LIEU OF HOLIDAY | PREMIUM HRS. REPORTED IN SECTION 2 | | | |
| 1. BAL BROUGHT FWD | 7.25 | 11.00 | | | TOTAL PREV. USED | | |
| 2. TIME USED (-) | 0 | 0 | | | | | |
| 3. SUB-TOTAL: | 7.25 | 11.00 | | | | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 9 | 12.75 | | | NEW TOTAL | | |

HSCB-0128 F468 R3 (4/94) formerly PR 105 Rev

SUNY DOWNSTATE MEDICAL CENTER
(Please type or print, using ball point pen)

# MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: _Dec 2_ TO: _Dec 31st_

NAME: _Oded Greenberg_   DEPARTMENT _Radiology_   TITLE: _Clinical Asst Prof_

SOCIAL SECURITY NO: ▮▮▮▮▮▮   FT ☐ PT ☐ If PT, % of FT: _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐   REGULAR SHIFT FROM: _____ AM/PM TO: _____ AM/PM

**SECTION 1:** To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable. I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

**ABSENCES (IF ANY):**                                                **CHARGE TO:**

| DATE FROM OR ON | TO | NUMBER OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | IN LIEU OF HOLIDAY | FMLA LEAVE | DRL | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| 12/23 | 12/28 | 6 | 4 | | | 0 | | | |

REMARKS: Calendar Year Employees should list here a day prescribed by law for the observance of a HOLIDAY on which they were required to be present:

**SECTION 2:** TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY
REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES
I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | FROM | TIME TO | ACTUAL # HOURS |
|---|---|---|---|---|
| | | | | |

TOTAL: _____
X 1.5 = PREMIUM HOURS: _____

**SECTION 3:**

_1/14/14_
DATE                           SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

_1/14/14_
DATE                           SIGNATURE OF SUPERVISOR/ CHAIR/ DIRECTOR

**SECTION 4:**
NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.

ACCRUAL SUMMARY OF LEAVE CREDIT

| | ANN. LV | SICK LV. | IN LIEU OF HOLIDAY | DRL | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | 9 | 12.75 | | | | TOTAL PREV. USED | | |
| 2. TIME USED (-) | 4 | 0 | | | | | | |
| 3. SUB-TOTAL: | 5 | 12.75 | | | | | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 6.75 | 14.50 | | | | NEW TOTAL | | |

DMC-0128 F467 R4 (12/11)

**SUNY 001787        -CONFIDENTIAL-**

# HHC-ANNEX G



Affiliate Institution: **SUNY Health Science Center at Brooklyn**

Name _Odd Greenberg_ , Month _December_

Title _____ Dept. / Div. _____

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

|  | Week of: 12/2 | | Week of: 12/9 | | Week of: 12/16 | | Week of: 12/23 | | Week of: 12/30 | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 12/2 | 10-6 8 | 12/9 | 10-6 8 | 12/16 | 10-6 8.25 | 12/23 | AL | 12/30 | 10-8 8 |
| Tues | 12/3 | 10-6 8 | 12/10 | 12-6 8 | 12/17 | 10-6 8 | 12/24 | AL | 12/31 | 10-6 8 |
| Wed | 12/4 | 10-6 8 | 12/11 | 10-6 8 | 12/18 | 10-6 8 | 12/25 | H |  |  |
| Thurs | 12/5 | 10-6 8 | 12/12 | 10-6 8 | 12/8 | 10-6 8 | 12/26 | AL |  |  |
| Fri | 12/6 | 10-6 8 | 12/13 | 10-6 8 | 12/20 | 10-6 8 | 12/27 | AL |  |  |
| Sat | 12/7 | 6A-2P 8 |  |  |  |  |  |  |  |  |
| Sun |  |  |  |  |  |  |  |  |  |  |
| Total |  | 48 |  | 40 |  | 40 |  |  |  | 16 |

Title _Odie Day_ MD

Approved by _Linda Inch_
Chief of Service

Total Hours _144_

Date _1/14/14_

| INDICATED ABSENCES: |
|---|
| H = Holiday |
| SL = Sick Leave |
| AL = Annual Leave |
| EL = Educational Leave |

**SUNY 001788** **-CONFIDENTIAL-**

SUNY DOWNSTATE MEDICAL CENTER
(Please type or print, using ball point pen)

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: Jan 2 TO: Jan 31

NAME: Odd Greenberg  DEPARTMENT: Radiology  TITLE: Clinical Asst Prof

SOCIAL SECURITY NO: �█▓▓▓▓  FT  PT  If PT, % of FT:

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐   REGULAR SHIFT FROM: _____ AM/PM  TO: _____ AM/PM

**SECTION 1:** To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable. I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

### ABSENCES (IF ANY):  CHARGE TO:

| DATE FROM OR ON | TO | NUMBER OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | IN LIEU OF HOLIDAY | FMLA LEAVE | DRL | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| 1/2 | 1/3 | 2 | DE | | | | | | |
| 1/6 | 1/9 | 0 | | | | | | | |
| 1/10 | | 1 | | | | | | 1 | |

REMARKS: Calendar Year Employees should list here a day prescribed by law for the observance of a HOLIDAY on which they were required to be present:

**SECTION 2:** TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY
REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES
I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | FROM | TO | ACTUAL # HOURS |
|---|---|---|---|---|
| | | | | |

TOTAL: _____ X 1.5 = PREMIUM HOURS: _____

**SECTION 3:**

2/6/14  DATE      SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

2/10/14  DATE      SIGNATURE OF SUPERVISOR/ CHAIR/ DIRECTOR

**SECTION 4:**
NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.

### ACCRUAL SUMMARY OF LEAVE CREDIT

| | ANN. LV | SICK LV. | IN LIEU OF HOLIDAY | DRL | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | 6.75 | 14.5 | | | − | TOTAL PREV. USED | | |
| 2. TIME USED (-) | 2 | 0 | | 1 | | | | |
| 3. SUB-TOTAL: | 4.75 | 14.5 | | | | | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 6.5 | 16.25 | | | | NEW TOTAL | | |

DMC-0126 F467 R4 (12/11)

SUNY 001789          -CONFIDENTIAL-

# HHC-ANNEX G

Affiliate Institution: **SUNY Health Science Center at Brooklyn**

Name _Oded Greenberg_     Month _January_

Title _Clinical Asst Professor_  Dept./Div. _Radiology_

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 12/30 | | Week of: 1/6 | | Week of: 1/13 | | Week of: 1/20 | | Week of: 1/27 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 12/30 | | 1/6 | 9A-5P | 1/13 | 9A-5P | 1/20 | 9A-5P | 1/27 | 9-5 |
| Tues | 12/31 | | 1/7 | 9A-5P | 1/14 | 9A-5P | 1/21 | 9A-5P | 1/28 | 5-5 |
| Wed | 1/1 | H | 1/8 | 9A-5P | 1/15 | 9A-5P | 1/22 | 9A-5P | 1/29 | 9-5 |
| Thurs | 1/2 | AL | 1/9 | 9A-5P | 1/16 | 9A-5P | 1/23 | 9A-5P | 1/30 | 5-5 |
| Fri | 1/3 | AL | 1/10 | | 1/17 | 9A-5P | 1/24 | 9A-5P | 1/31 | 5-5 |
| Sat | | | 1/11 | 6A-2P | 1/18 | | | | | |
| Sun | | | | | 1/19 | 6A-2P | | | | |
| Total | | 0 | | 48 | | 48 | | 40 | | 40 |

1/6 comp day 2/27/13   1/8 comp day 3/18/13
1/7 comp day 2/25/13   1/9 comp from 3/21/13
                        1/10 - DRL       Total Hours _176_

Title _____   MD _____  Date _2/6/14_

Approved by _Linda Snow_
Chief of Service

| INDICATED ABSENCES: |
|---|
| H = Holiday |
| SL = Sick Leave |
| AL = Annual Leave |
| EL = Educational Leave |

**SUNY 001790     -CONFIDENTIAL-**

SUNY DOWNSTATE MEDICAL CENTER
(Please type or print, using ball point pen)

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 2/1 TO: 2/28

NAME: Oded Greenberg   DEPARTMENT: Radiology   TITLE: Clinical Asst Prof

SOCIAL SECURITY NO: ▊▊▊▊▊   FT ___ PT ___ If PT, % of FT: ___

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐   REGULAR SHIFT FROM: ___ AM/PM   TO: ___ AM/PM

**SECTION 1:** To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable. I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

ABSENCES (IF ANY):                                CHARGE TO:

| DATE FROM OR ON | TO | NUMBER OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | IN LIEU OF HOLIDAY | FMLA LEAVE | DRL | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| 2/4 | | 1 | | ✓ | | | | | |
| 2/14 | | 1 | | | | | | ✓ | |
| 2/18 | | 1 | | | | | | | ✓ CME |
| 2/19 | 2/21 | 3 | | ✓ | | | | | |

REMARKS: Calendar Year Employees should list here a day prescribed by law for the observance of a HOLIDAY on which they were required to be present:

**SECTION 2:** TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY

REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES
I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

|  |  | TIME | | |
|---|---|---|---|---|
| DAY OF WEEK | DATE | FROM | TO | ACTUAL # HOURS |
| | | | | |

TOTAL: ___ X 1.5 = PREMIUM HOURS: ___

**SECTION 3:**
DATE: 3/5/14

SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

DATE: 3/6/14

SIGNATURE OF SUPERVISOR/ CHAIR/ DIRECTOR

**SECTION 4:**
NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.

ACCRUAL SUMMARY OF LEAVE CREDIT

| | ANN. LV | SICK LV | IN LIEU OF HOLIDAY | DRL | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | 6.5 | 14.5 | | | | TOTAL PREV. USED | | |
| 2. TIME USED (-) | 3.0 | 1 | | 1 | | | | |
| 3. SUB-TOTAL: | 3.5 | 13.5 | | | | | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 5.25 | 15.25 | | | | NEW TOTAL | | |

DMC-0126 F467 R4 (12/11)

SUNY 001791          -CONFIDENTIAL-

## HHC-ANNEX G



**Affiliate Institution:** SUNY Health Science Center at Brooklyn

**Name** Odd Greenberg  **Month** February

**Title** Clinical Asst Prof  **Dept. / Div.** Radiology

In accordance with the terms of my agreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 1/27 | | Week of: 2/3 | | Week of: 2/10 | | Week of: 2/17 | | Week of: 2/24 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | | | 2/3 | 9A-5P | 2/10 | 9A-5P | 2/17 | H | 2/24 | 9A-5P |
| Tues | | | 2/4 | SL | 2/11 | 9A-5P | 2/18 | EL | 2/25 | 9A-5P |
| Wed | | | 2/5 | 9A-5P | 2/12 | 9A-5P | 2/15 | AL | 2/26 | 9A-5P |
| Thurs | | | 2/6 | 9A-5P | 2/13 | 9A-5P | 2/20 | AL | 2/27 | 9A-5P |
| Fri | | | 2/7 | 9A-5P | 2/14 | AL | 2/21 | AL | 2/28 | 9A-5P |
| Sat | 2/1 | 6A-2P | | | | | | | | |
| Sun | | | | | | | | | | |
| Total | | 8 | | 32 | | 32 | | | | 40 |

**Total Hours** 112

**Title** Odea Drg mD  **MD**  **Date** 3/15/14

**Approved by** _Linda Inch_  Chief of Service

**INDICATED ABSENCES:**
H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

SUNY 001792        -CONFIDENTIAL-



## *Statement of Credit*

The Duke University School of Medicine is accredited by the Accreditation Council for Continuing Medical
Education to provide continuing medical education for physicians.

The Duke University School of Medicine certifies that

## **Oded Greenberg, MD, BA**

has attended and successfully completed the live

## **Advances in Abdominal, Cardiothoracic, Musculoskeletal and Neuro Imaging 2014**

at The Atlantis , Paradise Island, Bahamas on February 15th, 2014 and is awarded 20.00
*AMA PRA Category 1 Credit(s).™*

*Chitra Subramaniam*

*Chitra Subramaniam, Ph.D*
Director,Continuing Medical Education
Duke University School of Medicine

**SUNY 001793          -CONFIDENTIAL-**

SUNY DOWNSTATE MEDICAL CENTER
(Please type or print, using ball point pen)

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 3/1 TO: 3/31

NAME: Odad Greenberg md   DEPARTMENT: Radiology   TITLE: Clinical Asst Prof

SOCIAL SECURITY NO: ████ ██ 86   FT ___ PT ___ If PT, % of FT: _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE [ ]   REGULAR SHIFT FROM: _____ AM/PM   TO: _____ AM/PM

**SECTION 1:** To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable. I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

### ABSENCES (IF ANY):

### CHARGE TO:

| DATE FROM OR ON | TO | NUMBER OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | IN LIEU OF HOLIDAY | FMLA LEAVE | DRL | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| 3/5 | | 1 | | ✓ | | | | | |

REMARKS: Calendar Year Employees should list here a day prescribed by law for the observance of a HOLIDAY on which they were required to be present:

**SECTION 2:** TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY

REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES
I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME FROM | TO | ACTUAL # HOURS |
|---|---|---|---|---|
| | | | | |

TOTAL: _____ X 1.5 = PREMIUM HOURS: _____

**SECTION 3:**

4/4/14 DATE

~~Odad Dr md~~ *(signature)*
SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

4/8/14 DATE

*(signature)* Linda Mc___
SIGNATURE OF SUPERVISOR/ CHAIR/ DIRECTOR

**SECTION 4:**
NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.

### ACCRUAL SUMMARY OF LEAVE CREDIT

| | ANN. LV | SICK LV. | IN LIEU OF HOLIDAY | DRL | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP ORG. LEAVE |
|---|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | 5.25 | 15.25 | | | | TOTAL PREV USED | | |
| 2. TIME USED (-) | 0 | 1 | | | | | | |
| 3. SUB-TOTAL: | 5.25 | 14.25 | | | | | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 7.0 | 16.0 | | | | NEW TOTAL | | |

17.75

OMC 0129 F487 R4 (12/11)

SUNY 001794        -CONFIDENTIAL-

# HHC-ANNEX G

Affiliate Institution: **SUNY Health Science Center at Brooklyn** 

Name __Oded Greenberg mD__    Month __March__

Title __Clinical Asst Prof.__    Dept./Div. __Radiology__

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 2/24 | | Week of: 3/3 | | Week of: 3/10 | | Week of: 3/17 | | Week of: 3/24 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | | | 3/3 | SL | 3/10 | 9-5 | 3/17 | 9-5 8 | 3/24 | 9-5 |
| Tues | | | 3/4 | 9-5 | 3/11 | 9-5 | 5/18 | 9-5 | 3/25 | 9-5 |
| Wed | | | 3/5 | 9-5 8 | 3/12 | 9-5 | 3/19 | 9-5 | 3/26 | 9-5 8 |
| Thurs | | | 3/6 | 9-5 | 3/13 | 5-5 | 3/20 | 5-5 8 | 3/27 | 8-5 |
| Fri | | | 3/7 | 9-5 8 | 3/14 | 9-5 8 | 3/21 | 9-5 8 | 3/28 | 9-5 |
| Sat | 3/1 | 64 2P 8 | | | | | | | 3/29 | 9-5 8 |
| Sun | | | | | | | | | | |
| Total | | 7 | | 32 | | 40 | | 40 | | 48 |

Total Hours __168__

Title __O-du Den__ MD    Date __4/4/14__

Approved by __Linda M__
Chief of Service

**INDICATED ABSENCES:**
**H** = Holiday
**SL** = Sick Leave
**AL** = Annual Leave
**EL** = Educational Leave

SUNY DOWNSTATE MEDICAL CENTER
(Please type or print, using ball point pen)

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

NAME: Oded Greenberg     FOR THE PERIOD FROM: 4/1 TO: 4/30
DEPARTMENT Radiology     TITLE: Clinical Asst Prof

SOCIAL SECURITY NO: ☐ ☐ 04 ☐ FT ☐ PT ☐ If PT, % of FT:

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐     REGULAR SHIFT FROM: _____ AM/PM TO: _____ AM/PM

**SECTION 1:** To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable. I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

### ABSENCES (IF ANY):  |  CHARGE TO:

| DATE FROM OR ON | TO | NUMBER OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | IN LIEU OF HOLIDAY | FMLA LEAVE | DRL | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| 4/22 | | 1 | | ✓ | | | | | |

REMARKS: Calendar Year Employees should list here a day prescribed by law for the observance of a HOLIDAY on which they were required to be present:

**SECTION 2:**     **TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY**
REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES
I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | FROM | TO | ACTUAL # HOURS |
|---|---|---|---|---|
| | | | | |

TOTAL: _____ X 1.5 = PREMIUM HOURS: _____

**SECTION 3:**
5/1/14
DATE     Ocean D....  m)
SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

5/12/14
DATE     Linda ____
SIGNATURE OF SUPERVISOR/ CHAIR/ DIRECTOR

**SECTION 4:**
NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.

### ACCRUAL SUMMARY OF LEAVE CREDIT

| | ANN. LV | SICK LV. | IN LIEU OF HOLIDAY | DRL | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | .75 | 17.25 | | | | TOTAL PREV. USED | | |
| 2. TIME USED (-) | 0 | 1 | | | | | | |
| 3. SUB-TOTAL: | .75 | 16.75 | | | | | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 2.5 | 18.5 | | | | NEW TOTAL | | |

(-7.)

DMC-0128 F457 R4 (12/11)

**SUNY 001796     -CONFIDENTIAL-**

710 · 290 · 2667

# HHC-ANNEX G



**Affiliate Institution:** SUNY Health Science Center at Brooklyn

**Name** Oded Greenberg  **Month** April

**Title** Clinical Asst Prof.  **Dept./Div.** Radiology

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 3/30 | | Week of: 4/7 | | Week of: 4/14 | | Week of: 4/21 | | Week of: 4/28 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 3/30 | | 4/7 | 9A-5P 7 | 4/14 | 8-3 7 | 4/21 | 9A-5P 7 | 4/28 | 9A-5P 8 |
| Tues | 4/1 | 9A-5 8 | 4/8 | 5A-5P 8 | 4/15 | 8-3 7 | 4/22 | SL | 4/29 | 9A-5P 8 |
| Wed | 4/2 | C | 4/9 | 9A-5P 7 | 4/16 | 9A-5P 8 | 4/23 | 9A-5P 8 | 4/30 | 9A-5P 8 |
| Thurs | 4/3 | 9A-5 8 | 4/10 | 9A-5P 7 | 4/17 | 9A-5P 8 | 4/24 | 8-5 9 | | |
| Fri | 4/4 | 9A-5 8 | 4/11 | 9A-5P 7 | 4/18 | 9A-5P 8 | 4/25 | 8-5 9 | | |
| Sat | 4/5 | 6A-2P 8 | | | | | | | | |
| Sun | | | | | | | | | | |
| Total | | 40 | | 40 | | 38 | | 34 | | 24 |

Took comp days on 4/17 and 4/18  **Total Hours** 176
From 4/10/13 (½day) 4/30/13 (½day) and 4/17/13 (Full day)

**Title** Oded Greenberg MD  **Date** 5/1/14

**Approved by** Linda Ince  *Chief of Service*

Took comp day
April 2nd for ~~case~~ call on ~~4/1/13~~
~~different case in use~~ 5/17/13 call)

| INDICATED ABSENCES: |
|---|
| H = Holiday |
| SL = Sick Leave |
| AL = Annual Leave |
| EL = Educational Leave |

**SUNY 001797**  **-CONFIDENTIAL-**

# HHC-ANNEX G



**Affiliate Institution:** SUNY Health Science Center at Brooklyn

Name _Oded Greenberg_  Month _April_

Title _Clinical Asst Prof._  Dept./Div. _Radiology_

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 3/30 | | Week of: 4/7 | | Week of: 4/14 | | Week of: 4/21 | | Week of: 4/28 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 3/30 | | 4/7 | 9A-5P | 4/14 | 8-3 | 4/21 | 9A-5P | 4/28 | 9A-5P |
| Tues | 4/1 | 9A-5 8 | 4/8 | 5A-5P | 4/15 | 8-3 7 | 4/22 | SL | 4/29 | 9A-5P 7 |
| Wed | 4/2 | 9A-5 8 | 4/9 | 9A-5P | 4/16 | 9A-5P 8 | 4/23 | 9A-5P | 4/30 | 9A-5P 8 |
| Thurs | 4/3 | 9A-5 8 | 4/10 | 9A-5P 5 | 4/17 | 9A-5P 8 | 4/24 | 8-5 9 | | |
| Fri | 4/4 | 9A-5 8 | 4/11 | 9A-5P | 4/18 | 9A-5P 8 | 4/25 | 8-5 9 | | |
| Sat | 4/5 | 6A-2P 8 | | | | | | | | |
| Sun | | | | | | | | | | |
| Total | | 40 | | 40 | | 38 | | 34 | | 24 |

Took comp days on 4/17 and 4/18  Total Hours _176_
From 4/10/13 (½day) 4/30/13 (½day) and 4/17/13 (Full day)

Title _Oded Greenberg_  MD  Date _5/1/14_

Approved by _____
Chief of Service

**INDICATED ABSENCES:**
H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

Original
this was corrected

SUNY Health Science Center at Brooklyn
(Please type or print, using ball point pen)

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: _5 / 1_ TO: _5 / 31_

NAME: _David Greenberg_ DEPARTMENT _Rad Surg_ TITLE: _Clinical Asst Prof_

SOCIAL SECURITY NO: ▮▮▮▮▮▮▮▮▮ LINE NO._____ ACCOUNT CODE:_____ FT ☑ PT ☐ If PT, % of FT _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐    REGULAR SHIFT FROM:_____ AM PM TO:_____ AM PM

---

**SECTION 1:** (To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable).
I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

**ABSENCES (IF ANY):**                                    **CHARGE TO:**

| FROM OR ON | TO | NO. OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | OTHER | IN LIEU OF HOLIDAY | FMLA LEAVE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

REMARKS:    (CALENDAR YEAR EMPLOYEES SHOULD NOTE HERE A DAY PRESCRIBED BY LAW FOR THE OBSERVANCE OF A HOLIDAY ON WHICH THEY WERE REQUIRED TO BE PRESENT):

---

**SECTION 2:** (TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY)
-REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES-

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am an FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME: FROM-TO | ACTUAL HOURS |
|---|---|---|---|
| | | | |
| | | | |

TOTAL: _____ X 1.5

PREMIUM HOURS: _____

---

**SECTION 3:**

_____ DATE    _____ SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

_6/10/14_ DATE    _____ SIGNATURE OF SUPERVISOR/CHAIRMAN/DIRECTOR

---

**SECTION 4:**
(NOTE:    The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.)

| ACCRUAL SUMMARY OF LEAVE CREDITS | | | | | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|
| | ANN. LV. | SICK LV. | IN LIEU OF HOLIDAY | PREMIUM HRS. REPORTED IN SECTION 2 | | | |
| 1. BAL BROUGHT FWD | | | | | TOTAL PREV. USED | | |
| 2. TIME USED ( - ) | | | | | | | |
| 3. SUB-TOTAL: | | | | | | | |
| 4. TIME EARNED ( + ) | | | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | | | | | NEW TOTAL | | |

HSCB-0126 F468 R3 (4/94) formerly PR 105 Rev.

**SUNY 001799**          **-CONFIDENTIAL-**

# HHC-ANNEX G

**Affiliate Institution: SUNY Health Science Center at Brooklyn** 

Name _Oded Greenberg_     Month _May 2014_

Title _Clinical Asst. Prof._     Dept./Div. _Radiology_

In accordance with the terms of my agreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 4/28 | | Week of: 5/5 | | Week of: 5/12 | | Week of: 5/19 | | Week of: 5/26 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 4/28 | | 5/5 | 9-5 | 5/12 | 8:30-5:30 9-5 | 5/19 | 12:45-5:15 6:15 | 5/26 | H |
| Tues | 4/29 | | 5/6 | 9-5 | 5/13 | 8-5:30 | 5/20 | 8:30-5:30 9 | 5/27 | 8:30-5:30 9 |
| Wed | 4/30 | | 5/7 | 9-5 | 5/14 | 8:30-5:30 | 5/21 | 8:30-5:30 5 | 5/28 | 8:30-5:30 9 |
| Thurs | 5/1 | 9:30-5:15 8 | 5/8 | 9-5 | 5/15 | 8:45-5:15 | 5/22 | 8:30-5:30 5 | 5/29 | 10:30-4:30 |
| Fri | 5/2 | 9:30-5 8 | 5/9 | 9-5 | 5/16 | 8:30-5:30 9 | 5/23 | 8:30-5:30 9 | 5/30 | 2:30-6:00 3.5 |
| Sat | | | 5/10 | 6-2 8 | | | 5/24 | 6-2 8 | | |
| Sun | | | 5/11 | | | | | | | |
| Total | | 16 | | 48 | | 45 | | 49.5 | | 35.5 |

Total Hours _194_

Title _Oded Greenberg_     MD     Date _6/5/14_

Approved by _Linda Man_
Chief of Service

**INDICATED ABSENCES:**

H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

Original

# HHC-ANNEX G

**Affiliate Institution: SUNY Health Science Center at Brooklyn**

Name _Oded Greenberg_  Month _May_

Title _Clinical Asst. Prof._  Dept. / Div. _Radiology_

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 4/28 | | Week of: 5/5 | | Week of: 5/12 | | Week of: 5/19 | | Week of: 5/26 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 4/28 | | 5/5 | 9-5 8 | 5/12 | 850-530 9 | 5/19 | 1245-545 6-15 8 | 5/26 | 830-530 9 |
| Tues | 4/29 | | 5/6 | 9-5 8 | 5/13 | 830-530 9 | 5/20 | 830-530 9 | 5/27 | 830-530 9 |
| Wed | 4/30 | | 5/7 | 9-5 8 | 5/14 | 830-530 9 | 5/21 | 830-530 9 | 5/28 | 830-530 9 |
| Thurs | 5/1 | 9:30-5:15 8 | 5/8 | 9-5 8 | 5/15 | 845-515 8 | 5/22 | 830-530 5 | 5/29 | 1030-430 5 |
| Fri | 5/2 | 9:30-5:15 8 | 5/9 | 9-5 8 | 5/16 | 830-530 9 | 5/23 | 830-530 9 | 5/30 | 2:30-6:00 3.5 |
| Sat | | | 5/10 | 6-2 8 | | | 5/24 | 6-2 8 | | |
| Sun | | | 5/11 | | | | | | | |
| Total | | 16 | | 48 | | 45 | | 49.5 | | 35.5 |

Title _Oded Greenberg_ MD

Total Hours _194_

Date _6/5/14_

Approved by _____
Chief of Service

INDICATED ABSENCES:

**H = Holiday**
**SL = Sick Leave**
**AL = Annual Leave**
**EL = Educational Leave**

**SUNY 001801       -CONFIDENTIAL-**

SUNY Health Science Center at Brooklyn
(Please type or print, using ball point pen)

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 6/1 TO: 6/30

NAME: Odod Greenberg   DEPARTMENT: Radiology   TITLE: Clinical Asst Prof

SOCIAL SECURITY NO: ▆▆▆   LINE NO: _____   ACCOUNT CODE: _____   FT ☑ PT ☐ If PT, % of FT _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐   REGULAR SHIFT FROM: _____ AM/PM   TO: _____ AM/PM

**SECTION 1:** (To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable).
I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

### ABSENCES (IF ANY):                                    CHARGE TO:

| FROM OR ON | TO | NO. OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | OTHER | IN LIEU OF HOLIDAY | FMLA LEAVE |
|---|---|---|---|---|---|---|---|---|
| 6/3 | | 1 | | ✓ | | | | |

REMARKS: (CALENDAR YEAR EMPLOYEES SHOULD NOTE HERE A DAY PRESCRIBED BY LAW FOR THE OBSERVANCE OF A HOLIDAY ON WHICH THEY WERE REQUIRED TO BE PRESENT):

**SECTION 2:** (TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY)
-REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES-

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am an FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME: FROM-TO | ACTUAL HOURS |
|---|---|---|---|
| | | | |

TOTAL: _____

PREMIUM HOURS: X 1.5 _____

**SECTION 3:**

7/2/14   DATE   _____ Odod Greenberg MD   SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

7/7/14   DATE   Linda McL   SIGNATURE OF SUPERVISOR/CHAIRMAN/DIRECTOR

**SECTION 4:**
(NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.)

| ACCRUAL SUMMARY OF LEAVE CREDITS | | | | | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|
| | ANN. LV. | SICK LV. | IN LIEU OF HOLIDAY | PREMIUM HRS. REPORTED IN SECTION 2 | | | |
| 1. BAL BROUGHT FWD | 4.25 | 20.25 | | | TOTAL PREV. USED | | |
| 2. TIME USED ( - ) | | 1 | | | | | |
| 3. SUB-TOTAL: | 4.25 | 19.25 | | | | | |
| 4. TIME EARNED ( + ) | 1.75 | 1.75 | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 6.00 | 21.00 | | | NEW TOTAL | | |

HSCB-0128 F468 R3 (4/94) formerly PR 105 Rev.

SUNY 001802        -CONFIDENTIAL-

# HHC-ANNEX G



**Affiliate Institution: SUNY Health Science Center at Brooklyn**

Name _Odad Greenberg_    Month _June_

Title _Clinical Asistant Profasor_ Dept./Div. _Radiology_

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 6/2 | | Week of: 6/9 | | Week of: 6/16 | | Week of: 6/23 | | Week of: 6/30 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 6/2 | 9-5 8 | 6/9 | 9-5 C | 6/11 | 9-5 8 | 6/23 | 9-5 6 8.5 | 6/30. | 8.50-5.30 9 |
| Tues | 6/3 | 5⌐ | 6/10 | 10-6 8 | 6/17 | 10-5.5 7.5 | 6/24 | 8.5-5.5 9 | | |
| Wed | 6/4 | 7.30-5.30 10 | 6/11 | 8.50-5 8.5 | 6/18 | 5-7 2 C | 6/25 | 10-5.5 7.5 | | |
| Thurs | 6/5 | 9-5 8 | 6/12 | 9-5 C | 6/19 | 9-5 8 | 6/25 | 8-5 5 | | |
| Fri | 6/6 | 8.20-5.50 9 | 6/13 | 10-6 8 | 6/20 | 10-6 8 | 6/27 | 11-630 7.5 | | |
| Sat | | | | | 6/21 | 7-3 8 | 6/28 | 9.30-5 7.5 | | |
| Sun | | | | | | | | | | |
| Total | | 35 | | 29.5 | | 41.5 | | 49 | | 9 |

comp days 6/9/14, 6/12/14
from 6/9/13 and 6/12/13

Worked only 2 hrs on 6/18
↳ can use comp day from 7/13

Total Hours _159_

Title _Odad Greenberg_ ....... **MD**

Date _7/2/14_

Approved by _Shirdeswich_
Chief of Service

| INDICATED ABSENCES: |
|---|
| H = Holiday |
| SL = Sick Leave |
| AL = Annual Leave |
| EL = Educational Leave |

SUNY Health Science Center at Brooklyn
(Please type or print, using ball point pen)

# MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: July 1 TO: July 31

NAME: Oded Greenberg   DEPARTMENT: Radiology   TITLE: Clinical Asst Prof

SOCIAL SECURITY NO: ▉▉▉P▉   LINE NO.: _____   ACCOUNT CODE: _____   FT ☑ PT ☐ If PT, % of FT _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐   REGULAR SHIFT FROM: _____ AM/PM TO: _____ AM/PM

**SECTION 1:**   (To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable.)
I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

| ABSENCES (IF ANY): | | | CHARGE TO: | | | | | |
|---|---|---|---|---|---|---|---|---|
| FROM OR ON | TO | NO. OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | OTHER | IN LIEU OF HOLIDAY | FMLA LEAVE |
| | | | | | | | | |

REMARKS:   (CALENDAR YEAR EMPLOYEES SHOULD NOTE HERE A DAY PRESCRIBED BY LAW FOR THE OBSERVANCE OF A HOLIDAY ON WHICH THEY WERE REQUIRED TO BE PRESENT.)

**SECTION 2:**   (TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY)
-REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES-

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am an FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME: FROM-TO | ACTUAL HOURS |
|---|---|---|---|
| | | | |

TOTAL: _____

PREMIUM HOURS: X 1.5

**SECTION 3:**
DATE: 8/7/19__   SIGNATURE OF PROFESSIONAL STAFF MEMBER: _____

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

DATE: _____   SIGNATURE OF SUPERVISOR/CHAIRMAN/DIRECTOR: _____

**SECTION 4:**
(NOTE:   The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.)

| ACCRUAL SUMMARY OF LEAVE CREDITS | | | | | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|
| | ANN. LV. | SICK LV. | IN LIEU OF HOLIDAY | PREMIUM HRS. REPORTED IN SECTION 2 | | | |
| 1. BAL BROUGHT FWD | 6.00 | 21.00 | | | TOTAL PREV. USED | | |
| 2. TIME USED ( - ) | 0 | 0 | | | | | |
| 3. SUB-TOTAL: | 6.00 | 21.00 | | | USED THIS PERIOD (+) | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | | | |
| 5. NEW BALANCE | 7.75 | 22.75 | | | NEW TOTAL | | |

HSCB-0128 F466 R3 (4/94) formerly PR 105 Rev.

SUNY 001804     -CONFIDENTIAL-

# HHC-ANNEX G

Affiliate Institution: **SUNY Health Science Center at Brooklyn** 

Name ___O ṡad Greenberg___   Month __July__

Title __Clinical Asst Professor__ Dept. / Div. __Radiology__

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: July 2 | | Week of: 7/7 | | Week of: 7/14 | | Week of: 7/21 | | Week of: 7/28 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 6/30 | 9-5 8 | 7/7 | 850-530 9 | 7/14 | 850-530 9.5 | 7/21 | 9⁴-550 8.5 | 7/28 | 9-5 8 |
| Tues | 7/1 | 830-5 8.5 | 7/8 | 830-600 7.5 | 7/15 | 850-530 9 | 7/22 | 9-5 8 | 7/29 | 9-5 8 |
| Wed | 7/2 | 1030-630 8 | 7/9 | 860-230 6 | 7/16 | 9-5 8 | 7/23 | 9-5 8 | 7/30 | 9-5 8 |
| Thurs | 7/3 | 9-5 8 | 7/10 | 9-5 8 | 7/17 | 852-530 9 | 7/24 | 9-5 8 | 7/31 | 9-5 8 |
| Fri | 7/4 | 1030-7 8.5 | 7/11 | 930-530 8 | 7/18 | 9-5 | 7/25 | 9-5 8 | | |
| Sat | | | 7/12 | 7ᴬ-3P 8 | | | 7/26 | 8-3 | | |
| Sun | | | | | | | | | | |
| Total | | 41 | | 46.5 | | 43 | | 48.5 | | 32 |

Total Hours __~~220~~ 211~~2~~ 211__

Title ___Oum Dan___ MD        Date __8/7/14__

Approved by ___Linda Mc___
Chief of Service

**INDICATED ABSENCES:**

H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

7/10 comp day from 7/20/13
7/18 comp day from 7/27/13

# MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 8/1 TO: 8/30

NAME: Oded Greenberg  DEPARTMENT: Radiology  TITLE: Clinical Asst Professor

SOCIAL SECURITY NO: ███  LINE NO._____  ACCOUNT CODE:_____  FT ☑ PT ☐ If PT, % of FT_____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐  REGULAR SHIFT FROM:____ AM____ PM  TO:____ AM____ PM

**SECTION 1:** (To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable.)
I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

| ABSENCES (IF ANY): | | | CHARGE TO: | | | | | |
|---|---|---|---|---|---|---|---|---|
| FROM OR ON | TO | NO. OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | OTHER | IN LIEU OF HOLIDAY | FMLA LEAVE |
| | | | | | | | | |

REMARKS: (CALENDAR YEAR EMPLOYEES SHOULD NOTE HERE A DAY PRESCRIBED BY LAW FOR THE OBSERVANCE OF A HOLIDAY ON WHICH THEY WERE REQUIRED TO BE PRESENT):

**SECTION 2:** (TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY)
-REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES-

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am an FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME: FROM-TO | ACTUAL HOURS |
|---|---|---|---|
| | | | |

TOTAL: _____
PREMIUM HOURS: ____ X 1.5 ____

**SECTION 3:**
9/9/14 /DATE

_____ MD
SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

9/15/14 _____
DATE  SIGNATURE OF SUPERVISOR/CHAIRMAN/DIRECTOR

**SECTION 4:**
(NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.)

| ACCRUAL SUMMARY OF LEAVE CREDITS | | | | | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|
| | ANN. LV. | SICK LV. | IN LIEU OF HOLIDAY | PREMIUM HRS. REPORTED IN SECTION 2 | | | |
| 1. BAL. BROUGHT FWD | 7.75 | 22.75 | | | TOTAL PREV. USED | | |
| 2. TIME USED ( - ) | 0 | 0 | | | | | |
| 3. SUB-TOTAL: | 7.75 | 22.75 | | | | | |
| 4. TIME EARNED (+ ) | 1.75 | 1.75 | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 9.5 | 24.5 | | | NEW TOTAL | | |

HSCB-0128 F468 R3 (4/94) formerly PR 105 Rev.

**SUNY 001806**          **-CONFIDENTIAL-**

## HHC-ANNEX G

Affiliate Institution: **SUNY Health Science Center at Brooklyn**

Name _Oded Greenberg_   Month _August_

Title _Clinical Asst Professor_   Dept. / Div. _Radiology_

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 7/28 | | Week of: 8/4 | | Week of: 8/11 | | Week of: 8/18 | | Week of: 8/25 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 7/29 | | 8/4 | 9-5 8 | ✳8/11 | 9-5 C | 8/18 | 11-3 7:30 8 | ✳8/25 | 9-5 8 |
| Tues | 7/29 | | 8/5 | 5-4 7 | ✳8/12 | 9-5 C | 8/19 | 10-7 9 | 8/26 | 11-7 8 |
| Wed | 7/30 | | 8/6 | 10:50 5:30 7 | ✳8/13 | 9-5 C | 8/20 | 1-8 7 | 8/27 | 11-7 8 |
| Thurs | 7/31 | | 8/7 | 10:30 5:00 | ✳8/14 | 9-5 C | ✳8/21 | 10-12 3+C | 8/28 | 10-6 8 |
| Fri | 8/1 | 8:30-4:30 | 8/8 | 9-7 10 | ✳8/15 | 9-5 C | 8/22 | 10-327 8+ | 8/29 | 11-7 8 |
| Sat | 8/2 | 7-3 8 | | | | | 8/23 | 8-4 8 | | |
| Sun | | | | | | | | | | |
| Total | | 16 | | 39 | | 40 | | 44 | | 40 |

used comp days from 8/25/13, 9/14/13, 9/29/13, 10/19/13, 10/22/13
11/2/13 and 11/9/13

Total Hours _179_

Oded Greenberg

Title _Clinical Asst. Professor_ MD   Date _9/9/14_

Approved by _Linda Mc___   Chief of Service

⟩ For: 8/11, 8/12, 8/13, 8/14, 8/15
8/21 and 8/25 respectively

✳ See attached for 8/21/14

---

**INDICATED ABSENCES:**

H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

## HHC-ANNEX G

Original

Affiliate Institution: **SUNY Health Science Center at Brooklyn**

Name: Oded Greenberg          Month: August

Title: Clinical Asst Professor     Dept./Div.: Radiology

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 7/28 | | Week of: 8/4 | | Week of: 8/11 | | Week of: 8/18 | | Week of: 8/25 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 7/28 | | 8/4 | 9-5 | 8/11 | 9-5 | 8/18 | 11-7:30 | 8/25 | 9-5 8 |
| Tues | 7/29 | | 8/5 | 5-4 7 | 8/12 | 9-5 | 8/15 | 10-7 9 | 8/26 | 11-7 8 |
| Wed | 7/30 | | 8/6 | 10 50 5 30 7 | 8/13 | 9-5 8 | 8/20 | 1-9 7 | 8/27 | 11-7 8 |
| Thurs | 7/31 | | 8/7 | 10 50 5 00 7 | 8/14 | 9-5 8 | 8/21 | 10-1:30 3 ½ | 8/28 | 10-6 8 |
| Fri | 8/1 | 8:30-4:30 | 8/8 | 9-7 10 | 8/15 | 9-5 7 | 8/22 | 10 3-7 8 ½ | 8/29 | 11-7 8 |
| Sat | 8/2 | 7-3 8 | | | | | 8/23 | 8-4 8 | | |
| Sun | | | | | | | | | | |
| Total | | 16 | | 39 | | 40 | | 44 | | 40 |

used comp days from 8/25/13, 9/14/13, 9/29/13, 10/19/13, 10/22/13 11/2/13 and 11/9/13

Oded Greenberg

Total Hours: 175

Title: Clinical Asst. Professor  MD        Date: 9/9/14

Approved by _____
                Chief of Service

For: 8/11, 8/12, 8/13, 8/14, 8/15 8/21 and 8/25 respectively

**INDICATED ABSENCES:**
H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

Fw: Re: August Time Away Calendar
Oded Greenberg
to:
Linda McMurren
09/15/2014 01:59 PM
Hide Details
From: Oded Greenberg/Downstate
To: Linda McMurren/Downstate@Downstate,

Hi Linda, this was the original request for 8/11 thru 8/22. I took off the week of 8/11 thru 8/15, then worked the week of the 18th instead of taking it off. On Thursday, 8/21 I only worked from 10 am to 1:30 pm, but I submitted that as a comp day. So there are a total of 6 comp days used, 8/11 thru 8/15 and 8/21. I hope this clarifies things. By the way I am scheduled to be off on 9/26 but will be making a formal request to have 9/25 off as well for Rosh Hashana. Is there special paperwork to get this scheduled so late or do I just submit the usual paperwork?

Thanks

Oded

-----Forwarded by Oded Greenberg/Downstate on 09/15/2014 01:53PM -----
To: Linda McMurren/Downstate@Downstate
From: Oded Greenberg/Downstate
Date: 07/21/2014 02:11PM
Subject: Re: August Time Away Calendar

Hi Linda, I requested the two weeks in August off starting 8/10. Confirmed with Dr. Pulitzer.

-----Linda McMurren/Downstate wrote: -----
To: Alicja Goracy/Downstate@DOWNSTATE, Amiram.Samin@downstate.edu,
Arnold.Strashun@downstate.edu, Brian.Gale@downstate.edu, Brian.Magee@downstate.edu,
Claire.Hanley@downstate.edu, Craig Linden/Downstate@DOWNSTATE,
Dan.Zinn@downstate.edu, Deborah.Reede/Downstate@DOWNSTATE,
Harry.Zinn@downstate.edu, Huntz.Liu/Downstate@Downstate,
Hyman.Shwarzberg@downstate.edu, James.Walsh@downstate.edu, Jinel
Scott/Downstate@DOWNSTATE, John Amodio@downstate.edu, Maria.Corsaro@downstate.edu,
Michael.Herskowitz/Downstate@Downstate, Oded.Greenberg@downstate.edu,
Patrick.Hammill@downstate.edu, Qi.Chen@downstate.edu, Rachelle.Goldfisher@downstate.edu,
Rhonda.Osborne/Downstate@DOWNSTATE, Riffat.Chaudary@downstate.edu,
Robert.Leonardo@downstate.edu, Scott.Lehto@downstate.edu, Srinivas.Kolla@downstate.edu,
Stephen.Waite/Downstate@Downstate, Steven.Ostrow@downstate.edu,
Steven.Pulitzer@downstate.edu, Sundeep.Mangla@downstate.edu,
Vinodkumar.Velayudhan/Downstate@Downstate, William.Kwon/Downstate@Downstate, Woo
Choi/Downstate@Downstate
From: Linda McMurren/Downstate
Date: 07/17/2014 12:53PM
Subject: August Time Away Calendar

Good afternoon All,

Please see attached time away calendar for the month of August.

If you are scheduled for time away in August and it is not listed, please email

SUNY 001809          -CONFIDENTIAL-

SUNY DOWNSTATE MEDICAL CENTER
(Please type or print, using ball point pen)

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 9/1 TO: 9/30

NAME: Oded Greenberg  DEPARTMENT: Radiology  TITLE: Clinical Asst Prof

SOCIAL SECURITY NO: ▮▮▮▮ ☐ FT ☐ PT  If PT, % of FT: _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐   REGULAR SHIFT FROM: _____ AM/PM TO: _____ AM/PM

**SECTION 1:** To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable. I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

ABSENCES (IF ANY)                              CHARGE TO:

| DATE FROM OR ON | TO | NUMBER OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | IN LIEU OF HOLIDAY | FMLA LEAVE | DRL | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| 9/4 -9/5 | | 2 | | 2 | | | | | |

REMARKS: Calendar Year Employees should list here a day prescribed by law for the observance of a HOLIDAY on which they were required to be present:

**SECTION 2:** TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY
REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES
I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

TIME

| DAY OF WEEK | DATE | FROM | TO | ACTUAL # HOURS |
|---|---|---|---|---|
| | | | | |

TOTAL: _____ X 1.5  = PREMIUM HOURS: _____

**SECTION 3:**

10/7/14
DATE

Oded ▮▮▮ MD
SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

10/7/14
DATE

Linda ▮▮▮
SIGNATURE OF SUPERVISOR/ CHAIR/ DIRECTOR

**SECTION 4:**
NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.

ACCRUAL SUMMARY OF LEAVE CREDIT

| | ANN. LV | SICK LV. | IN LIEU OF HOLIDAY | DRL | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | 9.5 | 24.5 | | | | TOTAL PREV. USED | | |
| 2. TIME USED (-) | 0 | 2 | | | | | | |
| 3. SUB-TOTAL: | 9.5 | 22.5 | | | | | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 11.25 | 24.25 | | | | NEW TOTAL | | |

DMC-0128 F467 R4 (12/11)

**SUNY 001810       -CONFIDENTIAL-**

# HHC-ANNEX G

**Affiliate Institution:** **SUNY Health Science Center at Brooklyn** 

**Name** O ded Greenberg     **Month** September

**Title** Clinical Asst. Professor   **Dept./Div.** Radiology

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 9/1 Date | Hours | Week of: 9/8 Date | Hours | Week of: 9/15 Date | Hours | Week of: 9/22 Date | Hours | Week of: 9/29 Date | Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 9/1 | H | 9/8 | 9-5 8 | 9/15 | 10-6 8 | 9/22 | 9-5 8 | 9/29 | 9²²-5²² 8 |
| Tues | 9/2 | 1050A 8 630P | 9/9 | 9-5 8 | 9/16 | 930-5³⁰ 8 | 9/23 | 6 | 9/30 | 9²²-5⁴⁰ 8 |
| Wed | 9/3 | 9⁰³⁰ 63⁰ 8 | 9/10 | 9²²-5²² 8 | 9/17 | 5²²-5²² 8 | 9/24 | 9⁰⁰-5³⁰ 8 | | |
| Thurs | 9/4 | SL | 9/11 | 9¹¹-5⁴⁴ 8 | 9/18 | 9²²-¹⁸ 8 | 9/25 | CD | | |
| Fri | 9/5 | SL | 9/12 | 9⁰⁵-5²² 8 | 9/19 | 9-4-5²² 8 | 9/26 | CD | | |
| Sat | | | | | 9/20 | 637-237 8 | | | | |
| Sun | | | 9/14 | 6²⁰-2²² 8 | | | | | | |
| Total | | 16 | | 48 | | 48 | | 22 | | 16 |

9/23 worked 6 hours - left twice 7Am-7Pm during day    **Total Hours** 150

**Title** O ded Greenberg   **MD**     **Date** 10/7/14

**Approved by** _Linda back_   Chief of Service

<div style="border:1px solid">

**INDICATED ABSENCES:**

**H** = Holiday
**SL** = Sick Leave
**AL** = Annual Leave
**EL** = Educational Leave

</div>

9/25 comp day from 12/7/13
9/26 comp day from 1/12/14

**SUNY 001811**     **-CONFIDENTIAL-**

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 10/1/14 TO: 10/22/14

NAME: Oded Greenberg   DEPARTMENT: Radiology   TITLE: _____

SOCIAL SECURITY NO: XXX – XX [ ]   ☒ FT ☐ PT  If PT, % of FT: _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐   REGULAR SHIFT FROM: _____ AM/PM   TO: _____ AM/PM

**SECTION 1:**   To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable. I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

**ABSENCES (IF ANY):**   CHARGE TO:

| DATE FROM OR ON | TO | NUMBER OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | IN LIEU OF HOLIDAY | FMLA LEAVE | ORL | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Reassigned to Labor Relations
10/8/14 – 10/22/14

Terminated Close of business
10/22/14

REMARKS: Calendar Year Employees should list here a day prescribed by law for the observance of a HOLIDAY on which they were required to be present:

**SECTION 2:**   **TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY**

REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES
I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | FROM | TO | ACTUAL # HOURS |
|---|---|---|---|---|
| | | | | |

TOTAL:
X 1.5 _____ = PREMIUM HOURS: _____

**SECTION 3:**

Unavailable for signature

DATE _____   SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

12/10/14
DATE   SIGNATURE OF SUPERVISOR/ CHAIR/ DIRECTOR

**SECTION 4:**
NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.

**ACCRUAL SUMMARY OF LEAVE CREDIT**

| | ANN. LV | SICK LV. | IN LIEU OF HOLIDAY | DRL | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP ORG. LEAVE |
|---|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | 11.25 | 24.25 | | | | TOTAL PREV. USED | | |
| 2. TIME USED (-) | O | 0.00 | | | | | | |
| SUB-TOTAL: | 11.25 | 24.25 | | | | | | |
| 4. TIME EARNED (+) | 1.75 | 1.75 | | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | 13.00 | 26.00 | | | | NEW TOTAL | | |

DMC-0128 F487 R4 (12/11)

SUNY 001812        -CONFIDENTIAL-

Terminated Close of business 10/22/14

# HHC-ANNEX G

**Affiliate Institution: SUNY Health Science Center at Brooklyn**

Name _Oded Greenberg, MD_    Month _October 2014_

Title _____    Dept. / Div. _Radiology_

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: Sept. 29 | | Week of: Oct 6 | | Week of: Oct 13 | | Week of: Oct 20 | | Week of: | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | | | 10/6 | 9A-5P 8 | 10/13 | 9A-5P LR | 10/20 | 9A-5P LR | | |
| Tues | | | 10/7 | 9Ag5P | 10/14 | 9A-5P LR | 10/21 | 9A-5P LR | | |
| Wed | 10/1 | 9A-5P 8 | 10/8 | 9A-5P LR 4zday | 10/15 | 9A-5P LR | 10/22 | 9A-5P LR | | |
| Thurs | 10/2 | 9A-5P 8 | 10/9 | 9A-5P LR | 10/16 | 9A-5P LR | | | | |
| Fri | 10/3 | 9A-5P 8 | 10/10 | 9A-5P LR | 10/17 | 9A-5P LR | | | | |
| Sat | | | | | | | | | | |
| Sun | | | | | | | | | | |
| Total | | | | | | | | | | |

Total Hours _96.00_

Unavailable for signature

Title _____ MD    Date _____

Approved by _Linda McL_
Chief of Service

| INDICATED ABSENCES: |
|---|
| H = Holiday |
| SL = Sick Leave |
| AL = Annual Leave |
| EL = Educational Leave |