**Page 1**

```
 1  IN THE UNITED STATES DISTRICT COURT
 2  EASTERN DISTRICT OF NEW YORK
    ---------------------------------------------X
 3  ODED GREENBERG, M.D.,
 4                  Plaintiff,
 5        - against -
 6  SUNY DOWNSTATE ET AL.,
 7                  Defendants.
 8  Index No.:  15-cv-2343 (PKC/VMS)
    ---------------------------------------------X
 9
10                    112 Madison Avenue
                      New York, New York
11
                      November 18, 2016
12                    9:15 a.m.
13
14       Deposition of Defendant, by DEBORAH REEDE,
15  MD, taken pursuant to Subpoena, before Rita
16  Persichetty, a Notary Public of the State of New
17  York.
18
19
20
21
22
23       ELLEN GRAUER COURT REPORTING CO. LLC
           126 East 56th Street, Fifth Floor
24              New York, New York 10022
                     212-750-6434
25                  REF:  113737
```

**Page 2**

```
 1  A P P E A R A N C E S:
 2
 3  ERIC M. NELSON, ESQ.
 4  Attorneys for Plaintiff
 5      112 Madison Avenue
 6      New York, New York 10016
 7      PHONE:  212.354.3666
 8      FAX:  212.354.2555
 9      EMAIL:  Emnlegal@gmail.com
10
11  STATE OF NEW YORK
12  OFFICE OF THE ATTORNEY GENERAL
13  ERIC T. SCHNEIDERMAN
14  Attorneys for Defendant
15      The Equitable Building
16      120 Broadway
17      New York, New York 10271-0332
18  BY:  CHRISTOPHER V. COULSTON, ESQ.
19      PHONE:  212.416.8556
20      FAX:  212.416.6009
21      EMAIL:  Christopher.coulston@ag.ny.gov
```

**Page 3**

 1   **A P P E A R A N C E S:** (Cont'd)
 2
 3  NEW YORK CITY LAW DEPARTMENT
 4  OFFICE OF THE CORPORATION COUNSEL
 5  Attorneys for Defendants Kings County Hospital
 6  100 Church Street
 7  New York, New York 10007
 8     **BY:** TANYA N. BLOCKER, ESQ.
 9     **PHONE:** 212.356.3177
10     **FAX:** 212.356.3770
11     **EMAIL:** Tblocker@law.nyc.gov
12
13     **ALSO PRESENT:**
14  WILLIAM VERSFELT, Assistant Counsel,
15     SUNY Downstate Medical Center
16  ODED GREENBERG
17  MICHELLE GILMORE-GREENBERG

**Page 4**

```
------------------ I N D E X ------------------
WITNESS                  EXAMINATION BY        PAGE
DEBORAH REEDE, MD        MR. NELSON               7


-------- INFORMATION/DOCUMENTS REQUESTED --------
PAGE    136   Dr. Areman's annual review



---------------- E X H I B I T S ----------------
REEDE          DESCRIPTION                  FOR I.D.
Exhibit 1      Document Bates stamped          209
               SUNY ESI 588
Exhibit 2      Document Bates stamped          219
               1249 to 1252
Exhibit 2A     Time Off Away from              219
               Campus Policy Bates
               stamped G 164
Exhibit 2B     Unexpected Absence              219
               Policy that you
               implemented in
               November of 2013
Exhibit 2C     A document                      219
Exhibit 3      Document Bates stamped          223
               SUNY 3488
```

Page 65

1 REEDE
2 RVUs and how the work is apportioned. So maybe
3 I don't need two physicians that do this.
4 Maybe I need one that does this and one that
5 does something else. And so that was the
6 reason they chose those two.
7    I mean, to be honest, the reason I
8 think they chose those two people was because
9 they were the only two that were not tenure
10 overdue.
11 Q   What is tenure overdue?
12 A   If someone is tenure overdue, you
13 really -- I don't think you can issue them a
14 nonrenew -- a nonrenewal.
15 Q   Well, can you tell me what "tenure
16 overdue" actually means?
17 A   I mean, I don't know how they exactly
18 describe it in HR. But it's like if you're
19 hired under a certain -- you know, I don't
20 know. But if you're hired as a -- if you're
21 hired on a tenured versus a nontenured track --
22 or I think even any track maybe. If you're
23 there over X amount of years, you have to
24 get -- you really should be promoted within
25 seven years. So if you're not, those people --

Page 66

1 REEDE
2 I don't believe they can issue them a
3 nonrenewal.
4 Q   When you say "tenure overdue," are
5 you saying overdue to be accorded tenure?
6 A   Yes.
7 Q   Okay. So you're saying Dr. Choy and
8 Dr. Shwarzberg were both overdue to gain
9 tenure?
10 A   No, were not overdue.
11 Q   Were not overdue? I see.
12 A   Right.
13 Q   So, in other words, they were the
14 only ones who weren't due to get tenure?
15 A   Correct.
16 Q   So there was more flexibility with
17 them than there would be with others?
18 A   Yes.
19 Q   So they were the ones who were the
20 most easily nonrenewed and renegotiated with;
21 is that correct?
22 A   Yes.
23 Q   And the remainder of the radiologists
24 were either tenured or overdue for tenure; is
25 that right?

Page 67

1 REEDE
2 A   Correct.
3 Q   And "overdue for tenure" means they
4 had worked more than seven years without
5 getting tenure, so they were past due for when
6 they should have been accorded tenure?
7 A   Right. It's either that or they were
8 working on both sides of the street.
9 Q   Which -- by which you mean both at
10 Downstate and at Kings County?
11 A   Yes.
12 Q   Okay. Now, earlier when you were
13 talking about your list of nonrenewal --
14 withdrawn.
15    Earlier when you were talking about
16 the list of physicians who you were planning to
17 nonrenew and communicating that at the
18 Jamaleddine meeting, you made reference to an
19 ACGME report. Was that the basis upon which
20 you had decided those four physicians would be
21 nonrenewed?
22 A   That was one of the primary
23 considerations for looking at the staffing in
24 the department.
25 Q   What do you mean "looking at the

Page 68

1 REEDE
2 staffing"?
3 A   Looking at the staffing in the
4 department with reference to resident
5 education.
6 Q   Okay. I need you to tell me what you
7 mean by that.
8 A   Well, the residency program had
9 received a probation status. The ACGME came in
10 in May of -- would be the May before I arrived.
11 So they came in, and they do their residency
12 review. And when the report came out, it
13 basically -- the report was -- said that the
14 staff was not really interested -- did not
15 appear to be interested in resident education.
16    And when I spoke to the lady at the
17 ACGME -- actually before I got the report even,
18 the written copy of it, when I saw her at a
19 meeting, and I said, "Oh, you know, I'm from
20 Downstate. I'm waiting, it seems, a mighty
21 long time for us to get our report."
22    And I was informed that, "Well, you
23 should be getting the letter like next week,
24 and you're going to be on probationary status."
25    And then I said, "Why?"

Page 69

1    REEDE
2    And then -- I don't know.  She went
3  to her cell phone and looked, and she said,
4  "Because the primary thing that tipped it over
5  the edge to do that -- to give you that -- that
6  status was because the faculty are not
7  perceived to be interested in resident
8  education."
9  Q   Now, at that time, how many
10 radiologists were under your supervision?
11 A   I don't recall the exact number.
12 Q   Was it the 25 you mentioned, or is
13 it --
14 A   It's like 30 something.
15 Q   Okay.  I was using the number, I
16 think, that you gave me for how many
17 radiologists were employed by Downstate but
18 working at Kings County.
19    But there were additional
20 radiologists under your supervision who worked
21 at Downstate, correct?
22 A   Yes.
23 Q   Were most of the radiologists in the
24 department working at Kings County?
25 A   Yes.

Page 70

1    REEDE
2  Q   So there were only a handful at
3  Downstate; is that correct?
4  A   Yes.
5  Q   In total, approximately 30
6  radiologists?
7  A   A little more.
8  Q   Okay.  So between 30 and 35?
9  A   Uh-huh.
10 Q   Yes?
11 A   Yes.
12 Q   Okay.  Can you tell me why if the
13 ACGME report reflected that the radiologists in
14 your department didn't seem interested in
15 resident education you chose the four that you
16 chose in particular for nonrenewal rather than
17 any of the other 25 or 30?
18 A   Well, this is based on the resident
19 evaluations, also on discussion -- the
20 residents do a survey -- the resident surveys,
21 discussions individually with the residents,
22 and also discussions with the staff members.
23 Q   When you say "staff members," who are
24 you referring to?
25 A   Other faculty members.

Page 71

1    REEDE
2  Q   Are you talking about other faculty
3  members in the department or outside the
4  department?
5  A   In and outside.
6  Q   Okay.  And when you refer to "other
7  faculty members in the department," whom are
8  you referring to?
9  A   Oh, it would be a number of people.
10 I would say that people like Dr. Chaudhry,
11 Dr. Hammil, Dr. Waite, Dr. Walsh, Dr. Kolla,
12 Dr. Lehto.  So a good number of the faculty
13 members.
14 Q   And what were the nature of the
15 discussions you're just referring to with those
16 half-dozen who you named?
17 A   Basically, you know, how they -- how
18 they -- you know, the quality of the work, you
19 know, how their -- the level of
20 professionalism.
21 Q   Their own or others?  Their own
22 professionalism or others' professionalism?
23 A   Others' professionalism.
24 Q   Can you tell me why you consulted
25 with those six rather than all of the

Page 72

1    REEDE
2  radiologists in your department?
3  A   Well, those are people that I knew,
4  was most familiar with.  And that's -- you
5  know, I wanted to get the opinion of people
6  that work with somebody.
7  Q   Okay.  Now, I think I caught the
8  first four names correctly.  Can you tell me
9  Dr. Kolla, can you tell me how that's spelled?
10 A   K-o-l-l-a.
11 Q   And Doctor -- I think you said Alito?
12 A   Lehto.
13 Q   Lehto.  Can you spell that for me?
14 A   Oh, I don't know how he spells it.
15 L-e-i-t-h-o [sic], I think.
16 Q   Okay.  And then the other four were
17 Drs. Walsh, Waite, Hammil, and Chaudhry?
18 A   Yes.
19 Q   Chaudhry, C-h-a-u-d-r-y [sic]
20 perhaps?
21 A   I believe that's how it's spelled.
22 Q   Okay.  All six of those are or were
23 radiologists in the department?
24 A   Yes.
25 Q   Can you tell me which of those worked

Page 73

1   REEDE
2  at Kings County and which worked at Downstate
3  at that time?
4  A   Chaudhry is at the County, Walsh is
5  at the County, Hammil is at the County, Waite
6  and Kolla work at the County and Downstate.
7  Q   And Lehto?
8  A   County and Downstate.
9  Q   Okay. So essentially these were the
10 half dozen that you consulted about who should
11 be nonrenewed?
12 A   No. I didn't ask him about who
13 should be nonrenewed. I just asked general
14 questions about how somebody works, the quality
15 of their work, et cetera.
16 Q   And these six were the ones who
17 pointed to Drs. Areman, Roitberg, Mason, and
18 Mirchandani as the ones with whom there were
19 issues?
20 A   I wouldn't say they pointed to them.
21 I just took collectively what people said and
22 formed my own opinion.
23 Q   Okay. And whom did you speak with
24 outside the department, and I mean on the
25 faculty, with regard to this?

Page 74

1   REEDE
2  A   Well, I mean, sometimes you didn't
3  have to speak to somebody because people would
4  come up to you and make comments about, "Oh, so
5  and so is very good," et cetera.
6      So, I mean, you know, a number of
7  people -- I can't remember -- people would come
8  up and talk to you about, you know, the quality
9  of the work, et cetera.
10 Q   Okay. Well, tell me who it was that
11 commented to you with regard to Dr. Areman.
12 A   Okay. So Dr. Areman, the primary
13 concern with him was the teaching of the
14 residents, and I had knowledge of -- most of
15 the staff I actually had knowledge of before I
16 even came, because my residence rotated -- my
17 LICH resident rotated through Downstate for
18 their pediatric rotation. So they were
19 actually at Kings County and at Downstate
20 working with Dr. Amodio and Dr. Goldfisher.
21 And, you know, they attended conferences. So
22 they were -- you know, they were well aware of
23 what -- you know, what the staff was like.
24     So I could ask my residents that had
25 rotated through there, "Well, what do you think

Page 75

1   REEDE
2  of the faculty there?" And then they could
3  give me an opinion. Then I also had the
4  residents' evaluation forms of what the
5  residents said about them, and then that in
6  conjunction with what other people felt about
7  the quality of the readings.
8  Q   Okay. Tell me now -- let's leave
9  Dr. Areman aside. Let's talk about
10 Dr. Roitberg.
11 A   Dr. Roitberg, the issues with her
12 were she was -- that she was supposed to be in
13 charge of the -- or she was in charge of a
14 mammography, but there were problems with the
15 turnaround time in mammography. The films
16 weren't being read in a timely fashion. So
17 that would speak to the fact that from an
18 administrative point of view, she was not
19 capable of doing her job as far as
20 administration is concerned. Also, for -- the
21 evaluations for teaching were not very good,
22 and then, finally, her recall rates were
23 exceptionally high.
24 Q   What is a recall rate?
25 A   So a recall rate is the rate -- the

Page 76

1   REEDE
2  number of mammographies that you read, how many
3  of them do you recommend that the patients come
4  back for additional studies. So if your recall
5  rates are anywhere -- I think most people would
6  accept up to probably -- you know, most people
7  it's eight to 10. I usually have eight to
8  10 percent. Usually, I would even bump it up a
9  little higher and give somebody the benefit of
10 the doubt and maybe have it up to about
11 15 percent. But hers were much higher than
12 that.
13 Q   What do you mean by "much higher"?
14 A   I can't remember the exact numbers,
15 but it was in the high twenties.
16 Q   So you're saying that Dr. Roitberg
17 was recommending further mammography for
18 something in the high 20 percent range of
19 studies she had viewed?
20 A   Yes.
21 Q   And that that was much higher than it
22 should have been?
23 A   Yes.
24 Q   And when was this brought to
25 Dr. Roitberg's attention?

Page 77

1  REEDE
2  A  They review them --
3  Q  Who is "they"?
4  A  You know, the mammography people have
5  to review that data, and they have to review it
6  for -- you know, for their accreditation. So
7  as chairman -- as section chief, she should
8  have been -- I'm sure she had to look at that.
9  Q  Yes. But what I'm asking is, when
10  did the issue of her unusually high recall rate
11  get brought by you to Dr. Roitberg's attention?
12     MR. COULSTON: Object to the form.
13  A  I don't remember exactly when it was
14  mentioned.
15  Q  Okay. But you definitely mentioned
16  it to Dr. Roitberg?
17     MR. COULSTON: Object to the form.
18     You can answer.
19  A  It was mentioned, and I don't know if
20  it was mentioned by somebody else as well.
21  Q  Well, okay. Let me just ask you the
22  question straight out. Did you raise as an
23  issue with Dr. Roitberg at some point her high
24  recall rate?
25  A  Yes, I did.

Page 78

1  REEDE
2  Q  When did you do that?
3  A  I can't recall.
4  Q  Was that at the time you informed her
5  of her nonrenewal?
6  A  I know I mentioned it then.
7  Q  Okay. Can you tell me, do you recall
8  mentioning it prior to that occasion?
9  A  I don't recall.
10  Q  Now, you've made a number of
11  references to resident evaluations and
12  consulting with residents. Knowing about
13  certain radiologists from residents, even from
14  when you were at LICH, et cetera, how much of a
15  decision as to whom to renew and nonrenew
16  depended on residents' views and opinions on
17  that subject?
18     MR. COULSTON: Object to the form.
19     You can answer.
20  A  Well, I think it has a major impact
21  because the residents do annual surveys for the
22  ACGME, and, you know, that's one of the things
23  that they look at when they're evaluating the
24  programs. So, you know, the residents will
25  know whether or not somebody is teaching them

Page 79

1  REEDE
2  the way they feel is appropriate.
3     I mean, we did have other people that
4  would sit in on lectures also and look and see
5  how people were teaching, but I put a major
6  emphasis on resident evaluations.
7  Q  Okay. How about -- now, by the way,
8  have you told me what the reasons were for
9  Dr. Roitberg's nonrenewal, or were there other
10  reasons besides what you mentioned?
11  A  I told you.
12  Q  Okay. And going back to Dr. Areman,
13  who we spoke about just prior to Dr. Roitberg,
14  have you told me what the reasons were for
15  Dr. Areman's nonrenewal, or were there other
16  reasons?
17  A  I told you.
18  Q  All right. So tell me about
19  Dr. Mirchandani now. What were the reasons for
20  Dr. Mirchandani's nonrenewal?
21  A  Dr. Mirchandani was the program
22  director and also a neuroradiologist.
23  Q  Program director of what program?
24  A  The radiology residency.
25  Q  Okay. Go on.

Page 80

1  REEDE
2  A  So the issues with Dr. Mirchandani,
3  one was a problem with the quality of the
4  reports, so much so that it triggered a focus
5  review. And so there were problems with the
6  quality of his readings.
7     And then, as the program director, as
8  evidenced by the fact that the program was on
9  probation, then, that would be the reason
10  why -- you know, that would be another
11  reason -- I mean, if I'm looking at somebody
12  that they are not good at teaching, they have
13  problems with their reports so much so that
14  referring physicians had complained to the
15  point that they had to conduct a focus review,
16  the focus review found irregularities, which
17  they said that they must -- I can't remember
18  the number of cases that the person reviewed.
19  But the person -- if -- I think it was like --
20  I don't know if it was 50 or a hundred cases,
21  but when -- in their discussion, they said that
22  if I was looking at these mistakes over, let's
23  say, thousands of reports, I would say, "Okay."
24  But when you're reading a small number of
25  cases, and you're seeing these kinds of

Page 81

1  REEDE
2 mistakes, it's a problem. So those were the
3 reasons why Dr. Mirchandani was not renewed.
4 Q  What's a focus review?
5 A  A focus review is that for some
6 reason, somebody maybe makes a claim about
7 somebody's -- the quality of somebody's
8 reports. Usually -- a lot of times they may be
9 triggered by either outside people, when
10 somebody -- like, if somebody calls me and
11 says, "Someones reports are not very good,"
12 then I would have to say, "Oh, well, I'm not
13 aware of that. You know, I personally am not
14 aware of it." And then I would have to look at
15 or have somebody review a number of their
16 cases.
17 Q  Now, is it focus review or focused
18 review with an "e-d"?
19 A  I don't know which way you spell it.
20 Q  Okay. When was it that the focus
21 review of Dr. Mirchandani was conducted?
22 A  I don't remember the exact date.
23 Q  Was he involved in that?
24 A  The attending is not involved.
25 Somebody comes in and just looks at your

Page 82

1  REEDE
2 readings.
3 Q  I see.
4 A  Looks at the films.
5 Q  Did Dr. Mirchandani know that a focus
6 review was occurring with respect to him?
7 A  I believe so.
8 Q  Okay. And sitting here now, you're
9 not able to tell me how long before his
10 nonrenewal that occurred?
11 A  No.
12 Q  Can you give me a ballpark idea?
13 A  Not really. I don't remember.
14 Q  How about by season, was it in that
15 spring or was it in the winter prior or a year
16 earlier? Can you give me any idea?
17 A  I can't remember exactly.
18 Q  What was the conclusion from the
19 focus review?
20 A  That there were problems with the
21 readings.
22 Q  And was the conclusion of the focus
23 review brought to your attention? Is that the
24 way it works? That somebody reviews it, and it
25 comes to you?

Page 83

1  REEDE
2 A  Right.
3 Q  Okay. And what did you do once they
4 came to you and told you the results of the
5 focus review?
6 A  Well, I mean, Dr. Kantor is the
7 doctor that is in charge of -- that's in charge
8 of -- was the direct supervisor of
9 Dr. Mirchandani, and I believe he met with him
10 to discuss the focus review.
11 Q  Did you meet with Dr. Mirchandani to
12 discuss the focus review?
13 A  No.
14 Q  But it's your understanding that
15 Dr. Kantor may have done so?
16 A  Dr. Kantor did meet with him.
17 Q  You know that for a fact?
18 A  Yes.
19 Q  Do you know when Dr. Kantor met with
20 Dr. Mirchandani?
21 A  I don't know the exact date.
22 Q  Okay. Do you know whether or not
23 that meeting occurred before or after your
24 meeting with Dr. Jamaleddine?
25 A  Before.

Page 84

1  REEDE
2 Q  Do you know how long before?
3 A  No.
4 Q  Okay. And you say that there were
5 also problems with reports for Dr. Mirchandani.
6 Is that the same thing as what the focus review
7 was about?
8 A  Yes.
9 Q  Okay. So we're really talking about
10 a different way of phrasing the same issue?
11 A  Yes.
12 Q  Okay. Going back to Dr. Areman for a
13 minute, you said that there was an issue with
14 Dr. Areman with regard to the teaching of
15 residents?
16 A  Yes.
17 Q  Okay. When did you bring that to
18 Dr. Areman's attention?
19 A  When I met with him.
20 Q  The meeting to inform him of his
21 nonrenewal?
22 A  Yes.
23 Q  Okay. I think the last of the four
24 that we were talking about is Dr. Mason?
25 A  Yes.

Page 85

1  REEDE
2  Q  Okay. What were the issues -- what
3  was the issue or what were the issues with
4  Dr. Mason?
5  A  Dr. Mason, again, had -- actually, of
6  all of the attendings, had the poorest resident
7  evaluations.
8  Q  Anything else?
9  A  Again, people complained, again,
10 about some of her reports as well, and there
11 were also complaints about, you know, that the
12 ultrasound studies were not being read in a
13 timely fashion and that also that there were
14 constant bickering between her and Dr. Zinn.
15 Q  Going back for a moment to these
16 focus reviews. Is a focus review something
17 that is done when issues with reports get to,
18 say, a certain level of concern or complaint?
19 A  Yes.
20 Q  Okay. What's the threshold or the
21 standard for when something goes from being not
22 warranting a focus review to warranting a focus
23 review?
24 A  Well, I mean, I guess it can vary
25 from department to department, but I would say

Page 86

1  REEDE
2  when you have problems that are having a major
3  impact on patient care.
4  Q  Yeah. But I'm asking, do you have a
5  standard or a metric for that?
6  A  No. I don't think that there's a
7  metric for it.
8  Q  It's just a matter of judgment?
9  A  Right. I mean, we do peer reviews as
10 well. So, I mean, if you see any trends on the
11 peer reviews, that also you would call somebody
12 in and say, "Hey, you know, you have a lot of
13 misses or whatever, you know, let's talk about
14 it."
15 Q  Okay. But the judgment that we were
16 just talking about in determining when a focus
17 review is warranted, that's your judgment,
18 correct, as the department chair?
19 A  Yes.
20 Q  Okay. So when there was a focus
21 review of Dr. Mirchandani, that was your
22 determination that there should be one,
23 correct?
24 A  No. I think that was from the
25 administration. I think administration

Page 87

1  REEDE
2  actually asked for that.
3  Q  I see. So you hadn't, but they had;
4  is that correct?
5  A  I hadn't, but I had informed
6  Dr. Kantor even before I came to Downstate that
7  there were problems with Dr. Mirchandani's
8  reports.
9  Q  How did you know that when you
10 weren't at Downstate yet?
11 A  Because they do ENT tumor board at --
12 they did ENT tumor board at LICH.
13 Q  What is ENT tumor board?
14 A  So that means they look at cases of
15 pathology -- you know, look at cases of
16 patients that they're going to do surgery on
17 that have tumors, and they review the images.
18 They talk about the chemotherapy and the
19 radiation therapy when they're at those
20 meetings.
21    So we get to see images that were
22 done at the VA, the images that were done -- if
23 they were done at Methodist Hospital, at the
24 County and at Downstate. So there were several
25 cases at several tumor boards in a row where,

Page 88

1  REEDE
2  when the resident went to present the imaging
3  studies, the presentation was prefaced with,
4  "Dr. Reede, you won't believe how this one was
5  read." And then the images were presented
6  where there was a gross obvious finding that he
7  had missed.
8  Q  Okay. Now, you also made a reference
9  to peer review --
10 A  Uh-huh.
11 Q  -- that sometimes an issue would be
12 triggered by what you saw in peer reviews.
13    Can you tell me whether there were
14 issues with the peer reviews of Drs. Areman,
15 Roitberg, or Mirchandani that you were aware
16 of?
17 A  I don't -- as I said, Dr. Kantor
18 managed those. On that side, I'm more familiar
19 with what goes on on the Downstate side,
20 because I actively participate in the peer
21 reviews over there.
22 Q  Okay.
23 A  I'm on the committee.
24 Q  Right. So peer -- to your knowledge,
25 were there any peer review issues with

Page 89

1      REEDE
2  Drs. Areman, Roitberg or Mirchandani?
3  A   I don't recall.
4  Q   How about Dr. Mason?
5  A   Dr. Mason, I don't know if they had
6  gotten to that point.  But I know that
7  somebody -- that it was mentioned that -- about
8  the quality of her reports.
9  Q   Okay.  Well, I'm asking specifically
10 about peer reviews now.
11 A   I do not review the peer reviews at
12 the County hospital.
13 Q   Okay.
14 A   That's --
15 Q   So is it fair to say that whether
16 there were issues or not with peer reviews
17 regarding those four physicians, you weren't
18 aware of them?
19 A   No.
20 Q   That's not correct?
21 A   I was not aware of them.
22 Q   I see.  Okay.  Now, did Dr. Kantor
23 recommend the nonrenewal of any of these four
24 physicians?
25 A   No.

Page 90

1      REEDE
2  Q   Now, let's go back to Dr. Mason.  You
3  say she received the poorest resident
4  evaluations.  Poorest as compared to whom?
5  A   The rest of the faculty.
6  Q   When you say "the rest of the
7  faculty," do you mean the rest of the
8  radiologists in your department?
9  A   Yes.
10 Q   Okay.  And you said there was also an
11 issue of the timeliness of ultrasound readings?
12 A   Right.  That the turnaround times in
13 ultrasound were very bad.
14 Q   Okay.  You also said there was
15 something about bickering with Dr. Zinn.  Tell
16 me what you mean by that.
17 A   Well, there were random reports that
18 would come in that, I guess, Dr. Zinn would
19 bring to her attention that there were these
20 films that needed to be read, and this would
21 trigger some sort of, you know,
22 non-professional interaction in the hallway.
23 Q   And how did you learn of those?
24 A   I received phone calls.
25 Q   From?

Page 91

1      REEDE
2  A   Various residents would tell me.
3  Primarily residents would tell me that.  And
4  then I might call over and say to somebody, "Is
5  this true?"  And they said, "Oh, yes," you
6  know.
7  Q   About how many occasions of that do
8  you recall?
9  A   I don't remember the total number of
10 occasions.
11 Q   More or less than five?
12 A   More.
13 Q   More or less than 10?
14 A   That, I don't recall.
15 Q   Okay.  So perhaps between five and
16 10?
17 A   Yes.
18 Q   And over what period of time were
19 these five or ten issues brought to your
20 attention -- or I shouldn't say five or ten
21 issues.  I should say five or 10 occasions or
22 incidents brought to your attention?
23 A   I don't recall.
24 Q   When did you bring these issues, the
25 poor resident evaluations, the issue of

Page 92

1      REEDE
2  ultrasound reading timeliness, the issue of the
3  interactions with Dr. Zinn, et cetera, to
4  Dr. Mason's attention?
5      MR. COULSTON: Object to the form.
6      You can answer.
7  A   We discussed those just before I
8  handed in the reviews to the Dean's office.  I
9  talked to her about her poor evaluations.  And
10 I don't remember exactly all of the details.
11 And, you know, I told her -- I remember her
12 asking about one of the particular categories.
13 She said "oh, I only got a 2.7 -- is that
14 bad -- out of five?"
15     And I said -- and I told her that,
16 "Well, by and large, most of the attendings,
17 you know, a good majority of the attendings,
18 their scores are in the high fours."
19 Q   So this was an occasion that you met
20 with her prior to submitting some review to the
21 Dean.  What review are you referring to?
22 A   Every year we have to hand in a
23 review, an annual review, to the Dean's office.
24 Q   An annual review of what?
25 A   The faculty.

Page 93

1    REEDE
2  Q   You're talking about individual
3  performance reviews?
4  A   Individual reviews of the faculty.
5  You know, after we review with them, you know,
6  "What are you doing as far as scholarly
7  activity," you might at that point discuss with
8  them things that they could do if they're
9  considering advancement for promotion, you
10 know, like that.
11 Q   Do you recall when those reviews were
12 submitted?
13 A   I don't recall.
14 Q   So sitting here now, are you able to
15 tell me when it was that you had this
16 discussion with Dr. Mason?
17 A   I don't recall.
18 Q   Can you tell me the season?
19 A   I don't recall.
20 Q   Can you tell me how long it was
21 before you informed Dr. Mason of her
22 nonrenewal?
23 A   I don't recall.
24 Q   Okay.  Going back now, the ACGME
25 report, was that limited to addressing issues

Page 94

1    REEDE
2  regarding resident education?
3  A   Yes.
4  Q   Because the ACGME is the monitoring
5  or supervisory body for graduate medical
6  education, correct?
7  A   Yes.
8  Q   Okay.  So the matters with which
9  ACGME is concerned are exclusively related to
10 what's happening with residents at the
11 institution, correct?
12    MR. COULSTON: Object to the form.
13 A   It has to do, yes, with resident
14 education, yes, primarily resident education.
15 Q   Okay.  And I believe that you've
16 testified that with regard to each and all of
17 those four physicians you recommended
18 nonrenewal for, there were issues with regard
19 to resident education, or was that not the case
20 for -- withdrawn.
21    Was there an issue with resident
22 education with respect to Dr. Roitberg?  I know
23 you said there was with Areman.
24 A   Yes.
25 Q   Was there an issue with resident

Page 95

1    REEDE
2  education with regard to Dr. Mason?
3  A   Yes.
4  Q   And I think you said that
5  Dr. Mirchandani was the program director, so
6  there were obviously issues with resident
7  education that involved him; is that correct?
8  A   Yes.
9  Q   Okay.  Can you tell me, were any of
10 those four mentioned in the ACGME report
11 specifically?
12 A   They never mention physicians in the
13 ACGME report.
14 Q   I see.  So, in other words, no
15 physician was mentioned in the ACGME report
16 individually?
17 A   Correct.
18 Q   Okay.  And that ACGME report is the
19 one that placed the program at Downstate under
20 probation, correct?
21 A   Yes.
22 Q   It had not been under probation
23 previously?
24 A   I don't know if it was ever on
25 probation before.

Page 96

1    REEDE
2  Q   Okay.  When you arrived as the
3  chairman of the department at Downstate, to
4  your knowledge, was the department's resident
5  education program under probation by the ACGME?
6  A   On my arrival, they had not received
7  the report yet.  They had -- yes.
8  Q   I see.  So the report had actually --
9  the observations had been done, but the report
10 had not been issued; is that right?
11 A   Correct.
12 Q   So the actual observations were done
13 prior to you beginning as chair of the
14 department at Downstate, correct?
15 A   Yes.
16 Q   And then the report came sometime
17 after you took on that post?
18 A   Yes.
19 Q   And that was the report that placed
20 the program on probation, correct?
21 A   Yes.
22 Q   So as of the time you began work in
23 the position of department chair, to your
24 knowledge, was the program as of then already
25 on probation or not on probation yet?

Page 97

1  REEDE
2  A  Not on probation yet.
3  Q  Okay.  And has the program come off
4  probation since?
5  A  Yes.
6  Q  When?
7  A  I can't remember.  I think -- I don't
8  know if it was last year.
9  Q  When you say "last year," you mean
10 2015 or earlier this year in 2016?
11 A  I believe 2015.
12 Q  Okay.
13    MR. COULSTON:  Do you need a break?
14    THE WITNESS:  Yeah.
15    MR. COULSTON:  Can we take a break?
16 Is this a good time?
17    MR. NELSON:  Why not.  Let's go off
18 the record.
19    (Discussion held off the record.)
20 Q  Dr. Reede, I think you told me a
21 moment ago that you had about 30 to 35
22 radiologists under your supervision at
23 Downstate, correct?
24 A  Yes.
25 Q  And only a handful of them were at

Page 98

1  REEDE
2  Downstate; most of them were at KCH?
3  A  Yes.
4  Q  Can you tell me the ones that are at
5  Downstate?
6  A  The names of the doctors at
7  Downstate?
8  Q  Yes.
9  A  Currently Dr. Harry Zinn,
10 Dr. Shwarzberg, Dr. Leonardo.
11 Q  Spell.
12 A  L-e-o-n-a-r-d-o.
13 Q  Okay.
14 A  Dr. Magee.
15 Q  M-c-g or M-a-g?
16 A  M-a.
17    Who else?  Dr. Lindin.
18 Q  L-i-n --
19 A  -- d-i-n, Lindin.
20 Q  Okay.
21 A  Dr. Mangla.
22 Q  M-a-n-g-l-e-r?
23 A  G-l-a I think it is.  Mangla.
24 Q  Mangla?
25 A  Yeah.

Page 99

1  REEDE
2  Q  Okay.
3  A  And then the people that are halftime
4  at each place.
5  Q  Okay.
6  A  So Dr. Strashun, Dr. Waite,
7  Dr. Kolla, Dr. Lehto.
8  Q  All right.  So those exclusively at
9  Downstate are Drs. Zinn, Shwarzberg, Leonardo,
10 McGee, Lindin, and Mangla.  And those that are
11 half time, or give or take, at both:  Strashun,
12 Waite, Kolla and Lehto?
13 A  And then also Dr. Hirschkowitz.
14 Q  Which category?
15 A  Both.
16 Q  Okay.  That's presently, correct?
17 A  Yes.
18 Q  Okay.  Let me take you back, then, to
19 the 2014 time frame.  Were the names of the
20 people at Downstate and who were at both the
21 same or did they differ at all?
22 A  I don't know when Dr. Levin left.  I
23 think they're basically the same.
24 Q  Okay.
25 A  Yeah.

Page 100

1  REEDE
2  Q  All right.  So with the possible
3  exception of Dr. Levin, all the radiologists
4  under your supervision were at -- were or are
5  at Kings County other than these; and with
6  regard to five of them, they're at both,
7  correct?
8  A  Yes.
9  Q  Okay.  Have you now told me about all
10 of the issues with each of Drs. Areman,
11 Roitberg, Mirchandani and Mason that lead to
12 your decision to nonrenew them, or are there
13 other reasons you have not had the opportunity
14 to mention yet?
15 A  No.  I've told you.
16 Q  Okay.  I'm sorry.  You have told me?
17 A  Yes, yes.
18 Q  Okay.  And apart from whatever
19 Dr. Jamaleddine may have said at the -- what
20 we're calling the Jamaleddine meeting, did you
21 have issues with Dr. Kantor?
22 A  No.
23 Q  Did you have issues with Dr. Choy?
24 A  That's did I have issues with him?
25 Q  Yeah.  I'm asking, particularly when