UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

| | |
|---|---|
| ODED GREENBERG,<br><br>Plaintiff,<br><br>-against-<br><br>STATE UNIVERSITY HOSPITAL-DOWNSTATE MEDICAL CENTER a/ka/ THE STATE UNIVERSITY OF NEW YORK HEALTH SCIENCE CENTER AT BROOKLYN aka SUNY DOWNSTATE MEDICAL CENTER, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, KINGS COUNTY HOSPITAL CENTER, UNITED UNIVERSITY PROFESSIONALS, SUNY DOWNSTATE MEDICAL CENTER CHAPTER OF UNITED UNIVERSITY PROFESSIONALS, DEBORAH L. REEDE, STEVEN PULITZER, and JOHN and JANE DOES 1-20,<br><br>Defendants. | **NOTICE OF MOTION**<br><br>15-CV-2343 (PKC)(VMS) |

**PLEASE TAKE NOTICE** that upon Defendants New York City Health + Hospitals Corporation ("HHC") and Kings County Hospital Centers' (KCHC) (hereinafter "Health + Hospitals Defendants") Local Rule 56.1 Statement, dated March 12, 2018, the Declaration of Assistant Corporation Counsel Ryan G. Shaffer, dated March 12, 2018, and exhibits annexed thereto, the accompanying Memorandum of Law in Support of City Defendants' Motion for Summary Judgment, dated March 12, 2018, and upon all other pleadings and proceedings herein, Health + Hospitals Defendants will move this Court, at the United States Courthouse for the United States District Court for the Eastern District Court of New York, located at 225 Cadman Plaza East, Brooklyn New York, before the Honorable Pamela K. Chen, at a time and date to be determined by the Court for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment dismissing all claims in this

action against Health + Hospitals Defendants together with such other relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served on or before May 25, 2018, and reply papers, if any, shall be served on or before June 8, 2018.

Dated:    New York, New York
             March 26, 2018

> **ZACHARY W. CARTER**
> Corporation Counsel of the City of New York
> Attorney for Health + Hospitals Defendants
> 100 Church Street, Room 2-146
> New York, New York 10007
> Tel: (212) 356-5037
> Email: rshaffer@law.nyc.gov
>
> By: /s
>       Ryan G. Shaffer
>       Assistant Corporation Counsel

TO:    Chad L. Edgar (by Hand Delivery)
       CARDI & EDGAR LLP
       Attorneys for Plaintiff
       99 Madison Avenue, 8th Floor
       New York, New York 10016

       Christopher V. Coulston (By Hand Delivery)
       Office of the New York State Attorney General
       Attorney for Defendants Reede & Pulitzer
       120 Broadway, 24th Floor
       New York, New York 10271

15-CV-2343 (PKC)(VMS)

| UNITED STATES DISTRICT COURT |
| EASTERN DISTRICT OF NEW YORK |

ODED GREENBERG,

                                                    Plaintiff,

                    -against-

STATE UNIVERSITY HOSPITAL-DOWNSTATE
MEDICAL CENTER a/ka/ THE STATE UNIVERSITY OF
NEW YORK HEALTH SCIENCE CENTER AT
BROOKLYN aka SUNY DOWNSTATE MEDICAL
CENTER, NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, KINGS COUNTY HOSPITAL CENTER,
UNITED UNIVERSITY PROFESSIONALS, SUNY
DOWNSTATE MEDICAL CENTER CHAPTER OF
UNITED UNIVERSITY PROFESSIONALS, DEBORAH L.
REEDE, STEVEN PULITZER, and JOHN and JANE DOES
1-20,

                                                    Defendants.

**NOTICE OF HEALTH + HOSPITALS
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT**

*ZACHARY W. CARTER*
*Corporation Counsel of the City of New York*
        *Attorney for Health + Hospitals Defendants*
        *100 Church Street, 2-146*
        *New York, New York 10007-2601*

        *Of Counsel: Ryan G. Shaffer*
        *Tel: (212) 356-5037*

*Due and timely service is hereby admitted.*

*New York, N.Y. ........................................, 2018*

*Signed ..................................................................*

*Attorney for ..........................................................*