# EXHIBIT
# C

Hi Alan, was at the staff meeting today and heard the news. I am so sorry this happened and most of all I am angry that they are treating really good people this way. I have known you a long time and through all of our time together, I have always thought highly of you and genuinely liked and respected you despite probably giving you a grey hair or three. There is no excuse for treating you and Dave so disrespectfully after all of your hard work and dedication. I hope, given the circumstances these past few years, that there is a backup plan. As horrible as it is, it would at least have been professional to give both of you reasonable notice. There is a special place in Hell for the administration and the powers that be for what has happened here. You can throw Deblasio in there as well for forcing LICH to stay open.

I hope it all works out for the better in the end for you and your family. If there is anything I could possibly do to help, please dont hesitate to contact me. Hopefully I will remain employed at least long enough to make a certain someones life miserable.

Thanks for all that you have done here for all of us,

Oded

Confidential