# EXHIBIT
# D

**From:** CN=Oded Greenberg/O=Downstate
**Sent:** Tuesday, October 21, 2014 9:19 AM
**To:** Odedgreenberg@msn.com
**Subject:** Fw: Re: possible referral

-----Forwarded by Oded Greenberg/Downstate on 10/21/2014 09:19AM -----

========================To: Michael Garrett/Downstate@Downstate
From: Oded Greenberg/Downstate@Downstate
Date: 06/27/2014 12:25PM
Subject: Re: possible referral
========================Dr. Garrett, I understand the limitations within your department and I appreciate your response, its just been a difficult and ultimately fruitless experience. It would have been better to find out at the outset that there are essentially no services for physicians within our institution. The numerous dead ends and lack of followthrough has worn me out and I will seek help elsewhere. I must say that I always felt that Downstate was a pretty horrible hospital, now with this experience, the LICH fiasco, bringing in Stalin as our new chairperson and numerous agregious firings later, I am convinced that this is the new face of medicine playing out at its worst here in Brooklyn. Why anyone would risk a career in Medicine at this point is beyond me. God help us all in the new mellinium. I hope things are better for you.

Oded

-----Michael Garrett/Downstate wrote: -----
To: Oded Greenberg/Downstate@Downstate
From: Michael Garrett/Downstate
Date: 06/26/2014 10:34AM
Cc: Jeffrey Feola/Downstate@Downstate
Subject: Re: possible referral

Dr Greenberg

I am very sorry (really, very sorry) that things did not work out with Dr Feola. It is clear you do not want another round with him, or with our Department, but I will speak with him in any case. When we first talked on the phone I asked you if you wanted to be seen privately outside SUNY, or at SUNY. You said at SUNY. I know people in Brooklyn to whom I could have referred you had you wanted an outside referral, but the preference to be seen at SUNY (understandable) constrained the options. Unlike some other Departments at SUNY we are a small Department in which faculty practice focuses on teaching medical students and residents. There are only two attendings in our Department who have outpatient hours. Dr Feola was the only one who had available time when you called. The student health service has limited resources which are devoted to medical students in need of counseling. The employee health service does not have a psychiatrist on staff.

If I have misunderstood you, and you would like me to assist with a private referral outside SUNY, we can try again. If I have understood you correctly that you will proceed to obtain a referral on your own, please accept my sincere apology for this turn of events.

Confidential

```
********************
```
Michael Garrett, MD
Vice Chairman and Professor of Clinical Psychiatry
Department of Psychiatry
SUNY Downstate Medical Center
Tel 718-270-2022

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments to it, may contain confidential information or protected health information subject to privacy regulations such as the Health Insurance Portability and Accountability Act of 1996 (HIPAA). This transmission is intended only for the use of the recipient(s) named above. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply e-mail and destroy the original transmission in its entirety without saving it in any manner. Thank you.

Oded Greenberg---06/26/2014 10:12:12 AM---Dr. Garrett, thank you for the initial referral, however I must say that I am gravely dissapointed.

From:       Oded Greenberg/Downstate
To:         Michael Garrett/Downstate@Downstate,
Date:       06/26/2014 10:12 AM
Subject:    Re: possible referral

---------------------------------------------------

Dr. Garrett, thank you for the initial referral, however I must say that I am gravely dissapointed. Having met with Dr. Feola now weeks ago, I had expected a followup appointment which was promised. I havent heard a thing. I have literally spent months trying to find someone at our institution who could see me and have come up with a dead end each time. I called student health at both institutions and was given the run around numerous times. I was finally told about you by a colleague and yet again the ball was dropped. I am in volatile situations both at work and at home, everyone around me is getting fired and I am stressed beyond belief. You owe it to those of us who are practicing under difficult circumstances to provide some sort of counseling. It is incomprehensible that it should be so difficult. As a fellow professional, I am appalled that there is essentially no support. Dont bother having Dr. Feola or his staff call me, I will seek help elsewhere.

Oded Greenberg MD

-----Michael Garrett/Downstate wrote: -----
To: Oded Greenberg/Downstate@Downstate
From: Michael Garrett/Downstate
Date: 04/28/2014 02:44PM
Subject: Re: possible referral

Dr Feola has an opening. You can reach him at x2022. Sorry for the delay in

Confidential

making this referral.

*******************
Michael Garrett, MD
Vice Chairman and Professor of Clinical Psychiatry
Department of Psychiatry
SUNY Downstate Medical Center
Tel 718-270-2022

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments to it, may contain confidential information or protected health information subject to privacy regulations such as the Health Insurance Portability and Accountability Act of 1996 (HIPAA). This transmission is intended only for the use of the recipient(s) named above. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply e-mail and destroy the original transmission in its entirety without saving it in any manner. Thank you.

Oded Greenberg---04/28/2014 02:04:42 PM---Thanks Michael  -----Michael Garrett/Downstate wrote: ----- To: "Jean Tropnas" <jt1420@aol.com>, Jef

From: Oded Greenberg/Downstate
To: Michael Garrett/Downstate@Downstate,
Date: 04/28/2014 02:04 PM
Subject: Re: possible referral

-------------------------------------------------

Thanks Michael

-----Michael Garrett/Downstate wrote: -----
To: "Jean Tropnas" <jt1420@aol.com>, Jeffrey Feola/Downstate@Downstate, Chana Greenberg/Downstate@Downstate
From: Michael Garrett/Downstate
Date: 04/28/2014 01:06PM
Subject: possible referral

I got a call from one of the attendings in another department who is seeking treatment. This person would prefer to be seen at SUNY, and by one of our attendings. Do either of you have an opening? I have cc\ed blind copy the person who called me so that person can reach out to either of you if you have time.

*******************
Michael Garrett, MD
Vice Chairman and Professor of Clinical Psychiatry
Department of Psychiatry
SUNY Downstate Medical Center

Confidential

SUNYESI00000735

Tel 718-270-2022

CONFIDENTIALITY NOTICE:  This e-mail transmission, including any attachments to it, may contain confidential information or protected health information subject to privacy regulations such as the Health Insurance Portability and Accountability Act of 1996 (HIPAA).  This transmission is intended only for the use of the recipient(s) named above.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify me by reply e-mail and destroy the original transmission in its entirety without saving it in any manner. Thank you.

Confidential

SUNYESI00000736