# EXHIBIT F

| | |
|---|---|
| **From:** | Oded.Greenberg@nychhc.org |
| **To:** | Alan.Kantor@nychhc.org |
| **Subject:** | Re: Hi Alan, sorry forgot you wanted to talk to me an Qi. I didnt see him this am and only spoke to him a short while ago which reminded me. He told me that you spoke to him and it concerned the 12 to 8 shift. I would be glad to talk to you in detail a |
| **Deliver Date:** | 14-Aug-2013 13:40 |
| **Creation Date:** | 14-Aug-2013 13:40 |
| **Store Date:** | 16-Aug-2013 10:43 |
| **Status:** | accepted,opened,read |
| **Box Type:** | sent |
| **Folder:** | Oded Greenberg Home > Sent Items |
| **Message Id:** | 520B88B9.kings-dom2.kings-po2.200.20000EB.1.3BA6F.1 |

Alan, I worked 8 hours each of those days and all of the work got done. ER and Neuroradiology were fully covered and our responsibilities were completely fulfilled. Job moral is important and it only serves the department when we are feel valued. Why so black and white? Why is there no reasonable middle ground? How would you feel if you were the only one (other than Qi) to cover until 8 pm 25% of the year and not see your kids. I will be glad to talk to you in person next week when I get back. I am simply trying to protect my quality of life while maintaining complete professionalism. I don't feel that I am being unreasonable.

As for Friday, I made sure Qi covered the ER while I attended my sons graduation from a special summer camp. I returned at 5pm and stayed until around 7:30. We used to have some flexibility amongst professionals and now it's gone, making for a difficult work environment where our every move is watched and critiqued. I assure you I am fulfilling my responsibilities towards our patients and then some.

Oded

>>> Alan Kantor 08/09/13 5:04 PM >>>
Oded,

These are ED shifts and you are an ED radiologist. I have divided the work hours fairly. The week you were assigned to cover the ED until 8:00pm you unilaterally decided to leave early every day. Not once did you stay until 7:00pm. This is unacceptable.I wanted to speak to you about this in person but you have away from the ER since 2:30 and have not returned.



Alan Kantor, MD
Chief of Service
Department of Radiology
Kings County Hospital Center
Office: 718-245-4447
Pager: 917-760-1591
Cell:   917-747-5989
>>> Oded Greenberg 8/9/2013 1:56 PM >>>
Hi Alan, sorry forgot you wanted to talk to me an Qi. I didnt see him this am and only spoke to him a short while ago which reminded me. He told me that you spoke to him and it concerned the 12 to 8 shift. I would be glad to talk to you in detail about this but feel I can elaborate more clearly here; 1) I dont see why Qi and I have to do the lions share of this

**SUNY 000275**

**CONFIDENTIAL**

rotation which severely impacts my home life for 1 week every month and no one else has to do more than 2 days. 2) I never signed on for this and in the real world people get compensated for working less desirable hours. 3) I am perfectly willing to read more Neuro so that Vin doesnt have to spend a full 4 hours of his shift doing it. In fact when I was scheduled for 12 to 8, I made sure that Neuro was relatively caught up and Vin had little to do other than cover the ER.

If there is another reason we need to stay until 8 please let me know, because otherwise I feel it is unfair and in my opinion unnecessary. I would be glad to work until 6pm or whenever Neuro is caught up. Working until 8pm significantly degrades the quality of my life 25% of the year, impacting no one else other than Qi this way. I have offered a reasonable alternative, given the parameters. Unless you can give me another reason that the schedule must be this way or you can make it fair, I dont see why I should agree.

Please understand that I am not trying to be unreasonable. I am simply trying to keep a balance between my work and home life that works and I would be and have been willing to do anything within reason to help the department. I get that there are administrative pressures upon you, but it doesnt mean that work distribution need be unfair to make the administration happy when other alternatives exist.

Oded

**SUNY 000276**

**CONFIDENTIAL**