# EXHIBIT
# G

| | |
|---|---|
| **From:** | Oded.Greenberg@nychhc.org |
| **To:** | Alan.Kantor@nychhc.org |
| **CC:** | odedgreenberg@msn.com |
| **Subject:** | This week |
| **Deliver Date:** | 25-Sep-2013 09:53 |
| **Attachments:** | TEXT.htm [Save] [Open] |
| **Creation Date:** | 25-Sep-2013 09:53 |
| **Store Date:** | 26-Sep-2013 02:57 |
| **Status:** | accepted,opened,read |
| **Box Type:** | sent |
| **Folder:** | Oded Greenberg Home > Sent Items |
| **Message Id:** | 5242B2A2.kings-dom2.kings-po2.200.20000EB.1.3D7B6.1 |

Alan, this week was another example of poor communication and even poorer coverage in our department. Those scheduled to cover 6 to 2 and 12 to 8 have been out for 3 days now. Neuroradiology and Ultrasound have been essentially uncovered for 3 days as well except for Vins help late in the day. We are bombarded with calls from the ER to sign off emergent ultrasounds which we have been doing and have also attempted to help out with Neuro. There has been zero Body Imaging support for the ultrasound department. Every morning we have to check the lists to see who is here and wether we have to read the overnights. Short of Linda calling me to tell me people are out (my initiative) I am left to figure this out myself. By the way 6 to 2 is often not covered when Dave is out. Once again it was a veritable call day in the ER with Qi out and 5 attendings short.

My point in saying all of this is that it would be kind and professional to give me a heads up on the situation, instead of the usual assumption that 'Dr. Greenberg will handle it' or 'I was sent here to see Dr. Greenberg because there is no one upstairs to read this case'.

Truthfully, it pisses me off that there is so much attention being paid to data analysis as to when I read my first and last cases (an inaccurate measure of the time I arrive and leave) when there are egregious holes in our coverage during the day and others disappear for hours. I would rather punch a card. I dont need to be lauded for filling in where necessary, it is my duty and honor to do so. I do deserve some professional courtesy and appropriate communication when necessary.

Also, I remain unhappy with the 12 to 8 shift. Again I would be glad to read more neuro during the day and would consider staying til 6, but 8 pm is too late at this point in my career with two young children at home. I hope you will give some consideration to revise this schedule for me. I would prefer to keep UUP out of this.

Alan, I know that it is extremely stressful on your end, and I appreciate your kindness when it comes to time off and vacation, but my career and working conditions shouldnt be getting worse as I get older, especially when others are given more leeway. I often dont get lunch and I am on call 2 weekends almost every month. I have given alot and I would like a break and a modicum of respect.

Thanks

Oded

**SUNY 000283**

**CONFIDENTIAL**

Alan, this week was another example of poor communication and even poorer coverage in our department. Those scheduled to cover 6 to 2 and 12 to 8 have been out for 3 days now. Neuroradiology and Ultrasound have been essentially uncovered for 3 days as well except for Vins help late in the day. We are bombarded with calls from the ER to sign off emergent ultrasounds which we have been doing and have also attempted to help out with Neuro. There has been zero Body Imaging support for the ultrasound department. Every morning we have to check the lists to see who is here and wether we have to read the overnights. Short of Linda calling me to tell me people are out (my initiative) I am left to figure this out myself. By the way 6 to 2 is often not covered when Dave is out. Once again it was a veritable call day in the ER with Qi out and 5 attendings short.

My point in saying all of this is that it would be kind and professional to give me a heads up on the situation, instead of the usual assumption that 'Dr. Greenberg will handle it' or 'I was sent here to see Dr. Greenberg because there is no one upstairs to read this case'.

Truthfully, it pisses me off that there is so much attention being paid to data analysis as to when I read my first and last cases (an inaccurate measure of the time I arrive and leave) when there are egregious holes in our coverage during the day and others disappear for hours. I would rather punch a card. I dont need to be lauded for filling in where necessary, it is my duty and honor to do so. I do deserve some professional courtesy and appropriate communication when necessary.

Also, I remain unhappy with the 12 to 8 shift. Again I would be glad to read more neuro during the day and would consider staying til 6, but 8 pm is too late at this point in my career with two young children at home. I hope you will give some consideration to revise this schedule for me. I would prefer to keep UUP out of this.

Alan, I know that it is extremely stressful on your end, and I appreciate your kindness when it comes to time off and vacation, but my career and working conditions shouldnt be getting worse as I get older, especially when others are given more leeway. I often dont get lunch and I am on call 2 weekends almost every month. I have given alot and I would like a break and a modicum of respect.

Thanks

Oded

**SUNY 000284**

**CONFIDENTIAL**