# EXHIBIT
# H

| | |
|---|---|
| **From:** | Oded.Greenberg@nychhc.org |
| **To:** | Alan.Kantor@nychhc.org |
| **CC:** | gilmoregreenberg@msn.com |
| **Subject:** | Alan, I was just informed about what was said at todays staff meeting in front of our whole department prior to me arriving. I was told that Patrick Hammil (He who reads 10 cases a day) said that there is routinely no one in the ER reading room between 4 |
| **Deliver Date:** | 09-Oct-2013 17:09 |
| **Attachments:** | TEXT.htm [Save] [Open] |
| **Creation Date:** | 09-Oct-2013 17:09 |
| **Store Date:** | 10-Oct-2013 02:35 |
| **Status:** | accepted,opened,read |
| **Box Type:** | sent |
| **Folder:** | Oded Greenberg Home > Sent Items |
| **Message Id:** | 52558DC9.kings-dom2.kings-po2.200.20000EB.1.3E48A.1 |

Alan, I was just informed about what was said at todays staff meeting in front of our whole department prior to me arriving. I was told that Patrick Hammil (He who reads 10 cases a day) said that there is routinely no one in the ER reading room between 4 and 5 PM. I understand that you supported him in that in front of Dr. Reade no less. That is utter bullshit. I am livid at the degree of disrespect we get down here. I am here every day alone between 4 and 5 every fucking day! He claims he filled out 9 protocols yesterday. I was here till 8 pm. At around 4:30 I got out of my seat for the first time that day to consult with Dr. Schwatzbard for about 15 minutes. Sorry I didnt have the opportunity to do all the protocoling and answer every bullshit phonecall while I am here alone getting slammed all day when Qi is out and Dave gone at 2:30 pm. And by the way whenever Dave has been out. No one covers the 6 to 2 shift, leaving it for me. That includes today. So if you are wondering why the turnaround time for CR is over 3 hours look no further. I got in at 9 today and read all of the overnights.

You all have some nerve. I am sorry I wasnt there to defend the ER. I am dedicated to my craft and all I get is shit on by those 'upstairs'. I am not going to be nice about this anymore. I'm pissed. Next time have Patrick say this shit to my face. The nerve. I read more in an hour than he reads in a day.

You call that a full time job?

I no longer give a fuck

Oded

**SUNY 000281**

**CONFIDENTIAL**

Alan, I was just informed about what was said at todays staff meeting in front of our whole department prior to me arriving. I was told that Patrick Hammil (He who reads 10 cases a day) said that there is routinely no one in the ER reading room between 4 and 5 PM. I understand that you supported him in that in front of Dr. Reade no less. That is utter bullshit. I am livid at the degree of disrespect we get down here. I am here every day alone between 4 and 5 every fucking day! He claims he filled out 9 protocols yesterday. I was here till 8 pm. At around 4:30 I got out of my seat for the first time that day to consult with Dr. Schwatzbard for about 15 minutes. Sorry I didnt have the opportunity to do all the protocoling and answer every bullshit phonecall while I am here alone getting slammed all day when Qi is out and Dave gone at 2:30 pm. And by the way whenever Dave has been out. No one covers the 6 to 2 shift, leaving it for me. That includes today. So if you are wondering why the turnaround time for CR is over 3 hours look no further. I got in at 9 today and read all of the overnights.

You all have some nerve. I am sorry I wasnt there to defend the ER. I am dedicated to my craft and all I get is shit on by those 'upstairs'. I am not going to be nice about this anymore. I'm pissed. Next time have Patrick say this shit to my face. The nerve. I read more in an hour than he reads in a day.

You call that a full time job?

I no longer give a fuck

Oded

**SUNY 000282**

**CONFIDENTIAL**