# EXHIBIT

# K

**From:**      CN=Linda McMurren/O=Downstate
**Sent:**      Friday, May 9, 2014 10:39 AM
**To:**      CN=Oded Greenberg/O=Downstate@Downstate
**Subject:**      April Time Sheet
**Attach:**      SKMBT_36314050910200.pdf

Good morning Dr. Greenberg,

Please revise your time sheets to include April 3, 4, and fax back to me.

Thanks,

Linda

Linda McMurren
Administrative Assistant
Dept. of Radiology Chair's Office
Linda.McMurren@downstate.edu (email)
718-270-1603 (phone)
718-270-2667 (fax)

Confidentiality Notice:  The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon, this information. If you received this transmission in error, please contact the sender and destroy all printed copies and delete the material from all computers.

----- Forwarded by Linda McMurren/Downstate on 05/09/2014 10:29 AM -----

From: biz363@downstate.edu
To: linda.mcmurren@downstate.edu,
Date: 05/09/2014 10:25 AM
Subject: biz363@downstate.edu

SUNYESI00001499