# EXHIBIT L



# Kings County Hospital Center
# Radiology Department
# Faculty Meeting Minutes
# <u>May 08, 2014</u>

 The meeting was called to order at **1:38pm** on May 8, 2014 in the S2 Conference Room

by Dr. Alan Kantor.

**Present:**

| | | |
|---|---|---|
| *Dr. Alan Kantor* | *Dr. Deborah Reede* | *Dr. Rachelle Goldfisher* |
| *Dr. Arnold Strashun* | *Mr. Jean Aime* | *Dr. Riffat Chaudary* |
| *Dr. Daniel Zinn* | *Dr. John Amodio* | *Dr. Stephen Waite* |
| *Dr. Daphne Roitberg* | *Dr. Oded Greenberg* | *Dr. Steven Pulitzer* |
| *Dr. David Areman* | *Dr. Patrick Hammil* | |

## Approval of Previous Minutes

The minutes of the previous meeting were unanimously approved.

## PART A:     OLD / RECURRING BUSINESS

## 1.     GME Timesheets

Dr. Kantor stated the importance of completing the GME timesheets in a timely fashion.

He reminded everyone to complete their GME timesheets. The most recent (4th qtr.) time

sheet covered 4/6/2014 – 4/19/2014

## 2.     Peer Reviews

Dr. Kantor requested the return of all Peer Review forms that were submitted for

completion. This includes the in-house reviews sent via E-mail from Ms. Green and the

VRC peer review lists and forms distributed at this meeting.

## 3.     M & M Conference

1

HHC_ESI_000170

Five Residents attended the last M&M Conference. Four cases were presented by Radiology. The M & M Conference is a primary Quality Assurance and educational tool. Attendance is mandatory. Everyone is encouraged to submit cases for presentation. Dr. Pulitzer explained the format for preparing cases for presentations. He offered his availability to review cases for presentations. All cases should be anonymized for presentation.

**4.**     **Protocols**

For legibility purposes, Attendings were asked to print and sign or use stamps when protocolling procedures.

**5.**     **Resident Supervision**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**6.**     **QA**

**(a) MOC / PI Projects / Breakthrough**

Breakthrough is the HHC adaptation of the Toyota "lean" program for quality assurance and Performance Improvement. It is the mechanism employed by HHC for organizing and implementing PI initiatives. The hospital provides extensive training resources towards this initiative. These workshops and programs are open to anyone who is interested in attending. It is strongly recommended that the staff take advantage of these resources which will also help meet PI criteria for MOC.

**(b) Issues**

HHC_ESI_000171

Dr. Pulitzer informed the group of a recent technical issue which occurred with a Cervical Spine case. Attendings and Residents are expected to report all QA issues that have occurred under their respective tours. All issues are to be reported to Dr. Kantor and Dr. Pulitzer.

**(c) Associate Director for Quality**

The appointed Associated Director will be required to attend Residency Education meetings and perform Quality Assurance tasks.

Once again, Dr. Hammill was nominated for the Associate Director for QA.

7. **Equipment**

**(a) 3T MRI**

Mr. Jean Aime informed the group of a delay in the final stages of Radiology receiving the MRI machine. This is due to a language issue with the contract between HHC and GE Healthcare.

**(b) Ultrasound**

The final stages of receiving the Ultrasound machine is also delayed due to changes in the Mayor's office. Mr. Aime stated he has been communicating with the Comptroller's office and answering and necessary questions.

**(c) PET / CT (Now and when)**

No updates.

8. **Communication and Coding**

Dr. Kantor urged everyone to document communications with other departments. Coding is also necessary to provide efficient follow ups. The report coding serves as a database for case follow-up by the Associate Medical Director. Attendings were reminded to escalate to the level of the respective Service Chiefs if a provider was unavailable.

3

HHC_ESI_000172

9. <u>**Overnight / VRC**</u>

**(a) Peer Review**

See topic number two.

**(b) Thoughts on In – House Coverage**

Dr. Kantor mentioned his interest in hiring two Radiologist for coverage on tour one (overnight).

**PART B: NEW BUSINESS**

<u>**New Contracts: Dr. Reede**</u>

- ❖ It is required that everyone documents accurate information on their timesheets.
- ❖ Attendings are required to notify the office for punctuality and attendance reasons. This should be done before the start of the individual's respective tours / shift.
- ❖ Residents will be allowed to evaluate their professors and lectures, in the near future. This will enhance the quality of lectures provided.
- ❖ Dr. Reede informed the staff that she is still communicating with HR on the new contracts. She has not received any final wording.
- ❖ Dr. Reede stated the importance of reporting cases to Risk Management. The staff was informed that Risk Management needs to be notified of all questionable cases. When received, such notifications will be documented in the respective Attending's files.

**PART C: OPEN**

There were no further issues to be discussed.

**Adjournment:** Meeting was adjourned at **2:38** pm by Dr. Kantor.

**Minutes Submitted By:**     Sade Jemmott

**Minutes Approved By:     Alan Kantor, MD**

HHC_ESI_000173