# EXHIBIT
# M

# KCHC Departmental Meeting

June 26, 2014

**SUNY 002454**          **CONFIDENTIAL**

# New Iterim Chief of Service

- KCHC senior leadership has decided not to renew Dr. Alan Kantor as the Chief of Service of the Department of Radiology at Kings County Hospital Center

- **Interim Chief of Service:**

- **Steven Pulitzer, MD**

- Cell phone 212-828-2978

- Pager 917-218-5720

**SUNY 002455**               **CONFIDENTIAL**

# Integration to one Department of Radiology

- We will work to become one integrated department with SUNY Downstate Medical Center Department of Radiology

- **We will work together to have continuity in the following areas:**

- Standardized reports

- Attestations

- CT/MRI/US and X-ray protocols

- Resident responsibilities

**CONFIDENTIAL**

# Zero Backlog…….

- Goal is zero backlog

- How?

- Will change how each service is covered during the day time shifts (to be announced)

- Weekend shifts will continue to address backlog by the second reader (8 am-4 pm shift)

# Time and Attendance

- Time and attendance will be monitored
- Make sure you accurately fill out your time sheets to reflect the actual time you were physically here in the hospital both daily and when on call on the weekends

  CONFIDENTIAL

# Vacation……

- The vacation schedule will be put out quarterly
- For August – September 2014

  -all vacation/CME requests are due on July 10, 2014
- For October – December

  -All requests are due by August 10

**CONFIDENTIAL**

# Sick Day Policy for KCHC

- In addition to calling and e-mailing Linda McMurren at SUNY:

- Call Sade Jemmott at 718-245-4447

  Calls must be made BEFORE 7:30 am on the day you will be out

Email [Sade.Jemmott@nychhc.org](mailto:Sade.Jemmott@nychhc.org) before 7:30 am on the day you will be out

 CONFIDENTIAL

# Shifts…

- We will continue with the current shifts as follows:
- ED coverage: 6 am- 2 pm –
  - 12 pm – 8 pm – Rotating schedule
  - 4 pm – Midnight – Vin

Weekends: 3 shifts – 6am – 2 pm
  - 8 am – 4 pm
  - 4 pm – midnight

**for the monthe of July, we will suspend the 12-8pm KCHC shift. Will resume in August 2014

*Will work with Brian Gale to coordinate KCHC staff DX call to coincide with weekend Call

**SUNY 002461**               **CONFIDENTIAL**

# Monday Morning Meeting

- There will be a short staff meeting every Monday morning at 10:00- 10:30 A.M. in the S2 conference room: Attendance is Mandatory

- This meeting will cover:
  - Coverage schedule for people with scheduled days off
  - Review backlog from the weekend – assign coverage
  - Discuss any pertinent issues related to the department
  - Discuss any problems from staff
  - Follow-up to problems raised in prior weeks

                    **CONFIDENTIAL**

# 12 noon – 1 Pm coverage at KCHC

- Goal – Nurse to inject intravenous contrast throughout the day will include 12pm – 1 pm.
- Now, nurses are not certified for contrast injection.
- Working to get nurses trained within 3 months
- **Patch:**
- Rotating attending coverage schedule

# Perinatal Imaging

- Rachelle Goldfisher – Director of Perinatal Imaging
- Service will cover OB second trimester ultrasound, Fetal MRI
- Timeline:
- Will begin by July 1, 2014

 CONFIDENTIAL

# Assigned rooms

- Assigned reading rooms by modality for resident
- Phone numbers to these rooms will be made available to the referring services
- Technologists will be able to find residents to check cases
- At least one resident must be in this room during working hours with the exception of  scheduled lectures
- At the start of each work day, resident must give pager to the CT/MRI/US staff so they know how to reach you

**SUNY 002465**    **CONFIDENTIAL**

# All cases timed 3:30

- All cases timed 3:30 pm must be prelimed by resident in their section before they may leave for the day.

- Resident must return to work station after lecture if these cases are not completed before the 4 pm lecture

- All cases will be reviewed with the resident that day or in the morning of the next day if the case was signed by the attending while the resident is in conference

**SUNY 002466**          **CONFIDENTIAL**

# Checking cases

- With the exception of CT Brain, all cases must be checked by the radiololgy resident before the patient is taken off the table.

- Policy and procedure for cases to be checked will be discussed in the Section Chief meeting

- All outpatient scans must be cleared by an upper year resident or attending physician before the patient can leave the department

**SUNY 002467**               **CONFIDENTIAL**

# Attestations

- New format for resident cases
- Attestations will be made available by early next week

          **CONFIDENTIAL**

# Ultrasound orders

- Ultrasound orders will be protocoled by the resident on ultrasound or the CT supervision resident at least 24 hours prior to outpatient exams and if available, inpatient exams

- Any order changes must be made prior to the patient arriving in the radiology department

                    **CONFIDENTIAL**

# GME Timesheet….

- All KCHC attendings must complete HHC GME time sheets
- All 2013/2014 GME time sheets are due by Friday June 26, 2014
- **If you have not completed your time sheet, then please see Jayan Kurian immediately following this meeting to avoid diciplinery action**

**SUNY 002470**     **CONFIDENTIAL**

# Thank you

 CONFIDENTIAL