# EXHIBIT
# N

| | |
|---|---|
| **From:** | CN=Linda McMurren/O=Downstate |
| **Sent:** | Wednesday, July 9, 2014 6:59 PM |
| **To:** | CN=Oded Greenberg/O=Downstate@Downstate |
| **Cc:** | CN=Rhonda Besunder/O=Downstate@Downstate |
| **Subject:** | Change of Day Off |

Hi Dr. Greenberg,

Any time away requires the forms that Rhonda Besunder and I sent to you. The forms must be filled out and faxed/scannedor broughtto me. Once I receive the forms, I will give to Dr. Reede for approval.

Please scroll through your emails for the Policy and forms (all in the same email).

Thanks,

Linda


-----Oded Greenberg/Downstate wrote: -----
To: steven.pulitzer@nychhc.org, Steven Pulitzer/Downstate@Downstate
From: Oded Greenberg/Downstate
Date: 07/09/2014 01:44PM
Cc: Linda McMurren/Downstate@Downstate
Subject: (Untitled)

Hi Steve, I need to make a change with regards to the day I needed off and I havent been able to get hold of you. I am here today, despite requesting the day off but must leave at around 2:15 PM. I need to take tomorrow off instead. Qi is on the schedule again tomorrow. Hope this is OK, my plans changed at the last moment and I have to revise. Just giving you a heads up. Linda is cc'd.

Oded

SUNYESI00000850