# EXHIBIT O

| From: | CN=Linda McMurren/O=Downstate |
|---|---|
| Sent: | Monday, July 21, 2014 3:46 PM |
| To: | CN=Oded Greenberg/O=Downstate@Downstate |
| Subject: | Re: August Time Away Calendar |

Hi Dr. Greenberg,

It's signed, but the dates are 8/11-8/22.

Linda

Linda McMurren
Administrative Assistant
Dept. of Radiology Chair's Office
Linda.McMurren@downstate.edu (email)
718-270-1603 (phone)
718-270-2667 (fax)

Confidentiality Notice: The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon, this information. If you received this transmission in error, please contact the sender and destroy all printed copies and delete the material from all computers.

From: Oded Greenberg/Downstate
To: Linda McMurren/Downstate@Downstate,
Date: 07/21/2014 02:11 PM
Subject: Re: August Time Away Calendar

Hi Linda, I requested the two weeks in August off starting 8/10. Confirmed with Dr. Pulitzer.

-----Linda McMurren/Downstate wrote: -----
To: Alicja Goracy/Downstate@DOWNSTATE, Amiram.Samin@downstate.edu, Arnold.Strashun@downstate.edu, Brian.Gale@downstate.edu, Brian.Magee@downstate.edu, Claire.Hanley@downstate.edu, Craig Linden/Downstate@DOWNSTATE, Dan.Zinn@downstate.edu, Deborah.Reede/Downstate@DOWNSTATE, Harry.Zinn@downstate.edu, Huntz.Liu/Downstate@Downstate, Hyman.Shwarzberg@downstate.edu, James.Walsh@downstate.edu, Jinel Scott/Downstate@DOWNSTATE, John Amodio@downstate.edu, Maria.Corsaro@downstate.edu, Michael.Herskowitz/Downstate@Downstate, Oded.Greenberg@downstate.edu, Patrick.Hammill@downstate.edu, Qi.Chen@downstate.edu, Rachelle.Goldfisher@downstate.edu, Rhonda.Osborne/Downstate@DOWNSTATE, Riffat.Chaudary@downstate.edu, Robert.Leonardo@downstate.edu, Scott.Lehto@downstate.edu, Srinivas.Kolla@downstate.edu,

Stephen.Waite/Downstate@Downstate, Steven.Ostrow@downstate.edu,
Steven.Pulitzer@downstate.edu, Sundeep.Mangla@downstate.edu,
Vinodkumar.Velayudhan/Downstate@Downstate, William.Kwon/Downstate@Downstate,
Woo Choi/Downstate@Downstate
From: Linda McMurren/Downstate
Date: 07/17/2014 12:53PM
Subject: August Time Away Calendar


Good afternoon All,

Please see attached time away calendar for the month of August.

If you are scheduled for time away in August and it is not listed, please email
me.

Thank you.

Linda McMurren
Administrative Assistant
Dept. of Radiology Chair's Office
Linda.McMurren@downstate.edu (email)
718-270-1603 (phone)
718-270-2667 (fax)

Confidentiality Notice:  The information contained in this transmission is
intended only for the person or entity to which it is addressed and may contain
confidential and/or privileged material. If you are not the intended recipient
of this information, do not review, retransmit, disclose, disseminate, use, or
take any action in reliance upon, this information. If you received this
transmission in error, please contact the sender and destroy all printed copies
and delete the material from all computers.

(See attached file: August Time Away.pdf)


[attachment "August Time Away.pdf" removed by Oded Greenberg/Downstate]

SUNYESI00000865