# EXHIBIT
# P

| **From:** | CN=Oded Greenberg/O=Downstate |
|---|---|
| **Sent:** | Wednesday, August 13, 2014 2:31 PM |
| **To:** | CN=Steven Pulitzer/O=Downstate@Downstate; steven.pulitzer@nychhc.org |
| **Subject:** | Vacation change |

Hi Steve, I was wondering if I can change my vacation week. I will continue taking this week off, but would like to return next week and be off the week after (last week of August) I looked at the schedule for that week and it seems everyone is here. Let me know if that will work.

Thanks

Oded

SUNYESI00000650