# EXHIBIT
# Q

Hi Linda, this was the original request for 8/11 thru 8/22. I took off the week
of 8/11 thru 8/15, then worked the week of the 18th instead of taking it off.
On Thursday, 8/21 I only worked from 10 am to 1:30 pm, but I submitted that as
a comp day. So there are a total of 6 comp days used, 8/11 thru 8/15 and 8/21.
I hope this clarifies things. By the way I am scheduled to be off on 9/26
but will be making a formal request to have 9/25 off as well for Rosh Hashana.
Is there special paperwork to get this scheduled so late or do I just submit
the usual paperwork?

Thanks

Oded

-----Forwarded by Oded Greenberg/Downstate on 09/15/2014 01:53PM -----
To: Linda McMurren/Downstate@Downstate
From: Oded Greenberg/Downstate
Date: 07/21/2014 02:11PM
Subject: Re: August Time Away Calendar

Hi Linda, I requested the two weeks in August off starting 8/10. Confirmed
with Dr. Pulitzer.

-----Linda McMurren/Downstate wrote: -----
To: Alicja Goracy/Downstate@DOWNSTATE, Amiram.Samin@downstate.edu,
Arnold.Strashun@downstate.edu, Brian.Gale@downstate.edu,
Brian.Magee@downstate.edu, Claire.Hanley@downstate.edu, Craig
Linden/Downstate@DOWNSTATE, Dan.Zinn@downstate.edu,
Deborah.Reede/Downstate@DOWNSTATE, Harry.Zinn@downstate.edu,
Huntz.Liu/Downstate@Downstate, Hyman.Shwarzberg@downstate.edu,
James.Walsh@downstate.edu, Jinel Scott/Downstate@DOWNSTATE, John
Amodio@downstate.edu, Maria.Corsaro@downstate.edu,
Michael.Herskowitz/Downstate@Downstate, Oded.Greenberg@downstate.edu,
Patrick.Hammill@downstate.edu, Qi.Chen@downstate.edu,
Rachelle.Goldfisher@downstate.edu, Rhonda.Osborne/Downstate@DOWNSTATE,
Riffat.Chaudary@downstate.edu, Robert.Leonardo@downstate.edu,
Scott.Lehto@downstate.edu, Srinivas.Kolla@downstate.edu,
Stephen.Waite/Downstate@Downstate, Steven.Ostrow@downstate.edu,
Steven.Pulitzer@downstate.edu, Sundeep.Mangla@downstate.edu,
Vinodkumar.Velayudhan/Downstate@Downstate, William.Kwon/Downstate@Downstate,
Woo Choi/Downstate@Downstate
From: Linda McMurren/Downstate
Date: 07/17/2014 12:53PM
Subject: August Time Away Calendar

Good afternoon All,

Please see attached time away calendar for the month of August.

SUNYESI00000664

If you are scheduled for time away in August and it is not listed, please email me.

Thank you.

Linda McMurren
Administrative Assistant
Dept. of Radiology Chair's Office
Linda.McMurren@downstate.edu (email)
718-270-1603 (phone)
718-270-2667 (fax)

Confidentiality Notice: The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon, this information. If you received this transmission in error, please contact the sender and destroy all printed copies and delete the material from all computers.

(See attached file: August Time Away.pdf)

[attachment "August Time Away.pdf" removed by Oded Greenberg/Downstate]

SUNYESI00000665