# EXHIBIT
# R



# KINGS COUNTY
# HOSPITAL CENTER



Steven Pulitzer, M.D.
Interim Chief of Service
Department of Radiology
Kings County Hospital Center
Tel: 718-245-4447
Fax: 718-245-4473

August 22, 2014

RE: Oded Greenberg, MD

Notes from August 22, 2014 meeting with Oded Greenberg, MD:

Time and attendance. Dr. Greenberg had been previously warned by Dr. Reede on May 5, 2014 about accurate reporting of time and attendance and of the necessity to follow the policy and procedures of the SUNY Downstate Department of Radiology regarding scheduling time off. In addition, there is a protocol for late arrival or absence due to sickness.

I became the Interim Chief of Service in July 2014. I reviewed Dr. Greenberg's time and attendance from records archived in the Talk Station dictation system. It gives an estimate of the time of arrival and departure based on the time of the first and last case read on a particular day. There were a number of days in which Dr. Greenberg arrived after 9 am. In particular:

| Date | Time sheet | Talk station time |
| --- | --- | --- |
| 7/28/2014 | 9-5 | 10:40 – 5:30 |
| 7/31/2014 | 9-5 | 10:30 – 5:00 |
| 8/4/2014 | N/A | 10:25 – 4:30 |
| 8/6/2014 | N/A | 10:40 – 5:15 |
| 8/7/2014 | N/A | 11:04 – 4:30 |

We discussed the need for him to be here for set hours of 9:30 – 5:30 pm daily.

I informed him that he will be put on time and attendance monitoring if the pattern persists. He acknowleged.

HHC_ESI_001092

HHC_ESI_001093