# EXHIBIT S

| | |
|---|---|
| **From:** | Steven Pulitzer |
| **Sent:** | Tuesday, September 02, 2014 3:57 PM |
| **To:** | Sade Jemmott |
| **Subject:** | Sade please file this document in Oded's file. |
| **Attachments:** | Oded Greenberg 1.docx |

Sade please file this document in Oded's file.

Oded Greenberg: September 2, 2014

Oded was counseled in person on time and attendance on August 23, 2014. Oded was scheduled for vacation the week of August 25-29th. He took off Monday August 25 and reported to work the remainder of the week. His hours were at his choosing and were not his standard hours of 9:30-5:30. This schedule switch was not authorized by either me or Dr. Reede. None of the required documentation was submitted to request this schedule change.

Today, Oded came to my office to request the remainder of this week off. His request was denied as the operational needs of the department would not permit him be off this week. The other body imager, Dr. Hammill is scheduled to be off this week. Therefore, Oded must report for work this week.

Oded asked me to relieve him of the 12-8 shift. I said I could not. I informed him that every attending in the department with the exception of Janelle Scott-More who covers the 6 am – 2 pm shift and Vindokumar Velayudhan who covers the 4 pm – 12 pm will rotate through this position.

HHC_ESI_001063