# EXHIBIT T

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 8/1 TO: 8/30

NAME: Oded Greenberg    DEPARTMENT: Radiology    TITLE: Clinical Asst Professor

SOCIAL SECURITY NO: ███ ██ ████    LINE NO._____    ACCOUNT CODE:_____    FT ☑  PT ☐  If PT, % of FT _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE ☐    REGULAR SHIFT FROM:_____ AM/PM  TO:_____ AM/PM

**SECTION 1:** (To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable).
I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

### ABSENCES (IF ANY):    CHARGE TO:

| FROM OR ON | TO | NO. OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | OTHER | IN LIEU OF HOLIDAY | FMLA LEAVE |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

**REMARKS:** (CALENDAR YEAR EMPLOYEES SHOULD NOTE HERE A DAY PRESCRIBED BY LAW FOR THE OBSERVANCE OF A HOLIDAY ON WHICH THEY WERE REQUIRED TO BE PRESENT):

**SECTION 2:** (TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY)
-REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES-

I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am an FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | TIME: FROM-TO | ACTUAL HOURS |
|---|---|---|---|
|  |  |  |  |

TOTAL: _____

X 1.5

PREMIUM HOURS: _____

**SECTION 3:**

9/9/14 DATE    _____ (signature) MD
SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

9/15/14 DATE    _____ (signature)
SIGNATURE OF SUPERVISOR/CHAIRMAN/DIRECTOR

**SECTION 4:**
(NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.)

| ACCRUAL SUMMARY OF LEAVE CREDITS | | | | | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP. ORG. LEAVE |
|---|---|---|---|---|---|---|---|
|  | ANN. LV. | SICK LV. | IN LIEU OF HOLIDAY | PREMIUM HRS. REPORTED IN SECTION 2 | | | |
| 1. BAL BROUGHT FWD | 7.75 | 22.75 |  |  | TOTAL PREV. USED |  |  |
| 2. TIME USED ( - ) | 0 | 0 |  |  |  |  |  |
| 3. SUB-TOTAL: | 7.75 | 22.75 |  |  |  |  |  |
| 4. TIME EARNED (+) | 1.75 | 1.75 |  |  | USED THIS PERIOD (+) |  |  |
| 5. NEW BALANCE | 9.5 | 24.5 |  |  | NEW TOTAL |  |  |

HSCB-0128 F468 R3 (4/94) formerly PR 105 Rev.

SUNY 001806          -CONFIDENTIAL-

# HHC-ANNEX G

Affiliate Institution: **SUNY Health Science Center at Brooklyn**

Name _Oded Greenberg_  Month _August_

Title _Clinical Asst Professor_  Dept. / Div. _Radiology_

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 7/28 | | Week of: 8/4 | | Week of: 8/11 | | Week of: 8/18 | | Week of: 8/25 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 7/28 | | 8/4 | 9-5 8 | *8/11 | 9-5 C | 8/18 | 11:30 730 8 | *8/25 | 9-5 8 |
| Tues | 7/29 | | 8/5 | 5-4 7 | *8/12 | 9-5 C | 8/19 | 10-7 9 | 8/26 | 11-7 8 |
| Wed | 7/30 | | 8/6 | 10:30 5:30 7 | *8/13 | 9-5 C | 8/20 | 1-8 7 | 8/27 | 11-7 8 |
| Thurs | 7/31 | | 8/7 | 10:30 5:00 7 | *8/14 | 9-5 C | *8/21 | 10-1:30 3+ C | 8/28 | 10-6 8 |
| Fri | 8/1 | 8:30-4:30 8 | 8/8 | 9-7 10 | *8/15 | 9-5 C | 8/22 | 10:30-7 8+ | 8/29 | 11-7 8 |
| Sat | 8/2 | 7-3 8 | | | | | 8/23 | 8-4 8 | | |
| Sun | | | | | | | | | | |
| Total | | 16 | | 39 | | 40 | | 44 | | 40 |

used comp days from 8/25/13, 9/14/13, 9/29/13, 10/19/13, 10/22/13
11/2/13 and 11/8/13

Oded Greenberg

Total Hours _(175)_

Title _Clinical Asst. Professor_ MD  Date _9/9/14_

Approved by _Linda Snow_
  Chief of Service

For: 8/11, 8/12, 8/13, 8/14, 8/15
8/21 and 8/25 respectively

| INDICATED ABSENCES: |
|---|
| H = Holiday |
| SL = Sick Leave |
| AL = Annual Leave |
| EL = Educational Leave |

* See attached for 8/21/14

**SUNY 001807**   **-CONFIDENTIAL-**