# EXHIBIT
# U

----- Forwarded by Linda McMurren/Downstate on 09/08/2014 10:30 AM -----

From: Oded Greenberg/Downstate
To: Linda McMurren/Downstate@Downstate,
Cc: "Steven Pulitzer" <Steven.Pulitzer@nychhc.org>
Date: 09/05/2014 12:21 PM
Subject: Re: Next week

As it turns out I was going to come in regardless of my last email Thursday, the family issues having been resolved Thursday morning, I then managed to throw my back out. My mobility has been severely limited since. Please forgive the confusion.

-----Linda McMurren/Downstate@Downstate wrote: -----

==================== To: Oded Greenberg/Downstate@Downstate
From: Linda McMurren/Downstate@Downstate
Date: 09/04/2014 02:00PM
Subject: Re: Next week
==================== Hi Dr. Greenberg,

Please refer to the Policies sent by Rhonda Besunder for any information regarding time away. The same policy applies to all time away.

Thanks,

Linda McMurren
Administrative Assistant
Dept. of Radiology Chair's Office
Linda.McMurren@downstate.edu (email)
718-270-1603 (phone)
718-270-2667 (fax)

Confidentiality Notice: The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon, this information. If you received this transmission in error, please contact the sender and destroy all printed copies and delete the material from all computers.

SUNYESI00000993

Hi Linda, how do I go about taking days off next week on an emergent basis? I know that this is short notice and Dr. Pulitzer is out, how do I get approval? Drs. Chen and Scott will be here most of next week to cover. Let me know how to proceed.

Thanks

Oded

SUNYESI00000994