# EXHIBIT
# V

| | |
|---|---|
| **From:** | CN=Rhonda Besunder/O=Downstate |
| **Sent:** | Thursday, March 20, 2014 3:52 PM |
| **To:** | CN=Oded Greenberg/O=Downstate@Downstate |
| **Cc:** | CN=Linda McMurren/O=Downstate@Downstate |
| **Subject:** | Re: Vacation, comp day request forms |
| **Attach:** | Appendix A - Request for Leave (Nov. 21- 13).pdf; Appendix B- Faculty Request to Travel (Nov. 21-13).pdf; CME Addendum ###.pdf; CME policy forms minus addendum.pdf; Time off- away from campus policy.pdf; Unexpected Absence policy.pdf |

Dr. Greenberg:

This is the 3rd time, I've sent these to you!   Please print them or save in a
safe place.  Thanks.

Rhonda S. Besunder, MPH
Administrator
Department of  Radiology
and Radiation Oncology
Phone: 718- 270- 3146
Fax:     718-  270- 4601
rhonda.besunder@downstate.edu

From: Oded Greenberg/Downstate
To: Rhonda Besunder/Downstate@Downstate,
Date: 03/19/2014 11:15 AM
Subject: Vacation, comp day request forms

Hi Rhonda, can you kindly forward me the forms required for vacation time off
as I have apparently deleted your original email.

Thanks

Oded

Confidential                                                                          SUNYESI00000805

Department of Radiology

# FACULTY REQUEST FOR LEAVE

It is recommended all requests for days off (vacation, conference time, make-up days for holidays worked and compensatory time) be submitted in advance to the Chair using this form, preferably 30 days in advance for leaves of 2 weeks or longer. Any request for Emergency Leave should be cleared with Dr. Reede prior to leaving campus.

Is this a change of leave request?   Yes _____          No _____

NAME: _____   DATE: _____

REQUESTED TIME OFF: _____

VACATION: _____   CONFERENCE: _____   LECTURER: _____

MAKE-UP HOLIDAY: _____          COMPENSATORY TIME: _____

FURLOUGH DAYS  (valid until 3/31/2014): _____

PERSON COVERING IN YOUR ABSENCE: _____

**************************************************************************

FOR CONFERENCES:
NAME, LOCATION, DATE OF MEETING: _____

_____

(a) PRESENT PAPER:     YES _____     NO _____     DATE: _____

(b) PRESENT LECTURE:  YES _____     NO _____     TITLE: _____

APPROVED:          NOT APPROVED:

_____
**Faculty Signature**                                                                 **Date**

**Deborah L. Reede, M.D.**   _____
Chair

**Hyman Shwarzberg, M.D.**   _____
Director, UHB

**Alan Kantor, M.D.**          _____
Director, KCHC

**Department of Radiology**

# FACULTY REQUEST FOR TRAVEL

Date

TRAVELER NAME: _____ TELEPHONE: _____

TRAVELER TITLE: _____ BEEPER: _____

DIVISION: _____

DATES OF TRAVEL: From _____ To _____

MODE OF TRAVEL: ☐ AIR ☐ RAIL ☐ AUTOMOBILE

ESTIMATED COST:

REGISTRATION $_____

MEALS $_____

HOTEL $_____

OTHER (describe) $_____

TOTAL: $_____ SOURCE OF FUNDS: _____

PURPOSE OF TRIP:

_____
_____
_____
_____
_____
_____

DESTINATION: _____
_____
_____

CHECK ONE: ☐ OUT-OF-STATE-MEETING ☐ NEW YORK STATE

APPROVAL SIGNATURES:

_____
Hyman Shwarzberg, M.D., Director, UHB

_____
Deborah L. Reede, M.D., Chair

_____
Alan Kantor, M.D., Director , KCHC

SUNYESI00000807

# Addendum/ CME Policy

CME reimbursements and time off from work to attend conferences are major direct and indirect departmental expenses. Therefore, you should maximize the benefits for this endeavor.

**Reasons for CME Time**

- To assist you in obtaining 50 annual credits required to maintain your hospital staff privileges;
- To keep current with changes in your sub-speciality and/or refresh your skills in other areas;
- To network with other physicians in the hopes of collaborating on academic projects; to be asked to present a lecture (at a national meeting or Grand Rounds at another institution); and /or to be invited to become a standing or board member on a committee in a local, state or national professional society; **Networking also affords you the opportunity to meet colleagues who can provide a recommendation to support an academic promotion at SUNY.**

The previous departmental CME policy has changed. A new policy was distributed on 11/25/2013. If you did not receive a copy of the policy, contact Rhonda Besunder.

**It appears that several points regarding CME activities need to be further defined.**

- The department is no longer allowing CME days at home. You must be physically present at a conference, if you request days off for CME.

- The department will no longer pay for international meetings outside of Canada. If you do attend a meeting that does not met the appropriate CME criteria for reimbursement for any reason; CME time will be deducted from your yearly 10 day allowances for the conference days that occur between Monday and Friday. Travel time will be subtracted from your annual leave and you will be personally responsible for all costs associated with the meeting.

- Conferences held in vacation destinations (ski or beach resorts etc,) will not be paid for by the department. If you choose to attend, the same rules apply as outlined above. Please note, **major society meetings held in these locations maybe supported by the department with the Chair's prior written approval.**

- Compensatory days will not be granted for attending a conference held on either Saturday or Sunday.

- **Increased costs incurred for late fees (registration, hotel bookings and/or transportation) will not be paid by the department.**

- A copy of the CME certificate (indicating the number of credits earned for the course) must be provided in order to receive reimbursement and credit for time off.

12/23/13

SUNYESI00000808



# UNIVERSITY PHYSICIANS
## BROOKLYN, INC.

# DEPARTMENT OF RADIOLOGY

**SUBJECT: Off-Campus Continuing Medical Education (CME) Policy**

**EFFECTIVE:** November 15, 2013

## GENERAL STATEMENT OF PURPOSE:

To establish a standard policy for faculty off-campus CME, and to delineate the reimbursement process.

## POLICY STATEMENT:

1. You are allowed a maximum of 10 days per calendar year (Jan.-Dec.) for off-campus CME meetings.

2. Additional off-campus days for CME must be approved by the department Chair.

3. All requests for off-campus CME days must be submitted on departmental forms *(see Appendix A and B )* and be pre-approved by the departmental Chair. **A copy of the course brochure must be attached to the form.**

4. If departmental funds allow, there will be a $5,000 reimbursement limit for CME per calendar year for full-time faculty. Proportional amounts will be disbursed to part-time faculty. Reimbursement is for acceptable out-of-pocket and documented CME educational expenses *(See Note below).*

5. Only meetings held in the continental US will be reimbursable.

6. **Original receipts and CME certificate must be provided as a prerequisite for reimbursement.**

7. No advanced payments are allowed.

8. There will be no accrual/rollover of unused CME time or monies into the following calendar year.

9. Individual reimbursement will be made semi-annually (Jan. 1-July 1 submission deadlines).

**Note: CME educational expenses can include: advanced meeting registration fee (late fees will not be paid), society dues, books, and travel expenses (customary coach airfare, taxi fare upon arrival / departure from hotel, standard hotel room, $75/day meal allowance, and ground transportation including: tolls, parking and the current IRS mileage rate when personal auto is used). Rental cars will not be reimbursed. Please request government employee discount where available.**

**Any variance by staff from this CME policy must be sanctioned in writing by the Chair.**

APPROVAL SIGNATURES:

**Deborah L. Reede, M.D.** _____
Chair

**Arnold Strashun, M.D.** _____
Vice Chair

Confidential

**Department of Radiology**

## FACULTY REQUEST FOR LEAVE

It is recommended all requests for days off (vacation, conference time, make-up days for holidays worked and compensatory time) be submitted in advance to the Chair using this form, preferably 30 days in advance for leaves of 2 weeks or longer.  Any request for Emergency Leave should be cleared with Dr. Reede prior to leaving campus.

Is this a change of leave request?   Yes _____        No _____

NAME: _____ DATE: _____

REQUESTED TIME OFF: _____

VACATION: _____     CONFERENCE: _____     LECTURER: _____

MAKE-UP HOLIDAY: _____        COMPENSATORY TIME: _____

FURLOUGH DAYS  (valid until 3/31/2014): _____

PERSON COVERING IN YOUR ABSENCE: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FOR CONFERENCES:
NAME, LOCATION, DATE OF MEETING: _____

_____

(a) PRESENT PAPER:     YES _____     NO _____     DATE: _____

(b) PRESENT LECTURE:  YES _____     NO _____     TITLE: _____

APPROVED: ☐       NOT APPROVED: ☐

**Faculty Signature**                                                                     **Date**

**Deborah L. Reede, M.D.**        _____
Chair

**Hyman Shwarzberg, M.D.**      _____
Director, UHB

**Alan Kantor, M.D.**                 _____
Director, KCHC

Confidential

**Department of Radiology**

## FACULTY REQUEST FOR TRAVEL

**Date**

TRAVELER NAME: _____  TELEPHONE: _____

TRAVELER TITLE: _____  BEEPER: _____

DIVISION: _____

DATES OF TRAVEL:   From _____   To _____

MODE OF TRAVEL:   ☐ AIR        ☐ RAIL        ☐ AUTOMOBILE

ESTIMATED COST:

        REGISTRATION     $ _____

        MEALS              $ _____

        HOTEL              $ _____

        OTHER (describe)   $ _____

        TOTAL:             $ _____     SOURCE OF FUNDS: _____

PURPOSE OF TRIP:

_____

_____

_____

_____

_____

_____

DESTINATION: _____

_____

_____

_____

CHECK ONE:      ☐ OUT-OF-STATE-MEETING               ☐ NEW YORK STATE

APPROVAL SIGNATURES:

                                   _____
                                   **Hyman Shwarzberg, M.D., Director, UHB**

_____       _____
**Deborah L. Reede, M.D.,  Chair**            **Alan Kantor, M.D.,  Director , KCHC**

Confidential                                              SUNYESI00000811



# SUNY DOWNSTATE
## Medical Center

# DEPARTMENT OF RADIOLOGY

**SUBJECT:** Time off/ away from campus

**EFFECTIVE:** November 15, 2013

## GENERAL STATEMENT OF PURPOSE:

To establish a standard policy for all non-emergency faculty requests for time off/ away from campus.

## POLICY STATEMENT:

1. It is recommended all non-emergency requests must be submitted in advance to the Chair using the "Faculty Request for Leave" form preferably 30 days in advance for leaves of 2 weeks or longer *(see Appendix A).*

2. Leave requests include vacation, CME, compensatory time, and other SUNY Downstate authorized scheduled absences (refer to SUNY/UUP faculty handbook).

3. Requests must include an arrangement for cross coverage of clinical and administrative duties of the "leave-taker" during the requested leave.

4. Requests must be approved in writing by the Chair or her designee in consultation with hospital radiology Directors involved.

5. Administrative assistants in the Chair's office will maintain records and coordinate notification of published scheduling changes once leave is approved.

6. Cross coverage must be confirmed by "leave-taker" on the departmental clinical schedule prior to beginning approved leave.

**Note: Remember that it is the responsibility of all personnel to conform with this written policy and to document accurately their exact time off campus.**

**If there is a change in the use of accruals from the time of the original submission, faculty should submit the change in advance of departure.**

APPROVAL SIGNATURES:

**Deborah L. Reede, M.D.**
Chair

**Arnold Strashun, M.D.**
Vice Chair



# SUNY DOWNSTATE
## Medical Center

# DEPARTMENT OF RADIOLOGY

**SUBJECT:** Unexpected Absence

**EFFECTIVE:** November 15, 2013

## GENERAL STATEMENT OF PURPOSE:

**To establish a standard policy for faculty notification and reporting of unexpected absence (sick leave, family emergency, etc).**

## POLICY STATEMENT:

1. Department Chair's office must be promptly notified using phone # 718-270-1603. Messaging is available 24 hours every day. Additional daily email notification to Chair and Chair's staff is also expected where possible.

2. Cross coverage service arrangements will be made by the Chair and hospital Directors.

3. The Chair's administrative staff will make all necessary hospital and radiology division notifications of an unexpected absence once made aware of absence.

4. All SUNY employees must adhere to SUNY guidelines for accurate and verifiable time and attendance reporting  (see SUNY/UUP Handbook).

APPROVAL SIGNATURES:

**Deborah L. Reede, M.D.**
Chair

**Arnold Strashun, M.D.**
Vice Chair

Confidential