# EXHIBIT OO

**From:** CN=Oded Greenberg/O=Downstate
**Sent:** Tuesday, September 23, 2014 8:10 AM
**To:** CN=Steven Pulitzer/O=Downstate@Downstate
**Cc:** CN=Deborah Reede/O=Downstate@DOWNSTATE
**Subject:** Re: 12 to 8

---

Thanks Steve, sorry for the short notice on the request for time off, its just that both of these circumstances were last moment requirements. The first was about the Board of Ed requesting a meeting concerning my sons education funding. The Board of Ed gave us no lead time, having received the letter on Monday. If we dont attend we can lose funding for his education totaling 200K over four years education. The second involves a closing on a much needed Home Equity Loan which was just scheduled. Please accept my apologies for the short notice. I have come in early today and will tomorrow as well and will make up for any lost time.

Thanks again

Oded

-----Steven Pulitzer/Downstate wrote: -----
To: Oded Greenberg/Downstate@Downstate
From: Steven Pulitzer/Downstate
Date: 09/22/2014 05:31PM
Subject: Re: 12 to 8

HI Oded, Yes it is still possible to claim a constant day. The only issue is that the friday slot it mostly going to be filled by the person on call on Saturday so that we can just loose one weekend.

I will schedule you for Monday's otherwise.

It is ok about your request for time off in the mornings this week. My apologies for the delay in getting back to you.

Sincerely,

Steven

Steven Pulitzer, M.D.

Division of Neuroradiology

SUNY Downstate Medical Center

Kings County Hospital

451 Clarkson Avenue

Brooklyn, NY 11203
(718)-245-5075 (o)

Confidential

SUNYESI00000670

-----Oded Greenberg/Downstate wrote: -----
To: Steven Pulitzer/Downstate@Downstate
From: Oded Greenberg/Downstate
Date: 09/22/2014 01:38PM
Subject: 12 to 8

Hi Steve, is it still possible to claim a constant day for 12 to 8? How about
Monday?

Confidential