# EXHIBIT
# PP

| **From:** | CN=Oded Greenberg/O=Downstate |
| **Sent:** | Tuesday, September 23, 2014 5:46 PM |
| **To:** | CN=Steven Pulitzer/O=Downstate@Downstate |
| **Subject:** | Did you approve day off Thurs? |

Hi Steve, just following up, left a form for day off this Thursday, Rosh Hashanah. Approved?

SUNYESI00000672