UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ODED GREENBERG,

                              Plaintiff,                     15 Civ. 2343 (PKC) (VMS)

- against -                                 **DECLARATION OF**
                                                                                 **ESTHER NEIMAN**

SUNY DOWNSTATE et al.,

                              Defendants.

-----------------------------------------------------------------X

      ESTHER NEIMAN, affirms under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am over the age of 18 and I am not a party to the above-captioned proceeding.

2.    From approximately 2002 until December of 2013, I was a full-time Medical Student Coordinator for the University Physicians of Brooklyn, which is affiliated with Department of Radiology at Downstate Medical Center and located inside the Center. I worked there five days per week from about 10 a.m. to 6 p.m.

3.    As the Medical Student Coordinator for UPB, I conferred and had contact with Deborah Reede daily during 2013. In fact, her office was near to the library where I sat. Because where I sat was within earshot of Dr. Reede's office, I would often hear her conversations with other faculty and staff.

4.    When Dr. Reede assumed the position of Department Chair of the Department of Radiology, upon first arriving on the floor where I sat, she saw Orthodox Jews gathering together for prayer at midday in what eventually became her office. Upon seeing the gathering for midday prayers, Dr. Reede asked me, "What are your people doing here at this time of day?" I

was taken aback both because she said "Your people" and because she asked in a manner that suggested that she disapproved. I responded civilly by stating that I believed they were gathered for daily prayers.

5. Around the same time, I heard Dr. Reede state to other administrators about these midday prayers in sum and substance that "I'm going to have to make this go away" and "This is not happening anymore." In the context of these comments, I heard Dr. Reede explain that she did not like seeing observant Jews coming from all departments to the Radiology Department for prayers, as she thought it was disruptive to her department's operations.

6. Also, during 2013, I remember hearing Dr. Reede comment to others in a sarcastic fashion that she wished she were Jewish because then she would get lots of holidays from work too. In addition, I have heard her express frustration that she was not able to find observant Jews on Friday afternoons because they were leaving work early in order to observe Shabbat.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 27, 2018

_____
Esther Neiman