UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ODED GREENBERG,

                Plaintiff,              15 Civ. 2343 (PKC) (VMS)

- against -

SUNY DOWNSTATE et al.,

                Defendants.

------------------------------------------------------------------X

## DECLARATION OF CHAD L. EDGAR

CHAD L. EDGAR, an attorney admitted to practice before this Court, pursuant to Title 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

1. I am a partner at CARDI & EDGAR LLP, attorneys for plaintiff Oded Greenberg, M.D. ("Dr. Greenberg") in the above-captioned proceeding.

2. I submit this Declaration in order to place before the Court true and accurate documents and excerpts from deposition transcripts in this action in connection with Dr. Greenberg's opposition to the two motions for summary judgment submitted on behalf of: (1) The State University of New York, Dr. Deborah Reede and Dr. Steven Pulitzer; and (2) on New York Health + Hospitals Corporation and Kings County Hospital Center.

3. Annexed hereto as Exhibit 1 are relevant excerpts from the deposition of plaintiff Oded Greenberg conducted on December 12, 2016.

4. Annexed hereto as Exhibit 2 is a copy of an email exchange bearing Bates numbers SUNY 003388-90 between Dr. Greenberg and David Stark dated in November 2001 that also includes colleagues regarding administrative issues at Kings County Hospital Center ("KCHC").

5. Annexed hereto as Exhibit 3 is an email bearing Bates number HHC_ESI_001006 from Dr. Greenberg to Steven Pulitzer ("Dr. Pulitzer") that also includes Qi Chen, Vinodkumar Velayudhan and Deborah Reede ("Dr. Reede") and is dated August 25, 2014.

6. Annexed hereto as Exhibit 4 is a memo bearing Bates number SUNY 000498 that Dr. Reede wrote to the file regarding a meeting with Dr. Greenberg on July 23, 2014 when they discussed his request to be made Director of ER Radiology.

7. Annexed hereto as Exhibit 5 are relevant excerpts from the deposition of Dr. Pulitzer conducted on October 26, 2016.

8. Annexed hereto as Exhibit 6 are relevant excerpts from the deposition of Jinel Scott, M.D. conducted on November 3, 2016.

9. Annexed hereto as Exhibit 7 is a document bearing Bates number SUNY 002439 that reports the number of studies that Dr. Greenberg and his colleagues performed in 2013 and assigns them a weight calibrated to complexity.

11. Annexed hereto as Exhibit 8 is an email sent by Dr. Reede to Dr. Pulitzer on April 30, 2014 bearing Bates number SUNY 003486.

12. Annexed hereto as Exhibit 9 is a memo bearing Bates number SUNY 003511 that Dr. Reede wrote to the file regarding a meeting with Dr. Greenberg on May 5, 2014 when they discussed an error that he made on his timesheet.

13. Annexed hereto as Exhibit 10 are relevant excerpts from the deposition of Deborah Reede, M.D. conducted on November 18, 2016.

14. Annexed hereto as Exhibit 11 is an email sent by Dr. Greenberg to Dr. Reede on May 13, 2014 bearing Bates number SUNY 000477.

15.     Annexed hereto as Exhibit 12 is an email sent by Dr. Greenberg to Dr. Reede on July 16, 2014 bearing Bates number SUNY 000496.

16.     Annexed hereto as Exhibit 13 is a memo bearing Bates number SUNY 00498 that Dr. Reede wrote to the file regarding a meeting with Dr. Greenberg on July 23, 2014 when they discussed his request to be made Director of ER at KCHC.

17.     Annexed hereto as Exhibit 14 is an email sent by Dr. Pulitzer to Dr. Reede on June 23, 2014 bearing Bates number HHC_ESI_000363.

18.     Annexed hereto as Exhibit 15 is comprised of an email from Jayan Kurian to Dr. Pulitzer dated August 20, 2014 bearing Bates number HHC_ESI_000777 and an attachment thereto comprised of a multiple-page document bearing Bates numbers HHC_ESI_000777-871 that is a daily log of studies that Dr. Greenberg completed according to Talk Station data from July 1, 2014 to August 8, 2014.

19.     Annexed hereto as Exhibit 16 is an email from Dr. Pulitzer to Dr. Reede dated August 20, 2014 bearing Bates number HHC_ESI_000873.

20.     Annexed hereto as Exhibit 17 are two emails with their respective attachments both sent by Dr. Pulitzer. The first email and attachment were sent on September 2, 2014 to Sade Jemmott, Dr. Pulitzer's KCHC administrative assistant, and bear Bates numbers HHC_ESI_001062-63. The second email and attachment were sent on September 5, 2014 to Dr. Reede and bear Bates numbers HHC_ESI_001091-92.

21.     Annexed hereto as Exhibit 18 is a multi-page document, including an email cover letter, that is the KCHC schedule for the Radiology Department sent by Linda McMurren, Dr. Reede's administrative assistant, on August 22, 2014 bearing Bates numbers HHC_ESI_000969.

22. Annexed hereto as Exhibit 19 is a multi-page document, including an email cover letter, that is the KCHC schedule for the Radiology Department sent by Linda McMurren, Dr. Reede's administrative assistant, on August 26, 2014 bearing Bates numbers HHC_ESI_001044-46.

23. Annexed hereto as Exhibit 20 is an email that Dr. Greenberg and his wife received from Karina Motz, Director of Lower School, The Gateway Schools of New York on August 29, 2014 bearing Bates numbers G212-13.

24. Annexed hereto as Exhibit 21 are Individualized Education Programs for Jayden Greenberg dated February 25, 2013 and October 4, 2011 bearing Bates numbers SUNY 007281-91 and SUNY 007292-7300 respectively; and an acceptance letter regarding Jayden Greenberg's admission to The Gateway Schools of New York dated March 7, 2011 bearing Bates number SUNY 007302 and an accompanying fax to the NYC Department of Education requesting an IEP be scheduled in conjunction therewith bearing Bates number SUNY 007301.

25. Annexed hereto as Exhibit 22 is an email that Dr. Greenberg sent to Linda McMurren and Dr. Pulitzer on September 5, 2014 bearing Bates number HHC_ESI_001089.

26. Annexed hereto as Exhibit 23 is an email that Dr. Reede sent to Leonzo Cuiman, Assistant Vice President for Labor Relations, Downstate Medical Center, on September 4, 2014 bearing Bates number SUNYESI00000278.

27. Annexed hereto as Exhibit 24 is an email exchange between Dr. Pulitzer and Dr. Reede, which also included Dr. Reede and Ms. Jemmott, on September 4 and 5, 2014 bearing Bates numbers SUNY 000493-94.

28. Annexed hereto as Exhibit 25 is a memo that Dr. Pulitzer signed bearing a date of September 5, 2014 and addressed to whom it may concern with Bates numbers HHC 1135-36.

29. Annexed hereto as Exhibit 26 is the transcript of Dr. Greenberg's interrogation at Labor Relations by Michael Arabian taken on September 8, 2014 and bearing Bates numbers SUNY 001280-1314.

30. Annexed as Exhibit 27 are relevant excerpts from the deposition of Michael Arabian conducted on November 16, 2016.

31. Annexed as Exhibit 28 are relevant excerpts from the deposition of Stephanie Bernadel conducted on October 21, 2016.

32. Annexed as Exhibit 29 is the settlement agreement between Dr. Greenberg and State of New York – State University of New York Downstate Medical Center (SUNY-DMC) dated September 8, 2014 and bearing Bates numbers SUNY 006626-27.

33. Annexed as Exhibit 30 are settlement agreements between various employees and Labor Relations of State of New York – State University of New York Downstate Medical Center in or around the time that Dr. Greenberg entered into the Settlement Agreement referenced above and bearing Bates numbers SUNY 006601-03, 006582-83, 006625, 006652-53, 006621-22, 006654-57.

34. Annexed as Exhibit 31 are notes taken by Stephanie Bernadel of a conversation she had with Dr. Pulitzer on October 1, 2014 related to Dr. Greenberg's second referral to Labor Relations bearing Bates number SUNY 000429-30.

35. Annexed as Exhibit 32 is an email from Dr. Greenberg to Dr. Pulitzer dated September 10, 2014 bearing Bates number HHC_ESI_001238.

35. Annexed as Exhibit 33 is an email from Dr. Pulitzer to Dr. Reede dated September 12, 2014 bearing Bates numbers HHC_ESI_001243-44.

36. Annexed as Exhibit 34 is an email from Dr. Reede to Dr. Pulitzer dated September 15, 2014 bearing Bates number HHC_ESI_001259.

37. Annexed as Exhibit 35 is an email from Dr. Pulitzer to Dr. Reede dated September 15, 2014 bearing Bates number HHC_ESI_001262.

38. Annexed as Exhibit 36 is an email from Dr. Greenberg to Dr. Pulitzer and carbon copying Dr. Reede dated September 15, 2014 bearing Bates numbers HHC 1529-30.

39. Annexed as Exhibit 37 is an email from Dr. Reede to Dr. Pulitzer dated September 16, 2014 bearing Bates number HHC_ESI_001274.

40. Annexed as Exhibit 38 are relevant excerpts from the deposition of Dr. Pulitzer conducted on January 24, 2017.

41. Annexed as Exhibit 39 is an email from Dr. Pulitzer to Ghassan Jamaleddine amongst others dated September 24, 2014 bearing Bates number HHC_ESI_001323 and one of its attachments, a memo to whom it may concern dated September 24, 2014 bearing Bates numbers SUNY000863-65.

42. Annexed as Exhibit 40 is a letter from Ms. Bernadel to Dr. Greenberg dated October 3, 2014 bearing Bates number SUNY 000014.

43. Annexed as Exhibit 41 are documents related to Ms. Bernadel's investigation arising from Dr. Greenberg's second referral to Labor Relations bearing Bates numbers SUNY 000448-50 & 001252.

44. Annexed as Exhibit 42 are excerpts of a PowerPoint presentation that Dr. Pulitzer prepared for a KCHC Departmental Meeting on July 31, 2014 bearing Bates numbers HHC 1335, 1349 & 1367.

45. Annexed as Exhibit 43 is an email from Ms. Bernadel to Dr. Pulitzer dated October 28, 2014 bearing Bates number SUNY 000273.

46. Annexed as Exhibit 44 is an email from Dr. Greenberg to Dr. Pulitzer dated September 23, 2014 bearing Bates number HHC 1526.

47. Annexed as Exhibit 45 are letters that Dr. Reede wrote to Dr. Hyman Shwarzberg, M.D., Harry Zinn, M.D. and Maria Corsaro, M.D. informing each that their salary was going to be cut by various amounts bearing Bates numbers SUNY 002737, 2739 & 2741 respectively.

48. Annexed as Exhibit 46 is an email from Dr. Pulitzer to Dr. Reede dated December 15, 2014 bearing Bates number HHC_ESI_002267.

49. Annexed as Exhibit 47 are excerpts of the deposition of Ghassan Jamaleddine, M.D. taken on December 19, 2016.

50. Annexed as Exhibit 48 is a copy of Dr. Scott's resume as relevant to the time when she was hired as Director of ER Radiology at KCHC bearing Bates numbers HHC 1785-88.

51. Annexed as Exhibit 49 is a copy of Dr. Scott's Annual Faculty Self-Assessment dated March 2, 2015 bearing Bates numbers SUNY 003844-52.

52. Annexed as Exhibit 50 is a copy of an email from Dr. Pulitzer to Mr. Arabian dated September 5, 2014 bearing Bates number HHC_ESI_001087.

53. Annexed as Exhibit 51 is an excerpt from a PowerPoint presentation that Dr. Pulitzer prepared in advance of a KCHC Departmental Meeting in December of 2014 bearing Bates numbers SUNY 002518 & 2537.

54. Annexed as Exhibit 52 is an excerpt from Dr. Greenberg's interrogation taken on October 10, 2014 bearing Bates numbers SUNY 001315 & 1326.

55. Annexed as Exhibit 53 is a summary of an interview of Dr. Jinel Scott taken on October 14, 2014 bearing Bates number SUNY 001251.

56. Annexed as Exhibit 54 is a copy of Dr. Reede's handwritten notes memorializing her meeting with Dr. Greenberg on May 5, 2014 bearing Bates number SUNY 003469.

57. Annexed as Exhibit 55 are documents associated with Dr. Reede's request for a meeting with Dr. Greenberg on May 5, 2014 and bear Bates numbers SUNY 003485-56 & 88.

58. Annexed as Exhibit 56 is a copy of an email exchange between Dr. Greenberg and his colleagues regarding Dr. Greenberg's frequent unavailability for Grand Rounds dated April 1, 2014 bearing Bates numbers HHC_ESI_000144-45.

59. Annexed as Exhibit 57 are relevant excerpts from the deposition of Dr. Reede conducted on January 26, 2017.

60. Annexed as Exhibit 58 is a letter addressed to Dr. Greenberg from Dr. Pulitzer dated September 3, 2014 bearing Bates number SUNY 000482.

61. Annexed as Exhibit 59 is SUNY Downstate Medical Center's policy regarding unexpected absences bearing Bates number SUNY 000677.

62. Annexed as Exhibit 60 is the affiliation agreement between The New York City Health and Hospitals and SUNY Health Science Center at Brooklyn for the provision of services at KCHC for financial years 2014-16 bearing Bates numbers HHC 0158, 163-76.

63. Annexed as Exhibit 61 are relevant excerpts from KCHC Medical Staff Bylaws Rules & Regulations and bearing Bates numbers HHC 0001-15.

64. Annexed as Exhibit 62 is a copy of a performance evaluation of Dr. Scott by Dr. Pulitzer acting on behalf of KCHC as Interim Chief of Service of the Department of Radiology dated December 2, 2014.

65.Annexed as Exhibit 63 are documents related to Dr. Greenberg's reappointment as a member of the Medical Staff at KCHC in 2013 bearing Bates numbers HHC 0261-75.

66.Annexed as Exhibit 64 are documents related to Dr. Greenberg's reappointment as a member of the Medical Staff at KCHC in 2009 bearing Bates numbers HHC 0548-49, 562 & 580.

67.Annexed as Exhibit 65 is a copy of the summary of an interview of Andre Pyle by Ms. Bernadel taken on October 14, 2014 bearing Bates number SUNY 000455.

68.Annexed as Exhibit 66 is a copy of Dr. Greenberg's report of attendance for the month of October 2014 dated December 9, 2014 bearing Bates number SUNYESI00001503.


Dated: New York, New York
July 6, 2018

*/s/ Chad L. Edgar*
————————————
Chad L. Edgar