2

*Greenberg file*

Date: 11/18/01 8:43 AM
Sender: David Stark
To: Oded Greenberg
cc: Harry Zinn; Arnold Strashun; Sudha challa; Michael Vaughn; James Shanahan; Alan Kantor; Gregory Mitton; Brian Gale; ssclafani@downstate.edu; Maria Mendez
Priority: Normal
Subject: 24/7 ER administration ; Email communications

Dear Oded,

Thank you for taking the time to respond in writing so all of us can have the benefit of your thoughts. I will respond this effort to answer your specific questions.

I will also elaborate on policies and procedures which you and others may find helpful, especially as more of us come together as a team and provide the leadership that has been missing from our Department for decades.

EMAIL EFFICIENCY
I believe we are in agreement on the points you raise, but I am not sure what message you are responding to (below). Kindly make a habit of attaching original message ("reply with history") using the automatic selection offered by ccMail.

NO BROADCASTS
(and you have not done this; this note is to remind everyone to be careful) Beware the trap of the "reply to all" button, as you do not want to adopt (without editing) someone else's mailing list. For example, imagine all hundred of our Holiday Party invitees receiving Dr. Jhaveri's cheerful notice that he would attend. We all have better things to do than read and correct errant email.

NO POLICY TO LEAVE FILMS UNREAD
Now, back to the substance of your message. In your sentences 10 and 13 (of 13) below you make declarative statements about a policy which does not exist.

Anyone leaving films behind intentionally should be spoken with by you (if you are the one to discover the unread films). If that is not enough, then identify the resident to the Chief Resident, or the staff to Sal or me. You can escalate resident issues to Arnie if needed. Anything can be escalated to me.

Please help teach our residents and faculty how to be team players. Nearly all will show common sense and respect the few simple rules we do have. Those who duck work without authorization and give no notice of their "absence" will be counseled once and then disciplined.

COORDINATION OF EFFORT; DEPARTMENTAL LEADERSHIP
In your sentence 12, you ask "Who do I coordinate this effort with?" Here is the answer: Sal has ultimate responsibility for everything at KCH. Alan Kantor at VAMC. I am overseeing UHB. Sal, Alan and I delegate various tasks.

Given Dr. Sclafani's pre-eminent national role as President of the American Society of Emergency Radiology, we clearly want Sal to have first shot at answering any questions about coordination of our Emergency Radiology services at KCH, UHB and VAMC.

Overlapping Sal for residency matters department-wide is Arnie

SUNY 003388        -confidential-

Strashun. Harry Zinn coordinates the clinical schedule for the entire department 2C so he is aware of the scope and timing of all work responsibilities.

Harry Zinn, who oversees our Manpower Committee, and Arnie Strashun, who oversees the residency Program, can help resolve your concerns in this area. Whenever you have a question about staff responsibilities, ask Harry.

Mike Vaughn of UHB is responsible for the MV300 and related dictation function. Whenever you have a question about UHB RIS/PACS ask Mike. Brian Gale is our most knowledgeable physician, but he serves as Chair of the Joint KCH and UHB RIS Committee. However, this is just a committee. Brian has is own clinical responsibilities and cannot anwer for RIS/PACS any more than I could be expected to read every MRI of the liver. Kindly work directly with Mike and Dara on RIS/PACS matters. Both of them will delegate tasks appropriately to their technical support staff.

Thank you for agreeing to be responsible for after hours UHB films. Of course we want to confirm that Dr. Challa and the rest of our staff covering the ER are in accord with this plan.

As you and Sudha take on more administrative responsibility for coordinating our 24/7 Emergency Radiology Services, please make use of the support offered by your colleagues.

With your memo below as a starting point, leadership in the ER Radiology Services including Dr. Challa and Dr. Sclafani must work with Dr. Zinn to determine what coverage will be assigned to specific tasks, around the clock ("24/7"). After tbat, Drs. Zinn and Gale (in making the schedule and publishing explanations) will make this responsibility known to all radiologists assigned to the KCH ER.

By copy of this email I will inform the concerned parties. UHB administration will be pleased to know we are making progress. Generally it is best for you to directly email our colleagues inside the Department (including Mike Vaughn, Jim Shanahan and Dara Muller).

Sal or I can advise you whenever you believe our internal correspondence should be shared with Mr. Ahmed, Ms. Mendez or more senior hospital administrators.

We appreciate your efforts to improve the efficiency of our operations.

Yours,

Dave

------------------------ Reply Separator ------------------------
Subject: Re[2]: Defining the body of work in the ER.
Author: Oded Greenberg
Date: 11/17/01 2:57 PM

Amen. I agree. I am fully willing to be responsible for all ACRC and other emergent studies performed after hours at SUH. Friday I asked the senior resident on-call to inform me of all pending SUH CT cases. The only case I was informed of did not appear on the MV3000 menu. I will clarify with Brian how to obtain the SUH cases. Needless to say a great many of the cases I end up reading out at SUH with the junior resident are not emergent cases and are mostly left over ortho clinic cases. I was informed by the residents that there is a policy of

SUNY 003389                    -confidential-

specifically leaving cases to be read by the junior resident after hours. I see no teaching or other value in looking at hip and knee replacements either for myself or my resident. The policy should be stopped. I would be glad to read any emergent cases as is my responsibility as an ER radiologist. Who do I coordinate this effort with? Whose policy is it to leave nonemergent cases to be read after hours by the ER radiologist?

**SUNY 003390**   -confidential-