3

**Oded Greenberg**

---

**From:** Oded Greenberg
**Sent:** Monday, August 25, 2014 4:34 PM
**To:** Steven Pulitzer; Steven Pulitzer
**Cc:** Qi Chen; Vinodkumar Velayudhan; Deborah Reede

Hi Steve, following up on our discussion, I just want to reiterate that prior to recent changes in the schedule I was asked by Alan to change my hours to 10 to 6 to help cover Vin during the early evening. I had suggested to him at the time that I would help cover neuro late in the day to make life a little easier on him during the busiest time of the day. While I couldnt really work til 6 pm during the school year I made it my responsibility to prune down the neuro list to help Vin out. During the summer I dont have those restrictions as my kids are off.

Having seen Vins incredible work ethic and dedication I recently decided to go back to Alans suggestion of coming in a little later so that I could clear out the list and take some of the burden off of Vin. It has been of tremendous benefit to Vin and the Department as a whole. We have two individuals working from 6am to 2pm and nobody has asked me what hours I prefer to work and no one has stipulated what my hours should be. I am alone in the ER between the hours of 2 thru 6 or 7pm depending on when I come in (usually between 10 and 10:30 am). The ER is well represented by Dr. Scott until that time.

Being a professional who values patient care and also the one representing Radiology at our multidisciplinary meetings regarding our status as a level 1 Trauma center, the responsibility falls to me to deal with QA issues and timeliness of Attending reads. The number of patients falling through the cracks with delayed reads due to limitations in staffing is worrisome and the workload falling on Vin is unfair. To his credit he is a stellar radiologist who is incredibly efficient and accurate and simply wants to do the right thing without complaint. By the way I am not saying things are falling through the cracks on Vins watch, I simply want to pitch in at our busiest times to prevent any such events which have happened during various times over the course of the week and weekend.

Having said all that, I would be glad to come in earlier and leave earlier despite the risk if that is what is required. In any case the school year is approaching and we will soon have a 12 to 8 shift. By the way how are you planning on covering the 6am to 2pm shift when Jinel and Qi are covering 12 to 8?

Finally, despite the fact that I am on vacation this week, I feel a responsibility to come in on Tuesday to the Multidisciplinary Meeting as otherwise we wont be represented and the Radiology QA issues are serious. I will address the 7 cases with delayed readings presented to us by the Chief of Trauma Surgery and will discuss our efforts at prioritizing readings for Emergency Trauma cases. I suggest we have IT make all CCT and only CCT cases STAT since the STAT designation is used indiscriminately by the ER and therefore has no meaning currently. IT should then make a folder only for any STAT cases ie. CCT cases that are less than final reads. All attendings and residents are to clean this folder out first and keep on top of it. Finally I will be sending the entire attending staff on ER call articles and descriptions for Grading solid organ injuries which Trauma Surgery requires in our reports.

Thanks

Oded