4

Meeting with Dr. Greenberg

July 23, 2014

**Reason for Meeting**: Discuss request to be made Director of ER at KCHC

I shared with him the positive experience reported by residents from LICH when they rotated with him years ago.

We discussed the fact that being an excellent radiologist does not necessarily mean that you are an ideal candidate for section chief. Reasons for not being offered the position were discussed:

- Lack of participation in major administrative and educational meetings in the department (Education Committee Meetings, KCHC Staff Meetings, Grand Rounds etc.)
- Resident evaluations showed deficiencies in several areas
- No significant scholarly activity
- Need someone that is more interested in academics because we want to explore the possibility of starting an ER Fellowship

The meeting ended with me expressing my desire that he work with the person designated as section chief and that perhaps in the future they could share some of the administrative responsibilities.