6

[Page 54]

```
 1                    Scott, M.D.
 2    closing or they sold it or -- I don't know.  I
 3    can't remember if they sold it or what.  I don't
 4    know.  But that was when I realized that
 5    something was going to happen.
 6         Q    By the way, I forgot to ask this
 7    earlier.  How old are you?
 8         A    38.
 9         Q    Your birth year?
10         A    '78.
11         Q    Okay.  I notice you have an accent.
12    Are you from somewhere else naturalized here or
13    were you born here in the U.S.?
14         A    I was born here.
15         Q    Were you born to parents who came
16    from somewhere else?
17         A    Yes.
18         Q    Where?
19         A    Trinidad and Tobago.
20         Q    And where did you grow up?
21         A    In Trinidad and Tobago.
22         Q    So you were born here but grew up
23    there?
24         A    Um-hum.
25         Q    And when did you move here
```

[Page 60]

1                    Scott, M.D.

2    and I was one of the radiology attendings there.

3          Q    So she was your boss?

4          A    She was my boss, yes.

5          Q    Okay.  And for how long was she your

6    boss?

7          A    From 2011 until now.

8          Q    So for the entire time you were at

9    LICH, she was your boss?

10         A    Correct.

11         Q    Did you report directly to her or was

12   there someone between you and her in your

13   reporting chain?

14         A    When you say reporting, what do   you

15   -- I mean, I would say, yes, yes.

16         Q    I asked either or so I don't know if

17   that yes makes quite sense.

18              Did you report directly to Dr. Reede

19   during your time at LICH?

20         A    She would be who I would consider my

21   superior.  So if there were issues, I would

22   speak to her, yes.

23         Q    I understand she was your superior.

24   I'm asking simply whether or not there was

25   anybody between her and you?

[Page 68]

```
 1                    Scott, M.D.
 2   why wouldn't I, she's right there, I'm looking
 3   for a job.  So I asked her and there were no
 4   guarantees, of course, I wasn't waiting for her
 5   to get back to me, I kept looking for a job.
 6        Q    About how long was it from the time
 7   you first asked her to keep you in mind, if you
 8   will, until she reached out to you about a
 9   position at Downstate?
10        A    I really can't remember.
11        Q    Tell me about the conversation you
12   had with her when she did reach out to you.
13   What did she say?
14        A    She asked me, there is a position at
15   Downstate, would you be interested.  I said,
16   well, what is the position, obviously.  She
17   said, well, it's in emergency radiology,
18   director of emergency radiology.  We have a lot
19   of problems with the residency program.  We are
20   on probation.  I really need someone to come in
21   here and restructure the experience the
22   residents are getting and that stuff.  And I
23   said, yes, I'd be willing.
24        Q    And what happened after that?  What
25   was the next thing?
```

[Page 69]

```
 1                    Scott, M.D.
 2        A     I don't -- like what do you mean?
 3        Q     Well, she asked you, you said you
 4   were interested.  What did you do or what did
 5   she do next?
 6              MR. COULSTON Object to the form.
 7        A     I'm not sure.  Like what do you mean
 8   what did she do next?
 9        Q     Well, did you just pack your bags
10   that day and start at Downstate the next day?
11              MR. COULSTON Object to the form.
12        A     No, I did not.
13        Q     Okay.  So then tell me what the next
14   step was, as you recall it after you had that
15   conversation.
16        A     I continued working at LICH.
17        Q     Yes?
18        A     She asked me if I would be
19   interested.  I said, yes, but she didn't
20   necessarily tell me, yes, you have the position.
21   I continued working at LICH and then sometime
22   after that she called me and said, are you still
23   interested, and I said, yes.  And then I don't
24   know what -- how that worked out.  Because again
25   I was a Downstate employee.
```

[Page 70]

1                    Scott, M.D.

2          Q    I'm sorry, you were a Downstate

3    employee or LICH employee?

4          A    Downstate employee.

5          Q    So were LICH employees all Downstate

6    employees?

7          A    Yes.

8          Q    I see.  Okay.  So there was the first

9    occasion on which she asked you if you were

10   interested in the director of E.R. radiology

11   position, and then there was a subsequent

12   conversation in which she asked you if you were

13   still interested; is that correct?

14         A    Something -- I can't -- listen, I

15   cannot know exactly, you know, how those

16   conversations -- how that went.  But something

17   like that.

18         Q    Okay.  Well, staying with that for

19   the moment, about how long was it from the time

20   she first told you that she was looking for

21   someone for director of E.R. radiology, until

22   either that conversation, if that was the next

23   -- that second conversation, if that was the

24   next step, or some other affirmative step was

25   taken or event occurred toward you becoming the

[Page 71]

```
 1                    Scott, M.D.
 2   director of E.R. radiology at Downstate?
 3        A    Can she read the question back,
 4   please?
 5             MR. NELSON Sure.
 6        (Whereupon, at this time, the requested
 7   portion was read by the reporter.)
 8        A    I don't know.
 9        Q    Do you recall when either of those
10   two conversations occurred?
11        A    No.
12        Q    Do you recall doing anything to
13   advance your prospect of getting a position at
14   Downstate?
15             MR. COULSTON Object to the form.
16        A    What do you mean?
17        Q    You have applied for jobs before?
18        A    Of course.
19        Q    Okay.  Did you do anything toward
20   applying for the job at Downstate after the
21   first time Dr. Reede told you there was a
22   position available?
23             MR. COULSTON Object to the form.
24        A    What do you mean by did I do
25   anything?  I don't understand what you mean.
```

[Page 72]

```
 1                    Scott, M.D.
 2        Q    Toward applying.
 3        A    What do you mean toward applying?
 4        Q    Did you file an application, did you
 5   go for an interview, did you call somebody else?
 6   Did you submit your credentials?  Anything?
 7   Anything that you would do to get a job, did you
 8   do anything after she said there was a position
 9   available and she was looking for a director of
10   E.R. radiology?
11        A    No, I was a Downstate employee.
12             MR. COULSTON Object to the form.
13        Q    Yes, I understand that.  I'm asking
14   you, did you do anything to get the job at
15   Downstate as opposed to the job at LICH?
16             MR. COULSTON Object to the form.
17        A    I don't understand what you are
18   trying to say.
19        Q    Okay.  Let's go back.
20             You were working at LICH at the time
21   Dr. Reede told you this, correct?
22        A    Correct.
23        Q    She said she was looking for a
24   director of E.R. radiology, correct?
25        A    Correct.
```

[Page 73]

1                    Scott, M.D.

2          Q    You said you were interested,

3    correct?

4          A    Correct.

5          Q    What happened next?

6          A    Just like I told you.  Sometime after

7    she asked me if I was still interested.

8          Q    And you said, yes?

9          A    And I said yes.

10         Q    And then?

11         A    And then I started working there in

12   August 2014.

13         Q    I see.  So there was no need for

14   interviews or applications or any of that?

15         A    No.

16              MR. COULSTON Object to the form.

17         A    I mean, that's what you're saying is

18   like asking me if I were to get promoted now

19   within my department, do I need to fill out an

20   application?  We are Downstate employees.  If

21   you're getting promoted within your job, you

22   don't fill out an application for that.

23         Q    Well, let me ask you that.  Was there

24   a point in time that Dr. Reede told you that you

25   were hired at Downstate as director of E.R.

1                    Scott, M.D.

2    you were a resident working from time to time in

3    an E.R. radiology rotation, you recall our

4    discussion of that a little earlier?

5        A    Yes.

6        Q    What was your experience like working

7    with Dr. Greenberg?

8        A    He was a good teacher.  I think he

9    was an excellent radiologist.  But I would say

10   at that time at Kings County it was a stressful

11   time for a lot of people, because they were

12   understaffed, I believe, if I remember

13   correctly, and Dr. Greenberg, you know, he did a

14   lot of the -- he worked very hard.  I do

15   remember that.

16       Q    From the time you finished your

17   residency at Downstate until you became the

18   director of E.R. radiology in 2014, did you ever

19   have occasion to work with Dr. Greenberg?

20       A    From the time I finished residency

21   until 2014?  Well, not directly.  I mean, I was

22   moonlighting at Kings County during fellowship

23   once a week, and every other weekend.  But I

24   don't think our paths necessarily crossed during

25   that time.

1                    Scott, M.D.

2        Q    Is there a 9:00 to 5:00 shift?

3        A    I think most people work 9:00 to 5:00

4   upstairs.  In the nonemergency radiology

5   section, they work 9:00 to 5:00.

6        Q    But in the E.R. there is no 9:00 to

7   5:00, correct?

8        A    I think Dr. Greenberg may have worked

9   9:00 to 5:00, but now there isn't.  There is

10  6:00 to 2:00 and 12:00 to 8:00.

11       Q    Since Dr. Greenberg -- whether he

12  worked 9:00 to 5:00 or not, since Dr. Greenberg

13  ended his employment, okay, has there been a

14  9:00 to 5:00?

15       A    No.

16       Q    And did you understand when you first

17  came on in August that there was a 9:00 to 5:00?

18       A    I don't know if I knew that.  I mean,

19  yes.

20       Q    Who sets the shifts?

21       A    I sort of met what it was there, I

22  don't know who had the arrangement before.

23       Q    You didn't, correct?

24       A    I didn't, no.

25       Q    So whatever shifts there were, if

```
 1                    Scott, M.D.
 2    there were shifts, was set by someone other than
 3    you?
 4         A    Other than me, correct.
 5         Q    Okay.  Has that continued to be the
 6    case?
 7         A    No.  I shifted things around to suit
 8    the needs of the department.  We didn't need two
 9    people there, you he know 9:00 to 5:00 and 6:00
10    to 2:00.  There wasn't enough volume or need for
11    two people.  So we have the shifts in the E.D.
12    designed that way to reflect the needs that the
13    department has at those times.
14         Q    What is the busiest time of day?  Is
15    there one?
16         A    Yes.  4:00 to 8 p.m. is the busiest
17    time in the E.D.
18         Q    Why?
19         A    People coming to the E.D. after work
20    or you know.
21         Q    Is that a fairly consistent thing
22    that every day --
23         A    Nationally.
24         Q    Nationally?
25         A    At all emergency departments, that's
```

[Page 136]

1                    Scott, M.D.

2    never sat with Dr. Greenberg and said, this is

3    what I think.  But I was observing him and I had

4    my own opinion and evaluation, but I didn't

5    necessarily share it with him.

6        Q    Okay.  Did you share it with anybody

7    else?

8        A    Well, there were several occasions

9    when I was asked an opinion so I had to render

10   an opinion.

11       Q    Okay.  Let's talk about those.  How

12   many occasions were there?

13       A    I don't know.

14       Q    More than five?

15       A    I mean, there were various things

16   that would occur.  Complaints about lateness,

17   absences or something like that.  And I mean,

18   I'm in the room that he works in.  So,

19   obviously, I have a sort of like a first-hand

20   knowledge as to what time he gets there or

21   whatever.  So I would be asked and I would have

22   to say what I know.

23       Q    Other than that?

24       A    Other than that, there was one

25   occasion when -- there was one occasion when it

1                    Scott, M.D.

2    was brought to my attention that he had a very

3    -- quite frankly a very ridiculous attestation

4    in a report, and that was brought to my

5    attention and I was asked about that, and I also

6    had to say what I knew about that.

7          Q    Okay.  Have you now told me about all

8    of the circumstances in which you were -- you

9    had an opinion about Dr. Greenberg that you

10   shared with someone else?

11         A    As far as I can remember.

12         Q    Okay.  So let's take them one at a

13   time.

14              On how many occasions were you asked

15   your opinion or inquired of regarding

16   Dr. Greenberg's lateness?

17         A    I was never -- let me think about

18   this.

19              This is what would occur.  Because

20   unfortunately Dr. Greenberg was sometimes very

21   erratic about his hours.  It would leave the

22   department and the radiology section in

23   particular in a very awkward position, to put it

24   at best, in a disadvantageous position where

25   coverage is concerned.

[Page 138]

1                    Scott, M.D.

2              I think we spent a lot of time

3    speaking about the shifts and I'll tell you why

4    the shifts are the way they are.  It's because

5    we have to make sure the E.R. is adequately

6    covered 24/7.  So it's not a matter of when you

7    want to work eight hours, it's a matter of the

8    departmental needs at certain times of the day.

9              So there was at least one time, could

10   have been two, when Dr. Greenberg came in at 6

11   a.m.  Now, I think you can understand the

12   problem is if we are both working from 6 a.m. to

13   2 p.m., there is an issue with coverage, who is

14   going to cover the E.D. after 2 p.m.?

15             So the problem is not, you know,

16   you're working eight hours, the problem is when

17   are those eight hours?  The schedule is set to

18   cover the departmental needs.  And if you decide

19   to come in at 6 a.m. and work until 2:00, then

20   what -- then it leaves the department in a

21   precarious situation.  And that's what I'm

22   talking about.

23             Or sometimes -- that was that time.

24   That's when I get involved.  Because then I have

25   to make a call and say, well, okay,

[Page 139]

```
 1                    Scott, M.D.
 2    Dr. Pulitzer, we are both here, this is the
 3    time, who is going to cover the E.D. after this
 4    time?
 5                 And then that's when it becomes a
 6    problem, because now he has to figure that out.
 7    And that's what I'm talking about.  Or I know
 8    there were some times when there was one
 9    incident when, if I remember carefully, he was
10    supposed to take vacation one particular week,
11    and I was expecting him to be out that week,
12    coverage had been designed with the intent that
13    he was going to be out that week, and then he
14    showed up to work.  That's very disruptive.
15                 Because when we're approving time,
16    we're approving time off based on the fact that
17    we have people to cover and meet departmental
18    needs at a specific time.  So if you come in
19    when you say you're going to be out, and then
20    stay out when you're supposed to be coming in,
21    then that sets up a very precarious situation.
22         Q    Well, was there an occasion -- was
23    there a week that Dr. Greenberg was supposed to
24    be in and didn't come to work?  You said there
25    was a week that he was on vacation and came to
```

[Page 141]

1                    Scott, M.D.

2   supposed to be in that he did not come in; is

3   that correct?

4              MR. COULSTON Object to the form.

5        A    Yes, I don't -- like I said, I don't

6   have any -- I didn't have any role in approving

7   times or switching or anything like that.  All I

8   can say is that there was a week he was supposed

9   to be off that he did not take off.  And there

10  was another week when he was supposed to be

11  there that he was not there.

12             So I mean, I don't know if, you know,

13  even within that week that he came in when he

14  was supposed to be off, the attendance at that

15  time was erratic.

16       Q    How many weeks were there that he was

17  supposed to be on vacation that he came in to

18  work that you're aware of?

19       A    I only remember that one time.

20       Q    Okay.  During that week, did you tell

21  him at any point to not come in?

22       A    I don't have any authority to tell

23  somebody do or not come in, that's not my

24  purview.

25       Q    Did you discuss with Dr. Pulitzer,

[Page 142]

1                    Scott, M.D.

2       telling Dr. Greenberg to stay home that week?

3            A     Dr. Pulitzer and I discussed it

4       because it was very disruptive to the

5       department.  The departmental needs were not

6       being met, particularly in the evening.  And I

7       will tell you this as well, that even during

8       that week when he came in, he was not working.

9       I remember him telling me very clearly, I can't

10      remember exactly what if he was closing on a

11      house or something in the Hamptons.  It was

12      something to do with a house in the Hamptons, I

13      think so.  Something like that, vaguely.

14                    And then he would come in early one

15      day and it was just -- it was -- and then he was

16      telling me I'm not sure if I'm going to be in

17      tomorrow, I don't know what's going on, it

18      depends on something.  I don't know.  That's

19      just what happened that week.  It was just

20      really a mess.  That's what I remember.

21                    MR. NELSON Would you read my

22      question back to the witness?

23          (Whereupon, at this time, the requested

24      portion was read by the reporter.)

25          Q     Yes or no?

1                    Scott, M.D.

2          A     I discussed with Dr. Pulitzer the

3    situation and he discussed with Dr. Greenberg

4    what he -- whatever it is that he -- I didn't

5    have anything to do with that situation.  That

6    was not for me to say.

7          Q     There was a week that Dr. Greenberg

8    came in that you understood he was otherwise

9    supposed to be on vacation, correct?

10         A     Correct.

11         Q     Okay.  At any time during that week,

12   did you and Dr. Pulitzer discuss sending

13   Dr. Greenberg home or telling him to not come

14   in, yes or no?

15         A     I can't remember.

16         Q     Okay.  So sitting here today, you're

17   not able to tell me that you did discuss it with

18   Dr. Pulitzer?

19         A     I don't remember.  We discussed the

20   situation.  I don't remember if we specifically

21   discussed demanding that he stays home, no.

22         Q     And you don't recall when that

23   discussion occurred, correct?

24         A     It occurred during that week.

25         Q     Do you know if Dr. Pulitzer was

1                    Scott, M.D.

2          A    No.

3          Q    How about Dr. Pulitzer?

4          A    No.

5          Q    How about Dr. Daphne Roitberg?

6          A    No.   Actually, I had worked with

7    Dr. Goldfisher, I take that back.  I was

8    coordinating the course for the emergency

9    radiology, and I would speak to her, you know.

10   We invited her to give a lecture on pediatric

11   radiology, emergency imaging and she agreed.

12         Q    By the way, I didn't ask you this

13   earlier, I apologize.  Of what religion are you?

14         A    Seventh Day Adventist.

15         Q    And at any point in time that you can

16   recall, did you ever -- after you became the

17   director, did you ever discuss with

18   Dr. Greenberg what had happened with regard to

19   several radiologists who had previously been in

20   the department?

21         A    No.

22         Q    Was there any effort under way at any

23   time during the August to October timeframe in

24   2014 that we've been discussing, to hire any

25   radiologists in the department, to the extent

[Page 187]

1                    Scott, M.D.

2     word?

3          Q     Make an issue of any.

4          A     Make any issue, no.  I wouldn't -- I

5     don't have the authority to recommend

6     disciplinary action.  All I can do is to report

7     what I know to answer questions that's asked of

8     me if asked and that's what I do.  I didn't have

9     recommendations on disciplinary actions; I don't

10    do that.

11         Q     Okay.  Did you ever complain about

12    Dr. Greenberg's hours to anyone?

13         A     I mean, I definitely discussed it

14    with Dr. Pulitzer.  Because it was, again, I'm

15    trying to -- I'm trying to improve the

16    efficiency of the section to provide stability

17    when it comes to coverage.

18              And so if someone is coming in and

19    leaving erratically and stuff then that

20    definitely hinders that part of what I'm trying

21    to do.  So, yes, I will have a discussion with

22    Dr. Pulitzer regarding that.

23         Q     Okay.  But did you ever complain

24    about Dr. Greenberg's absence or lateness on any

25    particular occasion?

```
1                    Scott, M.D.

2         A    Correct.

3         Q    It is to get access to the data

4    you're going to need to do the work that's going

5    to ultimately, hopefully result in a

6    publication, correct?

7         A    Correct.

8         Q    Okay.  What is a case report?

9         A    A case report is if you come across

10   an interesting case or interesting presentation

11   of a case, you can write it up and submit it to

12   various, either to a journal or to online

13   society.  A lot of journals do not accept case

14   reports, but there is ACR, American College of

15   Radiology.  They have a website for case reports

16   and you can submit it to them.

17        Q    Have you had case reports published

18   on the ACR website?

19        A    Yes.

20        Q    Now, can you tell me why it is that

21   you haven't published more in, particularly in

22   the period between August 2014 and August 2016?

23             MR. COULSTON Object to the form.

24        A    That's just two years.  I would say

25   it's not a whole lot of time and I am at a
```

[Page 273]

1                    Scott, M.D.

2    section that needed a lot of rehabilitation.  So

3    my primary focus when I got there was to get the

4    E.D. section functioning appropriately, to

5    increase or to improve our turnarounds, to

6    increase the services that we offered, optimize

7    our coverage.  Once that was taken care of, then

8    I could focus on other things.  But that was my

9    primary purpose when I got there.

10          Q    What you're saying is that your time

11   was taken up with operational matters?

12          A    Correct.

13          Q    And so you didn't have the time or

14   the opportunity to do -- to devote to research

15   and publication that you otherwise would have

16   liked to?

17          A    I mean, I still did scholarly

18   activity, I still did a lot of scientific

19   posters.  When we do scientific posters in

20   radiology and submit them to meetings, in the

21   hopes that they will be selected for

22   publication, that is the gateway for

23   publication.

24          Q    Have any of yours been accepted for

25   publication?