7

## Reading Summary 2013 with Calculated Result of RVU Value

| Name | IR | NM | MRI | MRA | CT | CTA | US | XR | AI | Total (RVU applied result) |
|---|---|---|---|---|---|---|---|---|---|---|
| Amodio, John | 0 | 0 | 10 | 0 | 8 | 0 | 469 | 3,211 | 39 | 3,737 |
|  | 0.0 | 0.0 | 26.2 | 0.0 | 14.3 | 0.0 | 544.0 | 1,156.0 | 38.6 | 1,779.1 |
| Areman, Russell | 0 | 0 | 6 | 0 | 2,038 | 200 | 92 | 12,720 | 6 | 15,062 |
|  | 0.0 | 0.0 | 15.7 | 0.0 | 3,648.0 | 544.0 | 106.7 | 4,579.2 | 5.9 | 8,899.6 |
| Chen, Qi | 0 | 297 | 54 | 3 | 2,400 | 195 | 92 | 17,824 | 0 | 20,865 |
|  | 0.0 | 383.1 | 141.5 | 6.6 | 4,296.0 | 530.4 | 106.7 | 6,416.6 | 0.0 | 11,881.0 |
| Goldfisher, Rachelie | 0 | 0 | 19 | 1 | 588 | 45 | 512 | 5,194 | 69 | 6,428 |
|  | 0.0 | 0.0 | 49.8 | 2.2 | 1,052.5 | 122.4 | 593.9 | 1,869.8 | 68.3 | 3,759.0 |
| Greenberg, Oded | 0 | 0 | 92 | 3 | 2,731 | 253 | 76 | 11,799 | 0 | 14,954 |
|  | 0.0 | 0.0 | 241.0 | 6.6 | 4,888.5 | 688.2 | 88.2 | 4,247.6 | 0.0 | 10,160.1 |
| Hammil, Patrick | 0 | 0 | 376 | 3 | 2,560 | 183 | 117 | 5,637 | 34 | 8,910 |
|  | 0.0 | 0.0 | 985.1 | 6.6 | 4,582.4 | 497.8 | 135.7 | 2,029.3 | 33.7 | 8,270.6 |
| Herskowitz, Michael | 367 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 368 |
|  | 638.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 639.6 |
| Kantor, Alan | 0 | 0 | 0 | 0 | 413 | 72 | 0 | 3,494 | 0 | 3,979 |
|  | 0.0 | 0.0 | 0.0 | 0.0 | 739.3 | 195.8 | 0.0 | 1,257.8 | 0.0 | 2,193.0 |
| Kirwin, John | 0 | 0 | 0 | 0 | 0 | 1 | 305 | 0 | 0 | 306 |
|  | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.7 | 353.8 | 0.0 | 0.0 | 356.5 |
| Kolla, Srinivas | 4 | 0 | 343 | 0 | 302 | 13 | 9 | 6,749 | 0 | 7,420 |
|  | 7.0 | 0.0 | 898.7 | 0.0 | 540.6 | 35.4 | 10.4 | 2,429.6 | 0.0 | 3,921.6 |
| Kwon, William | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
|  | 7.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.0 |
| Levin, Daniel | 28 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 29 |
|  | 48.7 | 0.0 | 0.0 | 0.0 | 1.8 | 0.0 | 0.0 | 0.0 | 0.0 | 50.5 |
| Liu, Huntz | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 |
|  | 29.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 29.6 |
| Mangla, Sundeep | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
|  | 8.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.7 |
| Mason, Catherine | 0 | 0 | 5 | 0 | 156 | 42 | 6,792 | 3,168 | 0 | 10,163 |
|  | 0.0 | 0.0 | 13.1 | 0.0 | 279.2 | 114.2 | 7,878.7 | 1,140.5 | 0.0 | 9,425.8 |
| Mirchandani, Gautham | 4 | 0 | 108 | 46 | 353 | 12 | 2 | 754 | 0 | 1,279 |
|  | 7.0 | 0.0 | 283.0 | 101.2 | 631.9 | 32.6 | 2.3 | 271.4 | 0.0 | 1,329.4 |
| Pulitzer, Steven | 56 | 0 | 2,271 | 692 | 2,487 | 109 | 28 | 4,557 | 470 | 10,670 |
|  | 97.4 | 0.0 | 5,950.0 | 1,522.4 | 4,451.7 | 296.5 | 32.5 | 1,640.5 | 465.3 | 14,456.4 |
| Samin, Amiram | 0 | 0 | 0 | 0 | 248 | 35 | 21 | 7,789 | 470 | 8,563 |
|  | 0.0 | 0.0 | 0.0 | 0.0 | 443.9 | 95.2 | 24.4 | 2,804.0 | 465.3 | 3,832.8 |
| Scot Lehto | 0 | 0 | 295 | 0 | 438 | 40 | 24 | 7,643 | 0 | 8,440 |
|  | 0.0 | 0.0 | 772.9 | 0.0 | 784.0 | 108.8 | 27.8 | 2,751.5 | 0.0 | 4,445.0 |
| Strashun, Arnold | 0 | 1,529 | 0 | 0 | 3 | 0 | 1 | 3 | 0 | 1,536 |
|  | 0.0 | 1,972.4 | 0.0 | 0.0 | 5.4 | 0.0 | 1.2 | 1.1 | 0.0 | 1,980.0 |
| Velayudan, Vinodkumar | 3 | 0 | 912 | 384 | 2,513 | 217 | 220 | 8,419 | 3 | 12,671 |
|  | 5.2 | 0.0 | 2,389.4 | 844.8 | 4,498.3 | 590.2 | 255.2 | 3,030.8 | 3.0 | 11,617.0 |
| Waite, Stephen | 0 | 0 | 2 | 0 | 1,457 | 203 | 0 | 5,242 | 0 | 6,904 |
|  | 0.0 | 0.0 | 5.2 | 0.0 | 2,608.0 | 552.2 | 0.0 | 1,887.1 | 0.0 | 5,052.6 |
| Walsh, James | 1,450 | 0 | 1 | 0 | 365 | 34 | 40 | 1,364 | 0 | 3,254 |
|  | 2,523.0 | 0.0 | 2.6 | 0.0 | 653.4 | 92.5 | 46.4 | 491.0 | 0.0 | 3,808.9 |
| Zinn, Daniel | 0 | 0 | 0 | 0 | 155 | 34 | 8,840 | 2,603 |  | 11,632 |
|  | 0.0 | 0.0 | 0.0 | 0.0 | 277.5 | 92.5 | 10,254.4 | 937.1 |  | 11,561.4 |

CONFIDENTIAL