8



**Fw: hours**
Deborah Reede    to: Linda McMurren        04/30/2014 03:35 PM

From:    Deborah Reede/Downstate
To:      Linda McMurren/Downstate@Downstate,

Pleas keep a copy.

Deborah L. Reede, M.D.
Professor and Chair, Department of Radiology
SUNY Downstate Medical Center
Phone: 718-270-2672
Fax:   718-270-2667

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended re
is protected quality assurance correspondence. Any unauthorized review, use, disclosure, or distribution is p
Thank you.

Confidential NYS PHL 2805 J,K,L,M. ED Law 6527

----- Forwarded by Deborah Reede/Downstate on 04/30/2014 03:34 PM -----

From:     "Steven Pulitzer" <Steven.Pulitzer@nychhc.org>
To:       <deborah.reede@downstate.edu>,
Date:     04/30/2014 03:27 PM
Subject:  hours

HI Dr. Reede, here is the breakdown for Qi and Oded for the week 4/14-4/18 and 4/21, 4/22.

Oded:

|      | first case | last case |
|------|-----------|-----------|
| 4/14 | 9:30 am   | 3:30 pm   |
| 4/15 | 9:21 am   | 1:24 pm   |
| 4/16 | 8:39 am   | 4:45 pm   |
| 4/17 | out       |           |
| 4/18 | out       |           |
| 4/21 | 12:07 pm  | 5:35 pm   |
| 4/22 | out       |           |

SUNY 003486                     -confidential-