9

Meeting with Dr. Greenberg

May 5.2014

*Reason for the meeting*: Time and attendance

*What initiated the meeting*: Incorrect reporting of time and attendance

I requested the meeting to discuss an incorrect entry on his time sheet. The administrative assistant responsible for monitoring the time sheets reported a discrepancy in his April time sheet for time worked on April 21, 2014. Dr Greenberg reported that he worked from 9 am to 5 pm. On the day in question he sent an e mail to the time keeper stating that he would be arriving around 11 am and had notified the resident on call at KCHC at 6am that he would be late. A review of the case dictation logs showed that he did not dictate a case till 12:07 pm.

Dr. Greenberg said he did not see what the problem was because he read all the films. I informed him that his job responsibilities require him to be present for consultations as well as resident supervision and education. I also reminded him that we had a Grand Rounds on time and attendance from DMC HR on Oct 15, 2013 and although he works at KCHC he is paid by DMC and is therefore subject to our rules and regulations.

He was also informed that after discussions with Leo Johnson and a review of his records it was determined that he could leave the time as reported because there were several days where he worked more than 8 hours. In the future however he should report his time correctly.

The meeting ended with a reminder that random audits can be performed to monitor attendance.