11

Resident Reviews
Oded Greenberg
to:
Deborah Reede
05/13/2014 11:37 AM
Hide Details
From: Oded Greenberg/Downstate
To: Deborah Reede/Downstate@DOWNSTATE,

Hi Dr. Reede, having read my resident reviews and the one in particular which chastised my performance, I was left with the feeling that the inmates are running the asylum. The resident in question, claimed that my conferences were pitiful and mentioned a particular conference where I used a Powerpoint I found on line. Having no new canned conferences and having had to cover 2 services that week I simply picked cases, found relevant information on line, in this case a Powerpoint Lecture on Child Abuse, and presented the relevant unkown. I was very clear that the Powerpoint wasnt mine and in the interest of time I found it helpful as it covered the statistics and salient features of Child Abuse.

The resident further suggested that I didnt know what I was talking about, after suggesting that I said that the childs mid humeral fracture was typical of child abuse. Having read that in the review, I was perplexed and determined to find the case because it didnt make sense. I am well aware of the typical fractures seen in abuse and would certainly not show a mid humeral fracture and say it was typical. I have since found said case and you can feel free to look it up yourself. KCH MR2507504. I now remember how I presented it and I take pride in picking and choosing cases that are relevant to resident education. I try to make the residents understand that they must review prior exams and get as much info as possible. They can then understand changes and progression of disease over time which will help narrow the differential by understanding the evolution of the pathophysiology. I am a Board Certified Pathologist and often show gross and microscopic pathology as part of my presentation.

So in this case I started off showing this kids body CT and the resident was to make the findings of right perirenal hemorrhage as well as possible pancreatic laceration in the setting of trauma. They were then to look at the bones on CT and make the finding of a healed rib fracture. Finally I showed them the humeral fracture and they were to put it all together as child abuse since there were injuries of different ages, not because a humeral fracture was typical of child abuse. This is presumeably when this particular resident woke up.

My point is you need to take some of these reviews with a huge box of salt. Residents deserve useful, practical conferences and they need to be taught how to interpret images and how to approach a case. This was clearly lost on this resident. He clearly had a bone to pick, as I wasnt available to read cases on call with him. By the way all cases which are misread or which have a teaching point are put in the residents folder on call when we were often called upon to read up to 250 studies in an 8 hour shift. Teaching doesnt occur in the same fashion as during the day when the resident is right next to you and you have additonal attending help.

I take my teaching seriously and I believe I am an excellent educator who brings a different perspective. I also feel that patient care comes first and is most important particularly in a busy ER. I will be glad to balance the two but I wont have residents judging my performance when they havent walked in my shoes and do what I do. We have all been in residency and learned that the majority of our training comes from seeing as much pathology as possible and hitting the books.

Just my two cents.

Oded

SUNY 000477

CONFIDENTIAL