12

Page 1 of 1

Director of ER Radiology
Oded Greenberg
to:
Deborah Reede
07/16/2014 01:13 PM
Hide Details
From: Oded Greenberg/Downstate
To: Deborah Reede/Downstate@DOWNSTATE,
History: This message has been replied to.

Dear Dr. Reede,

Now that we are moving forward following the changes in staffing and recalibration of our academic and clinical goals, I would like to reclaim my position as Director of ER Radiology. I was the Director in the past and ceded the position to Dr. Areman during my hiatus at VRC. I am the most senior and experienced ER Radiologist and have a strong working relationship with the Department of Emergency Medicine. Furthermore with recent changes in mind, I foresee playing an active role in administering my service and providing the best academic experience for our residents. As a board certified Anatomic Pathologist and Diagnostic Radiologist, I am an ideal candidate to help propel our residents into a future successful career by providing them the proper perspective, insight and approach necessary to be an accurate well rounded radiologist.

Having said that, its been a tough year leading up to this and it has been a difficult task simply keeping up with the workflow given the staffing. Unfortunately academics and leadership have been somewhat stunted trying to achieve our primary goal of providing proper care and treatment for our patients. I imagine however that our vision for the future of our department will become clearer with new members hopefully giving us the breathing room necessary to reinvigorate our program and put our residents in a better postition to achieve and compete academically.

With this spirit and the above goals in mind, I submit my request.

Sincerely,

Oded Greenberg MD

SUNY 000496

CONFIDENTIAL