14

**Steven Pulitzer**

---

**From:** Steven Pulitzer
**Sent:** Monday, June 23, 2014 3:58 PM
**To:** deborah.reede@downstate.edu
**Cc:** Steven Pulitzer
**Subject:** Hi Dr. Reede,

Hi Dr. Reede,

My goal is to give you daily updates.

Today's update.

1. What a day.
2. Medical Board: all three applications are in the Medical Board at HHC. They are currently being reviewed and will know tomorrow if there are any outstanding issues.
3. I met with Sade and setup the following:
    a. personelle files both paper and electronic for all attendings at KCHC
    b. Separate folders for extra service attendings to keep time sheets and copy of cases read    during the shift
    c. GME time sheets for KCHC - all will be completed by Wednesday for all quarters
    d. peer review of each physician will occur monthly
    e. peer review for VRC is in progress and sent from central office. following up on it for 2014 will know more in the morning
    f. Sade will keep calender for me
    g. will arrange with Linda to send monthly and weekly physician schedule to Sade
    h. Sade will put together a list of all KCHC staff and physician contact information so I can reach people after hours (she will reach out to Linda for physican contact information)
    I. will meet with Jayan tomorrow to set up the twice daily reports/physician. I will keep track and give you updates (frequency?)
    J. will find Greenberg today and ask about night coverage.
    K. will send blast email to all KCHC physicians stating:
        1. if they are sick, they must call Sade and send email to Sade and me as well as Linda by 7:30 am
        2. request interdepartmental conference schedule from all physicians
        3. let them know that the schedule is now quarterly . first deadline is July 10 for Aug/Sept and second deadline is Aug 10 for fourth quarter
    L. Will need to coordinate with Brian Gale to put physicians on DX call the same time they are on call at KCHC

Things for tomorrow:

coverage for Ultrasound, 6 am shift in KCHC ED,
address solutions for backlogs in Ultrasound and bone


That should cover it so far. will check in with you later

Sincerely,

Steven

HHC_ESI_000363