15

**Jayan Kurian**

| | |
|---|---|
| **From:** | Jayan Kurian |
| **Sent:** | Wednesday, August 20, 2014 2:12 PM |
| **To:** | Steven Pulitzer |
| **Subject:** | Greenberg Reading List Jul 1st thru Aug 8 - 2014 |
| **Attachments:** | Reading List Jul 1 st thru Aug 8.pdf |

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To **Aug 8, 2014**

Radiologist Name

**GREENBERG, ODED**

| Date | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|------|-----------|--------------|--------------|-----------|-----|-----------|--------|
| 7/1/2014 | 37 | | | | | | |
| | | 7/1/2014 | 8:58:06 | 21973651K | 1798753 | Chest CT | Final |
| | | 7/1/2014 | 10:37:16 | 21974168K | 2119089 | Abdomen and Pelvis CT | Final |
| | | 7/1/2014 | 10:37:48 | 21974272K | 2663633 | Head CT | Final |
| | | 7/1/2014 | 10:41:43 | 21974271K | 2663633 | Chest CT | Final |
| | | 7/1/2014 | 10:54:06 | 21974227K | 2590557 | Abdomen and Pelvis CT | Addendum(F) |
| | | 7/1/2014 | 11:01:46 | 21974631K | 2456235 | Chest XR | Final |
| | | 7/1/2014 | 11:34:55 | 21975033K | 2663638 | Chest XR | Final |
| | | 7/1/2014 | 11:37:10 | 21975025K | 1570492 | Chest XR | Final |
| | | 7/1/2014 | 11:45:31 | 21975103K | 1384768 | Abdomen and Pelvis CT | Final |
| | | 7/1/2014 | 11:52:34 | 21974788K | 2660749 | Head CT | Final |
| | | 7/1/2014 | 11:54:35 | 21974082K | 2661603 | Wrist XR | Final |
| | | 7/1/2014 | 11:55:01 | 21974560K | 2102336 | Foot XR | Final |
| | | 7/1/2014 | 11:56:40 | 21974096K | 2662261 | Elbow XR | Final |
| | | 7/1/2014 | 11:56:56 | 21974765K | 2522724 | Knee XR | Final |
| | | 7/1/2014 | 13:07:51 | 21975226K | 2407257 | Chest CT | Final |
| | | 7/1/2014 | 13:12:06 | 21975694K | 1470353 | Abdomen and Pelvis CT | Final |

Exam Count: 1771

HHC_ESI_000778

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/1/2014 | 14:24:20 | 21976069K | 2663616 | Pulmonary Artery CTA | Final |
| | 7/1/2014 | 14:32:05 | 21975725K | 1850152 | Humerus XR | Final |
| | 7/1/2014 | 14:32:17 | 21975726K | 1850152 | Wrist XR | Final |
| | 7/1/2014 | 14:32:26 | 21975723K | 1850152 | Forearm XR | Final |
| | 7/1/2014 | 14:32:36 | 21975724K | 1850152 | Elbow XR | Final |
| | 7/1/2014 | 14:35:10 | 21976163K | 2173589 | Head CT | Final |
| | 7/1/2014 | 14:36:26 | 21976148K | 2663653 | Pelvis XR | Final |
| | 7/1/2014 | 14:37:24 | 21974885K | 2510691 | Hand XR | Final |
| | 7/1/2014 | 14:41:04 | 21975951K | 1785214 | Head CT | Addendum(F) |
| | 7/1/2014 | 15:11:45 | 21976247K | 2599203 | Head CT | Final |
| | 7/1/2014 | 15:20:05 | 21976248K | 2599203 | Facial Bones CT | Final |
| | 7/1/2014 | 15:28:35 | 21976249K | 2599203 | Cervical Spine CT | Final |
| | 7/1/2014 | 15:31:05 | 21976185K | 2656351 | Cervical Spine XR | Final |
| | 7/1/2014 | 15:36:59 | 21976131K | 1384768 | Abdomen and Pelvis CT | Final |
| | 7/1/2014 | 16:15:08 | 21976633K | 2663653 | Head CT | Final |
| | 7/1/2014 | 16:20:12 | 21976461K | 1782437 | Forearm XR | Final |
| | 7/1/2014 | 16:21:24 | 21976460K | 1782437 | Elbow XR | Final |
| | 7/1/2014 | 16:21:33 | 21976463K | 1782437 | Humerus XR | Final |
| | 7/1/2014 | 16:21:43 | 21976465K | 1782437 | Knee XR | Final |

HHC_ESI_000779

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

Radiologist Name

| | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | | 7/1/2014 | 16:21:53 | 21976466K | 1782437 | Lumbar Spine XR | Final |
| | | 7/1/2014 | 16:39:08 | 21976806K | 2562204 | Forearm XR | Final |
| **7/2/2014** | **49** | **Reading Date** | **Reading Time** | **Accession** | **MR#** | **Procedure** | **Status** |
| | | 7/2/2014 | 10:48:08 | 21978957K | 2541013 | Chest XR | Final |
| | | 7/2/2014 | 10:48:18 | 21979164K | 2541013 | Chest XR | Final |
| | | 7/2/2014 | 10:49:22 | 21978825K | 1825531 | Knee XR | Final |
| | | 7/2/2014 | 10:51:35 | 21979123K | 3000681 | Cervical Spine XR | Final |
| | | 7/2/2014 | 11:22:42 | 21978822K | 2170898 | Chest XR | Final |
| | | 7/2/2014 | 12:19:01 | 21979801K | 164816 | Abdomen and Pelvis CT | Final |
| | | 7/2/2014 | 12:20:08 | 21979880K | 2397173 | Head CT | Final |
| | | 7/2/2014 | 12:23:16 | 21979508K | 2541013 | Chest CT | Final |
| | | 7/2/2014 | 12:26:20 | 21979650K | 2335805 | Lumbar Spine XR | Final |
| | | 7/2/2014 | 12:26:41 | 21979655K | 2335805 | Thoracic Spine XR | Final |
| | | 7/2/2014 | 12:28:03 | 21980033K | 1798753 | Head CT | Final |
| | | 7/2/2014 | 12:58:41 | 21980226K | 1996669 | Head CT | Final |
| | | 7/2/2014 | 13:03:41 | 21979772K | 1825531 | Foot XR | Final |
| | | 7/2/2014 | 13:03:51 | 21979773K | 1825531 | Ankle XR | Final |
| | | 7/2/2014 | 13:04:00 | 21979775K | 1825531 | Pelvis XR | Final |
| | | 7/2/2014 | 13:07:01 | 21980329K | 1996669 | Chest XR | Final |

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/2/2014 | 13:09:35 | 21980152K | 1583109 | Abdomen XR | Final |
| | 7/2/2014 | 13:11:38 | 21980257K | 1583109 | Abdomen XR | Final |
| | 7/2/2014 | 13:48:56 | 21980521K | 2593620 | Abdomen and Pelvis CT | Final |
| | 7/2/2014 | 13:50:15 | 21980576K | 2663772 | Head CT | Final |
| | 7/2/2014 | 14:42:41 | 21980696K | 2663831 | Head CT | Final |
| | 7/2/2014 | 14:57:32 | 21980555K | 2482669 | Head CT | Final |
| | 7/2/2014 | 15:03:40 | 21980930K | 2663770 | Abdomen and Pelvis CT | Final |
| | 7/2/2014 | 15:38:04 | 21980627K | 2660749 | Pulmonary Artery CTA | Final |
| | 7/2/2014 | 15:42:19 | 21980610K | 2663820 | Chest XR | Final |
| | 7/2/2014 | 16:06:41 | 21980990K | 2663815 | Abdomen and Pelvis CT | Final |
| | 7/2/2014 | 16:07:49 | 21980838K | 1729826 | Chest XR | Final |
| | 7/2/2014 | 16:08:29 | 21981059K | 2291515 | Knee XR | Final |
| | 7/2/2014 | 16:09:14 | 21981143K | 2429114 | Foot XR | Final |
| | 7/2/2014 | 16:10:15 | 21981240K | 2663825 | Abdomen XR | Final |
| | 7/2/2014 | 16:11:11 | 21981242K | 2663791 | Knee XR | Final |
| | 7/2/2014 | 17:04:28 | 21981424K | 2506298 | Forearm XR | Final |
| | 7/2/2014 | 17:04:35 | 21981422K | 2506298 | Elbow XR | Final |
| | 7/2/2014 | 17:04:43 | 21981423K | 2506298 | Humerus XR | Final |
| | 7/2/2014 | 17:05:06 | 21981530K | 2663764 | Chest XR | Final |

HHC_ESI_000781

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 7/2/2014 | 17:05:30 | 21981540K | 1782523 | Chest XR | Final |
| | | 7/2/2014 | 17:06:20 | 21981323K | 2663848 | Chest XR | Final |
| | | 7/2/2014 | 17:06:44 | 21981325K | 2663848 | Shoulder XR | Final |
| | | 7/2/2014 | 17:07:04 | 21981324K | 2663848 | Pelvis XR | Final |
| | | 7/2/2014 | 17:07:20 | 21981326K | 2663848 | Humerus XR | Final |
| | | 7/2/2014 | 17:07:54 | 21981542K | 2075445 | Ankle XR | Final |
| | | 7/2/2014 | 17:08:34 | 21981463K | 1785269 | Knee XR | Final |
| | | 7/2/2014 | 18:33:31 | 21981939K | 2499356 | Toe XR | Final |
| | | 7/2/2014 | 18:33:40 | 21981940K | 2499356 | Foot XR | Final |
| | | 7/2/2014 | 18:34:17 | 21982006K | 3311821 | Shoulder XR | Final |
| | | 7/2/2014 | 18:42:01 | 21982091K | 2663865 | Head CT | Final |
| | | 7/2/2014 | 18:54:45 | 21982090K | 2663865 | Facial Bones CT | Final |
| | | 7/2/2014 | 18:55:49 | 21982088K | 2663865 | Cervical Spine CT | Final |
| | | 7/2/2014 | 19:11:07 | 21982093K | 2663865 | Abdomen and Pelvis CT | Final |
| 7/3/2014 | 40 | | | | | | |
| | | 7/3/2014 | 8:42:51 | 21983422K | 858172 | Chest XR | Final |
| | | 7/3/2014 | 9:46:47 | 21983366K | 2663894 | Cervical Spine CT | Final |
| | | 7/3/2014 | 9:58:01 | 21983697K | 2657896 | Abdomen and Pelvis CT | Final |
| | | 7/3/2014 | 10:11:43 | 21983698K | 2657896 | Lumbar Spine CT | Final |

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/3/2014 | 10:51:07 | 21983231K | 1883353 | Abdomen and Pelvis CT | Final |
| | 7/3/2014 | 11:14:58 | 21983819K | 1916415 | Abdomen and Pelvis CT | Final |
| | 7/3/2014 | 12:49:53 | 21984803K | 2663953 | Head CT | Final |
| | 7/3/2014 | 12:51:21 | 21984804K | 2663953 | Facial Bones CT | Final |
| | 7/3/2014 | 12:54:13 | 21984802K | 2663953 | Cervical Spine CT | Addendum(F) |
| | 7/3/2014 | 13:08:39 | 21984805K | 2663953 | Abdomen and Pelvis CT | Final |
| | 7/3/2014 | 13:12:34 | 21984809K | 2663953 | Lumbar Spine CT | Final |
| | 7/3/2014 | 13:12:41 | 21984810K | 2663953 | Thoracic Spine CT | Final |
| | 7/3/2014 | 13:13:28 | 21984806K | 2663953 | Chest CT | Addendum(F) |
| | 7/3/2014 | 13:14:07 | 21984796K | 2663953 | Chest XR | Final |
| | 7/3/2014 | 13:15:33 | 21984322K | 2663820 | Chest XR | Final |
| | 7/3/2014 | 13:37:29 | 21985208K | 2603937 | Head CT | Final |
| | 7/3/2014 | 14:30:34 | 21985209K | 1989009 | Chest XR | Final |
| | 7/3/2014 | 14:39:21 | 21985233K | 1916415 | Chest XR | Final |
| | 7/3/2014 | 14:41:15 | 21985268K | 1989009 | Head CT | Final |
| | 7/3/2014 | 15:17:12 | 21985445K | 2405618 | Head CT | Final |
| | 7/3/2014 | 15:55:51 | 21985444K | 2405618 | Facial Bones CT | Final |
| | 7/3/2014 | 15:56:27 | 21985782K | 946193 | Lumbar Spine XR | Final |
| | 7/3/2014 | 15:56:51 | 21985801K | 2663944 | Knee XR | Final |

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To **Aug 8, 2014**

| Radiologist Name | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 7/3/2014 | 15:57:25 | 21985795K | 2663944 | Tibia and Fibula XR | Final |
| | | 7/3/2014 | 15:57:53 | 21985796K | 2663944 | Foot XR | Final |
| | | 7/3/2014 | 15:58:20 | 21985787K | 2659988 | Chest XR | Final |
| | | 7/3/2014 | 16:00:20 | 21985786K | 2659988 | Abdomen XR | Final |
| | | 7/3/2014 | 16:34:40 | 21985823K | 1324319 | Abdomen and Pelvis CT | Final |
| | | 7/3/2014 | 16:41:50 | 21986011K | 1446993 | Abdomen and Pelvis CT | Final |
| | | 7/3/2014 | 16:42:17 | 21986002K | 1845005 | Shoulder XR | Final |
| | | 7/3/2014 | 16:46:21 | 21986107K | 2176651 | Elbow XR | Final |
| | | 7/3/2014 | 16:47:15 | 21986025K | 2176651 | Forearm XR | Final |
| | | 7/3/2014 | 16:47:24 | 21986027K | 2176651 | Wrist XR | Final |
| | | 7/3/2014 | 16:47:48 | 21986113K | 2663959 | Tibia and Fibula XR | Final |
| | | 7/3/2014 | 16:48:20 | 21986112K | 2663959 | Pelvis XR | Final |
| | | 7/3/2014 | 16:52:07 | 21986105K | 3023487 | Elbow XR | Final |
| | | 7/3/2014 | 16:52:14 | 21986102K | 3023487 | Forearm XR | Final |
| | | 7/3/2014 | 16:52:22 | 21986100K | 3023487 | Wrist XR | Final |
| | | 7/3/2014 | 16:52:32 | 21986098K | 3023487 | Hand XR | Final |
| | | 7/3/2014 | 16:52:40 | 21986101K | 3023487 | Finger XR | Final |
| 7/7/2014 | 84 | 7/7/2014 | 8:54:49 | 21992200K | 2606630 | Chest XR | Final |

Radiologist Daily Productivity Detail

From Jul 1, 2014    To   Aug 8, 2014

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 7/7/2014 | 8:58:32 | 21992178K | 2525281 | Chest XR | Final |
| | 7/7/2014 | 10:03:58 | 21992404K | 1173927 | Chest XR | Final |
| | 7/7/2014 | 10:10:15 | 21992439K | 2103826 | Chest XR | Final |
| | 7/7/2014 | 10:12:00 | 21992354K | 2664225 | Chest XR | Final |
| | 7/7/2014 | 10:14:47 | 21992575K | 2475752 | Ankle XR | Final |
| | 7/7/2014 | 10:16:26 | 21992665K | 896084 | Abdomen XR | Final |
| | 7/7/2014 | 10:18:15 | 21992664K | 896084 | Chest XR | Final |
| | 7/7/2014 | 10:19:29 | 21992684K | 2174514 | Knee XR | Final |
| | 7/7/2014 | 10:21:56 | 21992801K | 1785100 | Chest XR | Final |
| | 7/7/2014 | 11:28:22 | 21993132K | 2338870 | Abdomen and Pelvis CT | Final |
| | 7/7/2014 | 11:35:37 | 21992748K | 2577079 | Chest XR | Final |
| | 7/7/2014 | 11:37:46 | 21992749K | 2577079 | Tibia and Fibula XR | Final |
| | 7/7/2014 | 11:38:51 | 21993134K | 1661639 | Chest XR | Final |
| | 7/7/2014 | 11:39:46 | 21993166K | 2283047 | Hip XR | Final |
| | 7/7/2014 | 11:40:31 | 21993346K | 2039330 | Chest XR | Final |
| | 7/7/2014 | 12:08:52 | 21993300K | 2461364 | Abdomen and Pelvis CT | Final |
| | 7/7/2014 | 12:26:39 | 21993664K | 1957884 | Abdomen and Pelvis CT | Addendum(F) |
| | 7/7/2014 | 12:50:21 | 21993775K | 1677878 | Abdomen and Pelvis CT | Final |
| | 7/7/2014 | 12:52:03 | 21993907K | 2664229 | Head CT | Final |

HHC_ESI_000785

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/7/2014 | 12:53:25 | 21993409K | 2319281 | Ankle XR | Final |
| | 7/7/2014 | 12:54:23 | 21993397K | 2309095 | Knee XR | Final |
| | 7/7/2014 | 12:54:56 | 21993398K | 2309095 | Tibia and Fibula XR | Final |
| | 7/7/2014 | 12:56:33 | 21993516K | 1618623 | Chest XR | Final |
| | 7/7/2014 | 13:01:07 | 21993546K | 2337443 | Chest XR | Final |
| | 7/7/2014 | 13:01:35 | 21993597K | 2664265 | Chest XR | Final |
| | 7/7/2014 | 13:03:48 | 21993692K | 1059428 | Lumbar Spine XR | Final |
| | 7/7/2014 | 13:05:58 | 21993714K | 1808721 | Knee XR | Final |
| | 7/7/2014 | 13:06:38 | 21993712K | 1808721 | Elbow XR | Final |
| | 7/7/2014 | 13:07:46 | 21993711K | 1808721 | Forearm XR | Final |
| | 7/7/2014 | 13:07:55 | 21993710K | 1808721 | Wrist XR | Final |
| | 7/7/2014 | 13:08:04 | 21993709K | 1808721 | Hand XR | Final |
| | 7/7/2014 | 13:10:04 | 21993872K | 1914621 | Shoulder XR | Final |
| | 7/7/2014 | 13:11:06 | 21993987K | 2596555 | Head CT | Final |
| | 7/7/2014 | 13:11:23 | 21993695K | 1269979 | Chest XR | Final |
| | 7/7/2014 | 13:15:56 | 21993498K | 1269979 | Head CT | Final |
| | 7/7/2014 | 14:21:31 | 21994178K | 2319281 | Foot XR | Final |
| | 7/7/2014 | 14:49:11 | 21994426K | 3035293 | Chest XR | Final |
| | 7/7/2014 | 14:49:51 | 21994245K | 2119089 | Chest XR | Final |

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 7/7/2014 | 14:51:26 | 21992967K | 2561018 | Shoulder XR | Final |
| | 7/7/2014 | 14:51:41 | 21992968K | 2561018 | Humerus XR | Final |
| | 7/7/2014 | 14:54:54 | 21994274K | 957884 | Chest XR | Final |
| | 7/7/2014 | 14:55:29 | 21994148K | 3095647 | Ankle XR | Final |
| | 7/7/2014 | 14:55:51 | 21994149K | 3095647 | Foot XR | Final |
| | 7/7/2014 | 14:56:20 | 21994344K | 2663704 | Knee XR | Final |
| | 7/7/2014 | 14:57:36 | 21993882K | 2611916 | Ankle XR | Final |
| | 7/7/2014 | 14:57:41 | 21993881K | 2611916 | Tibia and Fibula XR | Final |
| | 7/7/2014 | 14:57:44 | 21993880K | 2611916 | Knee XR | Final |
| | 7/7/2014 | 14:58:07 | 21992739K | 1662357 | Hip XR | Final |
| | 7/7/2014 | 15:00:17 | 21992736K | 1662357 | Lumbar Spine XR | Final |
| | 7/7/2014 | 15:01:29 | 21994845K | 3389733 | Head CT | Final |
| | 7/7/2014 | 15:02:24 | 21994797K | 1881727 | Knee XR | Final |
| | 7/7/2014 | 15:03:45 | 21994800K | 2590923 | Chest XR | Final |
| | 7/7/2014 | 15:05:43 | 21994407K | 6161948 | Pelvis XR | Final |
| | 7/7/2014 | 15:08:27 | 21994329K | 6161948 | Chest XR | Final |
| | 7/7/2014 | 15:09:38 | 21994278K | 2080422 | Lumbar Spine XR | Final |
| | 7/7/2014 | 15:10:33 | 21994285K | 2080422 | Finger XR | Final |
| | 7/7/2014 | 16:12:26 | 21994898K | 86113 | Chest XR | Final |

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

Radiologist Name

| | Exam Count | | | |
|---|---|---|---|---|
| 7/7/2014 | 16:15:42 | 21994899K | 2119089 | Head CT | Final |
| 7/7/2014 | 16:17:23 | 21994900K | 2119089 | Neck CT | Final |
| 7/7/2014 | 16:18:01 | 21995049K | 779285 | Chest XR | Final |
| 7/7/2014 | 16:18:38 | 21994913K | 467458 | Chest XR | Final |
| 7/7/2014 | 16:19:08 | 21995016K | 2562349 | Cervical Spine XR | Final |
| 7/7/2014 | 16:22:54 | 21994627K | 1034117 | Pelvis CT | Final |
| 7/7/2014 | 16:32:39 | 21995050K | 2664274 | Head CT | Final |
| 7/7/2014 | 16:37:12 | 21995051K | 2664274 | Facial Bones CT | Final |
| 7/7/2014 | 16:50:00 | 21995052K | 2664274 | Cervical Spine CT | Final |
| 7/7/2014 | 16:50:37 | 21990871K | 2632526 | Forearm XR | Final |
| 7/7/2014 | 16:53:44 | 21995431K | 2155622 | Foot XR | Final |
| 7/7/2014 | 16:59:40 | 21994873K | 1588173 | Wrist XR | Final |
| 7/7/2014 | 17:00:59 | 21995004K | 2044417 | Chest XR | Final |
| 7/7/2014 | 17:03:10 | 21995041K | 2654464 | Chest XR | Final |
| 7/7/2014 | 17:05:34 | 21995098K | 6161948 | Abdomen and Pelvis CT | Final |
| 7/7/2014 | 17:09:30 | 21995099K | 6161948 | Chest CT | Final |
| 7/7/2014 | 17:11:20 | 21995096K | 6161948 | Head CT | Final |
| 7/7/2014 | 17:13:06 | 21995097K | 6161948 | Cervical Spine CT | Final |
| 7/7/2014 | 17:13:24 | 21995276K | 6161948 | Forearm XR | Final |

lK - Data Source: TalkTech dictation system

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 7/7/2014 | 17:14:36 | 21995275K | 6161948 | Wrist XR | Final |
| | | 7/7/2014 | 17:15:17 | 21995422K | 2664301 | Femur XR | Final |
| | | 7/7/2014 | 17:15:31 | 21995420K | 2664301 | Hip XR | Final |
| | | 7/7/2014 | 17:15:45 | 21995421K | 2664301 | Pelvis XR | Final |
| | | 7/7/2014 | 17:16:40 | 21995457K | 1377895 | Foot XR | Final |
| | | 7/7/2014 | 17:22:16 | 21995499K | 2431726 | Head CT | Final |
| | | 7/7/2014 | 17:23:09 | 21995547K | 2508679 | Head CT | Final |
| 7/8/2014 | 44 | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
| | | 7/8/2014 | 10:37:59 | 21997740K | 2525085 | Chest XR | Final |
| | | 7/8/2014 | 11:50:40 | 21998342K | 1785100 | Chest CT | Final |
| | | 7/8/2014 | 12:11:21 | 21998448K | 2664332 | Head CT | Final |
| | | 7/8/2014 | 12:16:42 | 21998447K | 2664332 | Facial Bones CT | Final |
| | | 7/8/2014 | 12:16:59 | 21998497K | 1624589 | Chest XR | Final |
| | | 7/8/2014 | 13:06:15 | 21998744K | 2664401 | Head CT | Final |
| | | 7/8/2014 | 13:08:19 | 21998746K | 2664401 | Cervical Spine CT | Final |
| | | 7/8/2014 | 13:11:56 | 21998805K | 2664401 | Hand XR | Final |
| | | 7/8/2014 | 13:12:23 | 21998811K | 2664401 | Wrist XR | Final |
| | | 7/8/2014 | 13:12:30 | 21998804K | 2664401 | Forearm XR | Final |
| | | 7/8/2014 | 13:12:38 | 21998808K | 2664401 | Elbow XR | Final |

Radiologist Daily Productivity Detail

From **Jul 1, 2014**     To  **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | | 7/8/2014 | 13:12:46 | 21998806K | 2664401 | Humerus XR | Final |
| | | 7/8/2014 | 13:12:53 | 21998807K | 2664401 | Shoulder XR | Final |
| | | 7/8/2014 | 13:12:59 | 21998803K | 2664401 | Chest XR | Final |
| | | 7/8/2014 | 13:38:55 | 21998809K | 2664401 | Knee XR | Final |
| | | 7/8/2014 | 13:40:13 | 21998810K | 2664401 | Femur XR | Final |
| | | 7/8/2014 | 13:41:11 | 21999064K | 2458612 | Chest XR | Final |
| | | 7/8/2014 | 14:11:20 | 21999185K | 2664347 | Cervical Spine CT | Final |
| | | 7/8/2014 | 15:09:47 | 21999361K | 1149944 | Chest CT | Final |
| | | 7/8/2014 | 15:14:18 | 21999371K | 2477666 | Abdomen and Pelvis CT | Final |
| | | 7/8/2014 | 15:17:41 | 21999495K | 2069805 | Abdomen and Pelvis CT | Final |
| | | 7/8/2014 | 16:04:13 | 21999777K | 2664350 | Chest CT | Final |
| | | 7/8/2014 | 16:04:30 | 21999404K | 2630243 | Hip XR | Final |
| | | 7/8/2014 | 16:05:14 | 21999403K | 2630243 | Lumbar Spine XR | Final |
| | | 7/8/2014 | 16:06:21 | 21999605K | 2338332 | Chest XR | Final |
| | | 7/8/2014 | 16:08:45 | 21999750K | 1552856 | Chest XR | Final |
| | | 7/8/2014 | 16:09:08 | 21999758K | 2223839 | Tibia and Fibula XR | Final |
| | | 7/8/2014 | 16:09:22 | 21999757K | 2223839 | Knee XR | Final |
| | | 7/8/2014 | 16:14:19 | 21999669K | 2664433 | Forearm XR | Final |
| | | 7/8/2014 | 16:14:32 | 21999671K | 2664433 | Elbow XR | Final |

HHC_ESI_000790

Radiologist Daily Productivity Detail

From Jul 1, 2014   To   Aug 8, 2014

| Radiologist Name | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 7/8/2014 | 16:14:39 | 21999666K | 2664433 | Wrist XR | Final |
| | | 7/8/2014 | 16:14:46 | 21999672K | 2664433 | Humerus XR | Final |
| | | 7/8/2014 | 16:14:54 | 21999667K | 2664433 | Shoulder XR | Final |
| | | 7/8/2014 | 16:15:04 | 21999674K | 2664433 | Chest XR | Final |
| | | 7/8/2014 | 16:44:57 | 21999864K | 2520157 | Wrist XR | Final |
| | | 7/8/2014 | 16:45:23 | 21999863K | 2520157 | Hand XR | Final |
| | | 7/8/2014 | 16:46:30 | 21999936K | 1954111 | Shoulder XR | Final |
| | | 7/8/2014 | 16:47:19 | 22000020K | 2397545 | Neck Soft Tissue XR | Final |
| | | 7/8/2014 | 16:48:14 | 22000000K | 2664238 | Chest XR | Final |
| | | 7/8/2014 | 17:07:42 | 22000040K | 1477771 | Abdomen and Pelvis CT | Final |
| | | 7/8/2014 | 17:23:34 | 22000201K | 2233861 | Chest XR | Final |
| | | 7/8/2014 | 17:24:39 | 22000200K | 2233861 | Abdomen XR | Final |
| | | 7/8/2014 | 17:33:59 | 21986818K | 574827 | Hand XR | Final |
| | | 7/8/2014 | 18:04:26 | 22000358K | 2089558 | Head CT | Final |
| 7/9/2014 | 28 | 7/9/2014 | 8:45:52 | 22001704K | 1593133 | Chest XR | Final |
| | | 7/9/2014 | 8:50:03 | 22001764K | 2127487 | Head CT | Final |
| | | 7/9/2014 | 8:57:49 | 22001766K | 2127487 | Facial Bones CT | Final |
| | | 7/9/2014 | 9:00:19 | 22001765K | 2127487 | Cervical Spine CT | Final |

HHC_ESI_000791

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/9/2014 | 9:02:03 | 22001752K | 2573555 | Lumbar Spine XR | Final |
| | 7/9/2014 | 9:06:25 | 22001734K | 2445110 | Chest XR | Final |
| | 7/9/2014 | 10:35:21 | 22001781K | 2664468 | Knee XR | Final |
| | 7/9/2014 | 10:38:45 | 22002013K | 2123364 | Head CT | Final |
| | 7/9/2014 | 10:42:23 | 22002338K | 2123364 | Chest XR | Final |
| | 7/9/2014 | 10:43:31 | 22002439K | 1189169 | Hand XR | Final |
| | 7/9/2014 | 10:44:07 | 22002413K | 1819720 | Abdomen XR | Final |
| | 7/9/2014 | 10:45:00 | 22002406K | 114775 | Wrist XR | Final |
| | 7/9/2014 | 10:45:39 | 22002213K | 2664492 | Tibia and Fibula XR | Final |
| | 7/9/2014 | 10:49:29 | 22002211K | 2664492 | Ankle XR | Final |
| | 7/9/2014 | 10:49:48 | 22002212K | 2664492 | Foot XR | Final |
| | 7/9/2014 | 10:50:48 | 22001908K | 2175635 | Chest XR | Final |
| | 7/9/2014 | 10:53:34 | 22001915K | 2664474 | Chest XR | Final |
| | 7/9/2014 | 11:17:09 | 22002014K | 2123364 | Cervical Spine CT | Final |
| | 7/9/2014 | 11:22:25 | 22002015K | 2123364 | Facial Bones CT | Final |
| | 7/9/2014 | 11:59:28 | 22002998K | 2664492 | Lower Extremity CT | Final |
| | 7/9/2014 | 12:00:31 | 22002770K | 2664480 | Shoulder XR | Final |
| | 7/9/2014 | 12:00:48 | 22002555K | 2642426 | Hip XR | Final |
| | 7/9/2014 | 13:32:10 | 22003436K | 1968670 | Cervical Spine CT | Addendum(F) |

JK - Data Source: TalkTech dictation system

HHC_ESI_000792

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 7/9/2014 | 13:32:48 | 22003685K | 1165119 | Chest XR | Final |
| | | 7/9/2014 | 14:15:11 | 22003571K | 3070018 | Abdomen XR | Final |
| | | 7/9/2014 | 14:15:43 | 22003572K | 3070018 | Chest XR | Final |
| | | 7/9/2014 | 14:17:52 | 22003460K | 2537987 | Lumbar Spine XR | Final |
| | | 7/9/2014 | 14:20:51 | 22003916K | 803718 | Chest XR | Final |

| | | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| 7/11/2014 | 60 | 7/11/2014 | 9:37:15 | 22011021K | 2664755 | Wrist XR | Final |
| | | 7/11/2014 | 9:37:24 | 22011020K | 2664755 | Finger XR | Final |
| | | 7/11/2014 | 9:37:31 | 22011019K | 2664755 | Hand XR | Final |
| | | 7/11/2014 | 9:56:42 | 22011105K | 2661162 | Abdomen and Pelvis CT | Final |
| | | 7/11/2014 | 10:39:20 | 22011219K | 2664757 | Chest XR | Final |
| | | 7/11/2014 | 10:55:15 | 22011526K | 2030921 | Knee XR | Final |
| | | 7/11/2014 | 10:55:34 | 22011519K | 2336650 | Wrist XR | Final |
| | | 7/11/2014 | 10:55:58 | 22011517K | 2336650 | Forearm XR | Final |
| | | 7/11/2014 | 10:56:18 | 22011520K | 2336650 | Knee XR | Final |
| | | 7/11/2014 | 10:56:47 | 22011530K | 1671997 | Chest XR | Final |
| | | 7/11/2014 | 10:57:17 | 22011690K | 1930852 | Chest XR | Final |
| | | 7/11/2014 | 10:58:14 | 22011645K | 2107320 | Knee XR | Final |
| | | 7/11/2014 | 10:59:04 | 22011750K | 2388907 | Chest XR | Final |

HHC_ESI_000793

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    *To*  **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/11/2014 | 11:01:52 | 22010975K | 1989009 | Head CT | Final |
| | 7/11/2014 | 12:22:17 | 22012154K | 890704 | Abdomen and Pelvis CT | Final |
| | 7/11/2014 | 12:23:17 | 22012035K | 3044235 | Ankle XR | Final |
| | 7/11/2014 | 12:43:20 | 220113345K | 2222646 | Abdomen and Pelvis CT | Final |
| | 7/11/2014 | 12:44:09 | 22011930K | 2632073 | Chest XR | Final |
| | 7/11/2014 | 12:45:51 | 22011792K | 2653285 | Ribs XR | Final |
| | 7/11/2014 | 13:22:48 | 22012523K | 1695337 | Head CT | Final |
| | 7/11/2014 | 13:28:28 | 22009504K | 3060863 | Abdomen MRI | Final |
| | 7/11/2014 | 14:32:05 | 22012931K | 1671997 | Abdomen and Pelvis CT | Final |
| | 7/11/2014 | 14:33:23 | 22012961K | 2029421 | Chest XR | Final |
| | 7/11/2014 | 14:38:17 | 22012845K | 1568183 | Abdomen and Pelvis CT | Final |
| | 7/11/2014 | 14:39:06 | 22012910K | 2095187 | Ankle XR | Final |
| | 7/11/2014 | 14:43:30 | 22011956K | 1583314 | Abdomen and Pelvis CT | Final |
| | 7/11/2014 | 14:44:32 | 22012800K | 2664795 | Chest XR | Final |
| | 7/11/2014 | 14:57:51 | 22012990K | 2533627 | Abdomen and Pelvis CT | Final |
| | 7/11/2014 | 15:02:06 | 22010939K | 2601295 | Abdomen XR | Final |
| | 7/11/2014 | 15:30:32 | 22012992K | 1688498 | Ankle XR | Final |
| | 7/11/2014 | 15:31:23 | 22012991K | 1688498 | Wrist XR | Final |
| | 7/11/2014 | 15:31:52 | 22012986K | 2401357 | Knee XR | Final |

HHC_ESI_000794

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 7/11/2014 | 15:32:56 | 22013170K | 1392935 | Chest XR | Final |
| | 7/11/2014 | 15:33:27 | 22013183K | 1515441 | Chest XR | Final |
| | 7/11/2014 | 15:51:15 | 22012897K | 2664794 | Head CT | Final |
| | 7/11/2014 | 15:51:54 | 22012921K | 2664794 | Chest XR | Final |
| | 7/11/2014 | 15:57:51 | 22013088K | 2658066 | Chest XR | Final |
| | 7/11/2014 | 15:59:37 | 22013136K | 2658066 | Head CT | Final |
| | 7/11/2014 | 16:05:03 | 22012003K | 2039806 | Abdomen and Pelvis CT | Final |
| | 7/11/2014 | 16:09:53 | 22013241K | 1392935 | Head CT | Final |
| | 7/11/2014 | 16:17:58 | 22013238K | 1392935 | Facial Bones CT | Final |
| | 7/11/2014 | 16:18:48 | 22013213K | 2286687 | Wrist XR | Final |
| | 7/11/2014 | 16:19:48 | 22013296K | 2664837 | Pelvis XR | Final |
| | 7/11/2014 | 16:20:24 | 22013297K | 2664837 | Abdomen XR | Final |
| | 7/11/2014 | 16:21:54 | 22012994K | 1826902 | Abdomen XR | Final |
| | 7/11/2014 | 16:23:12 | 22013486K | 2408413 | Chest XR | Final |
| | 7/11/2014 | 16:25:06 | 22013230K | 2408413 | Head CT | Final |
| | 7/11/2014 | 16:43:38 | 22010705K | 2664442 | Abdomen MRI | Final |
| | 7/11/2014 | 16:56:08 | 22008610K | 2382202 | Abdomen MRI | Final |
| | 7/11/2014 | 17:23:51 | 22013604K | 2664830 | Shoulder XR | Final |
| | 7/11/2014 | 17:24:25 | 22013556K | 2056089 | Knee XR | Final |

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 7/11/2014 | 17:24:57 | 22013638K | 254716 | Hand XR | Final |
| | | 7/11/2014 | 17:25:24 | 22013754K | 2496510 | Hand XR | Final |
| | | 7/11/2014 | 17:25:40 | 22013780K | 2020463 | Knee XR | Final |
| | | 7/11/2014 | 17:25:53 | 22013764K | 2664841 | Hip XR | Final |
| | | 7/11/2014 | 17:26:07 | 22013766K | 2664841 | Femur XR | Final |
| | | 7/11/2014 | 17:26:22 | 22013765K | 2664841 | Humerus XR | Final |
| | | 7/11/2014 | 17:26:37 | 22013763K | 2664841 | Shoulder XR | Final |
| | | 7/11/2014 | 17:26:49 | 22013762K | 2664841 | Chest XR | Final |
| | | 7/11/2014 | 17:27:10 | 22013836K | 2664840 | Chest XR | Final |
| 7/12/2014 | 150 | | | | | | |
| | | 7/12/2014 | 7:02:12 | 22014978K | 2304899 | Chest XR | Final |
| | | 7/12/2014 | 7:32:00 | 22014950K | 2664879 | Head CT | Final |
| | | 7/12/2014 | 7:40:03 | 22014557K | 2664866 | Wrist XR | Final |
| | | 7/12/2014 | 7:40:32 | 22014535K | 2664866 | Hand XR | Final |
| | | 7/12/2014 | 7:40:45 | 22014534K | 2664866 | Forearm XR | Final |
| | | 7/12/2014 | 7:41:20 | 22014977K | 2664866 | Forearm XR | Final |
| | | 7/12/2014 | 7:41:29 | 22014536K | 2664866 | Elbow XR | Final |
| | | 7/12/2014 | 7:47:51 | 22014799K | 2664871 | Abdomen and Pelvis CT | Final |
| | | 7/12/2014 | 7:53:03 | 22014813K | 2664865 | Lower Extremity CT | Final |

HHC_ESI_000796

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 7/12/2014 | 7:53:42 | 22014519K | 2664836 | Chest XR | Final |
| | 7/12/2014 | 7:54:08 | 22014694K | 2636959 | Chest XR | Final |
| | 7/12/2014 | 7:54:55 | 22014683K | 2101502 | Chest XR | Final |
| | 7/12/2014 | 8:02:50 | 22014556K | 2217749 | Chest XR | Final |
| | 7/12/2014 | 8:10:48 | 22014979K | 2217749 | Pulmonary Artery CTA | Final |
| | 7/12/2014 | 8:12:13 | 22014676K | 1950917 | Chest XR | Final |
| | 7/12/2014 | 8:17:43 | 22014595K | 2407318 | Chest XR | Final |
| | 7/12/2014 | 8:18:07 | 22014681K | 1912686 | Knee XR | Final |
| | 7/12/2014 | 8:18:22 | 22014682K | 1912686 | Shoulder XR | Final |
| | 7/12/2014 | 8:18:45 | 22014516K | 2649872 | Forearm XR | Final |
| | 7/12/2014 | 8:19:40 | 22014696K | 2639913 | Chest XR | Final |
| | 7/12/2014 | 8:20:51 | 22014474K | 1898700 | Chest XR | Final |
| | 7/12/2014 | 8:24:25 | 220147731K | 2262309 | Chest XR | Final |
| | 7/12/2014 | 8:25:30 | 22014627K | 2552360 | Chest XR | Final |
| | 7/12/2014 | 8:26:19 | 22014492K | 2214148 | Knee XR | Final |
| | 7/12/2014 | 8:26:43 | 22014635K | 2214148 | Hip XR | Final |
| | 7/12/2014 | 8:29:30 | 22014385K | 1872838 | Wrist XR | Final |
| | 7/12/2014 | 8:29:37 | 22014384K | 1872838 | Forearm XR | Final |
| | 7/12/2014 | 8:29:45 | 22014383K | 1872838 | Elbow XR | Final |

HHC_ESI_000797

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    *To*    **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 7/12/2014 | 8:29:52 | 22014382K | 1872838 | Humerus XR | Final |
| | 7/12/2014 | 8:30:01 | 22014539K | 1872838 | Shoulder XR | Final |
| | 7/12/2014 | 8:30:08 | 22014614K | 1872838 | Elbow XR | Final |
| | 7/12/2014 | 8:30:15 | 22014705K | 1872838 | Elbow XR | Final |
| | 7/12/2014 | 8:41:21 | 22014515K | 2525349 | Chest XR | Final |
| | 7/12/2014 | 8:42:35 | 22014533K | 2445110 | Chest XR | Final |
| | 7/12/2014 | 8:42:57 | 22014426K | 2615388 | Foot XR | Final |
| | 7/12/2014 | 8:43:31 | 22014692K | 611878 | Chest XR | Final |
| | 7/12/2014 | 8:44:17 | 22014992K | 970379 | Head CT | Final |
| | 7/12/2014 | 8:45:30 | 22014730K | 2664749 | Chest XR | Final |
| | 7/12/2014 | 8:46:51 | 22014685K | 2335886 | Abdomen XR | Final |
| | 7/12/2014 | 8:47:14 | 22014686K | 2335886 | Chest XR | Final |
| | 7/12/2014 | 8:47:42 | 22014695K | 621405 | Chest XR | Final |
| | 7/12/2014 | 8:48:32 | 22014783K | 2001544 | Ankle XR | Final |
| | 7/12/2014 | 8:48:56 | 22014784K | 2001544 | Foot XR | Final |
| | 7/12/2014 | 8:49:12 | 22014520K | 1241268 | Chest XR | Final |
| | 7/12/2014 | 8:49:35 | 22014575K | 1392935 | Chest XR | Final |
| | 7/12/2014 | 8:52:32 | 22014856K | 2536843 | Chest XR | Final |
| | 7/12/2014 | 8:53:13 | 22014677K | 2664150 | Chest XR | Final |

HHC_ESI_000798

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/12/2014 | 9:18:45 | 22014596K | 2128767 | Chest XR | Final |
| | 7/12/2014 | 9:19:36 | 22014643K | 3025833 | Knee XR | Final |
| | 7/12/2014 | 9:20:37 | 22014712K | 3074224 | Chest XR | Final |
| | 7/12/2014 | 9:23:13 | 22014690K | 2659984 | Chest XR | Final |
| | 7/12/2014 | 9:24:49 | 22014568K | 2664868 | Elbow XR | Final |
| | 7/12/2014 | 9:29:59 | 22014570K | 2664868 | Wrist XR | Final |
| | 7/12/2014 | 9:30:09 | 22014571K | 2664868 | Hand XR | Final |
| | 7/12/2014 | 9:30:17 | 22014569K | 2664868 | Forearm XR | Final |
| | 7/12/2014 | 9:30:27 | 22014654K | 2664868 | Hand XR | Final |
| | 7/12/2014 | 9:30:36 | 22014653K | 2664868 | Wrist XR | Final |
| | 7/12/2014 | 9:31:03 | 22014801K | 2644107 | Chest XR | Final |
| | 7/12/2014 | 9:31:31 | 22014470K | 501979 | Chest XR | Final |
| | 7/12/2014 | 9:32:29 | 22014700K | 3390170 | Tibia and Fibula XR | Final |
| | 7/12/2014 | 9:32:34 | 22014698K | 3390170 | Foot XR | Final |
| | 7/12/2014 | 9:32:37 | 22014699K | 3390170 | Ankle XR | Final |
| | 7/12/2014 | 9:34:05 | 22014585K | 2116193 | Chest XR | Final |
| | 7/12/2014 | 9:34:30 | 22014622K | 1991749 | Shoulder XR | Final |
| | 7/12/2014 | 9:34:53 | 22014620K | 1991749 | Elbow XR | Final |
| | 7/12/2014 | 9:35:55 | 22014618K | 1991749 | Forearm XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000799

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/12/2014 | 9:36:11 | 22014619K | 1991749 | Wrist XR | Final |
| | 7/12/2014 | 9:36:41 | 22014621K | 1991749 | Hand XR | Final |
| | 7/12/2014 | 9:38:04 | 22014574K | 2644444 | Chest XR | Final |
| | 7/12/2014 | 9:38:38 | 22014782K | 1617383 | Chest XR | Final |
| | 7/12/2014 | 9:39:31 | 22014560K | 1724676 | Chest XR | Final |
| | 7/12/2014 | 9:42:45 | 22014561K | 1724676 | Shoulder XR | Final |
| | 7/12/2014 | 9:43:11 | 22014691K | 2123364 | Chest XR | Final |
| | 7/12/2014 | 9:43:31 | 22014684K | 2664871 | Chest XR | Final |
| | 7/12/2014 | 9:45:50 | 22014772K | 1101947 | Chest XR | Final |
| | 7/12/2014 | 9:46:54 | 22014530K | 2334448 | Abdomen XR | Final |
| | 7/12/2014 | 9:59:35 | 22014713K | 1269572 | Chest XR | Final |
| | 7/12/2014 | 9:59:57 | 22014407K | 2664865 | Pelvis XR | Final |
| | 7/12/2014 | 10:00:16 | 22014409K | 2664865 | Hip XR | Final |
| | 7/12/2014 | 10:00:56 | 22014410K | 2664865 | Knee XR | Final |
| | 7/12/2014 | 10:01:36 | 22014408K | 2664865 | Femur XR | Final |
| | 7/12/2014 | 10:02:16 | 22014411K | 2664865 | Tibia and Fibula XR | Final |
| | 7/12/2014 | 10:02:32 | 22014412K | 2664865 | Ankle XR | Final |
| | 7/12/2014 | 10:02:47 | 22014563K | 2664865 | Chest XR | Final |
| | 7/12/2014 | 10:03:35 | 22014564K | 2664865 | Femur XR | Final |

HHC_ESI_000800

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 7/12/2014 | 10:04:01 | 22014697K | 2009540 | Chest XR | Final |
| | 7/12/2014 | 10:04:35 | 22014693K | 2233861 | Chest XR | Final |
| | 7/12/2014 | 10:05:50 | 22015086K | 1201971 | Head CT | Final |
| | 7/12/2014 | 10:06:06 | 22014990K | 1201971 | Chest XR | Final |
| | 7/12/2014 | 10:10:07 | 22015068K | 1276825 | Pelvis CT | Final |
| | 7/12/2014 | 10:12:12 | 22015000K | 2664878 | Head CT | Final |
| | 7/12/2014 | 10:14:46 | 22015001K | 2664878 | Facial Bones CT | Final |
| | 7/12/2014 | 10:16:24 | 22015002K | 2664878 | Cervical Spine CT | Final |
| | 7/12/2014 | 10:25:13 | 22015098K | 2506933 | Chest XR | Final |
| | 7/12/2014 | 10:27:04 | 22015126K | 1841194 | Toe XR | Final |
| | 7/12/2014 | 10:27:31 | 22015125K | 1841194 | Foot XR | Final |
| | 7/12/2014 | 10:31:10 | 22015152K | 1138692 | Lumbar Spine XR | Final |
| | 7/12/2014 | 10:31:32 | 22015166K | 1365742 | Wrist XR | Final |
| | 7/12/2014 | 10:31:50 | 22015181K | 930600 | Chest XR | Final |
| | 7/12/2014 | 10:33:20 | 22015224K | 611557 | Abdomen XR | Final |
| | 7/12/2014 | 10:34:20 | 22015223K | 611557 | Chest XR | Final |
| | 7/12/2014 | 10:34:36 | 22015247K | 2619626 | Shoulder XR | Final |
| | 7/12/2014 | 10:34:56 | 22015246K | 2619626 | Chest XR | Final |
| | 7/12/2014 | 10:42:13 | 22015065K | 2400155 | Head CT | Final |

HHC_ESI_000801

Radiologist Daily Productivity Detail

From **Jul 1, 2014**   To   **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | | 7/12/2014 | 10:44:15 | 22015047K | 819028 | Head CT | Final |
| | | 7/12/2014 | 10:44:43 | 22015012K | 2664879 | Chest XR | Final |
| | | 7/12/2014 | 10:48:56 | 22015052K | 2664879 | Cervical Spine CT | Final |
| | | 7/12/2014 | 10:51:22 | 22014993K | 970379 | Cervical Spine CT | Final |
| | | 7/12/2014 | 10:52:30 | 22015105K | 2655419 | Head CT | Final |
| | | 7/12/2014 | 10:52:58 | 22015005K | 2001544 | Tibia and Fibula XR | Final |
| | | 7/12/2014 | 10:53:10 | 22015006K | 2001544 | Knee XR | Final |
| | | 7/12/2014 | 10:54:11 | 22015263K | 2598194 | Lumbar Spine XR | Final |
| | | 7/12/2014 | 10:54:34 | 22015264K | 2598194 | Pelvis XR | Final |
| | | 7/12/2014 | 10:55:33 | 22008089K | 1515514 | Knee XR | Final |
| | | 7/12/2014 | 11:45:23 | 22015167K | 1149944 | Chest CT | Final |
| | | 7/12/2014 | 11:46:52 | 22015273K | 2222856 | Abdomen and Pelvis CT | Final |
| | | 7/12/2014 | 11:49:20 | 22010702K | 1149944 | Chest XR | Final |
| | | 7/12/2014 | 11:51:04 | 22015135K | 1149944 | Chest XR | Final |
| | | 7/12/2014 | 11:52:05 | 22014767K | 2050856 | Chest XR | Final |
| | | 7/12/2014 | 11:58:43 | 22014768K | 1649887 | Chest XR | Final |
| | | 7/12/2014 | 11:59:28 | 22014769K | 2237859 | Chest XR | Final |
| | | 7/12/2014 | 12:00:04 | 22014770K | 2163025 | Chest XR | Final |
| | | 7/12/2014 | 12:00:18 | 22014771K | 1850152 | Chest XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000802

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/12/2014 | 12:01:18 | 22014773K | 2655462 | Chest XR | Final |
| | 7/12/2014 | 12:01:42 | 22014774K | 2372831 | Chest XR | Final |
| | 7/12/2014 | 12:02:26 | 22014775K | 1542824 | Chest XR | Final |
| | 7/12/2014 | 12:03:09 | 22014810K | 2663738 | Chest XR | Final |
| | 7/12/2014 | 12:04:30 | 22014811K | 2452508 | Chest XR | Final |
| | 7/12/2014 | 12:05:00 | 22014809K | 2408413 | Chest XR | Final |
| | 7/12/2014 | 12:06:03 | 22014808K | 2664350 | Chest XR | Final |
| | 7/12/2014 | 12:06:28 | 22015265K | 2601295 | Abdomen XR | Final |
| | 7/12/2014 | 12:06:46 | 22014807K | 2601295 | Chest XR | Final |
| | 7/12/2014 | 12:07:00 | 22015239K | 819028 | Chest XR | Final |
| | 7/12/2014 | 12:07:49 | 22015241K | 2657973 | Chest XR | Final |
| | 7/12/2014 | 12:09:00 | 22015245K | 1804003 | Lower Extremity Venous Duplex | Final |
| | 7/12/2014 | 12:13:21 | 22015440K | 1873637 | Abdomen and Pelvis CT | Final |
| | 7/12/2014 | 12:15:26 | 22015468K | 2619626 | Abdomen and Pelvis CT | Final |
| | 7/12/2014 | 13:02:33 | 22015518K | 611557 | Abdomen and Pelvis CT | Final |
| | 7/12/2014 | 13:12:01 | 22012123K | 1311582 | Abdomen and Pelvis CT | Final |
| | 7/12/2014 | 13:13:13 | 22015383K | 2664879 | Abdomen and Pelvis CT | Addendum(F) |
| | 7/12/2014 | 13:21:27 | 22011808K | 1875504 | Abdomen and Pelvis CT | Final |
| | 7/12/2014 | 13:26:43 | 22011377K | 2283709 | Abdomen and Pelvis CT | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000803

Radiologist Daily Productivity Detail

From Jul 1, 2014   To   Aug 8, 2014

Radiologist Name

| Reading Date | Reading Time | Accession | MR# | Procedure | Exam Count | Status |
|---|---|---|---|---|---|---|
| 7/12/2014 | 13:39:44 | 22011663K | 2327037 | Abdomen and Pelvis CT | | Final |
| 7/12/2014 | 13:44:47 | 22011446K | 2330244 | Abdomen and Pelvis CT | | Final |
| 7/12/2014 | 13:50:30 | 22012502K | 2488371 | Abdomen and Pelvis CT | | Addendum(F) |
| 7/12/2014 | 13:53:17 | 22012222K | 2612603 | Abdomen and Pelvis CT | | Final |
| 7/12/2014 | 13:58:05 | 22012830K | 2629980 | Abdomen and Pelvis CT | | Final |
| 7/12/2014 | 14:05:45 | 22012557K | 2657582 | Abdomen and Pelvis CT | | Final |
| 7/12/2014 | 14:19:29 | 22015597K | 2657761 | Abdomen and Pelvis CT | | Final |
| 7/12/2014 | 14:42:00 | 22015618K | 2664852 | Pulmonary Artery CTA | | Final |
| 7/14/2014 | | | | | 49 | |
| 7/14/2014 | 8:41:08 | 22018487K | 2665021 | Foot XR | | Final |
| 7/14/2014 | 8:44:15 | 22018474K | 2482001 | Chest XR | | Final |
| 7/14/2014 | 8:46:06 | 22018296K | 2452508 | Chest XR | | Final |
| 7/14/2014 | 8:47:21 | 22018332K | 75473 | Chest XR | | Final |
| 7/14/2014 | 9:12:45 | 22018584K | 2550479 | Abdomen and Pelvis CT | | Final |
| 7/14/2014 | 9:15:26 | 22018562K | 1058825 | Abdomen XR | | Final |
| 7/14/2014 | 9:19:46 | 22018615K | 2636983 | Head CT | | Final |
| 7/14/2014 | 9:22:15 | 22018507K | 1788154 | Chest XR | | Final |
| 7/14/2014 | 9:23:11 | 22018593K | 2027576 | Chest XR | | Final |
| 7/14/2014 | 9:57:04 | 22011912K | 1402272 | Abdomen MRI | | Final |

HHC_ESI_000804

Radiologist Daily Productivity Detail

From **Jul 1, 2014**   To   **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/14/2014 | 11:15:21 | 22019331K | 297435 | Ankle XR | Final |
| | 7/14/2014 | 11:15:39 | 22018883K | 297435 | Foot XR | Addendum(F) |
| | 7/14/2014 | 11:20:32 | 22014531K | 1822398 | Chest CT | Final |
| | 7/14/2014 | 11:25:55 | 22019449K | 2665049 | Ankle XR | Final |
| | 7/14/2014 | 11:26:03 | 22019450K | 2665049 | Foot XR | Final |
| | 7/14/2014 | 11:26:23 | 22019631K | 2665028 | Chest XR | Final |
| | 7/14/2014 | 12:49:16 | 22020274K | 2665038 | Head CT | Final |
| | 7/14/2014 | 12:53:46 | 22019124K | 17664 | Abdomen and Pelvis CT | Final |
| | 7/14/2014 | 13:06:18 | 22018704K | 2527064 | Abdomen and Pelvis CT | Final |
| | 7/14/2014 | 13:16:47 | 22009162K | 1825707 | Pelvis MRI | Final |
| | 7/14/2014 | 13:18:20 | 22020401K | 808069 | Head CT | Final |
| | 7/14/2014 | 13:18:57 | 22020423K | 2665076 | Finger XR | Final |
| | 7/14/2014 | 14:12:21 | 22019852K | 1931453 | Chest XR | Final |
| | 7/14/2014 | 14:49:17 | 22020076K | 2582001 | Abdomen and Pelvis CT | Final |
| | 7/14/2014 | 14:58:04 | 22019333K | 2664296 | Pelvis MRI | Final |
| | 7/14/2014 | 14:59:33 | 22021101K | 2243789 | Neck Soft Tissue XR | Final |
| | 7/14/2014 | 15:00:12 | 22021079K | 2557849 | Chest XR | Final |
| | 7/14/2014 | 15:00:33 | 22021169K | 2220356 | Knee XR | Final |
| | 7/14/2014 | 15:01:01 | 22021154K | 1282156 | Chest XR | Final |

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/14/2014 | 15:10:20 | 22021239K | 1537462 | Knee XR | Final |
| | 7/14/2014 | 15:10:42 | 22021241K | 1537462 | Pelvis XR | Final |
| | 7/14/2014 | 15:44:47 | 22009769K | 2393189 | Pelvis MRI | Final |
| | 7/14/2014 | 15:54:17 | 22019340K | 3091923 | Abdomen and Pelvis CT | Final |
| | 7/14/2014 | 15:55:25 | 22019375K | 2287336 | Abdomen and Pelvis CT | Final |
| | 7/14/2014 | 15:58:01 | 22019233K | 2038852 | Abdomen and Pelvis CT | Final |
| | 7/14/2014 | 16:07:10 | 22021321K | 2665028 | Pulmonary Artery CTA | Final |
| | 7/14/2014 | 16:46:54 | 22021517K | 2468946 | Thoracic Aorta CTA | Final |
| | 7/14/2014 | 16:47:29 | 22021894K | 2664883 | Chest XR | Final |
| | 7/14/2014 | 16:49:00 | 22021500K | 2665056 | Foot XR | Final |
| | 7/14/2014 | 16:53:59 | 22021619K | 127103 | Lumbar Spine XR | Final |
| | 7/14/2014 | 16:54:46 | 22021686K | 2089943 | Hip XR | Final |
| | 7/14/2014 | 16:57:28 | 22021902K | 2417319 | Foot XR | Final |
| | 7/14/2014 | 16:59:09 | 22021767K | 2665014 | Femur XR | Final |
| | 7/14/2014 | 17:00:00 | 22020427K | 2215578 | Chest XR | Final |
| | 7/14/2014 | 17:04:10 | 22021209K | 2664189 | Abdomen and Pelvis CT | Final |
| | 7/14/2014 | 17:10:57 | 22021028K | 2149712 | Pelvis CT | Final |
| | 7/14/2014 | 17:12:13 | 22021026K | 2149712 | Lower Extremity CT | Final |
| | 7/14/2014 | 17:13:37 | 22020384K | 2558547 | Chest XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000806

Radiologist Daily Productivity Detail

From **Jul 1, 2014**   To   **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 44 | 7/14/2014 | 17:24:53 | 22021968K | 2296972 | Abdomen and Pelvis CT | Final |
| 7/15/2014 | | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
| | | 7/15/2014 | 8:56:57 | 22023726K | 2665151 | Chest XR | Final |
| | | 7/15/2014 | 9:00:12 | 22023586K | 2422725 | Cervical Spine CT | Final |
| | | 7/15/2014 | 9:01:24 | 22023653K | 2665155 | Chest XR | Final |
| | | 7/15/2014 | 9:07:10 | 22023869K | 1685131 | Abdomen and Pelvis CT | Final |
| | | 7/15/2014 | 9:37:32 | 22024029K | 1572498 | Head CT | Final |
| | | 7/15/2014 | 11:36:28 | 22024692K | 2472606 | Knee XR | Final |
| | | 7/15/2014 | 11:38:18 | 22024183K | 2665172 | Ankle XR | Final |
| | | 7/15/2014 | 11:38:21 | 22024182K | 2665172 | Foot XR | Final |
| | | 7/15/2014 | 11:38:51 | 22024798K | 2168192 | Chest XR | Final |
| | | 7/15/2014 | 11:41:02 | 22024376K | 2518600 | Chest XR | Final |
| | | 7/15/2014 | 11:41:28 | 22024160K | 2408599 | Chest XR | Final |
| | | 7/15/2014 | 12:21:07 | 22025106K | 2665167 | Head CT | Final |
| | | 7/15/2014 | 12:23:19 | 22024886K | 687924 | Head CT | Final |
| | | 7/15/2014 | 12:25:00 | 22025108K | 2022478 | Cervical Spine XR | Final |
| | | 7/15/2014 | 12:26:54 | 22025132K | 2607072 | Chest XR | Final |
| | | 7/15/2014 | 12:27:17 | 22025200K | 2665178 | Knee XR | Final |
| | | 7/15/2014 | 12:32:14 | 22025419K | 2665201 | Knee XR | Final |

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

Radiologist Name

| | Exam Count | | | | |
|---|---|---|---|---|---|
| 7/15/2014 | 12:32:33 | 22025461K | 2267972 | Finger XR | Final |
| 7/15/2014 | 14:25:30 | 22026205K | 2373219 | Head CT | Final |
| 7/15/2014 | 14:28:27 | 22026204K | 2373219 | Facial Bones CT | Final |
| 7/15/2014 | 15:40:52 | 22026615K | 2333645 | Abdomen and Pelvis CT | Final |
| 7/15/2014 | 15:47:01 | 22026614K | 2333645 | Chest CT | Final |
| 7/15/2014 | 15:49:21 | 22026613K | 2333645 | Cervical Spine CT | Final |
| 7/15/2014 | 15:50:18 | 22026548K | 1239445 | Finger XR | Final |
| 7/15/2014 | 15:50:21 | 22026547K | 1239445 | Hand XR | Final |
| 7/15/2014 | 15:52:28 | 22026043K | 2665251 | Finger XR | Final |
| 7/15/2014 | 15:52:37 | 22026044K | 2665251 | Hand XR | Final |
| 7/15/2014 | 15:59:20 | 22026037K | 168853 | Knee XR | Final |
| 7/15/2014 | 15:59:50 | 22026036K | 168853 | Foot XR | Final |
| 7/15/2014 | 16:01:42 | 22026233K | 2034421 | Chest XR | Final |
| 7/15/2014 | 16:03:21 | 22025503K | 1857712 | Chest XR | Final |
| 7/15/2014 | 16:04:25 | 22025548K | 1921554 | Ankle XR | Final |
| 7/15/2014 | 16:05:23 | 22026185K | 2145766 | Lumbar Spine XR | Final |
| 7/15/2014 | 16:35:38 | 22026607K | 2665215 | Finger XR | Final |
| 7/15/2014 | 16:35:57 | 22026206K | 2665258 | Finger XR | Final |
| 7/15/2014 | 16:36:15 | 22026207K | 2665258 | Hand XR | Final |

HHC_ESI_000808

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

Radiologist Name

| Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|
| | 7/15/2014 | 16:37:21 | 22019610K | 2664961 | Lower Extremity CT | Final |
| | 7/15/2014 | 16:38:52 | 22026249K | 1226865 | Head CT | Final |
| | 7/15/2014 | 16:39:18 | 22025938K | 2664480 | Shoulder XR | Final |
| | 7/15/2014 | 16:39:44 | 22026514K | 356496 | Chest XR | Final |
| | 7/15/2014 | 16:40:17 | 22026227K | 2352446 | Thoracic Spine XR | Final |
| | 7/15/2014 | 16:46:55 | 22027055K | 2371028 | Head CT | Addendum(F) |
| | 7/15/2014 | 17:21:08 | 22027173K | 2665272 | Head CT | Final |
| | 7/15/2014 | 17:23:49 | 22026706K | 2387194 | Elbow XR | Final |
| 7/16/2014  31 | 7/16/2014 | 9:10:53 | 22028566K | 2488003 | Abdomen and Pelvis CT | Final |
| | 7/16/2014 | 9:31:33 | 22025843K | 2062135 | Abdominal & Pelvic Aorta CTA | Addendum(F) |
| | 7/16/2014 | 10:11:48 | 22028967K | 2663465 | Abdomen and Pelvis CT | Final |
| | 7/16/2014 | 10:17:07 | 22028834K | 530658 | Abdomen and Pelvis CT | Final |
| | 7/16/2014 | 11:43:05 | 22029458K | 1800671 | Pulmonary Artery CTA | Final |
| | 7/16/2014 | 11:47:07 | 22029620K | 2225602 | Chest XR | Final |
| | 7/16/2014 | 11:57:11 | 22029672K | 172026 | Chest XR | Final |
| | 7/16/2014 | 11:58:01 | 22029790K | 2524690 | Cervical Spine XR | Final |
| | 7/16/2014 | 11:59:28 | 22029802K | 1763201 | Chest XR | Final |
| | 7/16/2014 | 12:01:34 | 22029661K | 1832515 | Cervical Spine XR | Final |

Radiologist Daily Productivity Detail

From **Jul 1, 2014**   To **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/16/2014 | 12:12:54 | 22013779K | 2605406 | Tibia and Fibula XR | Final |
| | 7/16/2014 | 13:20:12 | 22030200K | 1826902 | Head CT | Final |
| | 7/16/2014 | 13:53:27 | 22030436K | 1389814 | Pelvis CT | Final |
| | 7/16/2014 | 13:53:51 | 22030414K | 2075093 | Femur XR | Final |
| | 7/16/2014 | 13:54:21 | 22030453K | 2157074 | Cervical Spine XR | Final |
| | 7/16/2014 | 13:55:53 | 22030569K | 1786932 | Shoulder XR | Final |
| | 7/16/2014 | 14:10:56 | 22030611K | 1842007 | Chest XR | Final |
| | 7/16/2014 | 14:37:48 | 22030787K | 2665370 | Foot XR | Final |
| | 7/16/2014 | 15:53:07 | 22031198K | 1994360 | Head CT | Final |
| | 7/16/2014 | 15:56:14 | 22031199K | 1994360 | Cervical Spine CT | Final |
| | 7/16/2014 | 16:11:25 | 22031227K | 2417553 | Abdomen and Pelvis CT | Addendum(F) |
| | 7/16/2014 | 16:16:36 | 22031335K | 2451891 | Abdomen and Pelvis CT | Final |
| | 7/16/2014 | 16:17:56 | 22031354K | 1832515 | Cervical Spine XR | Final |
| | 7/16/2014 | 16:19:32 | 22031292K | 1887139 | Elbow XR | Final |
| | 7/16/2014 | 16:19:48 | 22031291K | 1887139 | Chest XR | Final |
| | 7/16/2014 | 16:27:37 | 22029247K | 1774652 | Head CT | Final |
| | 7/16/2014 | 16:29:06 | 22029691K | 2079874 | Head CT | Final |
| | 7/16/2014 | 16:29:34 | 22031530K | 2406605 | Head CT | Final |
| | 7/16/2014 | 17:06:06 | 22031506K | 2392830 | Elbow XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000810