# 15

(Part II)

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To  **Aug 8, 2014**

| Radiologist Name | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 7/16/2014 | 17:06:21 | 22031509K | 2392830 | Forearm XR | Final |
| | | 7/16/2014 | 17:08:03 | 22031507K | 2392830 | Humerus XR | Final |
| **7/17/2014** | **6** | **Reading Date** | **Reading Time** | **Accession** | **MR#** | **Procedure** | **Status** |
| | | 7/17/2014 | 8:42:23 | 22033437K | 2665409 | Head CT | Final |
| | | 7/17/2014 | 10:40:21 | 22033897K | 1568587 | Shoulder XR | Final |
| | | 7/17/2014 | 10:47:56 | 22033952K | 2665444 | Shoulder XR | Final |
| | | 7/17/2014 | 10:53:40 | 22034012K | 2665426 | Elbow XR | Final |
| | | 7/17/2014 | 17:04:28 | 22036183K | 2524939 | Chest XR | Final |
| | | 7/17/2014 | 17:10:35 | 22035913K | 585040 | Lower Extremity CT | Final |
| **7/21/2014** | **110** | **Reading Date** | **Reading Time** | **Accession** | **MR#** | **Procedure** | **Status** |
| | | 7/21/2014 | 8:55:07 | 22045431K | 2414897 | Chest XR | Final |
| | | 7/21/2014 | 8:58:25 | 22045327K | 1581239 | Lumbar Spine XR | Final |
| | | 7/21/2014 | 9:00:30 | 22045083K | 2233861 | Chest XR | Final |
| | | 7/21/2014 | 9:33:10 | 22044857K | 117809 | Chest XR | Final |
| | | 7/21/2014 | 9:33:47 | 22044882K | 2286294 | Chest XR | Final |
| | | 7/21/2014 | 9:38:56 | 22044820K | 325250 | Chest XR | Final |
| | | 7/21/2014 | 9:46:57 | 22044702K | 2424268 | Foot XR | Final |
| | | 7/21/2014 | 9:51:46 | 22045262K | 1663641 | Abdomen and Pelvis CT | Final |
| | | 7/21/2014 | 9:59:06 | 22045261K | 1663641 | Chest CT | Final |

HHC_ESI_000811

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

| Radiologist Name | | | | | |
|---|---|---|---|---|---|
| Exam Count | | | | | |
| 7/21/2014 | 10:00:11 | 22045409K | 515509 | Chest XR | Final |
| 7/21/2014 | 10:15:23 | 22045187K | 69897 | Abdomen and Pelvis CT | Final |
| 7/21/2014 | 10:30:51 | 22045779K | 2038844 | Facial Bones CT | Final |
| 7/21/2014 | 11:00:50 | 22045719K | 1767272 | Facial Bones CT | Addendum(F) |
| 7/21/2014 | 11:14:19 | 22045721K | 1767272 | Cervical Spine CT | Final |
| 7/21/2014 | 11:28:31 | 22046101K | 1180717 | Head CT | Final |
| 7/21/2014 | 11:29:55 | 22046023K | 1180717 | Chest XR | Final |
| 7/21/2014 | 11:31:39 | 22045720K | 1767272 | Head CT | Final |
| 7/21/2014 | 11:37:27 | 22045405K | 2389259 | Chest CT | Final |
| 7/21/2014 | 11:38:47 | 22045687K | 2644576 | Chest XR | Final |
| 7/21/2014 | 11:43:38 | 22045761K | 2426265 | Chest XR | Final |
| 7/21/2014 | 11:55:02 | 22045570K | 2122766 | Knee XR | Final |
| 7/21/2014 | 11:55:44 | 22045571K | 2122766 | Lumbar Spine XR | Final |
| 7/21/2014 | 12:03:13 | 22045951K | 2206462 | Abdomen and Pelvis CT | Final |
| 7/21/2014 | 12:03:43 | 22045697K | 2340427 | Knee XR | Final |
| 7/21/2014 | 12:04:06 | 22045804K | 2231506 | Chest XR | Final |
| 7/21/2014 | 12:05:16 | 22045989K | 2300779 | Chest XR | Final |
| 7/21/2014 | 12:06:24 | 22045800K | 1021279 | Chest XR | Final |
| 7/21/2014 | 12:07:28 | 22045802K | 1021279 | Ribs XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000812

Radiologist Daily Productivity Detail

From Jul 1, 2014    To   Aug 8, 2014

Radiologist Name

Exam
Count

| | | | | | |
|---|---|---|---|---|---|
| 7/21/2014 | 12:09:54 | 22046254K | 2222087 | Lumbar Spine XR | Final |
| 7/21/2014 | 12:10:58 | 22046251K | 2222087 | Thoracic Spine XR | Final |
| 7/21/2014 | 12:20:45 | 22046506K | 2665829 | Abdomen and Pelvis CT | Final |
| 7/21/2014 | 12:21:41 | 22045186K | 69897 | Chest CT | Addendum(F) |
| 7/21/2014 | 12:27:01 | 22046411K | 2622137 | Chest CT | Final |
| 7/21/2014 | 12:29:16 | 22046086K | 1954208 | Hand XR | Final |
| 7/21/2014 | 12:29:25 | 22046085K | 1954208 | Finger XR | Final |
| 7/21/2014 | 12:32:53 | 22046162K | 1431237 | Foot XR | Final |
| 7/21/2014 | 12:35:37 | 22046277K | 2665841 | Chest XR | Final |
| 7/21/2014 | 12:37:46 | 22046220K | 2665849 | Knee XR | Final |
| 7/21/2014 | 12:38:43 | 22046221K | 2665849 | Hip XR | Final |
| 7/21/2014 | 12:39:24 | 22046302K | 1444936 | Chest XR | Final |
| 7/21/2014 | 12:41:49 | 22046353K | 2657460 | Elbow XR | Final |
| 7/21/2014 | 12:41:56 | 22046355K | 2657460 | Forearm XR | Final |
| 7/21/2014 | 12:42:04 | 22046356K | 2657460 | Wrist XR | Final |
| 7/21/2014 | 12:42:11 | 22046354K | 2657460 | Humerus XR | Final |
| 7/21/2014 | 12:43:10 | 22046444K | 898092 | Chest XR | Final |
| 7/21/2014 | 12:43:51 | 22046479K | 2037103 | Shoulder XR | Final |
| 7/21/2014 | 12:44:15 | 22046512K | 1487041 | Chest XR | Final |

HHC_ESI_000813

Radiologist Daily Productivity Detail

From Jul 1, 2014    To  Aug 8, 2014

| Radiologist Name | | Exam Count | | | | |
|---|---|---|---|---|---|---|
| | 7/21/2014 | 12:44:52 | 22046526K | 1638187 | Chest XR | Final |
| | 7/21/2014 | 12:52:11 | 22046598K | 52993 | Hip XR | Final |
| | 7/21/2014 | 12:55:39 | 22046586K | 2665879 | Finger XR | Final |
| | 7/21/2014 | 12:55:46 | 22046587K | 2665879 | Forearm XR | Final |
| | 7/21/2014 | 12:55:53 | 22046583K | 2665879 | Wrist XR | Final |
| | 7/21/2014 | 12:56:01 | 22046585K | 2665879 | Hand XR | Final |
| | 7/21/2014 | 12:56:07 | 22046582K | 2665879 | Chest XR | Final |
| | 7/21/2014 | 12:59:29 | 22044349K | 2304921 | Thoracic Aorta CTA | Final |
| | 7/21/2014 | 13:00:51 | 22046828K | 2419628 | Head CT | Final |
| | 7/21/2014 | 13:03:12 | 22046829K | 2419628 | Facial Bones CT | Final |
| | 7/21/2014 | 13:06:10 | 22046830K | 2419628 | Cervical Spine CT | Final |
| | 7/21/2014 | 13:15:58 | 22046793K | 2190682 | Head CT | Final |
| | 7/21/2014 | 13:16:31 | 22046751K | 2190682 | Chest XR | Final |
| | 7/21/2014 | 13:17:40 | 22046771K | 1846928 | Humerus XR | Final |
| | 7/21/2014 | 13:20:45 | 22046866K | 1899283 | Chest XR | Final |
| | 7/21/2014 | 13:21:33 | 22046906K | 2469697 | Hand XR | Final |
| | 7/21/2014 | 13:21:53 | 22046895K | 2442065 | Pelvis XR | Final |
| | 7/21/2014 | 13:22:21 | 22046896K | 2442065 | Chest XR | Final |
| | 7/21/2014 | 13:22:50 | 22046968K | 2665866 | Chest XR | Final |

HHC_ESI_000814

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/21/2014 | 13:23:31 | 22046999K | 2188167 | Chest XR | Final |
| | 7/21/2014 | 13:28:05 | 22047091K | 2665881 | Cervical Spine CT | Final |
| | 7/21/2014 | 13:28:59 | 22047088K | 1790211 | Knee XR | Final |
| | 7/21/2014 | 13:46:27 | 22046931K | 2206462 | Chest XR | Final |
| | 7/21/2014 | 13:47:42 | 22047141K | 856395 | Head CT | Final |
| | 7/21/2014 | 13:49:40 | 22047150K | 2657460 | Elbow XR | Final |
| | 7/21/2014 | 13:50:20 | 22047115K | 2657460 | Forearm XR | Final |
| | 7/21/2014 | 13:50:28 | 22047114K | 2657460 | Shoulder XR | Final |
| | 7/21/2014 | 14:51:59 | 22047420K | 1899283 | Chest XR | Final |
| | 7/21/2014 | 14:55:22 | 22047396K | 2665869 | Head CT | Final |
| | 7/21/2014 | 14:56:21 | 22046222K | 2665818 | Head CT | Final |
| | 7/21/2014 | 15:03:06 | 22047426K | 2188167 | Chest XR | Final |
| | 7/21/2014 | 15:36:27 | 22047474K | 2107400 | Chest XR | Final |
| | 7/21/2014 | 15:37:08 | 22047491K | 2665866 | Chest XR | Final |
| | 7/21/2014 | 15:48:01 | 22045886K | 2612446 | Abdomen and Pelvis CT | Final |
| | 7/21/2014 | 15:54:48 | 22047143K | 856395 | Extracranial/Cervical Carotid | Final |
| | 7/21/2014 | 15:55:41 | 22047142K | 856395 | Cervical Spine CT | Final |
| | 7/21/2014 | 15:56:43 | 22047382K | 1975929 | Chest XR | Final |
| | 7/21/2014 | 15:57:13 | 22047435K | 273366 | Chest XR | Final |

HHC_ESI_000815

Radiologist Daily Productivity Detail

From Jul 1, 2014    To   Aug 8, 2014

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/21/2014 | 16:05:45 | 22041320K | 1365174 | Abdomen MRI | Final |
| | 7/21/2014 | 16:34:36 | 22044421K | 1564383 | Abdomen MRI | Final |
| | 7/21/2014 | 16:41:50 | 22047749K | 1416193 | Chest XR | Final |
| | 7/21/2014 | 16:42:58 | 22048030K | 1447471 | Head CT | Final |
| | 7/21/2014 | 16:45:11 | 22047859K | 2665866 | Head CT | Final |
| | 7/21/2014 | 16:46:57 | 22047312K | 1444936 | Abdomen and Pelvis CT | Final |
| | 7/21/2014 | 16:47:57 | 22047316K | 2305068 | Foot XR | Final |
| | 7/21/2014 | 16:48:17 | 22047315K | 2305068 | Ankle XR | Final |
| | 7/21/2014 | 16:48:23 | 22047314K | 2305068 | Tibia and Fibula XR | Final |
| | 7/21/2014 | 16:49:51 | 22047253K | 2611220 | Hip XR | Final |
| | 7/21/2014 | 16:50:29 | 22047464K | 187998 | Knee XR | Final |
| | 7/21/2014 | 16:51:17 | 22047546K | 2390581 | Chest XR | Final |
| | 7/21/2014 | 17:03:11 | 22047455K | 1723245 | Abdomen MRI | Final |
| | 7/21/2014 | 17:04:44 | 22048401K | 2394894 | Head CT | Final |
| | 7/21/2014 | 17:16:47 | 22048349K | 1975929 | Abdomen and Pelvis CT | Final |
| | 7/21/2014 | 17:17:35 | 22048116K | 2419628 | Forearm XR | Final |
| | 7/21/2014 | 17:18:06 | 22047942K | 2419628 | Wrist XR | Final |
| | 7/21/2014 | 17:19:18 | 22048299K | 2331786 | Tibia and Fibula XR | Final |
| | 7/21/2014 | 17:21:05 | 22047534K | 1488236 | Foot XR | Final |

HHC_ESI_000816

Radiologist Daily Productivity Detail

From **Jul 1, 2014**   To   **Aug 8, 2014**

Radiologist Name

| | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 7/21/2014 | 17:21:32 | 22047535K | 1488236 | Tibia and Fibula XR | Final |
| | | 7/21/2014 | 17:22:01 | 22047533K | 1488236 | Ankle XR | Final |
| | | 7/21/2014 | 17:23:51 | 22047633K | 2665886 | Foot XR | Final |
| | | 7/21/2014 | 17:24:00 | 22047634K | 2665886 | Tibia and Fibula XR | Final |
| | | 7/21/2014 | 17:24:06 | 22047632K | 2665886 | Ankle XR | Final |
| | | 7/21/2014 | 17:26:40 | 22048484K | 2665901 | Facial Bones CT | Final |
| 7/22/2014 | 89 | | | | | | |
| | | 7/22/2014 | 9:14:03 | 22050299K | 787620 | Chest XR | Final |
| | | 7/22/2014 | 9:25:09 | 22049807K | 2323918 | Chest XR | Final |
| | | 7/22/2014 | 9:30:29 | 22050075K | 2009700 | Neck CT | Final |
| | | 7/22/2014 | 9:32:35 | 22049762K | 2009700 | Neck Soft Tissue XR | Final |
| | | 7/22/2014 | 9:38:02 | 22046352K | 2108295 | Chest XR | Final |
| | | 7/22/2014 | 10:05:26 | 22046054K | 2462933 | Abdomen and Pelvis CT | Final |
| | | 7/22/2014 | 10:05:54 | 22045565K | 2462933 | Chest XR | Final |
| | | 7/22/2014 | 10:06:29 | 22050391K | 2653550 | Cervical Spine XR | Final |
| | | 7/22/2014 | 10:22:33 | 22046108K | 1806238 | Abdomen and Pelvis CT | Final |
| | | 7/22/2014 | 10:24:45 | 22050329K | 15111 | Chest XR | Final |
| | | 7/22/2014 | 10:28:50 | 22050330K | 15111 | Tibia and Fibula XR | Final |
| | | 7/22/2014 | 10:43:40 | 22045723K | 2014455 | Abdomen and Pelvis CT | Final |

HHC_ESI_000817

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

Radiologist Name

| | Exam Count | | | | |
|---|---|---|---|---|---|
| 7/22/2014 | 11:06:55 | 22050672K | 2149369 | Foot XR | Final |
| 7/22/2014 | 11:08:19 | 22050763K | 2333762 | Chest XR | Final |
| 7/22/2014 | 11:09:31 | 22050773K | 2333762 | Pelvis XR | Final |
| 7/22/2014 | 11:13:55 | 22050781K | 2333762 | Head CT | Final |
| 7/22/2014 | 11:15:23 | 22050783K | 2333762 | Cervical Spine CT | Final |
| 7/22/2014 | 11:16:01 | 22050813K | 1729456 | Foot XR | Final |
| 7/22/2014 | 11:16:10 | 22050812K | 1729456 | Ankle XR | Final |
| 7/22/2014 | 11:17:27 | 22050541K | 2119351 | Knee XR | Final |
| 7/22/2014 | 11:17:53 | 22050165K | 2649057 | Chest XR | Final |
| 7/22/2014 | 11:18:54 | 22050720K | 2402871 | Chest XR | Final |
| 7/22/2014 | 11:20:41 | 22050704K | 2588799 | Head CT | Final |
| 7/22/2014 | 11:21:25 | 22050703K | 2588799 | Head CT | Final |
| 7/22/2014 | 11:29:28 | 22051197K | 2381467 | Head CT | Final |
| 7/22/2014 | 11:32:23 | 22051078K | 532454 | Abdomen and Pelvis CT | Final |
| 7/22/2014 | 11:32:46 | 22051286K | 2666001 | Ankle XR | Final |
| 7/22/2014 | 11:33:13 | 22051298K | 2211390 | Chest XR | Final |
| 7/22/2014 | 11:34:34 | 22050785K | 1453217 | Tibia and Fibula XR | Final |
| 7/22/2014 | 11:34:45 | 22051036K | 2665977 | Chest XR | Final |
| 7/22/2014 | 12:15:49 | 22049468K | 1416193 | Pulmonary Artery CTA | Final |

JK · Data Source: TalkTech dictation system

HHC_ESI_000818

Radiologist Daily Productivity Detail

From **Jul 1, 2014**   To   **Aug 8, 2014**

| Radiologist Name | | Exam Count | | | | |
|---|---|---|---|---|---|---|
| | 7/22/2014 | 13:17:29 | 22051938K | 1058825 | Pulmonary Artery CTA | Final |
| | 7/22/2014 | 13:20:15 | 22052311K | 2666028 | Head CT | Final |
| | 7/22/2014 | 13:31:55 | 22052165K | 308084 | Pulmonary Artery CTA | Final |
| | 7/22/2014 | 13:32:20 | 22051593K | 1633801 | Elbow XR | Final |
| | 7/22/2014 | 13:32:48 | 22051592K | 1633801 | Forearm XR | Final |
| | 7/22/2014 | 13:33:03 | 22051591K | 1633801 | Wrist XR | Final |
| | 7/22/2014 | 13:33:45 | 22051598K | 2413835 | Shoulder XR | Final |
| | 7/22/2014 | 13:36:01 | 22051988K | 1490205 | Femur XR | Final |
| | 7/22/2014 | 13:36:07 | 22051839K | 1490205 | Knee XR | Final |
| | 7/22/2014 | 13:36:38 | 22051606K | 2009622 | Femur XR | Final |
| | 7/22/2014 | 13:37:15 | 22051604K | 2009622 | Hip XR | Final |
| | 7/22/2014 | 13:37:32 | 22051605K | 2009622 | Pelvis XR | Final |
| | 7/22/2014 | 13:40:25 | 22052099K | 1009283 | Toe XR | Final |
| | 7/22/2014 | 13:41:23 | 22052098K | 1009283 | Foot XR | Final |
| | 7/22/2014 | 13:41:35 | 22052094K | 1009283 | Elbow XR | Final |
| | 7/22/2014 | 13:41:54 | 22052095K | 1009283 | Forearm XR | Final |
| | 7/22/2014 | 13:43:38 | 22052097K | 1009283 | Wrist XR | Final |
| | 7/22/2014 | 13:44:19 | 22052096K | 1009283 | Hand XR | Final |
| | 7/22/2014 | 14:01:34 | 22052518K | 1133624 | Head CT | Final |

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To  **Aug 8, 2014**

| Radiologist Name | | Exam Count | | | | |
|---|---|---|---|---|---|---|
| | 7/22/2014 | 14:07:39 | 22052519K | 1133624 | Cervical Spine CT | Final |
| | 7/22/2014 | 14:15:37 | 22052523K | 1133624 | Thoracic Spine CT | Final |
| | 7/22/2014 | 14:16:28 | 22052524K | 1133624 | Lumbar Spine CT | Final |
| | 7/22/2014 | 14:17:37 | 22052554K | 1133624 | Pelvis XR | Final |
| | 7/22/2014 | 14:17:52 | 22052553K | 1133624 | Chest XR | Final |
| | 7/22/2014 | 14:35:15 | 22052522K | 1133624 | Chest CT | Final |
| | 7/22/2014 | 14:36:53 | 22052520K | 1133624 | Abdomen and Pelvis CT | Final |
| | 7/22/2014 | 14:47:19 | 22052718K | 2664247 | Abdomen and Pelvis CT | Final |
| | 7/22/2014 | 14:48:27 | 22052768K | 2666005 | Head CT | Final |
| | 7/22/2014 | 15:03:27 | 22052743K | 2650574 | Abdomen and Pelvis CT | Final |
| | 7/22/2014 | 15:11:02 | 22051599K | 1224231 | Abdomen and Pelvis CT | Final |
| | 7/22/2014 | 15:19:46 | 22050585K | 1838367 | Abdomen and Pelvis CT | Final |
| | 7/22/2014 | 15:36:46 | 22051073K | 2038226 | Abdomen and Pelvis CT | Final |
| | 7/22/2014 | 15:42:50 | 22050677K | 2095123 | Abdomen and Pelvis CT | Final |
| | 7/22/2014 | 15:50:00 | 22046229K | 2441608 | Abdomen and Pelvis CT | Final |
| | 7/22/2014 | 15:55:35 | 22052984K | 2101429 | Abdomen and Pelvis CT | Final |
| | 7/22/2014 | 16:02:22 | 22040974K | 2080083 | Abdomen MRI | Final |
| | 7/22/2014 | 16:16:02 | 22050969K | 1666367 | Abdomen MRI | Final |
| | 7/22/2014 | 16:22:05 | 22045307K | 2266084 | Abdomen MRI | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000820

Radiologist Daily Productivity Detail

From **Jul 1, 2014**   To   **Aug 8, 2014**

| Radiologist Name | | | | | |
|---|---|---|---|---|---|
| | Exam Count | | | | |
| | | 7/22/2014 | 16:30:16 | 22050968K | 969076 | Abdomen MRI | Final |
| | | 7/22/2014 | 16:40:55 | 22053127K | 2665996 | Abdomen and Pelvis CT | Final |
| | | 7/22/2014 | 16:44:28 | 22053327K | 2512237 | Head CT | Final |
| | | 7/22/2014 | 16:45:27 | 22053268K | 2095450 | Chest XR | Final |
| | | 7/22/2014 | 16:47:15 | 22052933K | 2323918 | Chest XR | Final |
| | | 7/22/2014 | 16:51:28 | 22052837K | 2270572 | Chest XR | Final |
| | | 7/22/2014 | 16:52:00 | 22052555K | 1039764 | Chest XR | Final |
| | | 7/22/2014 | 16:52:56 | 22051586K | 1791901 | Foot XR | Final |
| | | 7/22/2014 | 16:53:28 | 22052855K | 2512237 | Lumbar Spine XR | Final |
| | | 7/22/2014 | 16:53:44 | 22052771K | 2126286 | Chest XR | Final |
| | | 7/22/2014 | 16:54:10 | 22052981K | 2170811 | Shoulder XR | Final |
| | | 7/22/2014 | 16:54:30 | 22053250K | 2386854 | Chest XR | Final |
| | | 7/22/2014 | 17:05:19 | 22053251K | 1472370 | Chest XR | Final |
| | | 7/22/2014 | 17:12:28 | 22052928K | 2636617 | Chest XR | Final |
| | | 7/22/2014 | 17:12:49 | 22052657K | 2666028 | Pelvis XR | Final |
| | | 7/22/2014 | 17:14:00 | 22052446K | 1862466 | Femur XR | Final |
| | | 7/22/2014 | 17:14:04 | 22052447K | 1862466 | Knee XR | Final |
| | | 7/22/2014 | 17:14:06 | 22052448K | 1862466 | Ankle XR | Final |
| | | 7/22/2014 | 17:14:49 | 22052867K | 1239154 | Chest XR | Final |

HHC_ESI_000821

Radiologist Daily Productivity Detail

From Jul 1, 2014   To   Aug 8, 2014

| Radiologist Name | Exam Count | | | | | | Status |
|---|---|---|---|---|---|---|---|
| | | 7/22/2014 | 17:15:20 | 22052773K | 1617251 | Chest XR | Final |
| 7/23/2014 | 61 | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
| | | 7/23/2014 | 8:35:48 | 22055253K | 2655513 | Ribs XR | Final |
| | | 7/23/2014 | 8:36:17 | 22055297K | 1694462 | Hip XR | Final |
| | | 7/23/2014 | 8:37:08 | 22055251K | 2655513 | Chest XR | Final |
| | | 7/23/2014 | 10:53:22 | 22056085K | 2666107 | Head CT | Final |
| | | 7/23/2014 | 11:07:42 | 22055556K | 2666093 | Facial Bones CT | Final |
| | | 7/23/2014 | 11:14:06 | 22055995K | 2666096 | Chest CT | Final |
| | | 7/23/2014 | 11:15:24 | 22055520K | 2666096 | Chest XR | Final |
| | | 7/23/2014 | 11:22:22 | 22055661K | 1905270 | Lumbar Spine CT | Final |
| | | 7/23/2014 | 11:22:33 | 22055662K | 1905270 | Thoracic Spine CT | Final |
| | | 7/23/2014 | 11:36:35 | 22056161K | 1856650 | Shoulder XR | Final |
| | | 7/23/2014 | 11:37:47 | 22055481K | 2666106 | Knee XR | Final |
| | | 7/23/2014 | 11:40:40 | 22055462K | 2666106 | Femur XR | Final |
| | | 7/23/2014 | 11:40:49 | 22055461K | 2666106 | Hip XR | Final |
| | | 7/23/2014 | 11:49:32 | 22055837K | 1902738 | Lumbar Spine XR | Final |
| | | 7/23/2014 | 11:49:54 | 22055836K | 1902738 | Knee XR | Final |
| | | 7/23/2014 | 11:54:38 | 22056258K | 2298452 | Chest CT | Final |
| | | 7/23/2014 | 11:56:47 | 22056482K | 1583304 | Head CT | Final |

HHC_ESI_000822

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/23/2014 | 12:03:26 | 22056529K | 2292649 | Head CT | Final |
| | 7/23/2014 | 12:03:59 | 22056451K | 1630478 | Clavicle XR | Final |
| | 7/23/2014 | 12:04:18 | 22056449K | 1630478 | Shoulder XR | Final |
| | 7/23/2014 | 13:25:24 | 22057032K | 2482699 | Abdomen and Pelvis CT | Final |
| | 7/23/2014 | 13:47:43 | 22056870K | 2666096 | Chest CT | Final |
| | 7/23/2014 | 14:20:32 | 22056822K | 2156433 | Chest XR | Final |
| | 7/23/2014 | 14:29:27 | 22056781K | 1829414 | Head CT | Final |
| | 7/23/2014 | 14:31:28 | 22056162K | 1970841 | Head CT | Final |
| | 7/23/2014 | 14:31:57 | 22056842K | 3315457 | Chest XR | Final |
| | 7/23/2014 | 14:33:32 | 22054783K | 53461 | Ankle XR | Final |
| | 7/23/2014 | 14:33:56 | 22056801K | 2320894 | Chest XR | Final |
| | 7/23/2014 | 15:31:03 | 22057506K | 453021 | Abdomen and Pelvis CT | Final |
| | 7/23/2014 | 15:44:39 | 22057658K | 3045154 | Chest XR | Final |
| | 7/23/2014 | 15:46:25 | 22057636K | 1843403 | Foot XR | Final |
| | 7/23/2014 | 15:46:41 | 22057637K | 1843403 | Tibia and Fibula XR | Final |
| | 7/23/2014 | 15:47:02 | 22057633K | 1843403 | Ankle XR | Final |
| | 7/23/2014 | 15:48:42 | 22057008K | 2564620 | Chest XR | Final |
| | 7/23/2014 | 15:49:20 | 22057288K | 2666164 | Chest XR | Final |
| | 7/23/2014 | 15:51:05 | 22057246K | 2466104 | Chest XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000823

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 7/23/2014 | 15:53:22 | 22057158K | 2047914 | Foot XR | Final |
| | 7/23/2014 | 15:55:42 | 22057711K | 2666141 | Head CT | Final |
| | 7/23/2014 | 15:58:54 | 22057361K | 2437085 | Head CT | Final |
| | 7/23/2014 | 15:59:42 | 22056818K | 2116996 | Foot XR | Final |
| | 7/23/2014 | 15:59:44 | 22056817K | 2116996 | Ankle XR | Final |
| | 7/23/2014 | 16:00:18 | 22056907K | 1009283 | Hand XR | Final |
| | 7/23/2014 | 16:00:32 | 22057203K | 1009283 | Hand XR | Final |
| | 7/23/2014 | 16:01:56 | 22057412K | 2666143 | Head CT | Final |
| | 7/23/2014 | 16:02:53 | 22057090K | 2339068 | Lumbar Spine XR | Final |
| | 7/23/2014 | 16:03:19 | 22057322K | 2666161 | Wrist XR | Final |
| | 7/23/2014 | 16:05:20 | 22056719K | 2207827 | Finger XR | Final |
| | 7/23/2014 | 16:06:02 | 22057056K | 2207827 | Hand XR | Final |
| | 7/23/2014 | 16:06:08 | 22057055K | 2207827 | Wrist XR | Final |
| | 7/23/2014 | 16:06:37 | 22057342K | 1771797 | Pelvis XR | Final |
| | 7/23/2014 | 16:07:21 | 22057584K | 2358907 | Ribs XR | Final |
| | 7/23/2014 | 17:19:56 | 22058199K | 2666166 | Chest XR | Final |
| | 7/23/2014 | 17:21:53 | 22058184K | 2517934 | Pelvis XR | Final |
| | 7/23/2014 | 17:22:23 | 22058206K | 784155 | Hip XR | Final |
| | 7/23/2014 | 17:23:08 | 22058207K | 784155 | Pelvis XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000824

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

| Radiologist Name | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 7/23/2014 | 17:23:29 | 22058257K | 2405790 | Chest XR | Final |
| | | 7/23/2014 | 17:24:07 | 22058121K | 357341 | Lumbar Spine XR | Final |
| | | 7/23/2014 | 17:24:27 | 22058279K | 1009283 | Chest XR | Final |
| | | 7/23/2014 | 17:25:31 | 22058265K | 2666159 | Foot XR | Addendum(F) |
| | | 7/23/2014 | 17:25:46 | 22058345K | 2302350 | Chest XR | Final |
| | | 7/23/2014 | 17:28:26 | 22058262K | 1963399 | Toe XR | Final |
| 7/24/2014 | 56 | 7/24/2014 | 8:46:36 | 22059542K | 1983964 | Chest XR | Final |
| | | 7/24/2014 | 8:47:17 | 22059792K | 2452099 | Knee XR | Final |
| | | 7/24/2014 | 8:48:04 | 22059799K | 3056834 | Foot XR | Final |
| | | 7/24/2014 | 8:48:20 | 22059800K | 3056834 | Ankle XR | Final |
| | | 7/24/2014 | 8:51:47 | 22059771K | 1618823 | Chest XR | Final |
| | | 7/24/2014 | 8:52:20 | 22059533K | 1208824 | Toe XR | Final |
| | | 7/24/2014 | 8:52:39 | 22059697K | 1898516 | Chest XR | Final |
| | | 7/24/2014 | 8:53:32 | 22059759K | 920945 | Head CT | Final |
| | | 7/24/2014 | 8:54:05 | 22059802K | 920945 | Chest XR | Final |
| | | 7/24/2014 | 8:54:35 | 22059678K | 551915 | Chest XR | Final |
| | | 7/24/2014 | 9:02:31 | 22059578K | 138420 | Chest CT | Final |
| | | 7/24/2014 | 9:10:31 | 22059741K | 1716426 | Thoracic Spine XR | Final |

HHC_ESI_000825

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 7/24/2014 | 9:45:26 | 22059524K | 2663285 | Chest XR | Final |
| | 7/24/2014 | 9:46:00 | 22059171K | 2377503 | Chest XR | Final |
| | 7/24/2014 | 9:46:32 | 22059344K | 2215331 | Knee XR | Final |
| | 7/24/2014 | 9:46:50 | 22059307K | 121652 | Chest XR | Final |
| | 7/24/2014 | 9:48:31 | 22059835K | 2445518 | Chest XR | Final |
| | 7/24/2014 | 9:53:27 | 22059852K | 1700632 | Knee XR | Final |
| | 7/24/2014 | 9:54:26 | 22059636K | 2666228 | Chest XR | Final |
| | 7/24/2014 | 11:29:46 | 22059576K | 138420 | Cervical Spine CT | Final |
| | 7/24/2014 | 11:33:12 | 22060488K | 138420 | Thoracic Spine CT | Final |
| | 7/24/2014 | 11:37:17 | 22060489K | 138420 | Lumbar Spine CT | Final |
| | 7/24/2014 | 12:02:54 | 22060502K | 138420 | Pelvis CT | Final |
| | 7/24/2014 | 12:28:56 | 22059988K | 2666228 | Abdomen and Pelvis CT | Final |
| | 7/24/2014 | 12:31:09 | 22059575K | 138420 | Facial Bones CT | Final |
| | 7/24/2014 | 12:31:56 | 22059977K | 1839392 | Chest XR | Final |
| | 7/24/2014 | 12:32:22 | 22060518K | 2026429 | Chest XR | Final |
| | 7/24/2014 | 12:33:12 | 22060808K | 2026429 | Head CT | Final |
| | 7/24/2014 | 12:33:30 | 22060435K | 327522 | Knee XR | Final |
| | 7/24/2014 | 12:33:50 | 22060746K | 2666247 | Hand XR | Final |
| | 7/24/2014 | 12:34:19 | 22060416K | 3011414 | Chest XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000826

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 7/24/2014 | 12:34:39 | 22060140K | 2459825 | Toe XR | Final |
| | 7/24/2014 | 12:39:51 | 22060291K | 2666244 | Foot XR | Final |
| | 7/24/2014 | 12:40:24 | 22060290K | 2666244 | Ankle XR | Final |
| | 7/24/2014 | 12:51:19 | 22060965K | 1832966 | Pulmonary Artery CTA | Final |
| | 7/24/2014 | 15:08:07 | 22061682K | 2666231 | Pulmonary Artery CTA | Final |
| | 7/24/2014 | 15:09:45 | 22061341K | 2599753 | Foot XR | Final |
| | 7/24/2014 | 15:11:01 | 22061570K | 2162995 | Thoracic Spine XR | Final |
| | 7/24/2014 | 15:11:32 | 22061569K | 2162995 | Knee XR | Final |
| | 7/24/2014 | 15:15:39 | 22061777K | 2657944 | Abdomen and Pelvis CT | Final |
| | 7/24/2014 | 15:23:41 | 22060984K | 2657944 | Chest XR | Final |
| | 7/24/2014 | 15:24:56 | 22059824K | 1757077 | Lumbar Spine XR | Final |
| | 7/24/2014 | 15:26:16 | 22059823K | 1757077 | Cervical Spine XR | Final |
| | 7/24/2014 | 15:27:58 | 22059825K | 1757077 | Thoracic Spine XR | Final |
| | 7/24/2014 | 15:29:44 | 22061459K | 2327626 | Head CT | Final |
| | 7/24/2014 | 16:12:26 | 22061556K | 2661484 | Abdomen XR | Final |
| | 7/24/2014 | 16:17:19 | 22061288K | 2666236 | Ankle XR | Final |
| | 7/24/2014 | 16:18:05 | 22061806K | 3022968 | Ribs XR | Final |
| | 7/24/2014 | 16:18:54 | 22060924K | 2625372 | Chest XR | Final |
| | 7/24/2014 | 16:22:01 | 22061447K | 139296 | Hand XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000827

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 7/24/2014 | 16:23:11 | 22061446K | 139296 | Wrist XR | Addendum(F) |
| | | 7/24/2014 | 16:24:06 | 22061482K | 2666238 | Head CT | Final |
| | | 7/24/2014 | 16:42:06 | 22062342K | 306141 | Knee XR | Final |
| | | 7/24/2014 | 16:42:40 | 22062343K | 306141 | Ankle XR | Final |
| | | 7/24/2014 | 16:43:12 | 22062345K | 2666290 | Foot XR | Final |
| | | 7/24/2014 | 16:45:11 | 22062387K | 1683670 | Chest XR | Final |
| 7/25/2014 | 76 | 7/25/2014 | 9:37:27 | 22064253K | 597113 | Chest XR | Final |
| | | 7/25/2014 | 9:47:05 | 22064112K | 2666333 | Chest XR | Final |
| | | 7/25/2014 | 9:48:25 | 22064054K | 1521529 | Femur XR | Final |
| | | 7/25/2014 | 9:48:34 | 22064055K | 1521529 | Knee XR | Final |
| | | 7/25/2014 | 9:48:41 | 22064056K | 1521529 | Tibia and Fibula XR | Final |
| | | 7/25/2014 | 9:55:17 | 22064305K | 3065023 | Chest XR | Final |
| | | 7/25/2014 | 10:00:49 | 22063502K | 2653425 | Cervical Spine XR | Final |
| | | 7/25/2014 | 10:01:27 | 22063449K | 312337 | Chest XR | Final |
| | | 7/25/2014 | 10:02:42 | 22063454K | 312337 | Cervical Spine XR | Final |
| | | 7/25/2014 | 10:06:10 | 22063679K | 2666338 | Pelvis CT | Final |
| | | 7/25/2014 | 10:14:47 | 22063512K | 1442012 | Chest XR | Final |
| | | 7/25/2014 | 10:27:43 | 22063513K | 1442012 | Foot XR | Final |

HHC_ESI_000828

Radiologist Daily Productivity Detail

From Jul 1, 2014    To   Aug 8, 2014

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 7/25/2014 | 10:34:19 | 22063675K | 2336646 | Shoulder XR | Final |
| | 7/25/2014 | 10:35:10 | 22063878K | 2336646 | Wrist XR | Final |
| | 7/25/2014 | 10:35:42 | 22063877K | 2336646 | Hand XR | Final |
| | 7/25/2014 | 10:37:41 | 22063444K | 2656470 | Chest XR | Final |
| | 7/25/2014 | 10:38:14 | 22063506K | 2656470 | Hip XR | Final |
| | 7/25/2014 | 10:38:48 | 22063261K | 2343424 | Knee XR | Final |
| | 7/25/2014 | 10:39:01 | 22063260K | 2343424 | Hip XR | Final |
| | 7/25/2014 | 13:52:51 | 22065742K | 2353153 | Head CT | Final |
| | 7/25/2014 | 13:54:23 | 22065161K | 2056292 | Hand XR | Final |
| | 7/25/2014 | 13:55:14 | 22063699K | 1947047 | Tibia and Fibula XR | Final |
| | 7/25/2014 | 13:56:02 | 22063939K | 1539869 | Foot XR | Final |
| | 7/25/2014 | 13:56:49 | 22065085K | 2125232 | Foot XR | Final |
| | 7/25/2014 | 13:58:58 | 22064918K | 1888599 | Elbow XR | Final |
| | 7/25/2014 | 14:00:39 | 22065289K | 2580405 | Chest XR | Final |
| | 7/25/2014 | 14:01:06 | 22064991K | 353152 | Shoulder XR | Final |
| | 7/25/2014 | 14:01:53 | 22065106K | 1186033 | Femur XR | Final |
| | 7/25/2014 | 14:01:56 | 22065096K | 1186033 | Hip XR | Final |
| | 7/25/2014 | 14:01:58 | 22065107K | 1186033 | Pelvis XR | Final |
| | 7/25/2014 | 14:02:34 | 22064544K | 597113 | Chest XR | Final |

HHC_ESI_000829

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/25/2014 | 14:02:59 | 22065293K | 2590030 | Finger XR | Final |
| | 7/25/2014 | 14:03:19 | 22065087K | 2217570 | Foot XR | Final |
| | 7/25/2014 | 14:05:12 | 22065799K | 3300817 | Orbits CT | Final |
| | 7/25/2014 | 14:06:26 | 22065810K | 1303753 | Finger XR | Final |
| | 7/25/2014 | 14:07:23 | 22065689K | 3047281 | Wrist XR | Final |
| | 7/25/2014 | 14:07:31 | 22065688K | 3047281 | Hand XR | Final |
| | 7/25/2014 | 14:08:41 | 22065657K | 2098752 | Lumbar Spine XR | Final |
| | 7/25/2014 | 14:10:27 | 22056673K | 1534059 | Finger XR | Final |
| | 7/25/2014 | 14:10:35 | 22056671K | 1534059 | Hand XR | Final |
| | 7/25/2014 | 14:10:44 | 22056672K | 1534059 | Wrist XR | Final |
| | 7/25/2014 | 14:25:40 | 22065849K | 597113 | Pulmonary Artery CTA | Final |
| | 7/25/2014 | 14:50:08 | 22065961K | 1526258 | Head CT | Final |
| | 7/25/2014 | 14:52:18 | 22065962K | 1526258 | Cervical Spine CT | Final |
| | 7/25/2014 | 14:52:59 | 22065733K | 2056292 | Wrist XR | Final |
| | 7/25/2014 | 14:53:25 | 22065798K | 2666378 | Chest XR | Final |
| | 7/25/2014 | 14:54:17 | 22065669K | 1526258 | Pelvis XR | Final |
| | 7/25/2014 | 14:54:19 | 22065667K | 1526258 | Knee XR | Final |
| | 7/25/2014 | 14:54:22 | 22065666K | 1526258 | Ankle XR | Final |
| | 7/25/2014 | 14:54:49 | 22065585K | 1064604 | Knee XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000830

Radiologist Daily Productivity Detail

From Jul 1, 2014   To   Aug 8, 2014

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | | 7/25/2014 | 14:55:25 | 22065528K | 2132620 | Pelvis XR | Final |
| | | 7/25/2014 | 14:55:28 | 22065466K | 2132620 | Hip XR | Final |
| | | 7/25/2014 | 14:55:56 | 22066038K | 1858843 | Knee XR | Final |
| | | 7/25/2014 | 14:56:51 | 22065999K | 2155407 | Foot XR | Final |
| | | 7/25/2014 | 14:57:14 | 22065998K | 2155407 | Toe XR | Final |
| | | 7/25/2014 | 14:57:36 | 22065670K | 1526258 | Elbow XR | Final |
| | | 7/25/2014 | 14:59:39 | 22065882K | 2616876 | Abdomen XR | Final |
| | | 7/25/2014 | 15:01:00 | 22065881K | 2616876 | Chest XR | Final |
| | | 7/25/2014 | 15:01:29 | 22065813K | 3074006 | Knee XR | Final |
| | | 7/25/2014 | 15:01:43 | 22065814K | 3074006 | Femur XR | Final |
| | | 7/25/2014 | 15:02:46 | 22066099K | 1351494 | Chest XR | Final |
| | | 7/25/2014 | 15:03:19 | 22065771K | 244994 | Knee XR | Final |
| | | 7/25/2014 | 15:17:18 | 22065160K | 2056292 | Wrist XR | Addendum(F) |
| | | 7/25/2014 | 16:07:44 | 22064435K | 2666437 | Head CT | Final |
| | | 7/25/2014 | 16:08:41 | 22066266K | 2534417 | Lumbar Spine XR | Final |
| | | 7/25/2014 | 16:10:55 | 22063994K | 1901061 | Head CT | Final |
| | | 7/25/2014 | 16:11:23 | 22066227K | 3077150 | Wrist XR | Final |
| | | 7/25/2014 | 17:05:41 | 22066710K | 1664064 | Abdomen and Pelvis CT | Final |
| | | 7/25/2014 | 17:06:27 | 22066782K | 2056292 | Wrist XR | Final |

HHC_ESI_000831

Radiologist Daily Productivity Detail

From **Jul 1, 2014**   To   **Aug 8, 2014**

| Radiologist Name | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 7/25/2014 | 17:10:08 | 22066251K | 1689702 | Knee XR | Final |
| | | 7/25/2014 | 17:11:06 | 22066258K | 1689702 | Ankle XR | Final |
| | | 7/25/2014 | 17:11:19 | 22066257K | 1689702 | Tibia and Fibula XR | Final |
| | | 7/25/2014 | 17:11:50 | 22066254K | 1689702 | Femur XR | Final |
| | | 7/25/2014 | 17:11:58 | 22066255K | 1689702 | Hip XR | Final |
| | | 7/25/2014 | 17:12:05 | 22066253K | 1689702 | Clavicle XR | Final |
| | | 7/25/2014 | 17:12:12 | 22066250K | 1689702 | Shoulder XR | Final |
| 7/26/2014 | 156 | 7/26/2014 | 8:19:09 | 22067871K | 2666472 | Abdomen and Pelvis CT | Final |
| | | 7/26/2014 | 8:41:17 | 22067776K | 2518148 | Abdomen XR | Final |
| | | 7/26/2014 | 8:41:43 | 22067637K | 2666491 | Wrist XR | Final |
| | | 7/26/2014 | 8:43:47 | 22067817K | 2509010 | Chest XR | Final |
| | | 7/26/2014 | 8:45:02 | 22067512K | 2496475 | Wrist XR | Final |
| | | 7/26/2014 | 8:45:16 | 22067513K | 2496475 | Forearm XR | Final |
| | | 7/26/2014 | 8:45:30 | 22067514K | 2496475 | Elbow XR | Final |
| | | 7/26/2014 | 8:45:49 | 22067582K | 991415 | Finger XR | Final |
| | | 7/26/2014 | 8:47:56 | 22067807K | 3044553 | Tibia and Fibula XR | Final |
| | | 7/26/2014 | 8:48:00 | 22067806K | 3044553 | Knee XR | Final |
| | | 7/26/2014 | 8:48:08 | 22067821K | 3044553 | Femur XR | Final |

HHC_ESI_000832

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/26/2014 | 8:51:13 | 22067825K | 2206462 | Chest XR | Final |
| | 7/26/2014 | 8:51:47 | 22066917K | 1122290 | Chest XR | Final |
| | 7/26/2014 | 8:52:36 | 22067790K | 1475867 | Lumbar Spine XR | Final |
| | 7/26/2014 | 8:53:11 | 22067789K | 1475867 | Thoracic Spine XR | Final |
| | 7/26/2014 | 8:53:43 | 22067788K | 1475867 | Chest XR | Final |
| | 7/26/2014 | 9:00:32 | 22067774K | 2666487 | Shoulder XR | Final |
| | 7/26/2014 | 9:01:55 | 22067773K | 2666487 | Humerus XR | Final |
| | 7/26/2014 | 9:01:57 | 22067772K | 2666487 | Elbow XR | Final |
| | 7/26/2014 | 9:02:00 | 22067771K | 2666487 | Forearm XR | Final |
| | 7/26/2014 | 9:04:23 | 22067815K | 1809482 | Chest XR | Final |
| | 7/26/2014 | 9:06:47 | 22067792K | 2659984 | Chest XR | Final |
| | 7/26/2014 | 9:07:20 | 22067856K | 2666478 | Chest XR | Final |
| | 7/26/2014 | 9:07:44 | 22067793K | 621405 | Chest XR | Final |
| | 7/26/2014 | 9:09:20 | 22039829K | 1520820 | Foot XR | Final |
| | 7/26/2014 | 9:09:52 | 22045545K | 3020102 | Lumbar Spine XR | Final |
| | 7/26/2014 | 9:12:48 | 22046614K | 369203 | Cervical Spine XR | Final |
| | 7/26/2014 | 9:14:58 | 22051168K | 2213913 | Forearm XR | Final |
| | 7/26/2014 | 9:17:00 | 22057615K | 2666109 | Knee XR | Final |
| | 7/26/2014 | 9:17:21 | 22057616K | 2666109 | Hip XR | Final |

HHC_ESI_000833

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/26/2014 | 9:18:15 | 22060988K | 2665400 | Lumbar Spine XR | Final |
| | 7/26/2014 | 9:21:58 | 22064420K | 1672812 | Orbits XR | Final |
| | 7/26/2014 | 9:22:19 | 22065248K | 1819090 | Hip XR | Final |
| | 7/26/2014 | 9:23:04 | 22065249K | 1819090 | Knee XR | Final |
| | 7/26/2014 | 9:25:05 | 22065703K | 2616504 | Foot XR | Final |
| | 7/26/2014 | 9:42:05 | 22065846K | 2352165 | Lumbar Spine XR | Final |
| | 7/26/2014 | 9:42:45 | 22055577K | 1568564 | Sacrum and Coccyx XR | Final |
| | 7/26/2014 | 9:43:09 | 22065578K | 1568564 | Lumbar Spine XR | Final |
| | 7/26/2014 | 9:43:35 | 22066203K | 2068693 | Knee XR | Final |
| | 7/26/2014 | 9:44:33 | 22066294K | 2359662 | Lumbar Spine XR | Final |
| | 7/26/2014 | 9:46:54 | 22066320K | 183912 | Ankle XR | Final |
| | 7/26/2014 | 9:54:25 | 22066263K | 1675369 | Chest XR | Final |
| | 7/26/2014 | 9:56:29 | 22066391K | 1820577 | Lumbar Spine XR | Final |
| | 7/26/2014 | 10:13:36 | 22066638K | 179064 | Ankle XR | Final |
| | 7/26/2014 | 10:13:54 | 22066690K | 2127760 | Knee XR | Final |
| | 7/26/2014 | 10:14:30 | 22066691K | 2127760 | Ankle XR | Final |
| | 7/26/2014 | 10:15:43 | 22066703K | 2380211 | Foot XR | Final |
| | 7/26/2014 | 10:16:53 | 22067058K | 2086168 | Chest XR | Final |
| | 7/26/2014 | 10:17:17 | 22067073K | 2237656 | Clavicle XR | Final |

HHC_ESI_000834

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/26/2014 | 10:18:54 | 22067693K | 2431881 | Chest XR | Final |
| | 7/26/2014 | 10:19:43 | 22067778K | 1058825 | Chest XR | Final |
| | 7/26/2014 | 10:21:05 | 22067777K | 2494487 | Chest XR | Final |
| | 7/26/2014 | 10:21:58 | 22067786K | 3057352 | Chest XR | Final |
| | 7/26/2014 | 10:22:14 | 22067791K | 2666483 | Forearm XR | Final |
| | 7/26/2014 | 10:22:37 | 22067779K | 2666483 | Hand XR | Final |
| | 7/26/2014 | 10:23:27 | 22067798K | 138420 | Chest XR | Final |
| | 7/26/2014 | 10:24:03 | 22067797K | 2663285 | Chest XR | Final |
| | 7/26/2014 | 10:26:37 | 22067796K | 1649887 | Chest XR | Final |
| | 7/26/2014 | 10:26:53 | 22067795K | 2286294 | Chest XR | Final |
| | 7/26/2014 | 10:27:39 | 22067794K | 2666220 | Chest XR | Final |
| | 7/26/2014 | 10:27:54 | 22067801K | 2665800 | Chest XR | Final |
| | 7/26/2014 | 10:28:27 | 22067800K | 1764366 | Chest XR | Final |
| | 7/26/2014 | 10:28:44 | 22067813K | 1170351 | Tibia and Fibula XR | Final |
| | 7/26/2014 | 10:28:57 | 22067814K | 1170351 | Shoulder XR | Final |
| | 7/26/2014 | 10:29:14 | 22067827K | 2126872 | Chest XR | Final |
| | 7/26/2014 | 10:38:37 | 22067844K | 2666485 | Foot XR | Addendum(F) |
| | 7/26/2014 | 10:38:50 | 22067854K | 2123364 | Chest XR | Final |
| | 7/26/2014 | 10:39:11 | 22067855K | 2666465 | Chest XR | Final |

HHC_ESI_000835

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | | 7/26/2014 | 10:41:00 | 22067881K | 2523275 | Chest XR | Final |
| | | 7/26/2014 | 10:41:21 | 22067883K | 2026429 | Chest XR | Final |
| | | 7/26/2014 | 10:41:43 | 22067882K | 1975929 | Chest XR | Final |
| | | 7/26/2014 | 10:42:35 | 22067876K | 2646621 | Chest XR | Final |
| | | 7/26/2014 | 10:43:55 | 22067880K | 2451891 | Chest XR | Final |
| | | 7/26/2014 | 10:44:41 | 22067877K | 1748711 | Chest XR | Final |
| | | 7/26/2014 | 10:45:04 | 22067878K | 2644444 | Chest XR | Final |
| | | 7/26/2014 | 10:45:58 | 22067879K | 2210024 | Chest XR | Final |
| | | 7/26/2014 | 10:46:19 | 22067906K | 2641673 | Chest XR | Final |
| | | 7/26/2014 | 10:47:19 | 22067916K | 1989009 | Chest XR | Final |
| | | 7/26/2014 | 10:48:02 | 22067970K | 2333815 | Chest XR | Final |
| | | 7/26/2014 | 10:51:14 | 22067974K | 2666496 | Chest XR | Final |
| | | 7/26/2014 | 10:52:40 | 22068005K | 2265852 | Chest XR | Final |
| | | 7/26/2014 | 10:54:32 | 22068035K | 2656470 | Abdomen XR | Final |
| | | 7/26/2014 | 10:55:09 | 22068008K | 1665052 | Lumbar Spine XR | Final |
| | | 7/26/2014 | 11:04:29 | 22068040K | 1421045 | Foot XR | Final |
| | | 7/26/2014 | 11:05:32 | 22068137K | 2651441 | Foot XR | Final |
| | | 7/26/2014 | 11:12:28 | 22067843K | 2666485 | Shoulder XR | Final |
| | | 7/26/2014 | 11:12:58 | 22067912K | 2584150 | Toe XR | Final |

Radiologist Daily Productivity Detail

From Jul 1, 2014   To   Aug 8, 2014

Radiologist Name

| Exam Count | | | | |
|---|---|---|---|---|
| 7/26/2014 | 11:14:02 | 22068073K | 2665019 | Chest XR | Final |
| 7/26/2014 | 11:14:40 | 22068069K | 1819553 | Lumbar Spine XR | Final |
| 7/26/2014 | 11:15:05 | 22068072K | 2665952 | Hip XR | Final |
| 7/26/2014 | 11:15:26 | 22068113K | 195549 | Chest XR | Final |
| 7/26/2014 | 11:16:59 | 22068122K | 2666409 | Lumbar Spine XR | Final |
| 7/26/2014 | 11:18:07 | 22068139K | 2599203 | Abdomen XR | Final |
| 7/26/2014 | 11:21:39 | 22068138K | 1881582 | Abdomen XR | Final |
| 7/26/2014 | 11:21:51 | 22068149K | 2531735 | Chest XR | Final |
| 7/26/2014 | 11:25:22 | 22068144K | 2666219 | Chest XR | Final |
| 7/26/2014 | 11:25:40 | 22068253K | 2402084 | Chest XR | Final |
| 7/25/2014 | 11:26:57 | 22068248K | 1649887 | Abdomen XR | Final |
| 7/26/2014 | 11:27:11 | 22068227K | 2033990 | Toe XR | Final |
| 7/26/2014 | 11:29:04 | 22068270K | 2664711 | Lumbar Spine XR | Final |
| 7/26/2014 | 11:29:35 | 22067913K | 2584150 | Foot XR | Final |
| 7/26/2014 | 11:31:11 | 22068282K | 2654529 | Hip XR | Final |
| 7/26/2014 | 11:33:35 | 22068281K | 2654529 | Ribs XR | Final |
| 7/26/2014 | 11:34:05 | 22068280K | 2654529 | Chest XR | Final |
| 7/26/2014 | 13:16:34 | 22068350K | 2402084 | Abdominal & Pelvic Aorta CTA | Final |
| 7/26/2014 | 13:16:42 | 22068349K | 2402084 | Thoracic Aorta CTA | Final |

HHC_ESI_000837

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

**Radiologist Name**

Exam Count

| Date | Time | | Count | Exam | Status |
|---|---|---|---|---|---|
| 7/26/2014 | 13:25:24 | 22068413K | 2666512 | Hand XR | Final |
| 7/26/2014 | 13:25:57 | 22068419K | 2666512 | Elbow XR | Final |
| 7/26/2014 | 13:26:03 | 22068414K | 2666512 | Wrist XR | Final |
| 7/26/2014 | 13:26:09 | 22068415K | 2666512 | Forearm XR | Final |
| 7/26/2014 | 13:26:20 | 22068420K | 2666512 | Shoulder XR | Final |
| 7/26/2014 | 13:27:38 | 22067187K | 1880138 | Chest XR | Final |
| 7/26/2014 | 13:37:28 | 22068049K | 2666465 | Chest CT | Addendum(F) |
| 7/26/2014 | 13:40:49 | 22068366K | 1714100 | Chest XR | Addendum(F) |
| 7/26/2014 | 13:43:47 | 22068355K | 2666505 | Chest XR | Final |
| 7/26/2014 | 13:52:05 | 22068462K | 2666496 | Pulmonary Artery CTA | Final |
| 7/26/2014 | 13:55:32 | 22068662K | 2666502 | Abdomen and Pelvis CT | Final |
| 7/26/2014 | 14:23:53 | 22068510K | 1885977 | Abdomen and Pelvis CT | Final |
| 7/26/2014 | 14:26:09 | 22068450K | 2555433 | Chest XR | Final |
| 7/26/2014 | 14:30:04 | 22068562K | 452749 | Chest XR | Final |
| 7/26/2014 | 14:30:41 | 22068666K | 2666512 | Wrist XR | Final |
| 7/26/2014 | 14:31:06 | 22067704K | 2666512 | Wrist XR | Final |
| 7/26/2014 | 14:31:30 | 22068463K | 2406109 | Finger XR | Final |
| 7/26/2014 | 14:33:20 | 22068539K | 2666518 | Chest XR | Final |
| 7/26/2014 | 14:34:03 | 22068586K | 1853996 | Chest XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000838

Radiologist Daily Productivity Detail

From Jul 1, 2014     To   Aug 8, 2014

Radiologist Name

| Exam Count | | | | | |
|---|---|---|---|---|---|
| 7/26/2014 | 14:34:52 | 22068557K | 2441608 | Chest XR | Final |
| 7/26/2014 | 14:36:28 | 22068585K | 2403356 | Knee XR | Final |
| 7/26/2014 | 14:37:01 | 22068684K | 1888599 | Humerus XR | Final |
| 7/26/2014 | 14:37:20 | 22068685K | 1888599 | Forearm XR | Final |
| 7/26/2014 | 14:37:40 | 22068478K | 2666503 | Foot XR | Final |
| 7/26/2014 | 15:35:36 | 22068575K | 2395363 | Cervical Spine MRI | Final |
| 7/26/2014 | 15:35:44 | 22068577K | 2395363 | Lumbar Spine MRI | Final |
| 7/26/2014 | 15:35:51 | 22068576K | 2395363 | Thoracic Spine MRI | Final |
| 7/26/2014 | 15:37:25 | 22068712K | 1715663 | Head CT | Final |
| 7/26/2014 | 15:41:13 | 22068186K | 1109235 | Pelvic US | Final |
| 7/26/2014 | 15:41:57 | 22068716K | 2287274 | Chest XR | Final |
| 7/26/2014 | 15:46:27 | 22068742K | 2187858 | Chest XR | Final |
| 7/26/2014 | 15:47:45 | 22068703K | 2363448 | Wrist XR | Final |
| 7/26/2014 | 15:48:26 | 22068699K | 2600379 | Chest XR | Final |
| 7/26/2014 | 15:49:19 | 22068579K | 2666510 | Abdomen XR | Final |
| 7/26/2014 | 15:50:12 | 22068580K | 2666510 | Chest XR | Final |
| 7/26/2014 | 15:50:43 | 22068759K | 2666517 | Chest XR | Final |
| 7/26/2014 | 15:51:47 | 22068713K | 1672926 | Chest XR | Final |
| 7/26/2014 | 15:52:01 | 22068672K | 2666504 | Shoulder XR | Final |

HHC_ESI_000839

Radiologist Daily Productivity Detail

From Jul 1, 2014     To     Aug 8, 2014

Radiologist Name

| Exam Count | | | | | | |
|---|---|---|---|---|---|---|
| | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
| | 7/26/2014 | 15:52:35 | 22068504K | 1138513 | Chest XR | Final |
| | 7/26/2014 | 15:52:51 | 22068512K | 2643298 | Chest XR | Final |
| | 7/26/2014 | 15:53:07 | 22068705K | 2313596 | Knee XR | Final |
| | 7/26/2014 | 15:55:02 | 22068741K | 178345 | Head CT | Final |
| | 7/26/2014 | 15:56:51 | 22068357K | 2666505 | Tibia and Fibula XR | Final |
| | 7/26/2014 | 15:57:53 | 22068723K | 3067894 | Head CT | Final |
| | 7/26/2014 | 16:01:00 | 22067511K | 2496475 | Hand XR | Final |
| | 7/26/2014 | 16:01:53 | 22068781K | 2220305 | Chest XR | Final |
| | 7/26/2014 | 16:02:18 | 22068790K | 2188800 | Chest XR | Final |
| | 7/26/2014 | 16:02:53 | 22068787K | 2629315 | Chest XR | Final |
| | 7/26/2014 | 16:03:40 | 22068772K | 2309398 | Chest XR | Final |
| | 7/26/2014 | 16:14:36 | 22068771K | 2666518 | Chest XR | Final |
| 35 | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
| 7/28/2014 | | | | | | |
| | 7/28/2014 | 10:39:20 | 22071505K | 1558925 | Abdomen XR | Final |
| | 7/28/2014 | 11:29:43 | 22072435K | 2666685 | Head CT | Final |
| | 7/28/2014 | 11:31:55 | 22071819K | 2446728 | Head CT | Final |
| | 7/28/2014 | 11:32:53 | 22072397K | 2666654 | Chest XR | Final |
| | 7/28/2014 | 11:33:27 | 22072257K | 2519175 | Humerus XR | Final |
| | 7/28/2014 | 12:23:50 | 22072744K | 2666660 | Chest XR | Final |

HHC_ESI_000840

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/28/2014 | 12:59:52 | 22072895K | 2388270 | Cervical Spine XR | Final |
| | 7/28/2014 | 1:02:31 | 22072785K | 2121567 | Chest XR | Final |
| | 7/28/2014 | 1:04:45 | 22072888K | 2666663 | Hand XR | Final |
| | 7/28/2014 | 1:05:11 | 22072833K | 2372252 | Chest XR | Final |
| | 7/28/2014 | 2:34:33 | 22073415K | 2666642 | Abdomen and Pelvis CT | Final |
| | 7/28/2014 | 2:34:53 | 22073363K | 2192442 | Wrist XR | Final |
| | 7/28/2014 | 2:35:13 | 22073378K | 2666720 | Shoulder XR | Final |
| | 7/28/2014 | 3:09 PM | 22073553K | 2637561 | Abdomen and Pelvis CT | Final |
| | 7/28/2014 | 3:10:59 | 22073401K | 541146 | Hand XR | Final |
| | 7/28/2014 | 3:11:34 | 22073462K | 2553919 | Chest XR | Final |
| | 7/28/2014 | 3:16:18 | 22073663K | 2666706 | Hand XR | Final |
| | 7/28/2014 | 3:17:02 | 22073488K | 2666717 | Abdomen XR | Final |
| | 7/28/2014 | 3:17:34 | 22073487K | 2666717 | Chest XR | Final |
| | 7/28/2014 | 3:18:15 | 22073617K | 2556137 | Knee XR | Final |
| | 7/28/2014 | 3:22:19 | 22073603K | 2614447 | Abdomen XR | Final |
| | 7/28/2014 | 4:38:22 | 22073866K | 2666717 | Abdomen and Pelvis CT | Final |
| | 7/28/2014 | 4:39:45 | 22073353K | 2118679 | Head CT | Final |
| | 7/28/2014 | 4:41:11 | 220733546K | 2118679 | Facial Bones CT | Final |
| | 7/28/2014 | 4:42:06 | 22073676K | 1386096 | Knee XR | Final |

JK – Data Source: TalkTech dictation system

HHC_ESI_000841

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

| Radiologist Name | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 7/28/2014 | 4:43:20 | 22073673K | 1386096 | Femur XR | Final |
| | | 7/28/2014 | 4:44:12 | 22073670K | 1386096 | Hip XR | Final |
| | | 7/28/2014 | 4:45:12 | 22073675K | 1386096 | Pelvis XR | Final |
| | | 7/28/2014 | 4:45:57 | 22073755K | 1424285 | Knee XR | Final |
| | | 7/28/2014 | 4:46:22 | 22073468K | 819028 | Chest XR | Final |
| | | 7/28/2014 | 4:47:08 | 22073843K | 1843820 | Chest XR | Final |
| | | 7/28/2014 | 4:48:40 | 22073781K | 2094830 | Head CT | Final |
| | | 7/28/2014 | 4:50:06 | 22074242K | 2658276 | Chest XR | Final |
| | | 7/28/2014 | 4:52:25 | 22074256K | 1990565 | Shoulder XR | Final |
| | | 7/28/2014 | 4:53:35 | 22074230K | 2666704 | Foot XR | Final |
| | | 7/28/2014 | 5:37:57 | 22074509K | 2200285 | Chest XR | Final |
| **7/29/2014** | **56** | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
| | | 7/29/2014 | 9:18:53 | 22075623K | 2045531 | Chest CT | Addendum(F) |
| | | 7/29/2014 | 9:30:41 | 22076169K | 1553257 | Head CT | Final |
| | | 7/29/2014 | 9:32:54 | 22076117K | 2291146 | Head CT | Final |
| | | 7/29/2014 | 10:29:32 | 22076376K | 341661 | Lower Extremity CT | Addendum(F) |
| | | 7/29/2014 | 10:30:36 | 22076487K | 1588180 | Chest XR | Final |
| | | 7/29/2014 | 10:31:56 | 22076210K | 2291146 | Elbow XR | Final |
| | | 7/29/2014 | 10:35:30 | 22076208K | 2291146 | Chest XR | Final |

*JK - Data Source: TalkTech dictation system*

HHC_ESI_000842

Radiologist Daily Productivity Detail

From **Jul 1, 2014**   To   **Aug 8, 2014**

Radiologist Name

| | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| 7/29/2014 | 10:35:56 | 22076209K | 2291146 | Ribs XR | Addendum(F) |
| 7/29/2014 | 10:36:22 | 22076377K | 2262016 | Knee XR | Final |
| 7/29/2014 | 10:36:49 | 22076358K | 1944175 | Chest XR | Final |
| 7/29/2014 | 10:38:12 | 22076545K | 1477140 | Chest XR | Final |
| 7/29/2014 | 10:38:29 | 22076543K | 2408374 | Knee XR | Final |
| 7/29/2014 | 12:36:39 | 22076723K | 2617145 | Femur XR | Final |
| 7/29/2014 | 12:37:44 | 22076722K | 2617145 | Ankle XR | Final |
| 7/29/2014 | 12:38:17 | 22077010K | 453878 | Chest XR | Final |
| 7/29/2014 | 12:40:18 | 22077093K | 1833157 | Chest XR | Final |
| 7/29/2014 | 12:41:33 | 22077078K | 1627938 | Chest XR | Final |
| 7/29/2014 | 12:41:56 | 22075572K | 341661 | Tibia and Fibula XR | Final |
| 7/29/2014 | 12:42:14 | 22076564K | 2496475 | Wrist XR | Final |
| 7/29/2014 | 12:43:45 | 22076995K | 2253200 | Chest XR | Final |
| 7/29/2014 | 12:45:56 | 22077470K | 2222389 | Head CT | Final |
| 7/29/2014 | 12:46:46 | 22077414K | 2636485 | Head CT | Final |
| 7/29/2014 | 12:48:07 | 22077239K | 906329 | Facial Bones CT | Final |
| 7/29/2014 | 12:50:14 | 22077373K | 1246486 | Chest XR | Final |
| 7/29/2014 | 12:55:57 | 22077553K | 2363850 | Chest XR | Final |
| 7/29/2014 | 12:57:11 | 22077383K | 2666827 | Knee XR | Final |

HHC_ESI_000843

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 7/29/2014 | 12:58:36 | 22076865K | 253030 | Tibia and Fibula XR | Final |
| | 7/29/2014 | 12:59:32 | 22077450K | 2222389 | Shoulder XR | Final |
| | 7/29/2014 | 1:00:13 | 22077451K | 2222389 | Chest XR | Final |
| | 7/29/2014 | 1:00:42 | 22077564K | 2666841 | Chest XR | Final |
| | 7/29/2014 | 1:41:41 | 22077574K | 2666841 | Facial Bones CT | Final |
| | 7/29/2014 | 1:42:44 | 22077573K | 2666841 | Cervical Spine CT | Final |
| | 7/29/2014 | 1:45:17 | 22077645K | 2291146 | Mandible XR | Final |
| | 7/29/2014 | 2:34:56 | 22077706K | 2666841 | Chest CT | Addendum(F) |
| | 7/29/2014 | 2:35:21 | 22077575K | 2666841 | Head CT | Final |
| | 7/29/2014 | 2:43:09 | 22078165K | 2017917 | Abdomen and Pelvis CT | Final |
| | 7/29/2014 | 2:44:22 | 22078055K | 1933290 | Chest XR | Final |
| | 7/29/2014 | 2:47:07 | 22077705K | 2666841 | Abdomen and Pelvis CT | Final |
| | 7/29/2014 | 2:47:26 | 22077704K | 2666841 | Lumbar Spine CT | Final |
| | 7/29/2014 | 2:47:32 | 22077703K | 2666841 | Thoracic Spine CT | Final |
| | 7/29/2014 | 3:19:54 | 22078323K | 2222389 | Clavicle XR | Final |
| | 7/29/2014 | 3:20:43 | 22078224K | 2314204 | Knee XR | Final |
| | 7/29/2014 | 3:21:53 | 22078041K | 527048 | Head CT | Final |
| | 7/29/2014 | 3:23:57 | 22078040K | 527048 | Facial Bones CT | Final |
| | 7/29/2014 | 3:24:17 | 22077984K | 1012812 | Humerus XR | Final |

HHC_ESI_000844