# 15

(Part III)

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

Radiologist Name

| Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|
| | 7/29/2014 | 3:24:27 | 22077987K | 1012812 | Forearm XR | Final |
| | 7/29/2014 | 3:24:38 | 22077985K | 1012812 | Elbow XR | Final |
| | 7/29/2014 | 3:25:02 | 22077982K | 1012812 | Wrist XR | Final |
| | 7/29/2014 | 3:25:13 | 22077978K | 1012812 | Shoulder XR | Final |
| | 7/29/2014 | 3:26:04 | 22077988K | 1012812 | Ribs XR | Final |
| | 7/29/2014 | 3:26:24 | 22077972K | 1012812 | Chest XR | Final |
| | 7/29/2014 | 3:39:42 | 22078354K | 2649621 | Chest XR | Final |
| | 7/29/2014 | 3:41:25 | 22078373K | 999221 | Foot XR | Final |
| | 7/29/2014 | 3:50:07 | 22078218K | 943161 | Elbow XR | Final |
| | 7/29/2014 | 3:50:18 | 22078220K | 943161 | Humerus XR | Final |
| | 7/29/2014 | 3:50:30 | 22078219K | 943161 | Shoulder XR | Final |
| 7/30/2014    47 | 7/30/2014 | 9:41:52 | 22080718K | 3053979 | Head CT | Final |
| | 7/30/2014 | 9:42:49 | 22080703K | 1246486 | Chest XR | Final |
| | 7/30/2014 | 9:47:36 | 22080719K | 2291146 | Chest XR | Final |
| | 7/30/2014 | 9:48:59 | 22080650K | 2174130 | Chest XR | Final |
| | 7/30/2014 | 11:36:30 | 22081553K | 2299879 | Head CT | Final |
| | 7/30/2014 | 11:37:17 | 22081440K | 2492617 | Chest XR | Final |
| | 7/30/2014 | 12:30:01 | 22080907K | 1944175 | Neck CT | Addendum(F) |

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 7/30/2014 | 12:54:54 | 22081915K | 1565307 | Abdomen and Pelvis CT | Final |
| | 7/30/2014 | 12:58:43 | 22082022K | 2662582 | Chest XR | Final |
| | 7/30/2014 | 2:05:30 | 22082374K | 2666979 | Head CT | Final |
| | 7/30/2014 | 2:07:01 | 22082375K | 2666979 | Facial Bones CT | Final |
| | 7/30/2014 | 2:07:58 | 22082493K | 2622753 | Knee XR | Final |
| | 7/30/2014 | 2:09:12 | 22082283K | 354604 | Foot XR | Final |
| | 7/30/2014 | 2:09:23 | 22082282K | 354604 | Ankle XR | Final |
| | 7/30/2014 | 2:09:55 | 22082221K | 2409388 | Finger XR | Final |
| | 7/30/2014 | 2:13:10 | 22082201K | 1576310 | Chest XR | Final |
| | 7/30/2014 | 2:14:39 | 22082324K | 2466329 | Ankle XR | Final |
| | 7/30/2014 | 2:14:51 | 22082325K | 2466329 | Tibia and Fibula XR | Final |
| | 7/30/2014 | 2:14:58 | 22082322K | 2466329 | Shoulder XR | Final |
| | 7/30/2014 | 2:15:05 | 22082323K | 2466329 | Chest XR | Final |
| | 7/30/2014 | 2:15:24 | 22082240K | 2625657 | Hip XR | Final |
| | 7/30/2014 | 2:16:40 | 22082328K | 2666974 | Finger XR | Final |
| | 7/30/2014 | 2:17:39 | 22082381K | 2654069 | Chest XR | Final |
| | 7/30/2014 | 2:17:59 | 22082380K | 2085181 | Chest XR | Final |
| | 7/30/2014 | 2:18:17 | 22082112K | 2666883 | Chest XR | Final |
| | 7/30/2014 | 2:58:23 | 22082720K | 2085181 | Head CT | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000846

Radiologist Daily Productivity Detail

From Jul 1, 2014   To   Aug 8, 2014

Radiologist Name

Exam Count

| | | | | | |
|---|---|---|---|---|---|
| 7/30/2014 | 3:50:23 | 22083008K | 2560501 | Head CT | Final |
| 7/30/2014 | 3:53:59 | 22082787K | 2570800 | Abdomen XR | Final |
| 7/30/2014 | 3:55:28 | 22082884K | 2133139 | Lumbar Spine XR | Final |
| 7/30/2014 | 3:55:56 | 22082883K | 2133139 | Hip XR | Final |
| 7/30/2014 | 3:56:23 | 22082954K | 1939513 | Chest XR | Final |
| 7/30/2014 | 3:58:29 | 22082749K | 619201 | Chest XR | Final |
| 7/30/2014 | 4:36:56 | 22083283K | 2667001 | Lower Extremity CT | Final |
| 7/30/2014 | 4:37:56 | 22082975K | 985555 | Tibia and Fibula XR | Final |
| 7/30/2014 | 4:38:27 | 22082972K | 985555 | Knee XR | Final |
| 7/30/2014 | 4:41:03 | 22083180K | 2224716 | Chest XR | Final |
| 7/30/2014 | 4:42:43 | 22083142K | 347988 | Foot XR | Final |
| 7/30/2014 | 4:43:03 | 22083163K | 2666980 | Finger XR | Final |
| 7/30/2014 | 4:44:04 | 22083056K | 2664079 | Hand XR | Final |
| 7/30/2014 | 4:44:23 | 22083263K | 1608833 | Elbow XR | Final |
| 7/30/2014 | 4:45:13 | 22083262K | 1608833 | Forearm XR | Final |
| 7/30/2014 | 4:46:01 | 22082980K | 1608833 | Wrist XR | Final |
| 7/30/2014 | 4:46:07 | 22082981K | 1608833 | Hand XR | Final |
| 7/30/2014 | 4:46:49 | 22083381K | 2666995 | Head CT | Final |
| 7/30/2014 | 4:48:50 | 22083382K | 2666995 | Cervical Spine CT | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000847

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

Radiologist Name

| | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | | | 7/30/2014 | 4:50:33 | 22083428K | 1347601 | Finger XR | Final |
| | | | 7/30/2014 | 4:58:25 | 22083419K | 2358174 | Chest XR | Final |
| 7/31/2014 | 52 | | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
| | | | 7/31/2014 | 10:33:15 | 22084314K | 2481681 | Pelvis MRI | Final |
| | | | 7/31/2014 | 10:35:02 | 22085569K | 2556607 | Abdomen XR | Final |
| | | | 7/31/2014 | 11:11:52 | 22085532K | 2153134 | Toe XR | Final |
| | | | 7/31/2014 | 11:12 AM | 22085531K | 2153134 | Foot XR | Final |
| | | | 7/31/2014 | 11:12:10 | 22085527K | 2153134 | Tibia and Fibula XR | Final |
| | | | 7/31/2014 | 11:12:18 | 22085526K | 2153134 | Knee XR | Final |
| | | | 7/31/2014 | 11:12:28 | 22085525K | 2153134 | Femur XR | Final |
| | | | 7/31/2014 | 11:18:48 | 22085937K | 2174262 | Knee XR | Final |
| | | | 7/31/2014 | 11:24:12 | 22085632K | 2665952 | Head CT | Final |
| | | | 7/31/2014 | 11:27:26 | 22085449K | 2661630 | Femur XR | Final |
| | | | 7/31/2014 | 11:27:31 | 22085450K | 2661630 | Hip XR | Final |
| | | | 7/31/2014 | 11:27:38 | 22085446K | 2661630 | Knee XR | Final |
| | | | 7/31/2014 | 11:27:44 | 22085447K | 2661630 | Ankle XR | Final |
| | | | 7/31/2014 | 11:27:50 | 22085448K | 2661630 | Tibia and Fibula XR | Final |
| | | | 7/31/2014 | 11:45:51 | 22085691K | 1964198 | Facial Bones CT | Final |
| | | | 7/31/2014 | 11:49:29 | 22086063K | 1329599 | Chest XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000848

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To  **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 7/31/2014 | 12:31:33 | 22084296K | 2664272 | Head CT | Final |
| | 7/31/2014 | 12:36:22 | 22086397K | 1377833 | Abdomen and Pelvis CT | Final |
| | 7/31/2014 | 12:46:37 | 22086247K | 1672717 | Chest XR | Final |
| | 7/31/2014 | 12:47:34 | 22086262K | 3388304 | Ankle XR | Final |
| | 7/31/2014 | 12:47:39 | 22086263K | 3388304 | Foot XR | Final |
| | 7/31/2014 | 12:47:58 | 22086357K | 2667042 | Chest XR | Final |
| | 7/31/2014 | 1:11:12 | 22086417K | 2357953 | Neck Soft Tissue XR | Final |
| | 7/31/2014 | 1:25:42 | 22086396K | 2554900 | Abdomen XR | Final |
| | 7/31/2014 | 1:26:19 | 22086407K | 2479807 | Abdomen XR | Final |
| | 7/31/2014 | 1:26:42 | 22086637K | 680710 | Chest XR | Final |
| | 7/31/2014 | 1:27:18 | 22086372K | 1105814 | Finger XR | Final |
| | 7/31/2014 | 1:28:10 | 22086658K | 2655499 | Abdomen XR | Final |
| | 7/31/2014 | 1:32:52 | 22086664K | 2664294 | Abdomen XR | Final |
| | 7/31/2014 | 1:33:36 | 22086363K | 1369911 | Shoulder XR | Final |
| | 7/31/2014 | 1:34:25 | 22086362K | 1369911 | Chest XR | Final |
| | 7/31/2014 | 3:19:18 | 22087108K | 2097576 | Cervical Spine CT | Final |
| | 7/31/2014 | 3:21:31 | 22087109K | 2097576 | Facial Bones CT | Final |
| | 7/31/2014 | 3:21:57 | 22087107K | 2097576 | Head CT | Final |
| | 7/31/2014 | 3:25:17 | 22086999K | 3033084 | Ankle XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000849

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 7/31/2014 | 3:25:23 | 22086996K | 3033084 | Tibia and Fibula XR | Final |
| | | 7/31/2014 | 3:25:38 | 22086998K | 3033084 | Knee XR | Final |
| | | 7/31/2014 | 3:34:33 | 22087112K | 2097576 | Chest CT | Final |
| | | 7/31/2014 | 3:40:20 | 22087115K | 2097576 | Lumbar Spine CT | Final |
| | | 7/31/2014 | 3:40:32 | 22087114K | 2097576 | Thoracic Spine CT | Final |
| | | 7/31/2014 | 3:44:03 | 22087110K | 2097576 | Abdomen and Pelvis CT | Final |
| | | 7/31/2014 | 3:56:10 | 22086754K | 2649889 | Chest XR | Final |
| | | 7/31/2014 | 3:59:03 | 22087049K | 2160338 | Head CT | Final |
| | | 7/31/2014 | 3:59:36 | 22087046K | 2160338 | Head CT | Final |
| | | 7/31/2014 | 3:59:56 | 22086765K | 2667062 | Forearm XR | Final |
| | | 7/31/2014 | 4:00:45 | 22086678K | 2264219 | Knee XR | Final |
| | | 7/31/2014 | 4:01:14 | 22086805K | 2658551 | Chest XR | Final |
| | | 7/31/2014 | 4:02:23 | 22086659K | 2375617 | Chest XR | Final |
| | | 7/31/2014 | 4:38:09 | 22087048K | 2160338 | Temporal Bone CT | Final |
| | | 7/31/2014 | 4:39:09 | 22087586K | 2604144 | Chest XR | Final |
| | | 7/31/2014 | 4:53:36 | 22087558K | 1984802 | Cervical Spine CT | Final |
| | | 7/31/2014 | 4:57:58 | 22087609K | 2666454 | Chest XR | Final |
| 8/1/2014 | 59 | 8/1/2014 | 8:38:05 | 220884461K | 2677499 | Hand XR | Final |

HHC_ESI_000850

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 8/1/2014 | 8:38:13 | 22088463K | 2677499 | Elbow XR | Final |
| | 8/1/2014 | 8:38:38 | 22089161K | 2367238 | Toe XR | Final |
| | 8/1/2014 | 8:40:26 | 22089052K | 2664215 | Chest XR | Final |
| | 8/1/2014 | 10:08:30 | 22089592K | 2658788 | Head CT | Final |
| | 8/1/2014 | 10:26:12 | 22089264K | 1780289 | Head CT | Final |
| | 8/1/2014 | 10:27:06 | 22089263K | 2655887 | Head CT | Final |
| | 8/1/2014 | 10:28:36 | 22089242K | 2112430 | Head CT | Final |
| | 8/1/2014 | 10:57:01 | 22085928K | 1350652 | Neck CT | Final |
| | 8/1/2014 | 11:07:18 | 22085473K | 2018665 | Neck CT | Final |
| | 8/1/2014 | 11:46:36 | 22089643K | 2667154 | Cervical Spine CT | Final |
| | 8/1/2014 | 11:50:15 | 22090121K | 2085927 | Chest XR | Final |
| | 8/1/2014 | 11:52:49 | 22090210K | 2085927 | Head CT | Final |
| | 8/1/2014 | 11:56:05 | 22089903K | 2411731 | Cervical Spine CT | Final |
| | 8/1/2014 | 12:15:02 | 22089943K | 2079403 | Abdomen and Pelvis CT | Final |
| | 8/1/2014 | 12:17:21 | 22090269K | 2667174 | Head CT | Final |
| | 8/1/2014 | 12:20:41 | 22090268K | 2667174 | Facial Bones CT | Final |
| | 8/1/2014 | 12:21:20 | 22089985K | 2602824 | Hand XR | Final |
| | 8/1/2014 | 12:21:45 | 22089984K | 2602824 | Forearm XR | Final |
| | 8/1/2014 | 12:25:58 | 22090285K | 685534 | Foot XR | Final |

HHC_ESI_000851

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 8/1/2014 | 12:26:25 | 22090222K | 2342414 | Hip XR | Final |
| | 8/1/2014 | 12:27:09 | 22090220K | 2342414 | Shoulder XR | Final |
| | 8/1/2014 | 12:38:51 | 22090465K | 2175021 | Chest XR | Final |
| | 8/1/2014 | 12:43:04 | 22090467K | 2667174 | Chest XR | Final |
| | 8/1/2014 | 12:43:31 | 22090375K | 2665588 | Knee XR | Final |
| | 8/1/2014 | 12:44:40 | 22090391K | 2612709 | Lumbar Spine XR | Final |
| | 8/1/2014 | 12:45:33 | 22090468K | 3039130 | Chest XR | Final |
| | 8/1/2014 | 12:45:55 | 22090538K | 1295770 | Chest XR | Final |
| | 8/1/2014 | 2:41:36 | 22090791K | 3039130 | Abdominal & Pelvic Aorta CTA | Final |
| | 8/1/2014 | 2:42:07 | 22090792K | 3039130 | Thoracic Aorta CTA | Final |
| | 8/1/2014 | 2:42:59 | 22090875K | 2468742 | Chest XR | Final |
| | 8/1/2014 | 3:34:44 | 22091237K | 2667174 | Abdomen and Pelvis CT | Final |
| | 8/1/2014 | 3:35:50 | 22089460K | 1785214 | Chest XR | Final |
| | 8/1/2014 | 3:36:23 | 22090862K | 2591658 | Knee XR | Final |
| | 8/1/2014 | 3:37:40 | 22090386K | 2228464 | Lower Extremity CT | Final |
| | 8/1/2014 | 3:38:58 | 22091017K | 921465 | Head CT | Final |
| | 8/1/2014 | 3:47:43 | 22091018K | 921465 | Cervical Spine CT | Final |
| | 8/1/2014 | 3:48:14 | 22090810K | 2507443 | Humerus XR | Final |
| | 8/1/2014 | 3:48:43 | 22090809K | 2507443 | Shoulder XR | Final |

HHC_ESI_000852

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | | Exam Count | | | |
|---|---|---|---|---|---|
| | 8/1/2014 | 3:49:28 | 22090804K | 2647038 | Ankle XR | Final |
| | 8/1/2014 | 3:50:10 | 22091117K | 2665950 | Ankle XR | Final |
| | 8/1/2014 | 3:50:32 | 22091005K | 2194475 | Wrist XR | Final |
| | 8/1/2014 | 3:50:57 | 22089825K | 2266124 | Shoulder XR | Final |
| | 8/1/2014 | 3:51:20 | 22089648K | 1232135 | Hip XR | Final |
| | 8/1/2014 | 3:53:59 | 22091072K | 2361584 | Knee XR | Final |
| | 8/1/2014 | 3:55:04 | 22091068K | 2361584 | Shoulder XR | Final |
| | 8/1/2014 | 3:58:25 | 22091271K | 2414998 | Tibia and Fibula XR | Final |
| | 8/1/2014 | 3:59:02 | 22091270K | 2414998 | Chest XR | Final |
| | 8/1/2014 | 4:01:36 | 22091129K | 1773691 | Hand XR | Final |
| | 8/1/2014 | 4:01:43 | 22091130K | 1773691 | Wrist XR | Final |
| | 8/1/2014 | 4:01:50 | 22091128K | 1773691 | Forearm XR | Final |
| | 8/1/2014 | 4:01:57 | 22091127K | 1773691 | Elbow XR | Final |
| | 8/1/2014 | 4:02:24 | 22091221K | 2369887 | Knee XR | Final |
| | 8/1/2014 | 4:03:08 | 22091317K | 2667208 | Foot XR | Final |
| | 8/1/2014 | 4:03:24 | 22091293K | 2667210 | Wrist XR | Final |
| | 8/1/2014 | 4:03:44 | 22091292K | 2667210 | Chest XR | Final |
| | 8/1/2014 | 4:12:58 | 22091465K | 325250 | Chest XR | Final |
| | 8/1/2014 | 4:18:38 | 22089303K | 698783 | Chest CT | Final |

HHC_ESI_000853

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| 8/2/2014 | 101 | | | | | |
| | | 8/1/2014 | 4:22:30 | 22091306K | 1974387 | Wrist XR | Final |
| Reading Date | Reading Time | Accession | MR# | Procedure | Status |
| 8/2/2014 | 7:10:08 | 22092888K | 2666778 | Chest XR | Final |
| 8/2/2014 | 7:16:42 | 22092394K | 2667233 | Chest XR | Final |
| 8/2/2014 | 7:17:37 | 22092393K | 2667233 | Abdomen XR | Final |
| 8/2/2014 | 7:19:22 | 22092555K | 2502556 | Tibia and Fibula XR | Final |
| 8/2/2014 | 7:19:32 | 22092554K | 2502556 | Ankle XR | Final |
| 8/2/2014 | 7:19:45 | 22092553K | 2502556 | Foot XR | Final |
| 8/2/2014 | 7:27:30 | 22092752K | 1163210 | Chest XR | Final |
| 8/2/2014 | 7:28:03 | 22092760K | 612884 | Chest XR | Final |
| 8/2/2014 | 7:29:12 | 22092807K | 2666717 | Chest XR | Final |
| 8/2/2014 | 7:33:06 | 22092676K | 3095993 | Chest XR | Final |
| 8/2/2014 | 7:39:03 | 22092753K | 1780289 | Chest XR | Final |
| 8/2/2014 | 7:40:22 | 22092682K | 2666478 | Chest XR | Final |
| 8/2/2014 | 7:41:26 | 22092690K | 2390466 | Ankle XR | Final |
| 8/2/2014 | 7:42:04 | 22092616K | 129896 | Chest XR | Final |
| 8/2/2014 | 7:44:05 | 22092823K | 1158604 | Foot XR | Final |
| 8/2/2014 | 9:03:27 | 22092457K | 2503132 | Abdomen XR | Final |
| 8/2/2014 | 9:07:08 | 22092685K | 2667253 | Pelvis XR | Final |

HHC_ESI_000854

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | | Exam Count | | | | |
|---|---|---|---|---|---|---|
| | 8/2/2014 | 9:14:55 | 22092895K | 2667251 | Chest XR | Final |
| | 8/2/2014 | 9:15:48 | 22092868K | 2667251 | Clavicle XR | Final |
| | 8/2/2014 | 9:16:48 | 22092817K | 2667251 | Ankle XR | Final |
| | 8/2/2014 | 9:20:43 | 22092815K | 2667251 | Wrist XR | Final |
| | 8/2/2014 | 9:21:26 | 22092814K | 2667251 | Hand XR | Final |
| | 8/2/2014 | 9:21:54 | 22092812K | 2667251 | Shoulder XR | Final |
| | 8/2/2014 | 9:23:25 | 22092816K | 2667251 | Knee XR | Final |
| | 8/2/2014 | 9:24:05 | 22092478K | 2573879 | Elbow XR | Final |
| | 8/2/2014 | 9:24:34 | 22092479K | 2573879 | Wrist XR | Final |
| | 8/2/2014 | 9:25:06 | 22092852K | 2130472 | Chest XR | Final |
| | 8/2/2014 | 9:25:20 | 22092853K | 2130472 | Pelvis XR | Final |
| | 8/2/2014 | 9:26:09 | 22092854K | 2130472 | Elbow XR | Final |
| | 8/2/2014 | 9:34:30 | 22092855K | 2130472 | Wrist XR | Final |
| | 8/2/2014 | 9:36:12 | 22092458K | 3093212 | Tibia and Fibula XR | Final |
| | 8/2/2014 | 9:37:17 | 22092677K | 2055465 | Chest XR | Final |
| | 8/2/2014 | 9:38:09 | 22092763K | 1649887 | Chest XR | Final |
| | 8/2/2014 | 9:39:21 | 22092353K | 1419509 | Knee XR | Final |
| | 8/2/2014 | 9:39:24 | 22092354K | 1419509 | Tibia and Fibula XR | Final |
| | 8/2/2014 | 9:39:26 | 22092355K | 1419509 | Ankle XR | Final |

HHC_ESI_000855

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

Radiologist Name

| Exam Count | | | | |
|---|---|---|---|---|
| 8/2/2014 | 9:40:55 | 22092549K | 2079403 | Chest XR | Final |
| 8/2/2014 | 9:44:17 | 22092670K | 2645678 | Cervical Spine XR | Final |
| 8/2/2014 | 9:45:04 | 22092796K | 1413949 | Chest XR | Final |
| 8/2/2014 | 9:45:43 | 22092683K | 2279472 | Chest XR | Final |
| 8/2/2014 | 9:46:50 | 22092615K | 2018901 | Chest XR | Final |
| 8/2/2014 | 9:48:07 | 22092808K | 361997 | Chest XR | Final |
| 8/2/2014 | 10:00:13 | 22092822K | 2010404 | Chest XR | Final |
| 8/2/2014 | 10:02:32 | 22092494K | 2593566 | Chest XR | Final |
| 8/2/2014 | 10:03:12 | 22092675K | 2125232 | Chest XR | Final |
| 8/2/2014 | 10:03:47 | 22092762K | 1559867 | Chest XR | Final |
| 8/2/2014 | 10:04:23 | 22092811K | 2273237 | Chest XR | Final |
| 8/2/2014 | 10:16:38 | 22092680K | 2667114 | Chest XR | Final |
| 8/2/2014 | 10:17:27 | 22092917K | 2667114 | Chest XR | Final |
| 8/2/2014 | 10:22:04 | 22092866K | 2386191 | Pelvic US | Final |
| 8/2/2014 | 10:23:52 | 22092912K | 2667263 | Chest XR | Final |
| 8/2/2014 | 10:24:46 | 22092819K | 2667255 | Chest XR | Final |
| 8/2/2014 | 10:28:52 | 22092582K | 2667241 | Chest XR | Final |
| 8/2/2014 | 10:29:52 | 22092623K | 2139462 | Chest XR | Final |
| 8/2/2014 | 10:30:54 | 22093004K | 2207456 | Chest XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000856

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 8/2/2014 | 10:31:46 | 22093013K | 2349231 | Chest XR | Final |
| | 8/2/2014 | 10:32:16 | 22093008K | 2667268 | Knee XR | Final |
| | 8/2/2014 | 10:44:31 | 22093077K | 2358756 | Chest XR | Final |
| | 8/2/2014 | 10:52:21 | 22093222K | 1772822 | Head CT | Final |
| | 8/2/2014 | 10:59:18 | 22093171K | 2130472 | Upper Extremity CT | Final |
| | 8/2/2014 | 11:03:44 | 22093016K | 2028601 | Lower Extremity Artery CTA | Final |
| | 8/2/2014 | 11:04:19 | 22093056K | 1674393 | Chest XR | Final |
| | 8/2/2014 | 11:04:52 | 22093086K | 2073297 | Chest XR | Final |
| | 8/2/2014 | 11:06:52 | 22093205K | 530801 | Abdomen XR | Final |
| | 8/2/2014 | 11:08:04 | 22093136K | 415447 | Foot XR | Final |
| | 8/2/2014 | 11:08:41 | 22093040K | 2067621 | Shoulder XR | Final |
| | 8/2/2014 | 11:09:19 | 22093083K | 2274756 | Chest XR | Final |
| | 8/2/2014 | 11:14:36 | 22093254K | 2073297 | Abdomen and Pelvis CT | Final |
| | 8/2/2014 | 11:15:08 | 22093137K | 1807966 | Chest XR | Final |
| | 8/2/2014 | 11:18:15 | 22093253K | 2665952 | Head CT | Final |
| | 8/2/2014 | 12:30:47 | 22093228K | 2291724 | Knee XR | Final |
| | 8/2/2014 | 12:33:07 | 22093155K | 2291724 | Ankle XR | Final |
| | 8/2/2014 | 12:33:23 | 22093157K | 2291724 | Foot XR | Final |
| | 8/2/2014 | 12:33:38 | 22093156K | 2291724 | Tibia and Fibula XR | Final |

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 8/2/2014 | 12:34:28 | 22093041K | 3093212 | Lower Extremity Venous Duplex | Final |
| | 8/2/2014 | 12:36:48 | 22092925K | 2028601 | Tibia and Fibula XR | Final |
| | 8/2/2014 | 12:37:06 | 22092924K | 2028601 | Knee XR | Final |
| | 8/2/2014 | 12:37:17 | 22092860K | 2028601 | Tibia and Fibula XR | Final |
| | 8/2/2014 | 12:37:30 | 22092926K | 2028601 | Pelvis XR | Final |
| | 8/2/2014 | 12:39:43 | 22092923K | 2028601 | Chest XR | Final |
| | 8/2/2014 | 12:40:01 | 22093296K | 2028601 | Knee XR | Final |
| | 8/2/2014 | 12:40:50 | 22093319K | 3097076 | Chest XR | Final |
| | 8/2/2014 | 12:43:57 | 22093320K | 3097076 | Ribs XR | Final |
| | 8/2/2014 | 12:44:11 | 22093321K | 2667279 | Chest XR | Final |
| | 8/2/2014 | 12:45:22 | 22093286K | 2667272 | Shoulder XR | Final |
| | 8/2/2014 | 12:45:42 | 22093285K | 2667272 | Chest XR | Final |
| | 8/2/2014 | 12:47:08 | 22093359K | 2667269 | Head CT | Final |
| | 8/2/2014 | 12:48:32 | 22093360K | 2667269 | Cervical Spine CT | Final |
| | 8/2/2014 | 1:11:33 | 22093451K | 1487795 | Chest XR | Final |
| | 8/2/2014 | 1:12:44 | 22093363K | 2667272 | Clavicle XR | Final |
| | 8/2/2014 | 1:13:02 | 22093405K | 2667271 | Chest XR | Final |
| | 8/2/2014 | 1:13:30 | 22093473K | 2667282 | Tibia and Fibula XR | Final |
| | 8/2/2014 | 1:14:06 | 22093460K | 2291724 | Tibia and Fibula XR | Final |

HHC_ESI_000858

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

**Radiologist Name**

Exam Count

| Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|
| 8/2/2014 | 1:49:28 | 22093504K | 2151563 | Hand XR | Final |
| 8/2/2014 | 1:51:13 | 22093419K | 243106 | Chest XR | Final |
| 8/2/2014 | 1:52:29 | 22093179K | 2578751 | Pelvic US | Final |
| 8/2/2014 | 1:54:08 | 22093418K | 2210024 | Chest XR | Final |
| 8/2/2014 | 1:54:25 | 22093501K | 1429752 | Knee XR | Final |
| 8/2/2014 | 1:54:37 | 22093502K | 1429752 | Foot XR | Final |
| 8/2/2014 | 1:55:14 | 22093459K | 1748711 | Chest XR | Final |
| 8/2/2014 | 1:58:03 | 22093456K | 1836524 | Head CT | Final |

**8/4/2014**    42

| Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|
| 8/4/2014 | 10:25:13 | 22096614K | 2434912 | Shoulder XR | Final |
| 8/4/2014 | 10:25:40 | 22096773K | 2101627 | Chest XR | Final |
| 8/4/2014 | 10:26:18 | 22096584K | 2667418 | Forearm XR | Final |
| 8/4/2014 | 10:28:56 | 22096583K | 2667418 | Elbow XR | Final |
| 8/4/2014 | 10:29:27 | 22096582K | 2667418 | Humerus XR | Final |
| 8/4/2014 | 10:29:48 | 22096749K | 3067442 | Chest XR | Final |
| 8/4/2014 | 10:40:43 | 22096797K | 2615093 | Pulmonary Artery CTA | Final |
| 8/4/2014 | 10:45:45 | 22095988K | 2088497 | Head CT | Final |
| 8/4/2014 | 10:47:51 | 22096434K | 2656351 | Head CT | Final |
| 8/4/2014 | 10:50:05 | 22096320K | 2667412 | Cervical Spine CT | Final |

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | | Exam Count | | | | |
|---|---|---|---|---|---|---|
| | 8/4/2014 | 11:22:54 | 22097109K | 2286109 | Chest XR | Final |
| | 8/4/2014 | 11:39:47 | 22096986K | 2661858 | Lumbar Spine CT | Final |
| | 8/4/2014 | 11:41:00 | 22096987K | 2661858 | Thoracic Spine CT | Final |
| | 8/4/2014 | 11:47:50 | 22097313K | 1937019 | Head CT | Final |
| | 8/4/2014 | 12:09:40 | 22097428K | 1181095 | Hip XR | Final |
| | 8/4/2014 | 12:10:04 | 22097372K | 1830022 | Chest XR | Final |
| | 8/4/2014 | 12:14:15 | 22097482K | 3063228 | Chest XR | Final |
| | 8/4/2014 | 12:14:51 | 22097444K | 2616539 | Chest XR | Final |
| | 8/4/2014 | 12:59:35 | 22097624K | 1610272 | Chest CT | Final |
| | 8/4/2014 | 13:00:41 | 22097641K | 1426508 | Finger XR | Final |
| | 8/4/2014 | 13:01:10 | 22097696K | 2374029 | Finger XR | Final |
| | 8/4/2014 | 13:01:44 | 22097571K | 1772690 | Lumbar Spine XR | Final |
| | 8/4/2014 | 15:12:30 | 22098140K | 2660117 | Head CT | Final |
| | 8/4/2014 | 15:21:35 | 22098260K | 2137593 | Abdomen and Pelvis CT | Final |
| | 8/4/2014 | 15:41:20 | 22098559K | 2545643 | Pulmonary Artery CTA | Final |
| | 8/4/2014 | 15:42:50 | 22098000K | 2302574 | Chest XR | Final |
| | 8/4/2014 | 15:49:09 | 22098162K | 1220435 | Head CT | Final |
| | 8/4/2014 | 15:50:09 | 22097932K | 1228790 | Chest XR | Final |
| | 8/4/2014 | 15:51:16 | 22098246K | 1900781 | Head CT | Final |

HHC_ESI_000860

Radiologist Daily Productivity Detail

From Jul 1, 2014   To   Aug 8, 2014

Radiologist Name

| Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|
| | | | | Exam Count | |
| 8/4/2014 | 15:54:12 | 22098247K | 1900781 | Facial Bones CT | Final |
| 8/4/2014 | 15:56:47 | 22098245K | 1900781 | Cervical Spine CT | Final |
| 8/4/2014 | 16:07:46 | 22098457K | 2536618 | Abdomen and Pelvis CT | Final |
| 8/4/2014 | 16:10:17 | 22098784K | 2667477 | Cervical Spine CT | Final |
| 8/4/2014 | 16:11:45 | 22098209K | 2635993 | Chest XR | Final |
| 8/4/2014 | 16:14:01 | 22098208K | 2635993 | Abdomen XR | Final |
| 8/4/2014 | 16:16:04 | 22098830K | 1923477 | Cervical Spine XR | Final |
| 8/4/2014 | 16:17:44 | 22098269K | 2667452 | Forearm XR | Final |
| 8/4/2014 | 16:17:51 | 22098270K | 2667452 | Wrist XR | Final |
| 8/4/2014 | 16:19:30 | 22098405K | 2667468 | Foot XR | Final |
| 8/4/2014 | 16:22:41 | 22097547K | 1725218 | Head CT | Final |
| 8/4/2014 | 16:31:06 | 22097392K | 787620 | Head CT | Final |
| 8/4/2014 | 16:33:17 | 22099033K | 124006 | Hand XR | Final |
| 8/5/2014 | | | | | 35 |
| 8/5/2014 | 9:09:29 | 22100766K | 2273248 | Hip XR | Final |
| 8/5/2014 | 9:10:26 | 22100765K | 2273248 | Pelvis XR | Final |
| 8/5/2014 | 9:10:46 | 22100782K | 1715368 | Shoulder XR | Final |
| 8/5/2014 | 9:11:13 | 22100783K | 1715368 | Chest XR | Final |
| 8/5/2014 | 9:18:11 | 22099448K | 1772822 | Abdomen and Pelvis CT | Final |

HHC_ESI_000861

Radiologist Daily Productivity Detail

From Jul 1, 2014    To    Aug 8, 2014

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 8/5/2014 | 9:23:05 | 22099447K | 1772822 | Chest CT | Final |
| | 8/5/2014 | 9:26:01 | 22100484K | 266665 | Chest XR | Final |
| | 8/5/2014 | 9:31:22 | 22100546K | 2035439 | Chest XR | Final |
| | 8/5/2014 | 9:33:40 | 22100548K | 1124573 | Chest XR | Final |
| | 8/5/2014 | 9:36:28 | 22100571K | 2086660 | Chest XR | Final |
| | 8/5/2014 | 9:37:30 | 22100767K | 2273248 | Lumbar Spine XR | Final |
| | 8/5/2014 | 10:16:34 | 22100579K | 361997 | Chest XR | Final |
| | 8/5/2014 | 10:29:57 | 22100203K | 2192923 | Head CT | Final |
| | 8/5/2014 | 10:31:33 | 22101001K | 1586535 | Head CT | Final |
| | 8/5/2014 | 11:29:24 | 22101419K | 2516485 | Neck CT | Final |
| | 8/5/2014 | 11:31:12 | 22101482K | 2667174 | Head CT | Final |
| | 8/5/2014 | 11:32:32 | 22101130K | 2111076 | Facial Bones CT | Final |
| | 8/5/2014 | 11:34:22 | 22101128K | 2111076 | Head CT | Final |
| | 8/5/2014 | 11:35:22 | 22101129K | 2111076 | Cervical Spine CT | Final |
| | 8/5/2014 | 11:37:09 | 22101000K | 1586535 | Facial Bones CT | Final |
| | 8/5/2014 | 11:38:47 | 22100827K | 2093137 | Head CT | Final |
| | 8/5/2014 | 11:47:33 | 22101877K | 2592227 | Head CT | Final |
| | 8/5/2014 | 11:57:14 | 22101850K | 1339199 | Abdomen and Pelvis CT | Addendum(F) |
| | 8/5/2014 | 12:22:34 | 22102121K | 2667539 | Head CT | Final |

HHC_ESI_000862

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

| Radiologist Name | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 8/5/2014 | 12:26:30 | 22102130K | 1519432 | Hand XR | Final |
| | | 8/5/2014 | 12:26:42 | 22102131K | 1519432 | Wrist XR | Final |
| | | 8/5/2014 | 15:17:27 | 22102829K | 2667566 | Abdomen and Pelvis CT | Final |
| | | 8/5/2014 | 15:34:02 | 22102722K | 1686139 | Head CT | Final |
| | | 8/5/2014 | 15:41:18 | 22102724K | 1686139 | Facial Bones CT | Final |
| | | 8/5/2014 | 15:42:38 | 22102723K | 1686139 | Cervical Spine CT | Final |
| | | 8/5/2014 | 15:43:08 | 22102444K | 1952443 | Chest XR | Final |
| | | 8/5/2014 | 15:43:37 | 22102580K | 2667566 | Chest XR | Final |
| | | 8/5/2014 | 15:44:33 | 22102979K | 2667587 | Ankle XR | Final |
| | | 8/5/2014 | 15:44:35 | 22102982K | 2667587 | Foot XR | Final |
| | | 8/5/2014 | 15:48:28 | 22103233K | 1802096 | Head CT | Final |
| 8/5/2014 | 43 | | | | | | |
| | | 8/6/2014 | 10:40:22 | 22106097K | 2464118 | Chest XR | Final |
| | | 8/6/2014 | 10:41:32 | 22106121K | 2072983 | Chest XR | Final |
| | | 8/6/2014 | 10:41:57 | 22106198K | 136596 | Pelvis XR | Final |
| | | 8/6/2014 | 10:45:50 | 22105755K | 2667675 | Chest XR | Final |
| | | 8/6/2014 | 10:46:44 | 22105884K | 2317921 | Foot XR | Final |
| | | 8/6/2014 | 10:49:26 | 22105872K | 2002315 | Nasal Bones XR | Final |
| | | 8/6/2014 | 10:50:23 | 22106185K | 2533996 | Foot XR | Final |

HHC_ESI_000863

Radiologist Daily Productivity Detail

From **Jul 1, 2014**   To **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | | |
|---|---|---|---|---|---|---|
| | 8/6/2014 | 10:50:44 | 22106187K | 2533996 | Chest XR | Final |
| | 8/6/2014 | 11:24:49 | 22106483K | 1752731 | Chest XR | Final |
| | 8/6/2014 | 11:32:27 | 22106477K | 2648223 | Head CT | Final |
| | 8/6/2014 | 11:42:50 | 22106076K | 746997 | Head CT | Final |
| | 8/6/2014 | 11:46:03 | 22105941K | 2541013 | Head CT | Final |
| | 8/6/2014 | 11:50:58 | 22105715K | 3077556 | Sinus CT | Final |
| | 8/6/2014 | 13:20:46 | 22107117K | 667889 | Chest CT | Final |
| | 8/6/2014 | 13:21:58 | 22107346K | 2667717 | Head CT | Final |
| | 8/6/2014 | 13:22:57 | 22106934K | 2201260 | Chest XR | Final |
| | 8/6/2014 | 13:23:28 | 22107227K | 1955571 | Wrist XR | Final |
| | 8/6/2014 | 13:24:00 | 22107230K | 1955571 | Cervical Spine XR | Final |
| | 8/6/2014 | 13:24:33 | 22107235K | 2518476 | Chest XR | Final |
| | 8/6/2014 | 13:25:19 | 22107322K | 1135208 | Shoulder XR | Final |
| | 8/6/2014 | 13:25:47 | 22107306K | 2654457 | Foot XR | Final |
| | 8/6/2014 | 13:26:37 | 22106713K | 2388583 | Tibia and Fibula XR | Final |
| | 8/6/2014 | 15:01:30 | 22107612K | 2667701 | Chest XR | Final |
| | 8/6/2014 | 15:05:47 | 22107563K | 2329117 | Abdomen and Pelvis CT | Final |
| | 8/6/2014 | 15:08:36 | 22107347K | 2667717 | Facial Bones CT | Final |
| | 8/6/2014 | 15:10:40 | 22107344K | 2667717 | Cervical Spine CT | Final |

HHC_ESI_000864

Radiologist Daily Productivity Detail

From Jul 1, 2014    To Aug 8, 2014

| Radiologist Name | Exam Count | Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|---|---|
| | | 8/6/2014 | 15:10:59 | 22107508K | 2667717 | Chest XR | Final |
| | | 8/6/2014 | 15:18:57 | 22107892K | 1862010 | Abdomen and Pelvis CT | Final |
| | | 8/6/2014 | 15:20:03 | 22107654K | 2667718 | Forearm XR | Final |
| | | 8/6/2014 | 15:21:01 | 22107593K | 2391020 | Foot XR | Final |
| | | 8/6/2014 | 15:22:13 | 22107594K | 2391020 | Ankle XR | Final |
| | | 8/6/2014 | 15:22:41 | 22107592K | 2391020 | Chest XR | Final |
| | | 8/6/2014 | 15:23:25 | 22107084K | 2083472 | Knee XR | Final |
| | | 8/6/2014 | 15:24:25 | 22107209K | 2388583 | Tibia and Fibula XR | Final |
| | | 8/6/2014 | 16:20:00 | 22108134K | 2511884 | Abdomen and Pelvis CT | Final |
| | | 8/6/2014 | 16:28:12 | 22107844K | 2129187 | Foot XR | Final |
| | | 8/6/2014 | 16:28:35 | 22107846K | 2129187 | Ankle XR | Final |
| | | 8/6/2014 | 16:28:46 | 22107848K | 2129187 | Knee XR | Final |
| | | 8/6/2014 | 16:40:04 | 22107649K | 1621794 | Head CT | Final |
| | | 8/6/2014 | 16:42:14 | 22107648K | 1621794 | Cervical Spine CT | Final |
| | | 8/6/2014 | 16:43:33 | 22107650K | 1621794 | Facial Bones CT | Final |
| | | 8/6/2014 | 16:46:59 | 22108469K | 1436926 | Knee XR | Final |
| | | 8/6/2014 | 17:14:52 | 22108654K | 2264671 | Foot XR | Final |
| 8/7/2014 | 45 | | | | | | |
| | | 8/7/2014 | 11:04:29 | 22110818K | 2287150 | Chest XR | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000865

Radiologist Daily Productivity Detail

From Jul 1, 2014     To Aug 8, 2014

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 8/7/2014 | 11:06:45 | 22110970K | 1264033 | Lumbar Spine XR | Final |
| | 8/7/2014 | 11:07:03 | 22111108K | 2667785 | Chest XR | Final |
| | 8/7/2014 | 11:47:21 | 22111209K | 2287150 | Scapula XR | Final |
| | 8/7/2014 | 12:34:53 | 22111183K | 2422758 | Chest CT | Final |
| | 8/7/2014 | 12:35:31 | 22111578K | 2667817 | Pelvis XR | Final |
| | 8/7/2014 | 12:35:57 | 22111510K | 2392249 | Chest XR | Final |
| | 8/7/2014 | 12:47:18 | 22110710K | 2657276 | Neck CT | Final |
| | 8/7/2014 | 12:54:29 | 22111428K | 1780289 | Head CT | Final |
| | 8/7/2014 | 12:56:57 | 22111636K | 954985 | Head CT | Final |
| | 8/7/2014 | 12:58:31 | 22111576K | 2581349 | Foot XR | Final |
| | 8/7/2014 | 12:59:02 | 22111609K | 2628960 | Chest XR | Final |
| | 8/7/2014 | 12:59:48 | 22111579K | 2667817 | Femur XR | Final |
| | 8/7/2014 | 13:00:38 | 22111474K | 2642811 | Lumbar Spine XR | Final |
| | 8/7/2014 | 13:42:45 | 22111953K | 2667783 | Head CT | Final |
| | 8/7/2014 | 13:43:25 | 22111945K | 2667830 | Pelvis XR | Final |
| | 8/7/2014 | 13:44:26 | 22111946K | 2667830 | Femur XR | Final |
| | 8/7/2014 | 13:44:59 | 22111944K | 2667830 | Chest XR | Final |
| | 8/7/2014 | 13:46:36 | 22111762K | 2667817 | Lower Extremity Artery CTA | Addendum(F) |
| | 8/7/2014 | 15:11:10 | 22112190K | 2667832 | Abdomen and Pelvis CT | Final |

HHC_ESI_000866

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

Radiologist Name

| | Exam Count | | | |
|---|---|---|---|---|
| 8/7/2014 | 15:12:24 | 22112187K | 2667832 | Head CT | Final |
| 8/7/2014 | 15:19:59 | 22112188K | 2667832 | Cervical Spine CT | Final |
| 8/7/2014 | 15:20:32 | 22112192K | 2667832 | Extracranial/Cervical Carotid | Final |
| 8/7/2014 | 15:29:06 | 22112189K | 2667832 | Chest CT | Final |
| 8/7/2014 | 15:30:12 | 22112195K | 2667832 | Lumbar Spine CT | Final |
| 8/7/2014 | 15:30:31 | 22112194K | 2667832 | Thoracic Spine CT | Final |
| 8/7/2014 | 15:49:34 | 22112488K | 2667836 | Chest CT | Final |
| 8/7/2014 | 15:51:27 | 22112489K | 2667836 | Cervical Spine CT | Final |
| 8/7/2014 | 15:53:02 | 22112487K | 2667836 | Head CT | Final |
| 8/7/2014 | 15:54:12 | 22112409K | 2667836 | Chest XR | Final |
| 8/7/2014 | 15:54:28 | 22112410K | 2667836 | Pelvis XR | Final |
| 8/7/2014 | 16:00:28 | 22112419K | 2667812 | Knee XR | Final |
| 8/7/2014 | 16:01:59 | 22112664K | 2667844 | Head CT | Final |
| 8/7/2014 | 16:03:04 | 22112490K | 2667836 | Abdomen and Pelvis CT | Addendum(F) |
| 8/7/2014 | 16:05:44 | 22112287K | 2203911 | Chest XR | Final |
| 8/7/2014 | 16:07:59 | 22112408K | 2667804 | Ribs XR | Final |
| 8/7/2014 | 16:08:17 | 22112407K | 2667804 | Chest XR | Addendum(F) |
| 8/7/2014 | 16:12:18 | 22112665K | 2667844 | Cervical Spine CT | Final |
| 8/7/2014 | 16:13:58 | 22112725K | 2667823 | Forearm XR | Final |

Jk - Data Source: TalkTech dictation system

HHC_ESI_000867

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

Radiologist Name

Exam Count

| Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|
| 8/7/2014 | 16:14:50 | 22112423K | 2667830 | Ankle XR | Final |
| 8/7/2014 | 16:15:32 | 22112427K | 2667830 | Tibia and Fibula XR | Final |
| 8/7/2014 | 16:17:21 | 22112422K | 2667830 | Knee XR | Final |
| 8/7/2014 | 16:18:44 | 22112424K | 2667830 | Femur XR | Final |
| 8/7/2014 | 16:19:10 | 22112429K | 2667830 | Hip XR | Final |
| 8/7/2014 | 16:43:03 | 22112564K | 2660912 | Head CT | Final |

**8/8/2014**    85

| Reading Date | Reading Time | Accession | MR# | Procedure | Status |
|---|---|---|---|---|---|
| 8/8/2014 | 9:14:46 | 22114827K | 2667901 | Ribs XR | Final |
| 8/8/2014 | 9:16:11 | 22114798K | 2667901 | Chest XR | Final |
| 8/8/2014 | 9:21:27 | 22114935K | 2667895 | Pulmonary Artery CTA | Final |
| 8/8/2014 | 9:35:43 | 22114759K | 2666832 | Head CT | Final |
| 8/8/2014 | 10:45:28 | 22115401K | 1238317 | Chest XR | Final |
| 8/8/2014 | 10:48:34 | 22112437K | 2667830 | Lower Extremity CT | Final |
| 8/8/2014 | 10:49:38 | 22115140K | 1627236 | Lumbar Spine XR | Final |
| 8/8/2014 | 10:50:00 | 22115327K | 1281473 | Chest XR | Final |
| 8/8/2014 | 10:51:53 | 22115148K | 2066080 | Chest XR | Final |
| 8/8/2014 | 10:52:30 | 22115394K | 2066080 | Chest XR | Final |
| 8/8/2014 | 11:21:56 | 22115485K | 2667901 | Chest CT | Final |
| 8/8/2014 | 11:34:24 | 22115486K | 2667901 | Abdomen and Pelvis CT | Final |

JK - Data Source: TalkTech dictation system

HHC_ESI_000868

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 8/8/2014 | 11:37:34 | 22115487K | 2667901 | Thoracic Spine CT | Final |
| | 8/8/2014 | 11:37:51 | 22115499K | 2667901 | Lumbar Spine CT | Addendum(F) |
| | 8/8/2014 | 11:43:15 | 22115484K | 2667901 | Cervical Spine CT | Final |
| | 8/8/2014 | 12:12:37 | 22115932K | 2581190 | Abdomen CT | Final |
| | 8/8/2014 | 12:27:19 | 22115931K | 2581190 | Pulmonary Artery CTA | Final |
| | 8/8/2014 | 12:27:45 | 22115054K | 2581190 | Chest XR | Addendum(F) |
| | 8/8/2014 | 12:28:40 | 22115448K | 2237656 | Shoulder XR | Final |
| | 8/8/2014 | 12:29:26 | 22115918K | 1604353 | Foot XR | Final |
| | 8/8/2014 | 12:30:53 | 22115720K | 2088052 | Abdomen XR | Final |
| | 8/8/2014 | 12:31:22 | 22115722K | 2088052 | Neck Soft Tissue XR | Final |
| | 8/8/2014 | 12:31:47 | 22115721K | 2088052 | Chest XR | Final |
| | 8/8/2014 | 12:33:28 | 22115874K | 2521037 | Chest XR | Final |
| | 8/8/2014 | 12:34:33 | 22115563K | 2667909 | Elbow XR | Final |
| | 8/8/2014 | 12:35:04 | 22115564K | 2667909 | Humerus XR | Final |
| | 8/8/2014 | 12:35:36 | 22115562K | 2667909 | Shoulder XR | Final |
| | 8/8/2014 | 12:36:47 | 22115792K | 2667901 | Shoulder XR | Final |
| | 8/8/2014 | 12:37:08 | 22115964K | 2660178 | Chest XR | Final |
| | 8/8/2014 | 12:52:16 | 22114527K | 2607212 | Thoracic Aorta CTA | Final |
| | 8/8/2014 | 12:53:31 | 22114492K | 2045531 | Chest XR | Final |

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    To    **Aug 8, 2014**

| Radiologist Name | Exam Count | | | | |
|---|---|---|---|---|---|
| | 8/8/2014 | 12:54:22 | 22115559K | 2666454 | Chest XR | Final |
| | 8/8/2014 | 12:55:25 | 22114437K | 1475062 | Chest XR | Final |
| | 8/8/2014 | 13:03:18 | 22116217K | 626675 | Chest CT | Final |
| | 8/8/2014 | 13:46:53 | 22116205K | 2667927 | Chest XR | Final |
| | 8/8/2014 | 13:47:14 | 22116184K | 2629381 | Chest XR | Final |
| | 8/8/2014 | 13:49:59 | 22116154K | 378456 | Tibia and Fibula XR | Final |
| | 8/8/2014 | 13:50:39 | 22116449K | 1574551 | Chest XR | Final |
| | 8/8/2014 | 13:52:15 | 22116142K | 2526753 | Chest XR | Addendum(F) |
| | 8/8/2014 | 13:52:38 | 22116341K | 2537523 | Lumbar Spine XR | Final |
| | 8/8/2014 | 13:53:33 | 22116340K | 2537523 | Cervical Spine XR | Final |
| | 8/8/2014 | 13:53:47 | 22116420K | 253845 | Chest XR | Final |
| | 8/8/2014 | 15:09:13 | 22116812K | 2665593 | Abdomen and Pelvis CT | Final |
| | 8/8/2014 | 15:11:45 | 22116500K | 2667901 | Facial Bones CT | Final |
| | 8/8/2014 | 15:13:59 | 22116591K | 2556094 | Chest XR | Final |
| | 8/8/2014 | 15:14:40 | 22114883K | 2269130 | Chest XR | Final |
| | 8/8/2014 | 15:15:15 | 22116882K | 1113761 | Chest XR | Final |
| | 8/8/2014 | 15:15:50 | 22116611K | 1419178 | Chest XR | Final |
| | 8/8/2014 | 15:16:11 | 22116564K | 1771190 | Shoulder XR | Final |
| | 8/8/2014 | 15:16:38 | 22116563K | 1771190 | Chest XR | Final |

HHC_ESI_000870

Radiologist Daily Productivity Detail

From **Jul 1, 2014**    *To*  **Aug 8, 2014**

Radiologist Name

Exam
Count

| | | | | |
|---|---|---|---|---|
| 8/8/2014 | 15:17:23 | 22116752K | 2179920 | Head CT | Final |
| 8/8/2014 | 15:20:28 | 22116831K | 613759 | Chest XR | Final |
| 8/8/2014 | 15:21:32 | 22116772K | 2545753 | Chest XR | Final |
| 8/8/2014 | 15:24:03 | 22115759K | 1475062 | Esophogram XR | Final |
| 8/8/2014 | 15:25:18 | 22116753K | 2029552 | Chest XR | Final |
| 8/8/2014 | 15:25:45 | 22116172K | 2405554 | Hip XR | Final |
| 8/8/2014 | 15:26:41 | 22116775K | 2571350 | Femur XR | Final |
| 8/8/2014 | 15:27:26 | 22116774K | 2306478 | Lumbar Spine XR | Final |
| 8/8/2014 | 15:27:45 | 22117112K | 2128676 | Hip XR | Final |
| 8/8/2014 | 15:47:02 | 22116893K | 2088052 | Abdomen and Pelvis CT | Final |
| 8/8/2014 | 15:48:06 | 22116807K | 1990332 | Chest XR | Final |
| 8/8/2014 | 15:49:55 | 22116970K | 3094285 | Lumbar Spine XR | Final |
| 8/8/2014 | 15:50:52 | 22116558K | 1898547 | Ankle XR | Final |
| 8/8/2014 | 15:51:27 | 22116986K | 2057628 | Abdomen XR | Final |
| 8/8/2014 | 15:51:42 | 22116985K | 2057628 | Abdomen XR | Final |
| 8/8/2014 | 15:52:09 | 22116884K | 1773496 | Chest XR | Final |
| 8/8/2014 | 15:53:11 | 22116837K | 2667911 | Chest XR | Final |
| 8/8/2014 | 15:54:51 | 22116936K | 2667956 | Pelvis XR | Final |
| 8/8/2014 | 15:56:59 | 22116585K | 1113761 | Pelvis CT | Final |

*JK - Data Source: TalkTech dictation system*

HHC_ESI_000871