16

Steven Pulitzer

| | |
|---|---|
| From: | Steven Pulitzer |
| Sent: | Wednesday, August 20, 2014 4:27 PM |
| To: | deborah.reede@downstate.edu |
| Subject: | Fwd: Greenberg Reading List Jul 1st thru Aug 8 - 2014 |
| Attachments: | Reading List Jul 1 st thru Aug 8.pdf |

>>> Jayan Kurian 08/20/14 2:12 PM >>>