17

**Steven Pulitzer**

| | |
|---|---|
| **From:** | Steven Pulitzer |
| **Sent:** | Tuesday, September 02, 2014 3:57 PM |
| **To:** | Sade Jemmott |
| **Subject:** | Sade please file this document in Oded's file. |
| **Attachments:** | Oded Greenberg 1.docx |

Sade please file this document in Oded's file.

HHC_ESI_001062

Oded Greenberg: September 2, 2014

Oded was counseled in person on time and attendance on August 23, 2014. Oded was scheduled for vacation the week of August 25-29th. He took off Monday August 25 and reported to work the remainder of the week. His hours were at his choosing and were not his standard hours of 9:30-5:30. This schedule switch was not authorized by either me or Dr. Reede. None of the required documentation was submitted to request this schedule change.

Today, Oded came to my office to request the remainder of this week off. His request was denied as the operational needs of the department would not permit him be off this week. The other body imager, Dr. Hammill is scheduled to be off this week. Therefore, Oded must report for work this week.

Oded asked me to relieve him of the 12-8 shift. I said I could not. I informed him that every attending in the department with the exception of Janelle Scott-More who covers the 6 am – 2 pm shift and Vindokumar Velayudhan who covers the 4 pm – 12 pm will rotate through this position.

HHC_ESI_001063

Steven Pulitzer

---

**From:** Steven Pulitzer

**Sent:** Friday, September 05, 2014 4:31 PM

**To:** Sade Jemmott; deborah.reede@downstate.edu

**Subject:** Hi Dr. Reede, Here is a copy of my meeting with Oded on Aug 22.

**Attachments:** discussion aug 22 2014.doc

Hi Dr. Reede,  Here is a copy of my meeting with Oded on Aug 22.

HHC_ESI_001091



# KINGS COUNTY
# HOSPITAL CENTER



Steven Pulitzer, M.D.
Interim Chief of Service
Department of Radiology
Kings County Hospital Center
Tel: 718-245-4447
Fax: 718-245-4473

August 22, 2014

RE: Oded Greenberg, MD

Notes from August 22, 2014 meeting with Oded Greenberg, MD:

Time and attendance.  Dr. Greenberg had been previously warned by Dr. Reede on May 5, 2014 about accurate reporting of time and attendance and of the necessity to follow the policy and procedures of the SUNY Downstate Department of Radiology regarding scheduling time off.  In addition, there is a protocol for late arrival or absence due to sickness.

I became the Interim Chief of Service in July 2014.  I reviewed Dr. Greenberg's time and attendance from records archived in the Talk Station dictation system.  It gives an estimate of the time of arrival and departure based on the time of the first and last case read on a particular day.  There were a number of days in which Dr. Greenberg arrived after 9 am.  In particular:

| Date | Time sheet | Talk station time |
|------|-----------|-------------------|
| 7/28/2014 | 9-5 | 10:40 – 5:30 |
| 7/31/2014 | 9-5 | 10:30 – 5:00 |
| 8/4/2014 | N/A | 10:25 – 4:30 |
| 8/6/2014 | N/A | 10:40 – 5:15 |
| 8/7/2014 | N/A | 11:04 – 4:30 |

We discussed the need for him to be here for set hours of 9:30 – 5:30 pm daily.

I informed him that he will be put on time and attendance monitoring if the pattern persists.  He acknowleged.

HHC_ESI_001092