19

**Linda McMurren**

| | |
|---|---|
| From: | Linda McMurren |
| Sent: | Tuesday, August 26, 2014 3:39 PM |
| To: | Ahmeds@nychhc.org; Alfonso.Brooks@nychhc.org; Allaei.Atabak@nychhc.org; Andrew.Kesselman@nychhc.org; CoplandH@nychhc.org; David Jacobs; Dawn.Mellish@nychhc.org; Dayna.Williams@nychhc.org; Divya.Awal@nychhc.org; Emily.Dunn@nychhc.org; Gertrude.William@nychhc.org; Glenn.Erski@nychhc.org; Harrison.Copland@nychhc.org; Jamel.Reid@nychhc.org; Jayan.Kurian@nychhc.org; Jean.Aime@nychhc.org; Joanne.Lischin@nychhc.org; Judy.Schwartz@nychhc.org; Kenneth.Deer@nychhc.org; Luke.Robinson@nychhc.org; Marixia.McKinney@nychhc.org; Matthew.Neimark@nychhc.org; Michael.Bergen@nychhc.org; Orlando.Adamson@nychhc.org; Pallavi.Cherukuri@nychhc.org; Pranav.Chitkara@nychhc.org; Raja.Anne@nychhc.org; Rebecca.Gonzalez@nychhc.org; Roslyn.Weinstein@nychhc.org; RONESK@nychhc.org; Sabrina.Roberts@nychhc.org; Sade.Jemmott@nychhc.org; TCSchedules@airmethods.com; Veronica.Green@nychhc.org; Vincent.Gallo@nychhc.org |
| Subject: | UPDATED: Clinical Schedule for THIS WEEK (8-25-14) KCHC |
| Attachments: | UPDATED KCHC 8-25.pdf |

To All Faculty and Staff:

Attached is an **UPDATED** KCHC Clinical Schedule for **THIS WEEK (8-25-14)**.

Linda McMurren
Administrative Assistant
Dept. of Radiology Chair's Office
Linda.McMurren@downstate.edu (email)
718-270-1603 (phone)
718-270-2667 (fax)

Confidentiality Notice: The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon, this information. If you received this transmission in error, please contact the sender and destroy all printed copies and delete the material from all computers.

## Department of Radiology In House Work Assignments - Weekdays

| | | Monday 8/25 | Tuesday 8/26 | Wednesday 8/27 | Thursday 8/28 | Friday 8/29 |
|---|---|---|---|---|---|---|
| **Kings County Hospital** | | | | | | |
| Abd Imaging | Att | | | | | |
| | Att | Hammill | Hammill | Hammill | Hammill | Hammill |
| | res | Cort | Cort | Cort | Cort | Cort |
| Chest | AM \| PM | Waite | Waite | Waite | Waite | Waite |
| | res | Jahed | Jahed | Jahed | Jahed | Jahed |
| CT/MRI Supvsn Res | | Holder | Cort | Kurz | Jahed | Nelson |
| GI/GU | Att | Samin | Samin | Samin | Samin | Samin |
| | res | Rimler | Rimler | Rimler | Rimler | Rimler |
| VIR | Att | Herskowitz Walsh | Walsh | Herskowitz Walsh | Walsh | Herskowitz Walsh |
| | res | Gallo | Gallo | Gallo | Gallo | Gallo |
| Mam Dx | Att | Chaudary | Chaudary | Chaudary | Chaudary | Chaudary |
| Mam Sc | Att | Goracy | Goracy | Goracy | Goracy | Goracy |
| | res | Erski | Erski | Erski | Erski | Erski |
| Bone | Att | Kolla | Kolla | Kolla | Kolla | Kolla |
| | res | Kurz Sapozhnikova | Kurz Sapozhnikova | Kurz Sapozhnikova | Kurz Sapozhnikova | Kurz Sapozhnikova |
| Neuro | Att | | | | | |
| | res | Chaudhry | Chaudhry | Chaudhry | Chaudhry | Chaudhry |
| Nuclear (9-5) | Att | Strashun | Strashun | Strashun | Strashun | Strashun |
| | res | Reid Abbey-Mensah | Reid Abbey-Mensah | Reid Abbey-Mensah | Reid Abbey-Mensah | Reid Abbey-Mensah |
| Peds | Att | Amodio | Amodio | Amodio | Amodio | Amodio |
| | res | Kesselman | Kesselman | Kesselman | Kesselman | Kesselman |
| US | Att | Zinn, D | Zinn, D | Zinn, D | Zinn, D | Zinn, D |
| | Att | Osborne | Osborne | Osborne | Osborne | Osborne |
| | res | Holder Nelson Ghanaat | Holder Nelson Ghanaat | Holder Nelson Ghanaat | Holder Nelson Ghanaat | Holder Nelson Ghanaat |
| **KCHC ER** | | | | | | |
| 6 AM - 2 PM | Att | Scott | Scott | Scott | Scott | Greenberg |
| 9-5 | Att | Chen | Chen Greenberg | Chen Greenberg | Greenberg | Greenberg |
| Daytime res | | Osei-Bonsu | Osei-Bonsu | Osei-Bonsu | Osei-Bonsu | Osei-Bonsu |
| 12-8 | Att | | | | | |
| 4-12 | Att | Velayudhan | Velayudhan | Velayudhan | Velayudhan | Velayudhan |
| Resident 1 & 2 | | Chaudhry | Braun | Seit | Sapozhnikova | Braun |
| Overnight Jr/Sr res | | Cortes | Cortes | Cortes | Cortes | |
| LICH VIR | | | | | | |
| Lutheran VIR | Att | | | Liu, H | Liu, H | Liu, H |
| | Res | Jacobs | Jacobs | Jacobs | Jacobs | Jacobs |
| Body | Res | Anne | Anne | Anne | Anne | Anne |
| Mammo | Res | Allaei | Allaei | Allaei | Allaei | Allaei |
| Neuro | Res | Williams | Williams | Williams | Williams | Williams |
| Brooklyn VA VIR | | Kwon | Kwon | Kwon | Kwon | Kwon |
| | Res | Nabi | Nabi | Nabi | Nabi | Nabi |

## Weekend

| Saturday 8/30 | Sunday 8/31 | Monday 9/1 |
|---|---|---|
| Updated 8/26/2014 at 2:59 PM | | |

| | | |
|---|---|---|
| Samin | Velayudhan | Scott |
| Velayudhan | Zinn, D | Samin |
| | | |
| | Goldfisher | Goldfisher |

Page 2 of 2
## Department of Radiology Call/Conference/Absences

| | Monday 8/25 | Tuesday 8/26 | Wednesday 8/27 | Thursday 8/28 | Friday 8/29 | Saturday 8/30 | Sunday 8/31 | Monday 9/1 |
|---|---|---|---|---|---|---|---|---|
| Res. KCHC Jr. WD 5P-10P WE 8A-5P | | | | | | | | |
| Res. KCHC Sr. M-Th 5-8P Sat 8A-8P Sun 10A-8P | Chaudhry | Braun | Seit | Sapozhnikova | Braun | Osei-Bonsu | Meyer | Braun |
| Res. KCHC Sr. S-Th 8p-8A F 5P-8A | Cortes | Cortes | Cortes | Cortes | | Cortes | Cortes | |
| Res. UHB M-F 5P-8P | Gallo | Kesselman | Erski | Bergen | Erski | Robinson | Erski | |
| UHB Res. 8P-8A | Cherukuri | Cherukuri | Cherukuri | Cherukuri | | Kesselman | Williams | |
| Direct Path Res. | Nabi | Nabi | Gallo | Meyer | Gallo | Gallo | Vazquez | Vazquez |
| Chief Resident | Kesselman | Kesselman | Kesselman | Kesselman | Kesselman | Kesselman | Kesselman | Kesselman |
| UHB Day Float | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? |
| Diagnostic | Zinn, H | Greenberg | Hammill | Zinn, H | Choi, W | Samin | Zinn, H | Samin |
| VIR Lutheran | Herskowitz | Herskowitz | Herskowitz | Herskowitz | Liu, H | Liu, H | Liu, H | Liu, H |
| VIR KCHC | Herskowitz | Herskowitz | Herskowitz | Herskowitz | Liu, H | Liu, H | Liu, H | Liu, H |
| VIR UHB | Herskowitz | Herskowitz | Herskowitz | Herskowitz | Liu, H | Liu, H | Liu, H | Liu, H |
| VIR VA | Herskowitz | Herskowitz | Herskowitz | Herskowitz | Liu, H | Liu, H | Liu, H | Liu, H |
| Neuro Intrvnt'l | | | | | | | | |
| Nuclear Med | Strashun | Strashun | Strashun | Strashun | Strashun | Strashun | Strashun | Strashun |
| Peds UHB | Amodio | Amodio | Amodio | Amodio | Amodio | Amodio | Amodio | Amodio |
| Peds KCHC | Amodio | Amodio | Amodio | Amodio | Amodio | Amodio | Amodio | |
| Lutheran VIR | Herskowitz | Herskowitz | Herskowitz | Herskowitz | Liu, H | Liu, H | Liu, H | Liu, H |
| Physics | Serrano|Esenyan | Esenyan | Esenyan | Esenyan | Esenyan | Esenyan | Esenyan | Esenyan |

### Conf

| | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 8:00 KCHC | | | | | |
| Noon KCHC | | | | | |
| 4:00 PM | | | | | |
| Other 1 | | | | | |
| Other 2 | | | | | |

Updated 8/26/2014 at 2:59 PM

### Faculty and Residents

| | Mon | | Tue | | Wed | | Thu | | Fri | |
|---|---|---|---|---|---|---|---|---|---|---|
| Comp Time | Lehto | | | | | | | | | |
| Vacation | Liu, H | Gale | Lehto | Liu, H | Lehto | Pulitzer | Lehto | Pulitzer | Lehto | Pulitzer |
| | Pulitzer | Goldfisher | Gale | Pulitzer | Choi, W | Goldfisher | Goldfisher | Awal | Goldfisher | Chen |
| | Awal | | Goldfisher | Awal | Awal | | Awal | | Awal | |
| Vac. 1/2 Day PM | | | | | Gale | | | | | |
| Part Time Out | | | Hanley | | | | Corsaro | | | |
| Res - Elective | Robinson | Bergen | Robinson | Bergen | Robinson | Bergen | Robinson | Bergen | Robinson | Bergen |

1) ER Resident covers 8-8.
2) ER Evening resident covers KCHC 5-8 weekdays, then UHB 8-10. Weekend evenings covered by Overnight resident (see #6).
3) Overnight Jr. Resident - on weekdays, covers KCHC 8 PM to 8 AM. On W/H covers 6 PM to 8 AM
4) Day Float resident covers UHB Fridays 5P-MN, weekends 8A-MN
5) If single name, covers UHB + KCHC. Otherwise 1st name covers KCHC, 2nd name covers UHB.

© 2000 - 2014 Brian Gale