20

# Jayden

From: **Karina Moltz** (kmoltz@gatewayschool.org)
Sent: Fri 8/29/14 2:47 PM
To: 'gilmoregreenberg@msn.com' (gilmoregreenberg@msn.com); 'Oded' (odedgreenberg@msn.com)
Cc: Carolyn Salzman (CSalzman@gatewayschool.org); 'Katzive, Marion' (mkatzive@bsk.com)

Dear Michelle and Oded:

To follow up on our letter of August 19th Jayden will not have a place at Gateway in September unless we have EITHER an order from an Impartial Hearing Officer directing placement at Gateway during pendency of CSE review OR, if you cannot get an order before September 4th, we will also accept a copy of your letter to the Impartial Hearing Office requesting a hearing about Jayden's placement. Typically these letters are addressed to:

Stacy Reeves

Chief Administrator

Impartial Hearing Office, NYC Department of Education

131 Livingston Street, Room 201

Brooklyn, NY 11201

Satisfactory evidence that this letter has been sent includes documentation from FedEx, USPS or UPS. It is also possible for you to hand-deliver the letter to the Impartial Hearing Office, and receive a copy that has been stamped as evidence of receipt.

Regards,

Karina

Karina P. Moltz

G212

Director of Lower School

The Gateway Schools of New York

kmoltz@gatewayschool.org

(212)777-5966, ext. 818

G213