21

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

| STUDENT NAME: Jayden Greenberg | DISABILITY CLASSIFICATION: Other Health Impairment |
|---|---|
| DATE OF BIRTH: 8/2006      LOCAL ID #: 220681449 | |
| PROJECTED DATE IEP IS TO BE IMPLEMENTED:09/05/2013 | PROJECTED DATE OF ANNUAL REVIEW:02/24/2014 |

STUDENT NAME: Jayden Greenberg

NYC ID:220681449

### PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

**EVALUATION RESULTS (INCLUDING FOR SCHOOL-AGE STUDENTS, PERFORMANCE ON STATE AND DISTRICT-WIDE ASSESSMENTS)**

**ACADEMIC ACHIEVEMENT, FUNCTIONAL PERFORMANCE AND LEARNING CHARACTERISTICS**
LEVELS OF KNOWLEDGE AND DEVELOPMENT IN SUBJECT AND SKILL AREAS INCLUDING ACTIVITIES OF DAILY LIVING, LEVEL OF INTELLECTUAL FUNCTIONING, ADAPTIVE BEHAVIOR, EXPECTED RATE OF PROGRESS IN ACQUIRING SKILLS AND INFORMATION, AND LEARNING STYLE:
Jayden is a bright and sweet boy who is eager to please his teachers. Since Jayden has started medication this year it is much easier for him to follow directions, stay on task and make transitions. He may still need a direction repeated but he doesn't need as much time to follow through. He is able to stay in class during academics times and finish his work. Jayden can be highly distractible but the medication is making it easier for Jayden to stay with the group and to attend to class discussions. Jayden does ask lots of questions, the constant reassurance helps Jayden feel secure in his surroundings.
STUDENT STRENGTHS, PREFERENCES, INTERESTS:
When Jayden is interested in something he can really remain focused on it.
ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:
Parents want to make sure the medication was an appropaite choice and is helpinbg him to stay focused and remain in academic settings.

**SOCIAL DEVELOPMENT**
THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S RELATIONSHIPS WITH PEERS AND ADULTS; FEELINGS ABOUT SELF; AND SOCIAL ADJUSTMENT TO SCHOOL AND COMMUNITY ENVIRONMENTS:
Jayden is a friendly and kind kid who is shy and quiet. During less structured times Jayden usually prefers to play by himself but we are starting to see Jayden seek out other children during less structured times. Jayden enjoys drawing and does often prefer to do that alone during these times. He tends to seek out adults to engage in conversation with more often them peers at this time.
STUDENT STRENGTHS:
He loves to build and draw. Jayden is a really good artist.
SOCIAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:
Jayden has not had a lot of playdates with kids from school, parents would like him to have more play dates.

**PHYSICAL DEVELOPMENT**
THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S MOTOR AND SENSORY DEVELOPMENT, HEALTH, VITALITY AND PHYSICAL SKILLS OR LIMITATIONS WHICH PERTAIN TO THE LEARNING PROCESS:
Jayden is in good health.
STUDENT STRENGTHS:
Jayden enjoys participating in gym activities. He really enjoys basketball.
PHYSICAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:
Parents are still working on Jayden eating habits, expanding his variety and his rigidity around food.

**MANAGEMENT NEEDS**
THE NATURE (TYPE) AND DEGREE (EXTENT) TO WHICH ENVIRONMENTAL AND HUMAN OR MATERIAL RESOURCES ARE NEEDED TO ADDRESS NEEDS IDENTIFIED ABOVE:
Small group instruction, highly structured academic setting, preferential seating, verbal cues/prompts to complete assignments, minimize distractions

EFFECT OF STUDENT NEEDS ON INVOLVEMENT AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM OR, FOR A PRESCHOOL STUDENT, EFFECT OF STUDENT NEEDS ON PARTICIPATION IN

CONFIDENTIAL          SUNY 007281

Individualized Education Program (IEP) for Jayden Greenberg (220681449)          Page 2 of 10

**APPROPRIATE ACTIVITES**
full participation

**STUDENT NAME:** Jayden  Greenberg                                         NYC ID:220681449

**STUDENT NEEDS RELATING TO SPECIAL FACTORS**

BASED ON THE IDENTIFICATION OF THE STUDENT'S NEEDS, THE COMMITTEE MUST CONSIDER
WHETHER THE STUDENT NEEDS A PARTICULAR DEVICE OR SERVICE TO ADDRESS THE SPECIAL
FACTORS AS INDICATED BELOW, AND IF SO, THE APPROPRIATE SECTION OF THE IEP MUST IDENTIFY
THE PARTICULAR DEVICE OR SERVICE(S) NEEDED:

Does the student need strategies, including positive behavioral interventions, supports and other strategies to address
behaviors that impede the student's learning or that of others?  ☐ Yes ☑ No

Does the student need a behavioral intervention plan?  ☑ No ☐ Yes

For a student with limited English proficiency, does he need a special education service to address his language needs
as they relate to the IEP?  ☐ Yes ☐ No ☑ Not Applicable

For a student who is blind or visually impaired, does he need instruction in Braille and the use of Braille?  ☐ Yes ☐ No
☑ Not Applicable

Does the student need a particular device or service to address his communication needs?  ☐ Yes ☑ No

In the case of a student who is deaf or hard of hearing, does the student need a particular device or service in
consideration of the student's language and communication needs, opportunities for direct communications with peers
and professional personnel in the student's language and communication mode, academic level, and full range of
needs, including opportunities for direct instruction in the student's language and communication mode?
☐ Yes ☐ No ☑ Not Applicable

Does the student need an assistive technology device and/or service?  ☐ Yes ☑ No

If yes, does the Committee recommend that the device(s) be used in the student's home?  ☐ Yes ☐ No

**STUDENT NAME:** Jayden  Greenberg                                         NYC ID:220681449

BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A
YOUNGER AGE IF DETERMINED APPROPRIATE)

MEASURABLE POSTSECONDARY GOALS

LONG-TERM GOALS FOR LIVING, WORKING AND LEARNING AS AN ADULT

**EDUCATION/TRAINING:**
**EMPLOYMENT:**
**INDEPENDENT LIVING SKILLS (WHEN APPROPRIATE):**
**TRANSITION NEEDS**
In consideration of present levels of performance, transition service needs of the student that focus on the student's
courses of study, taking into account the student's strengths, preferences and interests as they relate to transition from
school to post-school activities:

**STUDENT NAME:** Jayden  Greenberg                                         NYC ID:220681449

MEASURABLE ANNUAL GOALS

THE FOLLOWING GOALS ARE RECOMMENDED TO ENABLE THE STUDENT TO BE INVOLVED IN AND
PROGRESS IN THE GENERAL EDUCATION CURRICULUM, ADDRESS OTHER EDUCATIONAL NEEDS THAT
RESULT FROM THE STUDENT'S DISABILITY, AND PREPARE THE STUDENT TO MEET HIS/HER
POSTSECONDARY GOALS.

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED | CRITERIA<br>MEASURE TO<br>DETERMINE IF | METHOD<br>HOW PROGRESS | SCHEDULE<br>WHEN PROGRESS |
|---|---|---|---|

https://sesis.nycenet.edu/templatedocprint.aspx?template=168&doc=2992795&sec=970&c    12/8/2016

**CONFIDENTIAL          SUNY 007282**

Individualized Education Program (IEP) for Jayden Greenberg (220681449)          Page 3 of 10

| TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | GOAL HAS BEEN ACHIEVED | WILL BE MEASURED | WILL BE MEASURED |
|---|---|---|---|
| In one year, Jayden will continue to develop and improve early writing abilities. He will form and name all letters in cursive and use appropriate capitalization. | 80 % Accuracy | Teacher Made Materials Class Activities Teacher/Provider Observations | 1 time per quarter |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| In one year Jayden will contiue to use his knowledge of phonics to decode and read words. He will review and add to reading skills acquired in previsou years. He will be able to distinguish between long and short vowel sounds. | 80 % Accuracy | Teacher Made Materials Teacher/Provider Observations Class Activities | 1 time per quarter |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| In one year Jayden will improve his mathematical skills. Jayden will begin addition and subtraction facts betweem 11-20 and solve story problems related to the above. | sucess will be maesured over 5 sessions weith 80% accuracy | Teacher Made Materials Class Activities Teacher/Provider Observations | 1 time per quarter |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| In one year, Jayden will develop his receptive language skills for academic and pragmatic needs by listening to a short paragraph and responding accurately to "wh" questions, simple inferencing questions, and simple "main idea" questions. | success will be measured over 5 sessions with 80% accuracy. | Teacher Made Materials Class Activities Check Lists Teacher/Provider Observations | 1 time per quarter |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| In one year, Jayden will develop his expressive language skills for academic and pragmatic needs by using complete sentence structures, connectors, and correct tenses when re-telling a short story, by providing salient information from a short paragraph, and by describing a procedure in a barrier activity in correct sequence. | success will be measured over 5 sessions, with 80% accuracy. | Teacher Made Materials Class Activities Teacher/Provider Observations Check Lists | 1 time per quarter |

https://sesis.nycenet.edu/templatedocprint.aspx?template=168&doc=2992795&sec=970&c...  12/8/2016

**CONFIDENTIAL**          **SUNY 007283**

Individualized Education Program (IEP) for Jayden Greenberg (220681449)          Page 4 of 10

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| (Occupational Therapy) In one year Jayden will demonstrate improved fine motor and graphomotor skills necessary for academic performance and classroom tool use. | | Progress monitored by therapist & classroom personnel. | 1 time per quarter |
| SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL): a. will maintain a dynamic tripod grasp with or without a grip for positioning and engage in graphomotor tasks without fatigue or 5-10 minutes b. will engage in resistive exercises to increase thumb and finger hand strength for 5-7 minutes with sustained performance. c. will write all 26 capital and lowercase letters of the alphabet with correct formation from motor memory with 75% accuracy. d. will demonstrate improved bilateral coordination by cutting out simple shapes while rotating the paper with his nondominant hand, 75% of the time. | 100% participation in therapist led graphomotor and fine motor strengthening activities. | | |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| (Occupational Therapy) In one year Jayden will improve sensory processing as related to regulating attention and modulating activity level and effectively interacting with people and objects in the school environment. | | Progress monitored by therapist & classroom personnel. | 1 time per quarter |
| SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL): a. will utilize sensory strategies to regulate attention in the classroom when prompted by a teacher, 75% of the time. b. will maintain attention to a 10 minute table top activity with less than 2 verbal cues for redirection, 75% of the time. | 75% of the time when prompted by therapist/classroom personnel. | | |

https://sesis.nycenet.edu/templatedocprint.aspx?template=168&doc=2992795&sec=970&c...   12/8/2016

CONFIDENTIAL          SUNY 007284

Individualized Education Program (IEP) for Jayden Greenberg (220681449)          Page 5 of 10

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| (Occupational Therapy)<br>In one year Jayden will demonstrate improved upper body & core strength, postural stability, and coordination as related to participation in classroom and school related physical activities. | | Progress monitored by therapist & classroom personnel. | 1 time per quarter |
| SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):<br>a. will sustain an upright posture while seated at a table and engaged in table top tasks for 10-15 minutes, 75% of the time.<br><br>b. will demonstrate improved overall strength and endurance by engaging in age appropriate motor activities for 10-15 minutes without fatigue, 75% of the time.<br><br>c. will integrate both sides of his body in a fluid manner in order to carry out bilateral gross motor and fine motor movements, 75% of the time. | 75% of the time when prompted by therapist/classroom personnel | | |

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| Jayden will demonstrate improved play skills by engaging in reciprocal play with peers during imaginative and structured play activities. | Success will be measured over 5 sessions, with 80% accuracy. | Teacher/Provider Observations Counseling Group Activities Class Activities | 1 time per quarter |

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| Jayden will improve his socialization skills as measured by his ability to initiate play with others, accept the play ideas of another peer, and engage in cooperative play. | Success will be measured over 5 sessions, with 80% accuracy. | Teacher/Provider Observations Counseling Group Activities Class Activities | 1 time per quarter |

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| | | | |



https://sesis.nycenet.edu/templatedocprint.aspx?template=168&doc=2992795&sec=970&c    12/8/2016

**CONFIDENTIAL**          **SUNY 007285**

Individualized Education Program (IEP) for Jayden Greenberg (220681449)          Page 6 of 10

| Jayden will effectively communicate his thoughts and feelings by increasing his ability to openly and willingly share thoughts or feelings in group counseling sessions. | Success will be measured over 5 sessions, with 80% accuracy. | Teacher/Provider Observations Counseling Group Activities Class Activities | 1 time per quarter |

**STUDENT NAME:** Jayden  Greenberg

NYC ID: 220681449

| **REPORTING PROGRESS TO PARENTS** |
| --- |

Identify when periodic reports on the student's progress toward meeting the annual goals will be provided to the student's parents:
3 times per year: parent teacher conferences

**STUDENT NAME:** Jayden  Greenberg

NYC ID:220681449

| RECOMMENDED SPECIAL EDUCATION PROGRAMS AND SERVICES | | | | | |
| --- | --- | --- | --- | --- | --- |
| **SPECIAL EDUCATION PROGRAM/SERVICES** | **SERVICE DELIVERY RECOMMENDATIONS\*** | **FREQUENCY HOW OFTEN PROVIDED** | **DURATION LENGTH OF SESSION** | **LOCATION WHERE SERVICE WILL BE PROVIDED** | **PROJECTED BEGINNING / SERVICE DATE(S)** |
| **SPECIAL EDUCATION PROGRAM:** | | | | | |
| Special Class NYS Approved non-public school day | 8:1+1 Language of Service: English | 35 time(s) per week | Period | Special Education Classroom | 09/05/2013 |
| **RELATED SERVICES:** | | | | | |
| Counseling Services | Group service Language of Service: English | 1 time(s) per week | 30 minutes | Separate Location outside of classroom | 09/05/2013 |
| Occupational Therapy | Group service Language of Service: English | 2 time(s) per week | 30 minutes | Separate Location outside of classroom | 09/05/2013 |
| Occupational Therapy | Individual service Language of Service: English | 1 time(s) per week | 30 minutes | Separate Location outside of classroom | 09/05/2013 |
| Speech-Language Therapy | Group service Language of Service: English | 2 time(s) per week | 30 minutes | Separate Location outside of clasroom | 09/05/2013 |
| **SUPPLEMENTARY AIDS AND SERVICES/PROGRAM MODIFICATIONS/ACCOMMODATIONS:** | | | | | |
| **ASSISTIVE TECHNOLOGY DEVICES AND/OR SERVICES:** | | | | | |
| **SUPPORTS FOR SCHOOL PERSONNEL ON BEHALF OF THE STUDENT:** | | | | | |

\* Identify, if applicable, class size (maximum student-to-staff ratio), language if other than English, group or individual

https://sesis.nycenet.edu/templatedocprint.aspx?template=168&doc=2992795&sec=970&c...   12/8/2016   

**CONFIDENTIAL**          **SUNY 007286**

Individualized Education Program (IEP) for Jayden Greenberg (220681449)          Page 7 of 10

services, direct and/or indirect consultant teacher services or other service delivery recommendations.

**STUDENT NAME:** Jayden  Greenberg                              NYC ID:220681449

**12-MONTH SERVICE AND/OR PROGRAM** - Student is eligible to receive special education services and/or program during July/August: ☐ No  ☐ Yes
If yes:

☐ Student will receive the same special education program/services as recommended above.
   OR

☐ Student will receive the following special education program/services:

| SPECIAL EDUCATION PROGRAM/SERVICES | SERVICE DELIVERY RECOMMENDATIONS | FREQUENCY | DURATION | LOCATION | PROJECTED BEGINNING / SERVICE DATE(S) |
|---|---|---|---|---|---|
| | | | | | |

Name of school/agency provider of services during July and August:

For a preschool student, reason(s) the child requires services during July and August:

---

**STUDENT NAME:** Jayden  Greenberg                              NYC ID:220681449

**TESTING ACCOMMODATIONS** (TO BE COMPLETED FOR PRESCHOOL CHILDREN ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL CHILDREN): INDIVIDUAL TESTING ACCOMMODATIONS, SPECIFIC TO THE STUDENT'S DISABILITY AND NEEDS, TO BE USED CONSISTENTLY BY THE STUDENT IN THE RECOMMENDED EDUCATIONAL PROGRAM AND IN THE ADMINISTRATION OF DISTRICT-WIDE ASSESSMENTS OF STUDENT ACHIEVEMENT AND, IN ACCORDANCE WITH DEPARTMENT POLICY, STATE ASSESSMENTS OF STUDENT ACHIEVEMENT.

| TESTING ACCOMMODATIONS | CONDITIONS* | IMPLEMENTATION RECOMMENDATIONS** |
|---|---|---|
| ☑ NONE | | |
| | | |

*Conditions — Test Characteristics: Describe the type, length, purpose of the test upon which the use of testing accommodations is conditioned, if applicable.
**Implementation Recommendations: Identify the amount of extended time, type of setting, etc., specific to the testing accommodations, if applicable.

---

**STUDENT NAME:** Jayden  Greenberg                              NYC ID:220681449

BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE, IF DETERMINED APPROPRIATE).

| COORDINATED SET OF TRANSITION ACTIVITIES | | |
|---|---|---|
| NEEDED ACTIVITIES TO FACILITATE THE STUDENT'S MOVEMENT FROM SCHOOL TO POST-SCHOOL ACTIVITIES | SERVICE/ACTIVITY | SCHOOL DISTRICT/AGENCY RESPONSIBLE |
| Instruction | | |
| Related Services | | |
| Community Experiences | | |
| Development of Employment and Other Post-school Adult Living | | |

https://sesis.nycenet.edu/templatedocprint.aspx?template=168&doc=2992795&sec=970&c...  12/8/2016

**CONFIDENTIAL**          **SUNY 007287**

Individualized Education Program (IEP) for Jayden Greenberg (220681449)          Page 8 of 10

| Objectives | | |
|---|---|---|
| Acquisition of Daily Living Skills (if applicable) | | |
| Functional Vocational Assessment (if applicable) | | |

**STUDENT NAME:** Jayden  Greenberg                                                    NYC ID:220681449

---

### PARTICIPATE IN STATE AND DISTRICT-WIDE ASSESSMENTS
(TO BE COMPLETED FOR PRESCHOOL STUDENTS ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL STUDENTS)

☑ The student will participate in the same State and district-wide assessments of student achievement that are administered to general education students.

☐ The student will participate in an alternate assessment on a particular State or district-wide assessment of student achievement.

**STUDENT NAME:** Jayden  Greenberg                                                    NYC ID:220681449

---

### PARTICIPATION WITH STUDENTS WITHOUT DISABILITIES

REMOVAL FROM THE GENERAL EDUCATION ENVIRONMENT OCCURS ONLY WHEN THE NATURE OR SEVERITY OF THE DISABILITY IS SUCH THAT, EVEN WITH THE USE OF SUPPLEMENTARY AIDS AND SERVICES, EDUCATION CANNOT BE SATISFACTORILY ACHIEVED.

**FOR THE PRESCHOOL STUDENT:**

Explain the extent, if any, to which the student will not participate in appropriate activities with age-appropriate nondisabled peers (e.g., percent of the school day and/or specify particular activities):

**FOR THE SCHOOL-AGE STUDENT:**

Explain the extent, if any, to which the student will not participate in regular class, extracurricular and other nonacademic activities (e.g., percent of the school day and/or specify particular activities):

If the student is not participating in a regular physical education program, identify the extent to which the student will participate in specially-designed instruction in physical education, including adapted physical education:

EXEMPTION FROM LANGUAGE OTHER THAN ENGLISH DIPLOMA REQUIREMENT:

☑ No  ☐ Yes - The Committee has determined that the student's disability adversely affects his/her ability to learn a language and recommends the student be exempt from the language other than English requirement.

**STUDENT NAME:** Jayden  Greenberg                                                    NYC ID:220681449

---

### SPECIAL TRANSPORTATION
TRANSPORTATION RECOMMENDATION TO ADDRESS NEEDS OF THE STUDENT RELATING TO HIS/HER DISABILITY

☐ None.

☑ Student needs special transportation accommodations/services as follows:
   Other Accommodations - Limited Time Travel: not more than 60 min

☐ Student needs transportation to and from special classes or programs at another site:

---

httns://sesis.nvcenet.edu/templatedocprint.aspx?template=168&doc=2992795&sec=970&c...  12/8/2016          

Individualized Education Program (IEP) for Jayden Greenberg (220681449)         Page 9 of 10

| PLACEMENT RECOMMENDATION |
|---|
| NYSED-Approved Non Public School - Day |

| SUMMARY |
|---|
| STUDENT INFORMATION |

**Student Name:** Jayden Greenberg
**NYC ID:** 220681449
**DOB:** /2006
**Gender:** Male
**Parents Language(s) Spoken/Mode Communication:**

| IEP INFORMATION |
|---|

**Date of IEP Meeting:** 02/25/2013

**IEP Amendment:** ☐ Yes ☑ No

**Reconvene of IEP Meeting:** ☐ Yes ☑ No

| INSTRUCTIONAL/FUNCTIONAL LEVELS |
|---|

| **Reading:** | Kindergarten |
|---|---|
| **Math:** | Kindergarten |

| SUMMARY OF RECOMMENDATIONS |
|---|

**Classification of Disability:** Other Health Impairment

**Recommended Services:**

| Special Education Programs | |
|---|---|
| Special Class | English |

| Related Services | |
|---|---|
| Counseling Services | English |
| Occupational Therapy | English |
| Occupational Therapy | English |
| Speech-Language Therapy | English |

**12-Month Services:**

The student will participate in the same State and district-wide assessments of student achievement that are administered to general education students.

**Does Jayden have a Behavioral Intervention Plan?** ☐ Yes ☑ No

**Recommended for Specialized Transportation:** ☐ None ☑ Student needs specialized transportation
**School Type:** NYSED-Approved Non Public School - Day

**Medical Alert:** The student has ☐ medical conditions and/or ☐ physical limitations which affect his ☐ learning,
☐ behavior and/or ☐ participation in school activities.

The student requires ☐ medical and/or ☐ health care treatment(s) or procedure(s) during the school day.

| PROMOTION CRITERIA |
|---|

**CURRENT YEAR**

**CONFIDENTIAL**         **SUNY 007289**

Individualized Education Program (IEP) for Jayden Greenberg (220681449)          Page 10 of 10

| ☐ Standard |
| ☐ Modified |

**NEXT YEAR**

☐ Standard  ☐ Modified

**Parent Concerns:**

**OTHER OPTIONS CONSIDERED**

Integrated Co-teaching
Home Instruction

**Reason(s) for Rejection:** The former recommendation is not restrictive enough and the latter recommendation is too restrictive.

**STUDENT NAME:** Jayden Greenberg                                                    NYC ID:220681449
**DATE OF IEP:** 02/25/2013

| ATTENDANCE PAGE | | |
|---|---|---|
| PLEASE NOTE THAT YOUR SIGNATURE REFLECTS YOUR PARTICIPATION AT THE CONFERENCE AND DOES NOT NECESSARILY INDICATE AGREEMENT WITH THE INDIVIDUALIZED EDUCATION PROGRAM. | | |
| **ROLE (INDICATE IF BILINGUAL)** | **NAME** | **SIGNATURE** |
| Parent/Legal Guardian | Michelle Greenberg | |
| District Representative | Estelle Osofsky | |
| School Psychologist | Estelle Osofsky | |
| Other: | | |

**CONFIDENTIAL**          **SUNY 007290**

Case 1:15-cv-02343-PKC-VMS   Document 95-23   Filed 09/14/18   Page 12 of 23 PageID #: 2332

Individualized Education Program (IEP) for Jayden Greenberg (220681449)

Page 1 of 1

NYC ID:220681449

**STUDENT NAME:** Jayden Greenberg
**DATE OF IEP:** 02/25/2013

## ATTENDANCE PAGE

PLEASE NOTE THAT YOUR SIGNATURE REFLECTS YOUR PARTICIPATION AT THE CONFERENCE AND DOES NOT NECESSARILY INDICATE AGREEMENT WITH THE INDIVIDUALIZED EDUCATION PROGRAM.

| ROLE (INDICATE IF BILINGUAL) | NAME | SIGNATURE |
|---|---|---|
| Parent/Legal Guardian | Michelle Greenberg | Michelle Greenberg |
| District Representative | Estelle Osofsky | Estelle Osofsky |
| School Psychologist | Estelle Osofsky | Este Osfsky |
| Other: Jessica Joukulis | Jessica Joukulis | Jessica Joukulis |

https://sesis.nycenet.edu/templatedoc_.aspx?template=16&doc=29927795&sec=986&child=0&origin=O&p...   2/15/2013

**CONFIDENTIAL**

**SUNY 007291**

Individualized Education Program (IEP) for Jayden Greenberg (220681449)  Page 1 of 9

## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

| STUDENT NAME: Jayden Greenberg | DISABILITY CLASSIFICATION: Other Health Impairment |
|---|---|
| DATE OF BIRTH: 8/2006 LOCAL ID #: 220681449 | |
| PROJECTED DATE IEP IS TO BE IMPLEMENTED:09/06/2011 | PROJECTED DATE OF ANNUAL REVIEW: 10/01/2012 |

STUDENT NAME: Jayden Greenberg

NYC ID:220681449

### PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

**ACADEMIC ACHIEVEMENT, FUNCTIONAL PERFORMANCE AND LEARNING CHARACTERISTICS**
LEVELS OF KNOWLEDGE AND DEVELOPMENT IN SUBJECT AND SKILL AREAS INCLUDING ACTIVITIES OF DAILY LIVING, LEVEL OF INTELLECTUAL FUNCTIONING, ADAPTIVE BEHAVIOR, EXPECTED RATE OF PROGRESS IN ACQUIRING SKILLS AND INFORMATION, AND LEARNING STYLE:
Jayden is a bright and sweet boy who is eager to please his teachers. Jayden needs a lot of processing time and therefore often misses a direction given by a teacher. Slow and simple one step directions are helpful for Jayden to stay in task. Also having Jayden repeat directions back help him retain information. Jayden is highly distractable and therefore needs lots of teacher redirection, it can be difficult to redirect him and get him to stay with the group. He is very curious and asks lots of questions, this reassurance helps Jayden navigate through out the day.
STUDENT STRENGTHS, PREFERENCES, INTERESTS:
Jayden is bright and curious. Jayden is very interested in airplanes and trains and seems to have a lot of knowledge of them.
ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:
Jayden benefits from a small structured environment with small class sizes.

**SOCIAL DEVELOPMENT**
THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S RELATIONSHIPS WITH PEERS AND ADULTS; FEELINGS ABOUT SELF; AND SOCIAL ADJUSTMENT TO SCHOOL AND COMMUNITY ENVIRONMENTS:
Jayden is a friendly and kind kid who is shy and quiet. During less structured times Jayden usually prefers to play by himself or draw and doesn't really seek the other children out. At times he prefers to sit quietly and watch the other children play. When he is drawing its usually encouraged by the teacher. Jayden tends to seek out adults and prefers to sit and talk to the teachers then the kids.
STUDENT STRENGTHS:
Jayden is gentle and kind.
SOCIAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:
Jayden's parents want him to seek out other children to play with.

**PHYSICAL DEVELOPMENT**
THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S MOTOR AND SENSORY DEVELOPMENT, HEALTH, VITALITY AND PHYSICAL SKILLS OR LIMITATIONS WHICH PERTAIN TO THE LEARNING PROCESS:
Jayden is allergic to nuts and has a dairy and gluten free diet. However, he eats yogurt everyday for lunch. Jayden presents as a healthy and active boy.
STUDENT STRENGTHS:
Jayden likes karate and likes to play outside. He receives gym time that he receives.
PHYSICAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:
Jayden's mother feels that he would continue to benefit from speech, O.T. and counseling for the coming year.

**MANAGEMENT NEEDS**
THE NATURE (TYPE) AND DEGREE (EXTENT) TO WHICH ENVIRONMENTAL AND HUMAN OR MATERIAL RESOURCES ARE NEEDED TO ADDRESS NEEDS IDENTIFIED ABOVE:
Small group instruction, highly structured academic setting, preferential seating, verbal cues/prompts to complete assignments, minimize distractions.

**EFFECT OF STUDENT NEEDS ON INVOLVEMENT AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM OR, FOR A PRESCHOOL STUDENT, EFFECT OF STUDENT NEEDS ON PARTICIPATION IN APPROPRIATE ACTIVITES**
full participation

CONFIDENTIAL       SUNY 007292

Individualized Education Program (IEP) for Jayden Greenberg (220681449)          Page 2 of 9

**STUDENT NAME:** Jayden  Greenberg                                    NYC ID:220681449

| STUDENT NEEDS RELATING TO SPECIAL FACTORS |
|---|
| BASED ON THE IDENTIFICATION OF THE STUDENT'S NEEDS, THE COMMITTEE MUST CONSIDER WHETHER THE STUDENT NEEDS A PARTICULAR DEVICE OR SERVICE TO ADDRESS THE SPECIAL FACTORS AS INDICATED BELOW, AND IF SO, THE APPROPRIATE SECTION OF THE IEP MUST IDENTIFY THE PARTICULAR DEVICE OR SERVICE(S) NEEDED: |

Does the student need strategies, including positive behavioral interventions, supports and other strategies to address behaviors that impede the student's learning or that of others? ☐ Yes ☑ No

Does the student need a behavioral intervention plan? ☑ No ☐ Yes

For a student with limited English proficiency, does he need a special education service to address his language needs as they relate to the IEP? ☐ Yes ☑ No ☐ Not Applicable

For a student who is blind or visually impaired, does he need instruction in Braille and the use of Braille? ☐ Yes ☐ No ☑ Not Applicable

Does the student need a particular device or service to address his communication needs? ☐ Yes ☑ No

In the case of a student who is deaf or hard of hearing, does the student need a particular device or service in consideration of the student's language and communication needs, opportunities for direct communications with peers and professional personnel in the student's language and communication mode, academic level, and full range of needs, including opportunities for direct instruction in the student's language and communication mode?

☐ Yes ☐ No ☑ Not Applicable

Does the student need an assistive technology device and/or service? ☐ Yes ☑ No

If yes, does the Committee recommend that the device(s) be used in the student's home? ☐ Yes ☐ No

**STUDENT NAME:** Jayden  Greenberg                                    NYC ID:220681449

| BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE IF DETERMINED APPROPRIATE) |
|---|

| MEASURABLE POSTSECONDARY GOALS |
|---|

LONG-TERM GOALS FOR LIVING, WORKING AND LEARNING AS AN ADULT

**EDUCATION/TRAINING:**
**EMPLOYMENT:**
**INDEPENDENT LIVING SKILLS (WHEN APPROPRIATE):**
**TRANSITION NEEDS**
In consideration of present levels of performance, transition service needs of the student that focus on the student's courses of study, taking into account the student's strengths, preferences and interests as they relate to transition from school to post-school activities:

**STUDENT NAME:** Jayden  Greenberg                                    NYC ID:220681449

| MEASURABLE ANNUAL GOALS |
|---|

THE FOLLOWING GOALS ARE RECOMMENDED TO ENABLE THE STUDENT TO BE INVOLVED IN AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM, ADDRESS OTHER EDUCATIONAL NEEDS THAT RESULT FROM THE STUDENT'S DISABILITY, AND PREPARE THE STUDENT TO MEET HIS/HER POSTSECONDARY GOALS.

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| | | | |

**CONFIDENTIAL**          **SUNY 007293**

Individualized Education Program (IEP) for Jayden Greenberg (220681449)          Page 3 of 9

| In one year, Jayden will develop his receptive language skills for academic and pragmatic needs by listening to a short paragraph and responding accurately to "who, what, where, when and why" questions, and by listening to a short paragraph and answering cause/effect questions. | Success will be measured over 5 consecutive sessions, with 80% accuracy. | Teacher Made Materials Class Activities Teacher/Provider Observations Check Lists | 1 time per quarter |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| In one year, Jayden will develop his expressive language skills for academic and pragmatic needs by participating in a barrier activity and describing the agent, action, and location, as well as providing 2-3 features for a peer to determine the item, by producing a simple oral narrative with appropriate vocabulary using sequence cards or a personal event, and by identifying the names of objects and determining why they are grouped or not grouped together. | Success will be measured over 5 sessions, with 80% accuracy. | Class Activities Teacher/Provider Observations Teacher Made Materials Check Lists | 1 time per quarter |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| In one year, Jayden will develop and improve fine motor skills necessary for writing, will manipulate scissors and cut by following a straight and curvy line, will draw simple pictures and shapes, first by copying and then by visualizing, and will trace and write lines, shapes and letters in the air, on the chalkboard and on paper. | 80_ % Accuracy | Teacher/Provider Observations | 1 time per quarter |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| In one year, Jayden will develop and improve skills in numbers and numeration, He will be able to distinguish among the terms before, after, and between, up to 10 and will be able to match ordinal numbers 1st through 10th to cardinal numbers 1-10. Jayden will learn addition and subtraction facts through 6 with the sum of 10, and solve story problems related to the above. | 80_ % Accuracy | Teacher/Provider Observations | 1 time per quarter |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|

https://sesis.nycenet.edu/templatedocprint.aspx?template=168&doc=778747&sec=970&ch...   12/8/2016

**CONFIDENTIAL**          **SUNY 007294**

| | | | |
|---|---|---|---|
| In one year, will use phonetic analysis in learning to read within context of meaningful text, make accurate sound/symbol correspondence, recognize initial and final consonant sounds, and recognize and distinguish between short vowel sounds. | _ % Accuracy | Teacher/Provider Observations | 1 time per quarter |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| In one year, Jayden will develop reading comprehension and critical thinking skills as they interact with printed language by describing objects, people and situations, classifying information, making simple and thought out associations, and learning sight words to be used for reading from daily experiences. In one year, Jayden will use phonetic analysis in learning to read within context of meaningful text, make accurate sound/symbol correspondence, recognize initial and final consonant sounds, and recognize and distinguish between short vowel sounds. | 80_ % Accuracy | Teacher/Provider Observations | 1 time per quarter |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| In one year, Jayden will develop and improve skills in numbers and numeration, will be able to distinguish among the terms before, after, and between, up to 10, will be able to match ordinal numbers 1st through 10th to cardinal numbers 1-10, will learn addition and subtraction facts through 6 with the sum of 10, and solve story problems related to the above. | 80_ % Accuracy | Teacher/Provider Observations | 1 time per week |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| In one year Jayden will improve his ability to use sensory information to effectively interact with objects and people in his surrounding environment. | Jayden will follow 2 step verbal cues, attend to table top tasks for 5 minutes, and demonstrate fewer instances of bumping into people or objects over 5 consecutive sessions | Teacher/Provider Observations | 3 times per year |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED | CRITERIA MEASURE TO DETERMINE IF | METHOD HOW PROGRESS | SCHEDULE WHEN PROGRESS |
|---|---|---|---|

CONFIDENTIAL          SUNY 007295

Individualized Education Program (IEP) for Jayden Greenberg (220681449)

| TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | GOAL HAS BEEN ACHIEVED | WILL BE MEASURED | WILL BE MEASURED |
|---|---|---|---|
| In one year Jayden will improve upper body strength and fine motor skills as related to school realted activities | Jayden will engage in theraputty activities for 5 minutes, participate in OT gym tasks with no rest breaks, and form at least 3 different geometric shapes for 5 consecutive sessions | Teacher/Provider Observations | 3 times per year |

**STUDENT NAME:** Jayden   Greenberg

NYC ID: 220681449

| REPORTING PROGRESS TO PARENTS |
|---|
| Identify when periodic reports on the student's progress toward meeting the annual goals will be provided to the student's parents: <br> 3 times per year: as per parent teacher conferences |

**STUDENT NAME:** Jayden   Greenberg

NYC ID:220681449

| RECOMMENDED SPECIAL EDUCATION PROGRAMS AND SERVICES | | | | | |
|---|---|---|---|---|---|
| SPECIAL EDUCATION PROGRAM/SERVICES | SERVICE DELIVERY RECOMMENDATIONS* | FREQUENCY HOW OFTEN PROVIDED | DURATION LENGTH OF SESSION | LOCATION WHERE SERVICE WILL BE PROVIDED | PROJECTED BEGINNING / SERVICE DATE(S) |
| **SPECIAL EDUCATION PROGRAM:** | | | | | |
| Special Class <br><br> all classes | 8:1+1 <br><br> Language of Service: English | 35 time(s) per week | Period | Special Education Classroom | 09/06/2011 |
| **RELATED SERVICES:** | | | | | |
| Speech-Language Therapy | Group service <br><br> Language of Service: English | 2 time(s) per week | 30 minutes | Separate Location out of classroom | 09/08/2011 |
| Physical Therapy | Individual service <br><br> Language of Service: English | 2 time(s) per week | 30 minutes | Separate Location out of classroom | 09/08/2011 |
| Occupational Therapy | Group service <br><br> Language of Service: English | 2 time(s) per week | 30 minutes | Separate Location out of classroom | 09/08/2011 |
| Counseling Services | Individual service <br><br> Language of Service: English | 1 time(s) per week | 30 minutes | Separate Location out of classroom | 09/08/2011 |
| **SUPPLEMENTARY AIDS AND SERVICES/PROGRAM MODIFICATIONS/ACCOMMODATIONS:** | | | | | |
| **ASSISTIVE TECHNOLOGY DEVICES AND/OR SERVICES:** | | | | | |

**CONFIDENTIAL**        **SUNY 007296**

Individualized Education Program (IEP) for Jayden Greenberg (220681449)          Page 6 of 9

| SUPPORTS FOR SCHOOL PERSONNEL ON BEHALF OF THE STUDENT: | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

\* Identify, if applicable, class size (maximum student-to-staff ratio), language if other than English, group or individual services, direct and/or indirect consultant teacher services or other service delivery recommendations.

STUDENT NAME: Jayden  Greenberg                                    NYC ID:220681449

12-MONTH SERVICE AND/OR PROGRAM - Student is eligible to receive special education services and/or program during July/August: ☑ No  ☐ Yes

If yes:

☐ Student will receive the same special education program/services as recommended above.
OR

☐ Student will receive the following special education program/services:

| SPECIAL EDUCATION PROGRAM/SERVICES | SERVICE DELIVERY RECOMMENDATIONS | FREQUENCY | DURATION | LOCATION | PROJECTED BEGINNING / SERVICE DATE(S) |
|---|---|---|---|---|---|
| | | | | | |

Name of school/agency provider of services during July and August:

For a preschool student, reason(s) the child requires services during July and August:

STUDENT NAME: Jayden  Greenberg                                    NYC ID:220681449

TESTING ACCOMMODATIONS (TO BE COMPLETED FOR PRESCHOOL CHILDREN ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL CHILDREN): INDIVIDUAL TESTING ACCOMMODATIONS, SPECIFIC TO THE STUDENT'S DISABILITY AND NEEDS, TO BE USED CONSISTENTLY BY THE STUDENT IN THE RECOMMENDED EDUCATIONAL PROGRAM AND IN THE ADMINISTRATION OF DISTRICT-WIDE ASSESSMENTS OF STUDENT ACHIEVEMENT AND, IN ACCORDANCE WITH DEPARTMENT POLICY, STATE ASSESSMENTS OF STUDENT ACHIEVEMENT.

| TESTING ACCOMMODATIONS | CONDITIONS* | IMPLEMENTATION RECOMMENDATIONS** |
|---|---|---|
| ☑ NONE | | |
| | | |

*Conditions — Test Characteristics: Describe the type, length, purpose of the test upon which the use of testing accommodations is conditioned, if applicable.
**Implementation Recommendations: Identify the amount of extended time, type of setting, etc., specific to the testing accommodations, if applicable.

STUDENT NAME: Jayden  Greenberg                                    NYC ID:220681449

| BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE, IF DETERMINED APPROPRIATE). | | |
|---|---|---|
| COORDINATED SET OF TRANSITION ACTIVITIES | | |
| NEEDED ACTIVITIES TO FACILITATE THE STUDENT'S MOVEMENT FROM SCHOOL TO | | SCHOOL DISTRICT/AGENCY |

https://sesis.nycenet.edu/templatedocprint.aspx?template=168&doc=778747&sec=970&ch...   12/8/2016

Individualized Education Program (IEP) for Jayden Greenberg (220681449)          Page 7 of 9

| POST-SCHOOL ACTIVITIES | SERVICE/ACTIVITY | RESPONSIBLE |
|---|---|---|
| Instruction | | |
| Related Services | | |
| Community Experiences | | |
| Development of Employment and Other Post-school Adult Living Objectives | | |
| Acquisition of Daily Living Skills (if applicable) | | |
| Functional Vocational Assessment (if applicable) | | |

**STUDENT NAME:** Jayden  Greenberg                                      NYC ID:220681449

### PARTICIPATE IN STATE AND DISTRICT-WIDE ASSESSMENTS
(TO BE COMPLETED FOR PRESCHOOL STUDENTS ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL STUDENTS)

☑ The student will participate in the same State and district-wide assessments of student achievement that are administered to general education students.

☐ The student will participate in an alternate assessment on a particular State or district-wide assessment of student achievement.

**STUDENT NAME:** Jayden  Greenberg                                      NYC ID:220681449

### PARTICIPATION WITH STUDENTS WITHOUT DISABILITIES

REMOVAL FROM THE GENERAL EDUCATION ENVIRONMENT OCCURS ONLY WHEN THE NATURE OR SEVERITY OF THE DISABILITY IS SUCH THAT, EVEN WITH THE USE OF SUPPLEMENTARY AIDS AND SERVICES, EDUCATION CANNOT BE SATISFACTORILY ACHIEVED.

**FOR THE PRESCHOOL STUDENT:**

Explain the extent, if any, to which the student will not participate in appropriate activities with age-appropriate nondisabled peers (e.g., percent of the school day and/or specify particular activities):

**FOR THE SCHOOL-AGE STUDENT:**

Explain the extent, if any, to which the student will not participate in regular class, extracurricular and other nonacademic activities (e.g., percent of the school day and/or specify particular activities):

If the student is not participating in a regular physical education program, identify the extent to which the student will participate in specially-designed instruction in physical education, including adapted physical education:

EXEMPTION FROM LANGUAGE OTHER THAN ENGLISH DIPLOMA REQUIREMENT:

☑ No  ☐ Yes - The Committee has determined that the student's disability adversely affects his/her ability to learn a language and recommends the student be exempt from the language other than English requirement.

**STUDENT NAME:** Jayden  Greenberg                                      NYC ID:220681449

### SPECIAL TRANSPORTATION
TRANSPORTATION RECOMMENDATION TO ADDRESS NEEDS OF THE STUDENT RELATING TO HIS/HER DISABILITY

**CONFIDENTIAL**          **SUNY 007298**

Individualized Education Program (IEP) for Jayden Greenberg (220681449)          Page 8 of 9

☐ None.

☑ Student needs special transportation accommodations/services as follows:

☐ Student needs transportation to and from special classes or programs at another site:

### PLACEMENT RECOMMENDATION

NYSED-Approved Non Public School - Day

### SUMMARY

#### STUDENT INFORMATION

Student Name: Jayden Greenberg

NYC ID: 220681449

DOB: 0▮▮/2006

Gender: Male

Parents Language(s) Spoken/Mode Communication:

#### IEP INFORMATION

Date of IEP Meeting: 10/04/2011

IEP Amendment: ☐ Yes ☑ No

Reconvene of IEP Meeting: ☑ Yes ☐ No

#### INSTRUCTIONAL/FUNCTIONAL LEVELS

| Reading: | Kindergarten |
| Math: | Kindergarten |

#### SUMMARY OF RECOMMENDATIONS

Classification of Disability: Other Health Impairment

Recommended Services:

| Special Education Programs | |
|---|---|
| Special Class | English |
| Related Services | |
| Speech-Language Therapy | English |
| Physical Therapy | English |
| Occupational Therapy | English |
| Counseling Services | English |

12-Month Services:

The student will participate in the same State and district-wide assessments of student achievement that are administered to general education students.

Recommended for: ☐ ESL Only ☑ Not recommended for ESL/Bilingual

Does Jayden have a Behavioral Intervention Plan? ☐ Yes ☑ No

Recommended for Specialized Transportation: ☐ None ☑ Student needs specialized transportation
School Type: NYSED-Approved Non Public School - Day

Medical Alert: The student has ☐ medical conditions and/or ☐ physical limitations which affect his ☐ learning,

CONFIDENTIAL          SUNY 007299

Individualized Education Program (IEP) for Jayden Greenberg (220681449)         Page 9 of 9

☐ behavior and/or ☐ participation in school activities.

The student requires ☐ medical and/or ☐ health care treatment(s) or procedure(s) during the school day.

| PROMOTION CRITERIA |
| --- |

**CURRENT YEAR**

☑ Standard

☐ Modified

**NEXT YEAR**

☑ Standard

☐ Modified

**Parent Concerns:**
Parents hope that Jayden does well academically.

| OTHER PROGRAMS CONSIDERED |
| --- |

Integrated Co-Teaching Services
Home Instruction

Reason for Rejection: The former recommendation is not restrictive enough and the latter school is too restrictive.

**STUDENT NAME:** Jayden  Greenberg                                    NYC ID:220681449

| ATTENDANCE PAGE | | |
| --- | --- | --- |
| PLEASE NOTE THAT YOUR SIGNATURE REFLECTS YOUR PARTICIPATION AT THE CONFERENCE AND DOES NOT NECESSARILY INDICATE AGREEMENT WITH THE INDIVIDUALIZED EDUCATION PROGRAM. | | |
| **ROLE (INDICATE IF BILINGUAL)** | **NAME** | **SIGNATURE** |
| Parent/Legal Guardian | Michelle Greenberg | |
| District Representative | Estelle Osofsky | |
| School Psychologist | Estelle Osofsky | |
| Lower School director | Sharon Lico | |
| Special Education Teacher | Jessica Youkilis | |
| Special Education Teacher | Laura Ziff | |

**CONFIDENTIAL**          **SUNY 007300**



March 7, 2011

Dr. & Mrs. Oded Greenberg

Brooklyn, NY 11215

Dear Dr. and Mrs. Greenberg,

We are pleased to accept your child, Jayden Greenberg, into The Gateway School of New York for the 2011-2012 school year. If you plan on meeting with the CSE to develop an Individualized Education Plan (IEP) for Jayden, this is the information you will need. We can provide him with the services and programs mandated on the IEP provided that his IEP specifies the following:

Class Ratio: 8:1:1
Classification: Speech Impaired, Learning Disabled or Other Health Impaired
Speech Therapy: 2x30:3
OT: 2x30.2:1, 1x30:8:1
Counseling: 1x30:4:1

Sincerely,

*Robert E. Cunningham*

Robert Cunningham
Head of School

211 West first St., 6th Pl. New York, NY 10023   TEL 212.777.5966   FAX 212.777.5/94   www.gatewayschool.org

CONFIDENTIAL          SUNY 007302



Laura Rodriguez, Deputy Chancellor
Division of Students with Disabilities and English Language Learners

**Department of**
**Education**
Dennis M. Walcott, Chancellor

NEW YORK CITY DEPARTMENT OF EDUCATION
Central Based Support Team
Angela G. Carr, PhD, Director
1780 Ocean Avenue – 4th Floor
Brooklyn, New York 11230
718/758-7713

## MEMORANDUM

Date:           June 16, 2011

TO:             Shirley Piccola , School Psychologist

FROM:           Rosa Johnson-Denoon, Education Administrator

SUBJECT:        Notice of Secured Placement/Approval Notification

HD:   13    CSE:  8    School: NPS-        OSIS#: 220 553 853

NAME: Jayden Greenberg        DOB: ▮▮/2006        DIS: OHI

NPS:  The Gateway School        SCHOOL CODE: M 02 224

PROGRAM: D        SCH. BUS CODE: 03910

SED Authorization Date:        Start Date:Sept. 2011

Please be advised that a placement have been secured for the above referenced student. CSE/ IEP Team must reconvene an IEP conference to add the information to the service category on page one (1) of the IEP. Additionally, CSE should make the following IEP change(s): see Acceptance Letter

1)  Acceptance letter is attached
2)  Case must reconvene within 48 hours.

CSE/Review Team must ascertain that the conference/data has been entered into CAP and if appropriate, a request for bussing is submitted to the Office of Pupil Transportation (OPT).

If, upon reconvene, CSE determines that the student's needs cannot be addressed at this site, a detailed, written rationale must be submitted providing specific details of your determination.

Upon completion of the above case, please send a copy of the new IEP to: The Gateway School
If necessary, the case is transferred to the CSE new service district

Please contact your CBST Administrator if you have any questions: (718) 758-7671

*Thank you*

C: Dr. A. Carr, Director CBST

CONFIDENTIAL        SUNY 007301