23

| | |
|---|---|
| Sent: | Thursday, September 4, 2014 2:50 PM |
| To: | CN=Deborah Reede/O=Downstate@DOWNSTATE |
| Subject: | Re: Dr. Greenberg |

Dr. Reede,

I will follow-up on this immediately.

Leonzo A. Cuiman
Asst. Vice President for Labor Relations
450 Clarkson Ave. Box#1224
Brooklyn, New York 11203
Off: (718)270-1971
Fax: (718)245-8015
lcuiman@downstate.edu


From: Deborah Reede/Downstate
To: Leonzo Cuiman/Downstate@Downstate,
Date: 09/04/2014 02:48 PM
Subject: Dr. Greenberg


Hi!

The letter was hand delivered to him yesterday afternoon. He told Dr. Pulitzer he did not care about the consequences.

Dr. Greenberg did not report to work today.

Deborah L. Reede M.D.
Professor and Chair, Department of Radiology
SUNY Downstate Medical Center
Phone: 718- 270-1603
Fax:    718- 270- 2667
Confidentiality Notice: This e- mail message, including any attachments, is for the
sole use of the intended recipient. If you are not the intended recipient, please
contact the sender by e- mail and destroy all copies of the original notice.
Any unauthorized review, use, disclosure, or distribution is prohibited.
Thank You.
Confidential NYS PHL 2805 J, K, L, M, ED Law 6527

Confidential

SUNYESI00000278