24

Re: Dr. Oded Greenberg
Steven Pulitzer
to:
Michael Arabian                    09/05/2014 11:24 AM
Cc:
Deborah Reede, sade.jemmott
Hide Details
From: Steven Pulitzer/Downstate
To: Michael Arabian/Downstate@Downstate,
Cc: Deborah Reede/Downstate@DOWNSTATE, sade.jemmott@nychhc.org

Hi Mr. Arabian,

I handed him the letter on Wednesday, September 3, 2014 at aproximately 4 pm while he was at his work station in the S-Building at KCHC. I informed him that I had to give him a written denial of his requested time off and that I sent him an electronic copy in addtion to the physical copy I was hand delivering. He read the letter. I advised him to show up for work on September 4 and to revise his plans or this matter would be referred to labor relation. He thanked me for my reccomendation and said that he inteded to continue with his original plan. I stayed an addtional five minuets and had small talk about his family. I then left his reading room.

I outlined my previous conversations with him on September 2 and September 3 in the letter I attached to the prior email. There were no additional conversations.

Please let me know if you need any further assistance with this matter.

Sincerely,

Steven

Steven Pulitzer, M.D.
Division of Neuroradiology
SUNY Downstate Medical Center
Kings County Hospital
451 Clarkson Avenue
Brooklyn, NY 11203
(718)-245-5075 (o)

-----Michael Arabian/Downstate wrote: -----
To: Steven Pulitzer/Downstate@Downstate
From: Michael Arabian/Downstate
Date: 09/05/2014 11:05AM
Cc: Deborah Reede/Downstate@Downstate
Subject: Re: Dr. Oded Greenberg

Thank You Dr. Pulitzer.

The only questions that I have is regarding when you handed him the letter and he read it.

Was there any conversation between the two of you prior to handing him the letter?

Did he say or do anything after reading the letter?

file://C:\Users\marabian\AppData\Local\Temp\notesD3A733\~web2000.htm          9/5/2014

SUNY 000493

CONFIDENTIAL

Did you say anything after he read the letter?

Thanks again
Michael Arabian
Senior Personnel Associate, Labor Relations
718-270-3024

☐ Steven Pulitzer---09/05/2014 10:57:59 AM---Hi Mr. Arabian, Attached please find a detailed account of the events. Please feel free to contact m

From: Steven Pulitzer/Downstate
To: Michael Arabian/Downstate@Downstate,
Cc: Deborah Reede/Downstate@DOWNSTATE
Date: 09/05/2014 10:57 AM
Subject: Re: Dr. Oded Greenberg

Hi Mr. Arabian,

Attached please find a detailed account of the events.

Please feel free to contact me if you need additional information.

Sincerely,

Steven Pulitzer
Steven Pulitzer, M.D.
Division of Neuroradiology
SUNY Downstate Medical Center
Kings County Hospital
451 Clarkson Avenue
Brooklyn, NY 11203
(718)-245-5075 (o)

-----Michael Arabian/Downstate wrote: -----
To: Steven Pulitzer/Downstate@Downstate
From: Michael Arabian/Downstate
Date: 09/04/2014 05:00PM
Subject: Dr. Oded Greenberg

Good Afternoon Dr. Pulitzer,

Please let me know in its entirety what happened when you gave Dr. Greenberg the letter stating he was denied off Thursday September 4th and Friday September 5th.

Thank You
Michael Arabian
Senior Personnel Associate, Labor Relations
718-270-3024(See attached file: letter to labor.pdf)