25



# KINGS COUNTY HOSPITAL CENTER



Steven Pulitzer, M.D.
Interim Chief of Service
Department of Radiology
Kings County Hospital Center
Tel: 718-245-4447
Fax: 718-245-4473

September 5, 2014

RE: Oded Greenberg, MD

To whom it may concern:

Dr. Greenberg was scheduled for 2 weeks of vacation in August (August 11-22, 2014). Dr. Greenberg contacted me during the week of August 11, 2014 to request a change in his vacation schedule. He requested to return to work the week of August 18-22 and take the following week, August 25-29 for vacation. I agreed. I instructed him to complete the necessary paperwork for the change.

I was on vacation the week of August 25-29, 2014. Dr. Hammill, who was in charge in my absence informed me that Dr. Greenberg was absent on Monday August 25 but reported to work on Tuesday – Friday, August 26-29. His hours were not his standard hours of 9 am – 5 pm. He did not discuss this schedule change with me at any time. At no time did I give permission to Dr. Greenberg to create his own schedule during that week.

On Tuesday, September 2, 2014, Dr. Greenberg came to my office and requested to time off September 3-5, 2014. Due to the operational needs of the department, I denied his request.

On Wednesday, September 3, 2014, Dr. Greenberg came to my Neuroradiology reading room and informed me that he would not be reporting for duty on Thursday and Friday, September 4-5, 2014. He stated that out of respect for me, he wanted to let me know that he would not be in so that I can arrange coverage in his absence. I informed him that I cannot authorize his time off. He acknowledged, stating that he will take full responsibility for his actions.

451 Clarkson Avenue, Brooklyn, NY 11203
New York City Health and Hospitals Corporation

HHC 1135

On Wednesday, September 3, 2014, shortly after my discussion with Dr. Greenberg, I informed the Department Chair, Dr. Deborah Reede, of my conversation with Dr. Greenberg. She instructed me to draft an official letter to Dr. Greenberg stating that his request for time off had been denied. I completed the letter and sent an electronic copy to Dr. Greenberg with cc to Dr. Reede. I then hand delivered the document to Dr. Greenberg in the ED reading room on Wednesday September 3, 2014. He opened the letter and read it with me standing before him.

Dr. Greenberg did not report for duty on September 4-5, 2014.

Please let me know if I can be of any further assistance.

Sincerely,

*Steven Pulitzer, M.D.*

Steven Pulitzer, MD