28

Page 9

```
                          Bernadel
 1  made the decision to enforce the settlement
 2  agreement? And by enforce the settlement
 3  agreement, I mean to terminate Dr. Greenberg.
 4      A.  After reviewing the facts and the
 5  result of the investigation, we discussed it
 6  with the department, with Dr. Greenberg -- I'm
 7  sorry -- with Dr. Pulitzer and with Dr. Reede.
 8  We presented our findings from our various
 9  meetings with Dr. Greenberg. We presented
10  them to the department, and Dr. Reede and
11  Dr. Pulitzer both together and separately felt
12  that he had violated his agreement and so he,
13  you know, should be terminated.
14      Q.  And how do you know that they felt
15  that way?
16      A.  Because we all decided that the
17  agreement should be enforced, he should be
18  terminated.
19      Q.  That wasn't my question. I'm
20  asking --
21      You used the expression both
22  Dr. Reede and Dr. Pulitzer together and
23  separately felt that the agreement had been
24  violated and Dr. Greenberg should be
```

Page 10

```
                          Bernadel
 1  terminated, and I'm asking you: How do you
 2  know that?
 3      A.  I don't recall specifically if they
 4  stated he should be terminated, but the
 5  decision was made after consulting with the
 6  department.
 7      Q.  Let's leave aside, as you put it,
 8  the decision that was made in consultation
 9  with. Okay? I'm asking you how you know --
10  let's take them one at a time -- how you know
11  Dr. Pulitzer wanted Dr. Greenberg to be fired.
12      A.  Well, the department felt that
13  Dr. Greenberg --
14      Q.  I'm going to ask you to refer to
15  people. The department is not something that
16  thinks anything, if you understand what I
17  mean. Okay? So please refer to people.
18      A.  After consulting with Dr. Pulitzer
19  and Dr. Reede, they both felt that
20  Dr. Greenberg had been insubordinate and had
21  violated the terms of his agreement, and so we
22  all discussed it and we all decided that he
23  was in violation of his agreement.
24      Q.  And when you say you all discussed
```

Page 11

```
                          Bernadel
 1  it and decided, who is "all" in that answer?
 2      A.  Mr. Cuiman, myself, Dr. Reede and
 3  Dr. Pulitzer.
 4      Q.  Anyone else?
 5      A.  No.
 6      Q.  Where was Mr. Arabian in this
 7  process?
 8      A.  Mr. Arabian no longer works at SUNY
 9  Downstate.
10      Q.  As of the time the decision was
11  made?
12      A.  Correct.
13      Q.  And when did Mr. Arabian leave the
14  department?
15      A.  Mr. Arabian left I believe in
16  September 2014, sometime between the time he
17  conducted Dr. Greenberg's interrogation and
18  the time I took over his second case. I took
19  over his second case as a result of his
20  departure.
21      Q.  What do you mean, his second case?
22      A.  Dr. Greenberg's second case.
23      Q.  I'm not sure what you mean by
24  second case.
```

Page 12

```
                          Bernadel
 1      A.  There were two cases with
 2  Dr. Greenberg. The first one resulted in his
 3  settlement agreement. The second case was
 4  when he violated the agreement, and that's
 5  where I stepped in.
 6      Q.  Okay. So you're saying you took
 7  over the matter of Dr. Greenberg from
 8  Mr. Arabian?
 9      A.  Correct.
10      Q.  And what were the circumstances of
11  Mr. Arabian's departure?
12      A.  I don't know.
13      Q.  Do you know whether he was fired,
14  left voluntarily? That's what I'm looking
15  for.
16      A.  I believe he left voluntarily.
17      Q.  And do you know why?
18      A.  No.
19      Q.  Do you know the date?
20      A.  I don't recall.
21      Q.  Now, you say that Dr. Pulitzer and
22  Dr. Reede -- and by the way, for the record,
23  Reede has an "e" at the end of it --
24  separately and together believed that
```

3 (Pages 9 to 12)

The Little Reporting Company
(646) 650-5055 | www.littlereporting.com

**Page 29**

```
 1                 Bernadel
 2      Q.  Yes. How many did you get at this
 3  meeting that were, as you say, parceled out
 4  from what had been Mr. Arabian's docket, if
 5  you will?
 6      A.  I received three other cases.
 7  Three cases in total.
 8      Q.  Three in total. So two plus
 9  Dr. Greenberg's matter?
10      A.  Correct.
11      Q.  Okay. And how many open matters
12  did you already have at that time?
13      A.  I don't recall.
14      Q.  More than 10?
15      A.  I don't recall. Probably. I don't
16  know.
17      Q.  More than 20?
18      A.  I don't recall.
19      Q.  Well, I'm asking you for a sense of
20  your case load. About how many matters do you
21  have open at any given time?
22      A.  Well, I couldn't tell you at that
23  time how many I had open.
24      Q.  Can you give me a ballpark idea?
25      A.  I cannot.
```

**Page 30**

```
 1                 Bernadel
 2      Q.  Was it more than 50?
 3      A.  Again, I cannot give you a
 4  ballpark.
 5      Q.  So it might have been more than 50?
 6      A.  I cannot give you a ballpark.
 7      Q.  Why is that?
 8      A.  Because I don't know how many cases
 9  I had in 2014.
10      Q.  Well, I'm not asking for the whole
11  year. I am asking at the time of the staff
12  meeting --
13      A.  I don't know.
14      Q.  I understand you don't know for
15  certain. I'm asking for a ballpark idea. Are
16  you able to tell me whether you had 10?
17      A.  A ballpark in 2014 is different
18  from a ballpark now because my case load has
19  increased, so I don't know.
20      Q.  And I'm asking you not as of now.
21  I'm asking as of 2014.
22      A.  I don't know.
23      Q.  So you have no -- sitting here now
24  you have no idea how many cases you had in
25  September of 2014?
```

**Page 31**

```
 1                 Bernadel
 2      A.  I can tell you it was less than 50.
 3  I know that.
 4      Q.  Can you be any more specific than
 5  that?
 6      A.  No.
 7      Q.  All right.
 8          Now, in terms of the hierarchy in
 9  Labor Relations, to whom did you report in
10  September 2014?
11      A.  For administrative matters I report
12  to Adriana Conde, and in terms of my
13  disciplinary investigations I report to
14  Mr. Cuiman.
15      Q.  What is an administrative matter as
16  distinguished from a disciplinary matter?
17      A.  Ms. Conde signs my time sheets. In
18  addition to disciplinary investigations we
19  also handle a number of programs,
20  unemployment, FMLA, Workers' Comp -- not
21  Workers' Comp, I'm sorry -- workplace clothing
22  like uniform maintenance for the employees.
23          So we handle a number of matters in
24  the office, and so in terms of those matters I
25  report to Ms. Conde, but in terms of my
```

**Page 32**

```
 1                 Bernadel
 2  disciplinary investigation, Mr. Cuiman.
 3      Q.  What is the FMLA?
 4      A.  The Family and Medical Leave Act of
 5  1993.
 6      Q.  Okay. What is your office's
 7  responsibility with regard to FMLA?
 8      A.  We administer the FMLA with our
 9  office for the entire institution. We provide
10  employees with information regarding the FMLA.
11  We process the paperwork, we talk to the
12  department.
13      Q.  And specifically what is your
14  responsibility with regard to FMLA? And I'm
15  talking in the September 2014/October 2014
16  time frame.
17      A.  At the time I was the administrator
18  for the FMLA program.
19      Q.  What does that mean?
20      A.  It means, again, an employee comes,
21  they ask about FMLA. I tell them all about
22  the program, I give them the forms, I liaise
23  with the department in terms of processing
24  those forms. I send out designations, I do
25  the paperwork.
```