# 29

## SETTLEMENT

**State of New York – State University of New York Downstate Medical Center (SUNY-DMC)**
**vs.**
**Ms. Oded Greenberg Clinical Associate Professor**

1. In lieu of Dr. Oded Greenberg, Clinical Associate Professor being served a Notice of Discipline for: (1) unscheduled absences, (2) tardiness, (3) interfering with the operations of the department (4) insubordination and (5) misrepresenting hours worked on time sheets, as a result of absences and tardiness, switching schedule without authorization of his supervisor, all parties agree that Dr. Greenberg shall have a fine ranging from a letter of reprimand to termination from state service held in abeyance until one year from the signing of this agreement.

2. Dr. Greenberg understands that his current work schedule is from 9:00 A.M. to 5:00 P.M. Monday thru Friday. Dr Greenberg understands that he is expected to work those scheduled hours. Dr. Greenberg understands that he must accurately list the hours that he works. Dr. Greenberg understands that day's off/vacation/changes to vacation need to be approved by his supervisor.

3. Dr Greenberg shall be placed on Time and Attendance Watch. Dr. Greenberg will be required to submit verifiable documentation for each unscheduled absence; including non-medical absences. Each unscheduled absence/lateness due to personal or family illness, injury, etc. must be accompanied by a doctor's note signed by a qualified health care professional that specifies the date seen by the doctor, medical facts supporting the leave, and expected date of return. In each case documentation is due on the date of return to duty and must be submitted directly to Dr. Greenberg's supervisor or the appointed designee. Medical certification which you wish to keep confidential may be submitted to Stephanie Bernadel, Personnel Associate, Labor Relations located at 420 Lenox Road, Brooklyn, NY 11203 (Mailing address 450 Clarkson Ave, Box 1224, Brooklyn, NY 11203, tel 718-270-1193, fax 718-270-4684).

4. The probationary period referred to in paragraph one (1) shall be extended for every day taken by Dr. Greenberg during that period, whether scheduled or unscheduled. Should Dr. Greenberg engage in any misconduct the same or similar to that described above as determined by the Director of Labor Relations or her designee, the penalty will be imposed. The Director of Labor Relations' or her designee's decision to implement this penalty cannot be appealed in any legal or administrative forum by Dr. Greenberg, UUP, or anyone on her behalf.

5. Effective immediately Dr. Greenberg agrees to adhere to all Departmental policies and procedures.

6. This settlement represents the entire resolution of all known or unknown claims and grievances that Dr. Oded Greenberg has or would have arising out of Dr. Greenberg's employment at SUNY Downstate Medical Center (SUNY-DMC) arising prior to the date of this settlement agreement. Dr. Oded Greenberg waives his right to bring any suit, civil action, legal claim or, to otherwise attempt to impose any liability in any forum (including the EEOC and New York State Division of Human Rights) on SUNY, SUNY-DMC and/or the State government or any of their officers or employees in relation to her employment with SUNY-DMC. This settlement is not a precedent, but it shall be admissible by either party in future proceedings between Dr. Oded Greenberg and SUNY Downstate Medical Center.

**Dr. Greenberg voluntarily waived his right to legal or union representation. Dr. Greenberg represented himself in this matter.**

_____    9/8/14
Employer                                              Date

_____    9/8/14
Employee                                              Date

_____    _____
UUP Representative                             Date

cc:   Personnel File
      Case File