31

10/1/14

Convo w/ Pulitzer re. Dr. Greenberg

(1) Attestation form — for billing purposes. If Resident report is reviewed, it has to be reviewed by Attending.

There are 3 approved attestation forms approved by KCHC & SUNY-DMC, in compliance w/ medicare.

Created his own "batcosha form"

As per Dr. Pulitzer.

→ He was angry about new Gr. Radiology Hire above him

(2) [scribbled out] during hours of work day × Having opinions [scribbled] got him.

During weekly huddle 9/12/14 — Got a # of medical reports that reports weren't done correctly. They didn't have attestations.

Dr. Greenberg complained in meeting about doing attestations.

Dr. Pulitzer stated everyone had to do it for reimbursement purposes. To ignore, he completed report w/ new attestation.

SUNY 000429

CONFIDENTIAL

(2) Issue w/ taking

9/23/14 → had to take care of personal issues. Came in / left @ 7:3AM

Read 2 cases (about 10-15 mins)

left building & came back @ 12PM
(went to personal errand)
(Approved)
for 2 hours
but went for 8-12

@ 2PM called & asked if he could go out again & Dr. P did not approve it.

Next day Dr. P found out from co-worker Patrick Hamil that he left any way.

Records show that he was there about 3 hours & then left.

→ got someone who couldn't read Neuro to cover ER.

point is that he shouldn't have left.

SUNY 000430

CONFIDENTIAL