32

**Steven Pulitzer**

**From:** Steven Pulitzer
**Sent:** Wednesday, September 10, 2014 5:11 PM
**To:** sade.jemmott@nychhc.org
**Subject:** Fw: Peer Reviews

please add to Oded folder

Steven Pulitzer, M.D.
Division of Neuroradiology
SUNY Downstate Medical Center
Kings County Hospital
451 Clarkson Avenue
Brooklyn, NY 11203
(718) -245-5075 (o)

----- Forwarded by Steven Pulitzer/Downstate on 09/10/2014 05:10PM -----
To: Steven Pulitzer/Downstate@Downstate
From: Oded Greenberg/Downstate
Date: 09/09/2014 10:37AM
Cc: Deborah Reede/Downstate@DOWNSTATE
Subject: Peer Reviews

Steve, having not been able to keep up with peer reviews, I have been handed 6 months worth that I now have to work on. Many of these are CTs and all of them are archived. I am now on the first page and it has taken me a half hour to open and read 5 cases. It is not in the best interest of our department to have our attendings who have many other responsibilities to have to sit in front of our computers and wait while complex studies are being bought out of archive. Its a complete waste of our time and resources. I have asked Herman to come up with a way to place these cases in a folder with all cases available for immediate review. If this cant be done can we work on a way to make this more efficient?

HHC_ESI_001238