33

Steven Pulitzer

---

**From:** Steven Pulitzer
**Sent:** Friday, September 12, 2014 6:34 PM
**To:** deborah.reede@downstate.edu
**Subject:** week in review September 12, 2013
**Attachments:** Corrective action plan for case MR 2622150.docx; Work hours policy KCHC.docx

Dear Dr. Reede,

Week in review:

1. Labor relations: Oded Greenberg settlement with labor relations. Ongoing practice evaluation for Oded Greenberg, MD beginning Tuesday September 10, 2014. Will monitor time and attendance and number of cases read per day.

2. Labor relations: Created individualized work hours and sub-specialty coverage designation for each attending physician in the department at KCHC. See attached. will submit this form to labor relations for approval.

3. Met with facilities at KCHC to plan for new ED Ct and PET/CT. Negotiating with ED to reclaim space to put a second scanner in the ED and place the PET/CT upstairs. KCHC will then have 4 working CT scanners, currently 3. Will be able to cover in patients and ED patients with one holding area after hours. will increase productivity and efficiency.

4. Discussed with Facilties the renovation projects of the KCHC Resident call room and Lecture hall. will have a budget proposal and scope of work next week to submit for funding.

5. Investigated imaging of a pregant patient who was unawareof the pregnancy at the time of scan. please see NYPORTS submission I crafted this week. Will get final approval next week prior to submission.

6. New policy for imaging pregnant patients and screening for pregnant patients. will complete next week. outline is in the NYPORTS document. will include new questionaire form that will be scanned into pacs and quadramed. will include new informed consent tailoted to risk associated with imaging during pregnancy. will implement new policy on screening minor patients for pregnancy. see (NYPORTS document).

7. Have new computer program for time off requests and yearly vacation and holiday coverage schedule. Jayan will in-service attendings on Monday morning meeting.

8. Started weekly A3 - sessions for the Mammo section. this week addressed accession of exams and how to streamline process. Next week will be patient positioning.

9. Conference call with HHC central about corporation-wide acquisition of AS-obgyn

10. Resolved MRI coverage issue with weekend tech coverage

11. Imaged CMO. all went smoothly.

12. Discussed thin client 3D workstation for department as part of new CT acquisition. Will include all advanced cardiac imaging package which will allow cardiac imaging.

13. Attending will review resident protocol of CT exams for accuracy.

For next week. Must sit down with Stephen to discuss Cancer screening protocol and how we can implement it here

at KCHC.

Hope the wedding went well!

Sincerely,

Steven

HHC_ESI_001244