34

**Deborah Reede**

---

**From:** Deborah Reede
**Sent:** Monday, September 15, 2014 8:52 AM
**To:** Steven Pulitzer
**Subject:** Re: week in review September 12, 2013

Thanks
is Dr Greenberg reading films?

----- "Steven Pulitzer" <Steven.Pulitzer@nychhc.org> wrote: -----
To: <Deborah.Reede@downstate.edu>
From: "Steven Pulitzer" <Steven.Pulitzer@nychhc.org>
Date: 09/15/2014 08:49AM
Subject: Re: week in review September 12, 2013

Yes. That is what should have taken place. We currently do not have a questionaire. I have one I am sending to risk mgmnt for apprioval. Also will now change screening process as it is flawed.

>>> Deborah Reede <Deborah.Reede@downstate.edu> 9/13/2014 10:31:22 PM >>>

Hi!

Question. Is it do you take the patients word that she is not pregnant. I would have requested a pregnancy test and let her decline and sign the consent form. That way
The radiologist is covered.

-----"Steven Pulitzer" <Steven.Pulitzer@nychhc.org> wrote: -----

========================
To: <deborah.reede@downstate.edu>
From: "Steven Pulitzer" <Steven.Pulitzer@nychhc.org>
Date: 09/12/2014 06:34PM
Subject: week in review September 12, 2013
========================
   Dear Dr. Reede,

Week in review:

1. Labor relations: Oded Greenberg settlement with labor relations. Ongoing practice evaluation for Oded Greenberg, MD beginning Tuesday September 10, 2014. Will monitor time and

HHC_ESI_001259