36

Page 1 of 2

**From:** Oded Greenberg/Downstate
**To:** Steven Pulitzer/Downstate@Downstate
**Cc:** Deborah Reede/Downstate@DOWNSTATE

**Date:** Monday, September 15, 2014 02:47PM
**Subject:** Fw: Next week

**History:** ✧ This message has been forwarded.

---

Hi Steve, I am writing this for the record as it seemed my end was simply ignored by labor relations.

This was an email I had sent out the week before taking off 9/4 and 9/5. I never received a response as Linda was out. I believed I had a right to take off for important family issues and dont think the hospital has the right to determine what is important enough. That said I was also completely incapacitated those two days. As a result I am working with the Union to prevent myself from being docked salary for 'Unauthorized leave'. Again, I informed you on Wednesday because I thought it was the right thing to do and out of complete respect for you and the department. I dont hold you liable for your actions as I explicitly told you to cover yourself and do what you had to simply because I like and respect you and felt it was the right thing to do. I was helping you prepare the department for my absence by making phone calls, changing schedules, etc. In retrospect it would have been much easier and less stressful albeit dishonest* to just call in sick. I am however principled, dont lie (despite actually throwing out my back*) and feel it is my duty to prepare the department and colleagues for an emergent absence. I could certainly have done a better job explaining the circumstances, but it doesnt seem that it would have made any difference.

As for coming in to work the week prior, I sent you an email and cc'c Dr. Reede prior to coming in explaining that I felt it was my duty to come in on Tuesday 8/26 to attend the multidisciplinary meeting for which I was resolving multiple QA issues for. Of course the opportunity was created by my vacation falling thru but nonetheless it was unfinished work on my plate that needed to be addressed. I agree that I should have been more communicative about working the rest of the week, but wasnt sure who to talk to in you absence. Didnt know it was Hammil, but he was indeed informed daily so that he could tell Vin to come in later, etc.

Sorry things turned out this way and wish it could have been different and I am not holding you responsible. Its a tough balance as you know between family and work but my loyalty to my dept. and profession is unquestioned as I routinely picked my career over family in the past (missed holidays, birthdays and the birth of my second child). This issue was just too important to not attend to. I was willing to deal with the consequences but in truth our contract or the State allows for emergent time off to deal with family issues. Having said that I will stay within the guidelines as promised and will keep you informed of any changes that could work for the benefit of the department.

Sincerely

Oded

-----Forwarded by Oded Greenberg/Downstate on 09/15/2014 02:05PM -----
To: Linda McMurren/Downstate@Downstate
From: Oded Greenberg/Downstate
Date: 08/29/2014 02:33PM

https://email2.downstate.edu/mail3/stevenpulitzer.nsf/(%24Inbox)/C4BEB59795CF29178...    9/24/2014

CONFIDENTIAL

HHC 1529

Case 1:15-cv-02343-PKC-VMS Document 95-38 Filed 09/14/18 Page 3 of 3 PageID #: 2435

Subject: Next week

Hi Linda, how do I go about taking days off next week on an emergent basis? I know that this is short notice and Dr. Pulitzer is out, how do I get approval? Drs. Chen and Scott will be here most of next week to cover. Let me know how to proceed.

Thanks

Oded