37

Steven Pulitzer

---

**From:** Steven Pulitzer
**Sent:** Tuesday, September 16, 2014 10:26 AM
**To:** Deborah Reede
**Subject:** Re: week in review September 12, 2013

That is great!

Yes I have filed his email in his file. he is really all over the map.

Do we need to address that the fellowship will be closing this year? If so, how? I can reach out to Dr. Wadowski for any specific paperwork, but I wanted to clear it with you first.

>>> Deborah Reede <Deborah.Reede@downstate.edu> 9/16/2014 9:03 AM >>>

The wedding was great.
I see d
Dr. Greenberg is trying to cover his tracts.
I forwarded you the e mail from Dr. Wadowski about attending the meeting on CLER.

-----"Steven Pulitzer" <Steven.Pulitzer@nychhc.org> wrote: -----

========================
To: "Deborah Reede" <Deborah.Reede@downstate.edu>
From: "Steven Pulitzer" <Steven.Pulitzer@nychhc.org>
Date: 09/15/2014 02:04PM
Subject: Re: week in review September 12, 2013
========================

How was the wedding?

>>> Deborah Reede <Deborah.Reede@downstate.edu> 9/15/2014 11:14 AM >>>

Thanks

-----"Steven Pulitzer" <Steven.Pulitzer@nychhc.org> wrote: ----- To: <Deborah.Reede@downstate.edu>
From: "Steven Pulitzer" <Steven.Pulitzer@nychhc.org>
Date: 09/15/2014 09:27AM
Subject: Re: week in review September 12, 2013

Yes. He is. I went over his talk data. There were a few long breaks on friday. I need to look into it today. Not sure if he gave lecture on friday. Will follow up

>>> Deborah Reede <Deborah.Reede@downstate.edu> 9/15/2014 8:52:13 AM >>>