39

Steven Pulitzer

| | |
|---|---|
| **From:** | Steven Pulitzer |
| **Sent:** | Wednesday, September 24, 2014 1:52 PM |
| **To:** | Jean Aime; Ghassan Jamaleddine; Sade Jemmott; deborah.reede@downstate.edu |
| **Subject:** | RE: Oded Greenberg, MD |
| **Attachments:** | Letter to labor relations.doc; supervisor settlement labor relations SUNY.doc; Letter to dr greenberg regarding time off.doc; adendum.pdf; Letter to labor relations second incident.doc |

Dear Dr. Jamaleddine,

I am writing to inform you that I will be meeting with labor relations regarding one of my staff, Oded Greenberg, MD.

Attached you will find a letter stating the terms of his probation which was issued earlier this month. There is also a letter outlining his most recent incidents which is a breach of the conditions set forth in the probation notice.

I have scheduled a meeting with you tomorrow morning to review any necessary documents and give you an update on the current incidents.

Thank you.

Sincerely,

Steven



# KINGS COUNTY HOSPITAL CENTER



Steven Pulitzer, M.D.
Interim Chief of Service
Department of Radiology
Kings County Hospital Center
Tel: 718-245-4447
Fax: 718-245-4473

September 24, 2014

RE: Oded Greenberg, MD

To whom it may concern:

I would like to report two incidents regarding Oded Greenberg, M.D.. They are as follows:

Incident 1:

Dr. Greenberg was approved to have a shift in his schedule on September 23, 2014. He asked to come in early and leave for 2 hours in the morning. I approved this leave of absence. From Talkstation data (speech recognition software in which our reports are generated), his first report was generated at 7:21am. His next report was at 12:20.

At approximately 2 p.m. on Wednesday September 23, 2014 I received a phone call from Dr. Greenberg requesting to leave the hospital for 2 hours to attend to personal business. He asked me to cover him on his tour of duty in the Emergency Radiology section. I told Dr. Greenberg that I denied his request and that I personally could not cover him during the requested hours.

Dr. Greenberg asked another physician in our department, Dr. Amiram Samin to cover him in is absence. Dr. Samin agreed to cover the non-Neuroradiology cases. Dr. Samin is not qualified to cover the Emergency Department independently as he does not read neuroradiology cases.

According to Talkstation data there was a gap of approximately two hours from 2:43 pm to 4:52 pm. Dr. Greenberg left the building for this time period.

451 Clarkson Avenue, Brooklyn, NY 11203
New York City Health and Hospitals Corporation

**SUNY000863**   **CONFIDENTIAL**

This was an unauthorized leave of absence.

Incident 2:

Dr. Greenberg added the following Addendum to approximately 50 reports. This is not a standard attestation. Our department has three attestations which were approved by Risk Management and and all of the staff were instructed on how to use them at numerous staff meetings beginning July 2014 and a presentation from Phycare on September, 15 2014 in our radiology department conference room. I instructed Dr. Greenberg to use these three attestations at a staff meeting on September 22, 2014. As a final note, it was reported to me verbally by my administrative staff that Dr. Greenberg asked out IT department to erase this attestation from the reports. The request was denied.

Dr. Greenberg's attestation:

```
Addendum(F)

Attending radiologist:    Oded Greenberg MD         Date: Monday, September 22, 2014
Resident radiologist(s):  Travis Meyer MD

Addenda:

Addenda:
I, Oded Greenberg M.D., Board Certified Diagnostic attending Radiologist and Board Certified Pathologist, have
personally, painstakingly reviewed each and every one of the provided images and reviewed the available clinical
information. The above report, based on my own extensive knowledge and skill as well as meticulous observation
and careful interpretation now represents the final report.

Electronically signed by:   Oded Greenberg MD
Date:                       09/22/14
Time:                       10:51
```

Approved Attestations:

*Radiology Report Attestations*

1. **Attending Concur**

I, _____ , MD, have personally reviewed the images and concur with the preliminary report and the interpretation as stated and signed by the resident. This report now represents the FINAL REPORT for this patient.

2. **Minor Addendum**

I, _____, MD, have personally reviewed the images and interpretation as stated and signed by the resident and wish to add to the preliminary report in the following manner. This report now represents the FINAL REPORT for this patient.

**3. Major Addendum**

I, _____, MD, have personally reviewed the images and interpretation as stated and signed by the resident and wish to modify the preliminary report in the following manner. The information that follows the preliminary report now represents the FINAL REPORT for this patient.

**4. Personal communication attestation (for both attendings and residents when we discuss important finding/s with clinicians)**

I, _____, MD, discussed the findings of this report and addenda <by phone/in person> with (clinician name) @ (date/time) with readback.

**5. When residents communicate findings to clinicians (independently OR at our request)**

The resident _____ discussed the findings including addenda of this report <by phone/in person> with (Clinician name) @ (date/time) with readback.

Please let me know if I can be of any further assistance.

Sincerely,

*Steven Pulitzer, MD*

Steven Pulitzer, MD