40



University Hospital of Brooklyn
College of Medicine
School of Graduate Studies
College of Nursing
College of Health Related Professions
School of Public Health

Department of Human Resources
Labor Relations

<u>CERTIFIED MAIL # 7012 3460 0000 6957 4576</u>
<u>RETURN RECEIPT REQUESTED</u>

October 3, 2014

Dr. Oded Greenberg

Brooklyn, NY 11201

Re:   INVESTIGATION OF POSSIBLE DISCIPLINARY CHARGES

Dear Dr. Greenberg:

You are directed to report to the Office of Labor Relations located at 420 Lenox Road, Brooklyn, NY 11226 on **Wednesday, October 8, 2014 at 11:00 a.m.** At that time, I will meet with you to discuss allegations of insubordination, leaving the worksite without authorization and related matters.

As per Article 19 of the UUP Agreement, you are entitled to be represented by UUP or by an attorney at this meeting. <u>If you want to be represented by UUP, it is your responsibility to contact the UUP office at (718) 270-1519 to arrange for representation</u>. If you are unable to attend for good cause, you must speak with me at (718) 270-1972 to determine when the appointment may be rescheduled.

For your information, a copy of Article 19 of the United University Professions Agreement, which provides the procedure for discipline, is attached.

Regards,

Stephanie Bernadel
Personnel Associate, Labor Relations

Attch:   Article 19
cc:      Leonzo Cuiman
         Adriana Conde-Billy
         Deborah Reede, MD
         Steven Pulitzer, MD
         UUP
         First Class Mail
         Personnel File
         Case file

State University of New York Downstate Medical Center
450 Clarkson Avenue, MSC 1224, Brooklyn, NY 11203  •  Phone 718 270-3094   Fax 718 270-4684

CONFIDENTIAL

SUNY 000014