41



**Attendance for Briefing on 9/22/2014**
Sade Jemmott to: stephanie.bernadel
Cc: "Steven Pulitzer"

10/14/2014 11:06 AM

History    This message has been replied to.

Good Morning Stephanie.

On behalf of Dr. Pulitzer, the listed Attendings were in attendance at the faculty briefing hosted by Dr. Pulitzer on 09-22-2014.

- Amiram Samin
- John Amodio
- Rhonda Osborne
- Jinell Scott    10/14 @ 11:20AM
- James Walsh

## Sade Jemmott
**Clerical Associate Level IV**
**Radiology Administration**
718-245-4446 (O)
718-245-4473 (F)

*"One becomes a critic when one cannot be an artist, just as a man becomes a stool pigeon when he cannot be a soldier." - Gustave Flaubust 1821- 1880*
Pray * Live * Love * Laugh

Visit www.nyc.gov/hhc

**CONFIDENTIALITY NOTICE:** The information in this E-Mail may be confidential and may be legally privileged. It is intended solely for the addressee(s). If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on this e-mail, is prohibited and may be unlawful. If you have received this E-Mail message in error, notify the sender by reply E-Mail and delete the message.

SUNY 000448

CONFIDENTIAL

Summary of interview with Dr. James Walsh, Radiologist, taken on October 14, 2014 by Stephanie Bernadel, Personnel Associate, Labor Relations.

My name is Dr. James Walsh and I am an Attending in the Department of Radiology. I am employed by SUNY Downstate Medical Center but my work site is Kings County Hospital Center. I have been at Downstate for eight years, from Residency through Attending.

Dr. Pulitzer held a meeting on Monday, September 22, 2014. It may have been part of our regularly scheduled staff or education meetings; I don't recall. During the meeting we discussed attestation forms. Attestations are where Attendings affirm that they have reviewed a Resident's work. The topic had come up during previous meetings, as we wanted to adopt a form that would comply with national standards. The attestation is really a few sentences that state that we reviewed the work and that we either agree with it or choose to make an addendum. At the meeting, Dr. Pulitzer identified two attestations that we should use, one when we agreed and one when we disagreed. Dr. Amodio concurred. We were told that certain Attendings already had the approved language in their dictations. There was discussion about the attestation having been reviewed by legal department and others in Administration. Legal was mainly involved because we had to differentiate between minor and major addendums.

Dr. Pulitzer explained that attestations have to be done because you can't get compensated for Resident work without them. In the past, it was implied that we reviewed them. I think that's why Dr. Greenberg seemed to not like the fact that we had to do an attestation. He was upset because he found it offensive to have to explain himself. After the meeting, we were in the hallway and he said to me "I can't believe I have to write an attestation. I am a professional, I am a physician, I wouldn't even think of signing off a report until I have reviewed it" or words to that effect. Others were around but I don't know if they heard.

---

I understand that I am not to speak to anyone about this statement and it should be kept confidential. There is nothing I would like to add to this statement at this time. The aforementioned statement as told to Stephanie Bernadel, Personnel Associate, Labor Relations, is true and accurate. I have read it and made changes to have it conform to the truth, and signed it. I understand that I may be required to testify in a legal or administrative forum regarding this matter.

_____           _____
SIGNATURE                                DATE

CONFIDENTIAL

Summary of interview with Dr. Rhonda Osborne, Radiologist, taken on October 14, 2014 by Stephanie Bernadel, Personnel Associate, Labor Relations.

My name is Dr. Rhonda Osborne and I am an Attending in the Department of Radiology. I am employed by SUNY Downstate but my work site is Kings County Hospital Center. I have been at KCHC since November 2013. Previously I was at LICH. I was employed there since 1992 through a private group, and stayed when the State came in.

I was present at the meeting on September 22, 2014. Dr. Pulitzer holds weekly meetings on Monday mornings in order to see what is happening in each division. The use of attestation forms is one of the topics that has been discussed at several department meetings. Dr. Pulitzer has said that when an Attending reads a report that a Resident puts together, the Attending must put an attestation at the end of the report. Dr. Pulitzer told us where we could find the attestations. We were directed to Dr. Amodio, who had the correct attestations. We were supposed to take it from his macro queue. From my understanding, this was something that several Attendings had worked on. The legal department had looked at it and said it was okay. It was told to us that we had to use these specific ones. However, I believe that they were still working on it because there was major and a minor, meaning if you had a major disagreement versus a minor disagreement. Dr. Pulitzer explained that it was important for us to use these specific attestations for either billing or legal purposes; I don't remember.

---

I understand that I am not to speak to anyone about this statement and it should be kept confidential. There is nothing I would like to add to this statement at this time. The aforementioned statement as told to Stephanie Bernadel, Personnel Associate, Labor Relations, is true and accurate. I have read it and made changes to have it conform to the truth, and signed it. I understand that I may be required to testify in a legal or administrative forum regarding this matter.

_____                    10-14-14
SIGNATURE                                  DATE

SUNY 001252                                CONFIDENTIAL