42

# KCHC Departmental Meeting

July 31, 2014

HHC 1335

CONFIDENTIAL

# Time and attendance

- Monitored daily by me, Dr. Reede and Dr. Jamaleddine periodically
- Must be on time to work.
- All physicians must be in by 9 am
- Will monitor long breaks during the day
- You must be able to account for them

HHC 1349

CONFIDENTIAL

## Attestations...... *

- Must be on ALL exams or we will not get paid.
- If you have downloaded John's attestations, please remove the header that says:

- Major Addendum
- Minor Addendum
- Attending concur

HHC 1367

CONFIDENTIAL

# Sick Day Policy for KCHC

- In addition to calling and e-mailing Linda McMurren at SUNY:

- Call Sade Jemmott at 718-245-4447

  Calls must be made BEFORE 7:30 am on the day you will be out

  Email Sade.Jemmott@nychhc.org before 7:30 am on the day you will be out

HHC 1382

CONFIDENTIAL