43



**Re: Oded Greenberg**
Stephanie Bernadel   to: Steven Pulitzer                                         10/28/2014 05:20 PM
Cc: "Sade Jemmott", "Leonzo Cuiman", Adriana Conde-billy, Deborah Reede

Good Afternoon Dr. Pulitzer,

During our conversations over the course of my investigation on Dr. Greenberg, you referenced several emails sent by Dr. Greenberg wherein he was unprofessional and used profane language towards Dr. Kantor. Inasmuch as we factored this information into our decision to implement the penalty held in abeyance, I am writing to request copies of said emails for our files.

Regards,
Stephanie

*****************************

*Stephanie Bernadel, MPA*
*Personnel Associate, Labor Relations*
*SUNY Downstate Medical Center*
*450 Clarkson Avenue, Box 1224*
*Brooklyn, NY 11203*
*work: 718-270-1972*
*cell: 347-578-4689*
*fax: 718-270-4684*
*E-mail: stephanie.bernadel@downstate.edu*

Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person.

---

"Sade Jemmott"   Good Morning Stephanie.                              10/27/2014 11:44:39 AM

From:    "Sade Jemmott" <Sade.Jemmott@nychhc.org>
To:      <stephanie.bernadel@downstate.edu>,
Date:    10/27/2014 11:44 AM
Subject: Oded Greenberg

---

Good Morning Stephanie.

Is it possible for you to forward Dr. Pulitzer a formal email requesting copies of the emails sent to Dr. Kantor from Dr. Greenberg? Dr. Pulitzer needs it in order to send the request to Central Office.

SUNY 000273

CONFIDENTIAL