45



SUNY
DOWNSTATE
Medical Center

Deborah L. Reede, M.D.
Professor and Chair
Department of Radiology

November 7, 2014

Hyman Shwarzberg, MD
Clinical Assistant Professor
Department of Radiology
SUNY/ Downstate Medical Center

Dear Dr. Shwarzberg,

Following a comprehensive review of the Department's current financial status, including clinical volume, professional reimbursements, contractual arrangements, operational and resident expenses; it is necessary to discontinue your annual salary of **$60,000** from *University Physicians of Brooklyn, Inc.* effective on December 31, 2014.

I wish to express my appreciation for the contributions you provide to the Department, and hope this salary adjustment will not interrupt nor reduce your commitment to our goals of delivering high quality diagnostic and breast imaging services to our patients, and excellent educational opportunities to our residents.

Sincerely,

Deborah L. Reede, MD
Professor and Chair
Department of Radiology

State University of New York Downstate Medical Center
450 Clarkson Avenue, MSC 1198, Brooklyn, NY 11203 • Phone 718 270-1603  Fax 718 270-2667
E-Mail: Deborah.Reede@downstate.edu

SUNY 002737         -CONFIDENTIAL-



University Hospital of Brooklyn
College of Medicine
School of Graduate Studies
College of Nursing
College of Health Related Professions
School of Public Health

**Deborah L. Reede, M.D.**
**Professor and Chair**
**Department of Radiology**

November 7, 2014

Harry Zinn, MD
Clinical Assistant Professor
Department of Radiology
SUNY/ Downstate Medical Center

Dear Dr. Zinn,

Following a comprehensive review of the Department's current financial status, including clinical volume, professional reimbursements, contractual arrangements, operational and resident expenses; it is necessary to discontinue your annual salary of **$20,000** from *University Physicians of Brooklyn, Inc.* effective on December 31, 2014.

I wish to express my appreciation for the contributions you provide to the Department, and hope this salary adjustment will not interrupt nor reduce your commitment to our goals of delivering high quality diagnostic imaging services to our patients, and excellent educational opportunities to our residents.

Sincerely,

Deborah L. Reede, MD
Professor and Chair
Department of Radiology

State University of New York Downstate Medical Center
450 Clarkson Avenue, MSC 1198, Brooklyn, NY 11203 • Phone 718 270-1603  Fax 718 270-2667
E-Mail: Deborah.Reede@downstate.edu

SUNY 002739        -CONFIDENTIAL-



**Deborah L. Reede, M.D.**
**Professor and Chair**
**Department of Radiology**

November 7, 2014

Maria Corsaro, MD
Assistant Professor
Department of Radiology
SUNY/ Downstate Medical Center

Dear Dr. Corsaro,

Following a comprehensive review of the Department's current financial status, including clinical volume, professional reimbursements, contractual arrangements, operational and resident expenses; it is necessary to discontinue your annual salary of **$38,325** from *University Physicians of Brooklyn, Inc.* effective on December 31, 2014.

I wish to express my appreciation for the contributions you provide to the Department, and hope this salary adjustment will not interrupt nor reduce your commitment to our goals of delivering high quality breast imaging services to our patients, and excellent educational opportunities to our residents.

Sincerely,

Deborah L. Reede, MD
Professor and Chair
Department of Radiology

State University of New York Downstate Medical Center
450 Clarkson Avenue, MSC 1198, Brooklyn, NY 11203  •  Phone 718 270-1603  Fax 718 270-2667
E-Mail: Deborah.Reede@downstate.edu

SUNY 002741    -CONFIDENTIAL-