46

Steven Pulitzer

**From:** Steven Pulitzer
**Sent:** Monday, December 15, 2014 7:51 PM
**To:** deborah.reede@downstate.edu
**Subject:** work in progress
**Attachments:** ED coverage proposal Pulitzer.pptx

Hi Dr. Reede,

I think for the discussion with Dr. Jamaleddine we could focus on personnel and the need for changes in coverage to improve patient care. I think we can stress the need for combined coverage for KCHC and UHB given the volume of cases and shared resources (attendings and residents) as we are one department.

Here is a beginning proposal. As long as it is cost neutral I think he will not block it.

What we need to stress is how this shift will be covered in the case of illness or unforseen absence. I think it will be important to keep funds for VRC to be paid through HHC and not PAGNY for emergencies.

Please have a look at the Power point attached.

Sincerely,

Steven

HHC_ESI_002267