48

# CURRICULUM VITAE

## JINEL MOORE SCOTT, MD

657 E 24th Street
Brooklyn, NY 11210
Telephone: 917/273-2554
Email: jinel_moore@yahoo.com

## CURRENT POSITION

| | |
|---|---|
| 10/3/11 - Present | Clinical Assistant Professor Radiology<br>SUNY at Long Island College Hospital<br>339 Hicks Street<br>Brooklyn, NY 11201 |
| 7/07 – 9/2011 | Teleradiologist<br>Franklin & Seidelmann<br>23625 Commerce Park, Suite 204<br>Beachwood, OH 44122<br>Telephone: 216/255-5700 |

## POSTGRADUATE TRAINING

| | |
|---|---|
| Fellowship<br>08/1/06 – 06/30/07 | Musculoskeletal Imaging<br>Maimonides Medical Center<br>4802 Tenth Avenue<br>Brooklyn, NY 11219<br>Telephone: 718/283-7277<br>Program Director: Javier Beltran, MD |
| Residency<br>07/01/03 – 06/30/06<br>Chief Resident<br>2005 - 2006 | Diagnostic Radiology<br>SUNY Downstate Medical Center<br>450 Clarkson Avenue<br>Brooklyn, NY 11203<br>Telephone: 718/270-1313<br>Program Director: Arnold Strashun, MD |
| Residency<br>07/01/02 – 06/30/03 | Diagnostic Radiology<br>Monmouth Medical Center<br>300 Second Avenue |

CONFIDENTIAL

HHC 1785

|  |  |
|---|---|
|  | Long Branch, NJ 07740<br>Telephone: 732/222-5200<br>Program Director: Tom Kelly, MD |
| Internship<br>07/01/01 – 06/30/02 | Internal Medicine<br>Washington Hospital Center<br>110 Irving Street, NW<br>Washington, DC 20010<br>Telephone: 202/877-7000<br>Program Director: Catherine Lucey, MD |

## EDUCATION

| Medical School<br>08/97 – 05/01 | Howard University College of medicine<br>520 W Street, NW<br>Washington, DC 20059<br>Telephone: 202/806-6270<br>Degree: MD<br>Graduation Date: 5/10/2001 |
|---|---|
| Undergraduate<br>08/95 – 05/97 | Howard University<br>2400 Sixth Street, NW<br>Washington, DC 20059<br>Telephone: 202/806-6100<br>Degree: BS, Biology<br>Graduation Date: 5/10/1999 |

## MEDICAL LICENSURE

New York – 237071 – Active
Illinois
New Jersey
Pennsylvania
Maryland
Washington DC
New Hampshire
Rhode Island
Ohio
Coldorado

CONFIDENTIAL

HHC 1786

## CERTIFICATION

06/14/2006                     American Board of Radiology
                               Diagnostic Radiology

## PROFESSIONAL SOCIETIES

American College of Radiology
Radiology Society of North America

## HONORS/AWARDS

| | |
|---|---|
| 05/01 | Alpha Omega Alpha Honor Medical Society |
| 08/99 | Joseph Collins Foundation Scholarship for Neurosurgery |
| 04/00 | Aventis Pharmaceutical Award for Neurology |
| 05/01 | American Society of Clinical Pathologists Award |
| 05/01 | Dr. Madison Spencer Briscoe Memorial Award for Microbiology |
| 05/01 | Dr. Merton B. Anderson Award for Pathology |
| 05/01 | American Medical Women's Association, Janet M. Glasgow Memorial Achievement Citation |
| 05/01 | Sylvia Julian Veal Memorial Award for Pharmacology |
| 05/01 | Edward E. Rickman, MD Award for Psychiatry |
| 05/01 | Drew-Syphax Award for Surgery |

## TEACHING EXPERIENCE

2012 - 2013
Annual Continuum Resident Emergency Call Prep Conference
Skeletal Imaging in the Emergency Setting
Phillips Ambulatory Care Center
New York, NY

## BIBLIOGRAPHY

"Feet Don't Fail Me Now: Radiographic and Pictorial Review of Common Osseous Abnormalities in the Lesser Digits of the Foot" Ledermann Eric, **Scott Jinel**; Electronic Education Exhibit, RSNA 2012 – 98th Scientific Assembly and Annual Meeting

"Red Light Green Light: Imaging of Subchondral Signal Alterations in the Knee" Shmukler Anna, Ledermann Eric, **Scott Jinel**; Electronic Education Exhibit, RSNA 2012 – 98th Scientific Assembly and Annual Meeting

CONFIDENTIAL                                                                HHC 1787

"Need a Quick Fix? Current Trends in Syndesmotic Fixation" **Scott Jinel**, Lehto Scott, Uribe, Jaime, Kolla Srinu; Electronic Education Exhibit, RSNA 2013- 99th Scientific Assembly and Annual Meeting

"The Vertebral Body: in Sickness and in Health" Patel Jay, Ropp Alan, **Scott Jinel**; Electronic Education Exhibit, RSNA 2013 – 99th Scientific Assembly and Annual Meeting

"Spine Rotating Radiology Exhibit – Teaching Module" State University of New York Medical School First Year Curriculum **Scott Jinel**, Ostrow Steven, Eisner Shirley

### REFERENCES

Dr. Javier Beltran, MD
Chairman Maimonides Medical Center
4802 Tenth Avenue
Gellman Building, Third FL
Brooklyn, NY 11219
(718) 283 – 6158

Dr. Steven Shankman, MD
Vice-Chairman Maimonides Medical Center
4802 Tenth Avenue
Gellman Building, Third FL
Brooklyn, NY 11219
(718) 283 – 6158

Dr. Deborah Reede, MD
SUNY at Long Island College Island
339 Hicks Street
Brooklyn, NY 11201
(718) 780-1793