49

**SUNY DOWNSTATE MEDICAL DEPARTMENT OF RADIOLOGY**
**ANNUAL FACULTY SELF-ASSESSMENT**

Name jinel scott
Date 3/2/15
% FTE
% Clinical FTE
Clinical RVU'S
Academic RVU'S

*Please complete as many as possible of the following, adding rows where necessary.*
*<u>Only include activities in last academic year( July 2013 – June 2014).</u>*

1. CLINICAL EXCELLENCE

1.1. DESCRIPTION OF CURRENT DUTIES

Please list an estimate (over a month) of how your time is spent

| Area | % Time spent |
|---|---|
| Research | 5 |
| Administration | 20 |
| Teaching | 25 |
| (Clinical area 1) | 50 |
| (Clinical area 2) | |
| (Clinical area 3) | |
| (Clinical area 4) | |
| (Clinical area 5) | |
| (Clinical area 6) | |

**What part of your job provides the most professional satisfaction? Academic activities, including teaching at the workstation, lecture preparation and delivery and interdepartmental conferences.**

1.2. CLINICAL OR DEVICE INNOVATIONS

| Innovation | Your role in development |
|---|---|
| Updated trauma protocols at KCHC ED radiology | Reviewed and completely |

| | |
|---|---|
| | updated the trauma protocols to meet national and trauma society guidelines for best practice. These new protocols will be implemented this week after the CT techs have been in serviced. |
| ED radiology transition to 24 hour attending coverage | Garnered standard practice guidelines, patterns of coverage, experience of different practice models from numerous section chiefs at various Level one trauma centers throughout the country via the American Society of Emergency Radiology. Presented the need and justification of 24 hour coverage to radiology chairman and director of radiology at KCHC |

### 1.3. SPECIAL HONORS FOR CLINICAL ACCOMPLISHMENTS

| Honor | Awarded by? |
|---|---|
| | |

## 2. SERVICE EXCELLENCE

*Include activities in last academic year*

### 2.1. INTERDEPARTMENTAL CLINICAL ACTIVITIES

*Include multidisciplinary conferences, tumor boards etc*

| Activity | Frequency, your role at conference? |
|---|---|
| Emergency Department Council | Monthly. Liaise with the ED to ensure that radiology services are being appropriately delivered. |
| Trauma Multidisciplinary Operations and Performance Improvement Committee | Monthly. Liaise with ED and trauma service to ensure that radiology services are being delivered promptly and that we are in compliance with recommended turn- around times, protocols, injury grading etc. Also aiding trauma surgery in the development of their trauma registry and accreditation as a Level I center at KCHC |
| Medical ICU | Daily. Round with the ICU team, going over all pertinent imaging. Also, informal teaching focused on chest radiography and basic CT given to medical students, interns, resident, and pulmonology /critical care fellows. |

### 2.2. INSTITUTIONAL (I) AND DEPARTMENTAL (D) COMMITTEE AND ADMINISTRATIVE ACTIVITIES

*Include roles in scheduling, departmental and institutional development. Taskforce membership etc*

| Activity | D or I? | Describe activity including your role |
|---|---|---|
| Emergency Department Council | I | Monthly. Liaise with the ED to ensure that radiology services are being appropriately delivered. |
| Trauma Multidisciplinary Operations and Performance Improvement Committee | I | Monthly. Liaise with ED and trauma service to ensure that radiology services are being delivered promptly and that we are in compliance with recommended turn- around times, protocols, injury grading etc. Also aiding trauma surgery in the development of their trauma registry and accreditation as a Level I center at KCHC |
| | | |

### 2.3. QI/QC ACTIVITIES (DIVISIONAL, DEPARTMENTAL, INSTITUTIONAL)

| QI/QC activity | Describe activity including your role |
|---|---|

## 2.4. PATIENT SATISFACTION

*Include any feedback from patients including letters, questionnaires, complaints etc*

| Measure | Describe response |
| --- | --- |
| | |

## 2.5. COLLEAGIAL SATISFACTION

*Include any feedback from techs, secretaries, colleagues within radiology and referring clinicians*

| Measure | Describe response |
| --- | --- |
| | |

## 3. EDUCATION

### 3.1. EDUCATIONAL ADMINISTRATION

*Include here major administrative roles for student, resident or fellowship educational programs. Membership on educational committees at departmental (D), institutional (I) or national (N) level.*

| Activity | D, I or N | Describe activity including your role |
|---|---|---|
| Educational Committee | D | Participate in the enhancement of resident education as it pertains to Emergency Radiology |
| Clinical Competency Committee | D | In depth review of residents to determine call readiness and promotion. |
| | | |

### 3.2. INSTITUTIONAL TEACHING

*Include here lectures to DMS students, residents and fellows, board review sessions etc*

| Topic (e.g. GI radiology) | Hours per year | Learner group (students, residents etc) | Evaluation grade (if available) |
|---|---|---|---|
| Emergency Radiology: When do you use Crossectional Imaging? | 1 | Emergency Medicine residents | |
| Radiology Rounds | 15 – 20 min/day | MICU residents, fellows, and pulmonology /critical care fellows | |

### 3.3. INVITED LECTURER AT OUTSIDE INSTITUTION

| Lecture Title | Date | Institution |
|---|---|---|
| | | |

### 3.4. PRESENTATION OR MODERATOR AT CME COURSE/CONFERENCE

| Lecture Title | Date | Institution |
|---|---|---|
| | | |

 -confidential-

### 3.5. COMMUNITY EDUCATION

| Topic | Date | Community group |
|---|---|---|
| | | |

### 3.6. TEACHING INNOVATIONS

*Include development of curricula, teaching resources etc*

| Innovation | Describe including your role |
|---|---|
| | |

### 3.7. TEACHING EVALUATION

*Include evaluations from courses, learners*

| Teaching evaluated | Measure/results |
|---|---|
| | |

### 3.8. TEACHING AWARDS

| Award | Describe including awarding group and criteria for award |
|---|---|
| | |

### 3.9. CME ACTIVITIES ATTENDED

*List courses, conferences, workshops and other CME activities during the last year*

| Course description | Dates |
|---|---|
| American Society of Emergency Radiology | 9/10 – 12/2014 |
| ACR ER course | 11/10 – 13/2014 |

## 4. RESEARCH

### 4.1. RESEARCH GRANTS

*Currently funded only*

| Grant title | Awarding body | Date award | %FTE | Total Grant $ |
| --- | --- | --- | --- | --- |
| | | | | |

### 4.2. NON-FUNDED RESEARCH

| Title | Date started | Describe inc. # publications resulting |
| --- | --- | --- |
| Appropriateness of CT of the abdomen in Patients Suspected of Acute Pancreatitis in the ED | 12/2014 | IRB under review |

### 4.3. PUBLICATIONS

*Please indicate if a book (B), Chapter(C), Paper (P) or abstract (A) and if it was peer reviewed*

| B/C/P/A | Peer reviewed? | Reference |
| --- | --- | --- |
| | | |

### 4.4. PRESENTATIONS/EXHIBITS

| Title | Meeting |
| --- | --- |
| | |

## 5. NATIONAL PRESENCE

### 5.1. REVIEWER ACTIVITIES

*Include both grant and journal review and editorial activities*

| Grant organization or Journal | Adhoc reviewer or editor? | Reviewer/editor since date |
| --- | --- | --- |
| | | |

### 5.2. REGIONAL/NATIONAL SOCIETY LEADERSHIP POSITIONS

*Include current national and regional roles*

| Organization | Committee | Role |
|---|---|---|
| | | |

## 6. MENTORING

*Include both your role as a mentee and a mentor*

| Name | Mentee or your mentor? | Role |
|---|---|---|
| | | |

## 7. GOAL SETTING

### 7.1. GOAL ACCOMPLISHMENTS IN LAST YEAR

*List last year's goals and describe your progress and impediments towards accomplishing them*

| Goal | Progress/impediments |
|---|---|
| | |

### 7.2. GOALS FOR NEXT YEAR (NOTE THAT THESE ARE NOW IN HALOGEN: NO NEED TO DUPLICATE UNLESS THERE ARE NEW GOALS YOU WOULD LIKE TO ADD)

*Include goals in teaching, research, clinical, career improvement, life-long learning*

*Do you anticipate any special professional development (CME) needs this year to accomplish these goals?*

| Goal | Plan for initiation |
|---|---|
| Increase scholarly activity, i.e, have at least one journal article published | |
| Increase interdepartmental conferences | I will be included in the EM lecture schedule for at least one lecture per month, paralleling their modules. |
| More involvement in medical school | Participate in medical student admissions |
| Become more active in ASER via committee volunteer | I was not invited this year, I' m not sure how this works |

Advance certificate in public health

### 7.3. PERSONAL SATISFACTION

*Please list 3-5 items that were satisfying for you this last year*

Item
Completed my first IRB
Involvement in ED council
Ability to use ASER network
Updated trauma protocols

### 7.4. PERSONAL DISSATISFACTION

*Please list 3-5 items that were the least satisfying or frustrating for you this last year*

Item
Lack of mentorship
Lack of publications
Unclear career path/ unclear way forward
Inability to attend grad rounds
Lack of a consistent team environment

### 7.5. CHANGES

*What constructive changes would you like to see in the department to help you achieve our clinical, education and/or research goals?*

Item
Academic time
Career and research mentorship

(1) Need to get on Committee. (Local National)
(2) Publish