51



CONFIDENTIAL

SUNY 002518

# MISSING ATTESTATIONS......

| ID | Date | Provider | Study | Issue | Attestation |
|---|---|---|---|---|---|
| 2184873 | 07/11/2014 | Stephen Waite MD | Chest RoutPALat | Missing Attending Attestation | Attending Attestation |
| 2504575 | 07/11/2014 | Stephen Waite MD | Chest CT w/oCon | Missing Attending Attestation | Attending Attestation |
| 2568084 | 07/11/2014 | Stephen Waite MD | Chest AP | Missing Attending Attestation | Attending Attestation |
| 0179116 | 07/17/2014 | Stephen Waite MD | Chest RoutPALat | Missing Attending Attestation | Attending Attestation |
| 1762611 | 07/17/2014 | Stephen Waite MD | Chest CT w/Con | Missing Attending Attestation | Attending Attestation |
| 2056329 | 07/17/2014 | Stephen Waite MD | Chest CT w/Con | Missing Attending Attestation | Attending Attestation |
| 2526211 | 07/18/2014 | Stephen Waite MD | Chest CT w/Con | Missing Attending Attestation | Attending Attestation |
| 2658566 | 07/19/2014 | Stephen Waite MD | Left Shoulder | Missing Attending Attestation | Attending Attestation |
| 2658566 | 07/19/2014 | Stephen Waite MD | Left Humerus | Missing Attending Attestation | Attending Attestation |
| 2658566 | 07/19/2014 | Stephen Waite MD | Left Elbow Routine | Missing Attending Attestation | Attending Attestation |
| 2665725 | 07/19/2014 | Stephen Waite MD | Left Ankle Routine | Missing Attending Attestation | Attending Attestation |
| 0621405 | 07/20/2014 | Stephen Waite MD | Chest AP | Missing Attending Attestation | Attending Attestation |
| 2273237 | 07/20/2014 | Stephen Waite MD | Chest AP | Missing Attending Attestation | Attending Attestation |
| 1045571 | 07/25/2014 | Stephen Waite MD | Chest RoutPALat | Missing Attending Attestation | Attending Attestation |
| 1158142 | 07/12/2014 | Steven Pulitzer MD | Abd/PelvsCT w/Con | Missing Attending Attestation | Attending Attestation |
| 2001544 | 07/12/2014 | Steven Pulitzer MD | Left Ankle Routine | Missing Attending Attestation | Attending Attestation |
| 2664891 | 07/12/2014 | Steven Pulitzer MD | Chest DecubVBoth,Rout | Missing Attending Attestation | Attending Attestation |
| 3053198 | 07/12/2014 | Steven Pulitzer MD | Chest RoutPALat | Missing Attending Attestation | Attending Attestation |
| 247456 | 6/20/2014 | VELAYUDHAN VINODKUMAR | X-Ray Knee | Missing Attending Attestation | Attending Attestation |
| 2618932 | 6/30/2014 | VELAYUDHAN VINODKUMAR | x - ray chest | Missing Attending Attestation | Attending Attestation |
| 2664335 | 7/7/2014 | VELAYUDHAN VINODKUMAR | x - ray ankle | Header Body Mismatch | Ankle X-ray need to be Documented |
| 2664335 | 7/7/2014 | VELAYUDHAN VINODKUMAR | x-ray femur | Header Body Mismatch | Femur X-ray need to be Documented |
| 2666883 | 7/29/2014 | VELAYUDHAN VINODKUMAR | x - ray shoulder | Header Body Mismatch | Shoulder X-ray need to be Documented |
| 2453362 | 06/26/2014 | VELAYUDHAN VINODKUMAR | Head CT w/oCon | Missing Attending Attestation | Attending Attestation |
| 0397682 | 07/03/2014 | VELAYUDHAN VINODKUMAR | Right Foot Routine | Missing Attending Attestation | Attending Attestation |
| 2665938 | 07/21/2014 | VELAYUDHAN VINODKUMAR | CervicalSpi w/oCon | Missing Attending Attestation | Attending Attestation |
| 2102946 | 07/24/2014 | VELAYUDHAN VINODKUMAR | Right TibiaFibula (w/c) | Missing Attending Attestation | Attending Attestation |
| 2422979 | 7/6/2014 | ZIN MD,DANIEL | X-Ray Chest | Missing Attending Attestation | Attending Attestation |
| 2452728 | 06/29/2014 | ZIN MD,DANIEL | LumbSpine RoutLatAP | Missing Attending Attestation | Attending Attestation |
| 0496533 | 07/07/2014 | ZIN MD,DANIEL | Renal US Ren w/Dplr | Missing Attending Attestation | Attending Attestation |
| 1478971 | 07/07/2014 | ZIN MD,DANIEL | Thyrd/NecKU ThyNkw/D | Missing Attending Attestation | Attending Attestation |
| 2221445 | 07/09/2014 | ZIN MD,DANIEL | RUQ US RUQ | Missing Attending Attestation | Attending Attestation |
| 2135073 | 07/17/2014 | ZIN MD,DANIEL | Renal US Renal | Missing Attending Attestation | Attending Attestation |
| 2135073 | 07/17/2014 | ZIN MD,DANIEL | Pelvic US TA | Missing Attending Attestation | Attending Attestation |

- Phycare sends a weekly review of reports without attestations.
- I will forward them to you
- Please complete within the week
- We need to be compliant so we can show we are a revenue generating department

SUNY 002537

CONFIDENTIAL