52

# STATEMENT OF ODED GREENBERG

## Taken on October 10, 2014

**Present:** Stephanie Bernadel – Personnel Associate, Office of Labor Relations (SB)
Oded Greenberg – Clinical Assistant Professor of Radiology (OG)
Michelle Gilmore-Greenberg – Wife of Oded Greenberg (MG)

SB: Alright. Good morning. Today is Friday October 10th, right, 2014. My name is Stephanie Bernadel. I'm a personal associate here with the Office of labor relations. The time is approximately 11:30 and we're here for the interrogation of Dr. Oded Greenberg. If everyone in the room could please state their name by name and title.

OG: I'm Oded Greenberg, Dr. Oded Greenberg.

MG: My name is Michelle Gilmore-Greenberg. I'm here as Oded's wife.

OG: Okay. And I have to ask you, you don't have any problems with your wife sitting in on this proceeding?

OG: Absolutely not.

SB: Okay. Alright. So Dr. Greenberg is representing himself. So we're gonna have him read a copy of his rights under the UUP agreement. Right now, the time is approximately 11:32. We're going off the record.

OFF THE RECORD

SB: Alright. We're back on the record. The time now is approximately 11:45AM. We are—we've gone back on the record because Dr. Greenberg has read his rights under the UUP agreement. Do you understand your rights?

OG: I do.

SB: Okay. Have you ever been interrogated before?

SUNY 001315          CONFIDENTIAL

|   |   |   |
|---|---|---|
|  | hours to attend to a personal business. He asked me to cover him on his tour of | 1 |
|  | duty in the emergency radiology section. I told Dr. Greenberg that I denied his | 2 |
|  | request and that I personally could not cover him during the requested hours. Dr. | 3 |
|  | Greenberg asked another physician in our department, Dr. Amiram Samin, to | 4 |
|  | cover him in his absence. Dr. Samin agreed to cover the non-neuro radiology | 5 |
|  | cases. Dr. Samin is not qualified to cover the emergency department | 6 |
|  | independently, as he does not read neuroradiology"—neuroradiology. | 7 |
| OG: | Dr. Steven Pulitzer is a neuroradiologist whose responsibility it is to read the | 8 |
|  | neuroradiology cases. | 9 |
| SB: | Mm-hm. "According to talk station data, there is a gap of approximately two | 10 |
|  | hours, from 2:43PM-"2:50—"to 4:52PM", sorry. "Dr. Greenberg left the building | 11 |
|  | during this time period." | 12 |
| OG: | Yes. I went to—I went to have lunch for an hour. I had a conversation with my | 13 |
|  | wife at the time about the events of the day. I came back about an hour later. I | 14 |
|  | again went to the clinical staff in the ER, who I am friendly with and who respect | 15 |
|  | me. I discussed several patients' cases from earlier in the day. I then went to my | 16 |
|  | workstation—I then went to my workstation and started reading again. I called | 17 |
|  | Dr. Samin, he said there was—there were no issues whatsoever and that others | 18 |
|  | had covered all the other stuff that he wasn't able to cover. | 19 |
| SB: | Did you request from Dr. Pulitzer to leave the hospital for two hours? | 20 |
| OG: | I requested— | 21 |
| SB: | To attend to—for personal business. | 22 |
| OG: | I did, but when I was denied I just went and had lunch. That's what happened. | 23 |
| SB: | So you—you didn't—you're just saying— | 24 |
| OG: | I didn't even leave the hospital. I—I—I actually left Kings County to go to | 25 |

SUNY 001326          CONFIDENTIAL