53

718-245-4473          Admin Radio                               10:53:23 a.m.   10-15-2014      1/1

270 4684

Summary of interview with Dr. Jinel Scott, Radiologist, taken on October 14, 2014 by Stephanie Bernadel, Personnel Associate, Labor Relations.

My name is Dr. Jinel Scott and I am an Attending in the Department of Radiology. I am employed by SUNY Downstate but my work site is Kings County Hospital Center. I am have been employed by Downstate since 2011.

Dr. Pulitzer chairs a weekly meeting where we usually discuss issues within our sections and/or things that we need to know. I was present at the weekly meeting held on Monday, September 22, 2014. About a week or so before, there was a presentation done by a billing company where it was discussed what we as Attendings need to put in our reports to show that we participated in the interpretation of patient studies. On September 22, 2014, Dr. Pulitzer brought to our attention a number of reports that did not have the attestations as requested and explained that the company cannot bill without the attestations. He gave each person present a list which demonstrated the reports that were deficient and showed which Attendings were responsible for the reports. Dr. Pulitzer explained that the attestations were important for medical billing purposes. He told us that as per the billing company, the Radiologist would not get credit and could not bill if it did not have the accurate attestation. Prior to that day, we were told to copy the attestations that were devised by the VP for Education and cleared by the legal department. This was reiterated at the meeting. There were two versions, one that said we agree with the residents report and one that said we disagree with their report, with a space to correct the report. We were told to use those exact words because they had been cleared by legal. We were supposed to use those attestations and none other. It was very clear that we were supposed to use these attestations. At no point did Dr. Pulitzer or anyone else say anything about using this language to create our own attestation. At the meeting, Dr. Greenberg made statements about the extra time it would take to fill out these attestations and asked if the attestations could be generated automatically within the report instead of manually. At one point, he stated "this is the beginning of the end of medicine, this is the corporatization of medicine, mark my words" or words to that effect.

Directly after the meeting, Dr. Greenberg composed his own attestation. He read it to me and he was laughing. I thought he was joking, as he read it to me in a jovial way. I didn't think he would actually use it. Afterwards, I heard that a clinician had called down and asked "what was the meaning of this" after they saw his modified attestation on an actual patient report. I didn't know he had actually used it.

---

I understand that I am not to speak to anyone about this statement and it should be kept confidential. There is nothing I would like to add to this statement at this time. The aforementioned statement as told to Stephanie Bernadel, Personnel Associate, Labor Relations, is true and accurate. I have read it and made changes to have it conform to the truth, and signed it. I understand that I may be required to testify in a legal or administrative forum regarding this matter.

_____                              _____
SIGNATURE                                               DATE

SUNY 001251          CONFIDENTIAL