Case 1:15-cv-02343-PKC-VMS   Document 95-56   Filed 09/14/18   Page 1 of 2 PageID #: 2507

54

10:30 A.M

## Meeting with Dr. Oded Greenberg
### May 5, 2014

- Review of resident evaluations — December evaluations Done + signed

- Discussed time / attendance truth and reporting

Accuracy of reporting to ensure compliance c̄ the affiliation agreement. The state is liable for any inaccuracy in reporting. End result we (state) may have to reimburse the City.

- Resident supervision

Stressed the importance of on site availability for resident supervision + consultation c̄ referring physician

- Resident lectures

Cancelled lectures should be rescheduled.