55

# HHC-ANNEX G



**Affiliate Institution:** SUNY Health Science Center at Brooklyn

Name: Oded Greenberg   Month: April

Title: Clinical Asst Prof.   Dept./Div.: Radiology

In accordance with the terms of my aggreement with SUNY/ Health Science Center at Brooklyn I hereby certify that I have fulfilled my commitment at the Kings County Hospital as follows:

| | Week of: 3/30 | | Week of: 4/7 | | Week of: 4/14 | | Week of: 4/21 | | Week of: 4/28 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hours | Date | Hours | Date | Hours | Date | Hours | Date | Hours |
| Mon | 3/30 | | 4/7 | 9A-5P/8 | 4/14 | 8-3/7 X | 4/21 | 9AJP/8 X | 4/28 | 9A-5P/8 |
| Tues | 4/1 | 9A-5/8 | 4/8 | 9A-5P/8 | 4/15 | 8-3/7 X | 4/22 | SL | 4/29 | 9A-5P/8 |
| Wed | 4/2 | 9A-5/8 | 4/9 | 9A-5P/8 | 4/16 | 9A-5P/8 | 4/23 | 9A-5P/8 | 4/30 | 9A-5P/8 |
| Thurs | 4/3 | 9A-5/8 | 4/10 | 9A-5P/8 | 4/17 | 9A-5P/8 C | 4/24 | 8-5/9 | | |
| Fri | 4/4 | 9A-5/8 | 4/11 | 9A-5P/8 | 4/18 | 9A-5P/8 C | 4/25 | 8-5/9 | | |
| Sat | 4/5 | 6A-2P/8 | | | | | | | | |
| Sun | | | | | | | | | | |
| Total | | | | 40 | | 40 | | 38 | | 34 | | 24 |

Took comp days on 4/17 and 4/18
From 4/10/13 (5day) 4/30/13 (5day) and 4/17/13 (Friday)
Total Hours: 176

Title: Oded Greenberg  MD   Date: 5/1/14

Approved by _____
Chief of Service

**INDICATED ABSENCES:**
H = Holiday
SL = Sick Leave
AL = Annual Leave
EL = Educational Leave

SUNY 003485    -confidential-



**Fw: hours**
Deborah Reede  to: Linda McMurren                                    04/30/2014 03:35 PM

From:   Deborah Reede/Downstate
To:     Linda McMurren/Downstate@Downstate,

Pleas keep a copy.

Deborah L. Reede, M.D.
Professor and Chair, Department of Radiology
SUNY Downstate Medical Center
Phone: 718-270-2672
Fax:   718-270-2667

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended re
is protected quality assurance correspondence. Any unauthorized review, use, disclosure, or distribution is p
Thank you.

Confidential NYS PHL 2805 J,K,L,M. ED Law 6527

----- Forwarded by Deborah Reede/Downstate on 04/30/2014 03:34 PM -----

From:     "Steven Pulitzer" <Steven.Pulitzer@nychhc.org>
To:       <deborah.reede@downstate.edu>,
Date:     04/30/2014 03:27 PM
Subject:  hours

HI Dr. Reede, here is the breakdown for Qi and Oded for the week 4/14-4/18 and 4/21, 4/22.

Oded:

|      | first case | last case |
|------|------------|-----------|
| 4/14 | 9:30 am    | 3:30 pm   |
| 4/15 | 9:21 am    | 1:24 pm   |
| 4/16 | 8:39 am    | 4:45 pm   |
| 4/17 | out        |           |
| 4/18 | out        |           |
| 4/21 | 12:07 pm   | 5:35 pm   |
| 4/22 | out        |           |

SUNY 003486                                         -confidential-



**Coming in late**
Oded Greenberg to: Linda McMurren                         04/21/2014 09:40 AM

From:    Oded Greenberg/Downstate
To:      Linda McMurren/Downstate@Downstate,
History:         This message has been replied to.

Hi Linda, I am coming in from out of town and will be late. Should be in about 11 am. Informed the ER resident at 6am. Just making it official. Will make up hours later this week.

Thanks

Oded

*[handwritten note:]* use as annual / Truck in jeopardy / Floor Check ID

SUNY 003488                    -confidential-