56

**John Amodio**

---

**From:** John Amodio
**Sent:** Tuesday, April 01, 2014 12:55 PM
**To:** Oded Greenberg; Rhonda Besunder
**Cc:** Arnold Strashun; Brian Gale; Brian Magee; Alan Kantor; Amiram Samin; Catherine Mason; Claire Hanley; Craig Linden; Dan Zinn; Daniel Levin; Daphne Roitberg; Harry Zinn; Huntz Liu; Hyman Shwarzberg; Maria Corsaro; Michael Herskowitz; Patrick Hammill; Rhonda Osborne; Riffat Chaudary; Robert Leonardo; Scott Lehto; Stephen Waite; Steven Ostrow; Sundeep Mangla; Vinodkumar Velayudhan; William Kwon; Woo Choi; David Areman; Deborah Reede; James Walsh; patrick.hammill@nychhc.org; Qi Chen; Rachelle Goldfisher; Srinivas Kolla; Steven Pulitzer; steven.pulitzer@nychhc.org
**Subject:** Re: Grand Rounds Conference April 1, 2014

Oded

This is unfair to you and a rotation schedule must be made to allow all faculty to attend at least some of the Grand rounds.

David

Please make sure that a rotation schedule is made for your division to allow faculty to attend some of the grand rounds. Thanks.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

---

**From:** Oded Greenberg
**Sent:** Tuesday, April 1, 2014 12:20 PM
**To:** Rhonda Besunder
**Cc:** Arnold Strashun; Brian Gale; Brian Magee; Alan Kantor; Amiram Samin; Catherine Mason; Claire Hanley; Craig Linden; Dan Zinn; Daniel Levin; Daphne Roitberg; Harry Zinn; Huntz Liu; Hyman Shwarzberg; John Amodio; Maria Corsaro; Michael Herskowitz; Patrick Hammill; Rhonda Osborne; Riffat Chaudary; Robert Leonardo; Scott Lehto; Stephen Waite; Steven Ostrow; Sundeep Mangla; Vinodkumar Velayudhan; William Kwon; Woo Choi; David Areman; Deborah Reede; James Walsh; patrick.hammill@nychhc.org; Qi Chen; Rachelle Goldfisher; Srinivas Kolla; Steven Pulitzer; steven.pulitzer@nychhc.org
**Subject:** Re: Grand Rounds Conference April 1, 2014

Just so you all know, I can never come to any grand rounds during the day since someone has to cover the ER. It would be nice if we could come up with some sort of coverage plan so I could sometimes attend. It would have been nice to see Vinh.

----- Rhonda Besunder/Downstate wrote: -----

To: John Amodio/Downstate@Downstate, david.areman@downstate.edu, Riffat Chaudary/Downstate@Downstate, qi.chen@downstate.edu, Woo Choi/Downstate@Downstate, Maria Corsaro/Downstate@Downstate, brian.gale@downstate.edu, rachelle.goldfisher@downstate.edu, Oded.Greenberg@downstate.edu, Patrick Hammill/Downstate@Downstate, patrick.hammill@nychhc.org, Claire Hanley/Downstate@Downstate, Michael Herskowitz/Downstate@Downstate, Alan Kantor/Downstate@Downstate, srinivas.kolla@downstate.edu, William Kwon/Downstate@Downstate, Scott Lehto/Downstate@Downstate, Daniel Levin/Downstate@Downstate, Huntz Liu/Downstate@Downstate, brian.magee@downstate.edu, Sundeep Mangla/Downstate@Downstate, Catherine Mason/Downstate@Downstate, Steven Ostrow/Downstate@Downstate, steven.pulitzer@downstate.edu, steven.pulitzer@nychhc.org, Deborah.Reede@downstate.edu, Daphne Roitberg/Downstate@Downstate, Amiram

Samin/Downstate@Downstate, Hyman Shwarzberg/Downstate@Downstate, arnold.strashun@downstate.edu, Vinodkumar Velayudhan/Downstate@Downstate, Stephen Waite/Downstate@Downstate, james.walsh@downstate.edu, Dan Zinn/Downstate@Downstate, Harry Zinn/Downstate@Downstate
From: Rhonda Besunder/Downstate
Date: 04/01/2014 10:14AM
Cc: Craig Linden/Downstate@DOWNSTATE, Robert Leonardo/Downstate@DOWNSTATE, Rhonda Osborne/Downstate@DOWNSTATE
Subject: Grand Rounds Conference April 1, 2014

(See attached file: img251.pdf)

Reminder!!

Dr. Nguyen both attended Medical School ( 96- 00 ) and trained in Radiology at Downstate ( 01-05 )

She remembers many of you. Please try to attend Grand Rounds Conference to welcome her back to this campus!

Rhonda S. Besunder, MPH
Administrator
Department of Radiology
and Radiation Oncology
Phone: 718- 270- 3146
Fax:    718- 270- 4601
rhonda.besunder@downstate.edu

[attachment "img251.pdf" removed by Oded Greenberg/Downstate]