57

D. REEDE

1  on the Downstate side, they liked him as well. Let's
2  see, the G-I section, I would say the people that they
3  really like, Dr. Harry Zin, all of residents like
4  Dr. Harry Zin, and Dr. Sumean is another one that's
5  well-liked by the residents. So that takes care of the
6  body section. And then chest, you only really have one
7  person, Dr. Wait (phonetic), and I guess I would say
8  with Dr. Wait, it was like they felt he was very -- that
9  was the word they used, he's very tough on them, very
10 firm with them about what they should be doing, but
11 overall, they felt that he was a good teacher.
12             So those are the people that were left
13 untouched because those are the people that were
14 actually very good teachers. You know, Dr. Greenberg --
15 many of residents -- and I knew about Dr. Greenberg's
16 reputation before I even came to Downstate because at
17 one point when Dr. Sclefani was there, I had made
18 arrangements for the residents at LICH if they wanted
19 to, to go over to Downstate and do some level-one trauma
20 work at Kings County, and they worked with Dr.
21 Greenberg, and I know that a couple of the residents
22 made a point of coming back and telling me that they
23 really enjoyed working with him, they thought it was an
24 excellent work experience, that other people should want
25 to go over there and work with Dr. Greenberg.