58



# KINGS COUNTY HOSPITAL CENTER



Steven Pulitzer, M.D.
Interim Chief of Service
Department of Radiology
Kings County Hospital Center
Tel: 718-245-4447
Fax: 718-245-4473

September 3, 2014

RE: Time off

Dear Dr. Greenberg,

Your request for time off on September 4th and 5th, 2014 (this Thursday and Friday) has been denied. You are directed to report for duty tomorrow at 9:00 a.m.

Failure to do so will result in this matter being referred to Labor Relations.

Sincerely,

Steven Pulitzer, M.D.
Interim Chief of Service
Department of Radiology
Kings County Hospital Center

451 Clarkson Avenue, Brooklyn, NY 11203
New York City Health and Hospitals Corporation

SUNY 000482

CONFIDENTIAL