59



## DEPARTMENT OF RADIOLOGY

**SUBJECT:** Unexpected Absence

**EFFECTIVE:** November 15, 2011

### GENERAL STATEMENT OF PURPOSE:

To establish a standard policy for faculty notification and reporting of unexpected absence (sick leave, family emergency, etc).

### POLICY STATEMENT:

1. Department Chair's office must be promptly notified using phone # 718-270-1603. Messaging is available 24 hours every day. Additional daily email notification to Chair and Chair's staff is also expected where possible.

2. Cross coverage service arrangements will be made by the Chair and hospital Directors.

3. The Chair's administrative staff will make all necessary hospital and radiology division notifications of an unexpected absence once made aware of absence.

4. All SUNY employees must adhere to SUNY guidelines for accurate and verifiable time and attendance reporting (see SUNY/UUP Handbook).

APPROVAL SIGNATURES:

Deborah L. Reede, M.D.
Chair

Arnold Strashun, M.D.
Vice Chair