# 60

Contract Number: X800141
Agency Code: 3320218

# THE NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

## SUNY HEALTH SCIENCE CENTER AT BROOKLYN

### Affiliation Agreement

### for the provision of services at

## KINGS COUNTY HOSPITAL CENTER

### FYs 14-16

84614790_5

HHC 0158

AGREEMENT dated as of July 1, 2013, between **THE NEW YORK CITY HEALTH AND HOSPITALS CORPORATION**, a public benefit corporation created under the law of the State (hereinafter referred to as the "Corporation"), having its principal place of business at 125 Worth Street, New York, New York 10013, and **SUNY HEALTH SCIENCE CENTER AT BROOKLYN** (hereinafter referred to as the "Affiliate"), relating to services to be provided at **KINGS COUNTY HOSPITAL CENTER** and related facilities and clinics (hereinafter referred to as the "Facility").

## W I T N E S S E T H

**WHEREAS**, the Corporation, pursuant to the New York City Health and Hospitals Corporation Act, as amended, is charged with the responsibility of operating and administering the municipal health facilities formerly operated by the City; and

**WHEREAS**, the purposes of the Corporation, as set forth in Article II of its By-Laws, include the provision and delivery of dignified and comprehensive care and treatment for the ill and infirm, both physical and mental, particularly to those who can least afford such services; and

**WHEREAS**, the Affiliate operates a College of Medicine, accredited by the Liaison Committee on Medical Education and through its Academic Departments, operates and sponsors resident training programs accredited by the Accreditation Council for Graduate Medical Education; and

**WHEREAS**, the Affiliate desires to have students who are enrolled in its College of Medicine ("Students") obtain necessary clinical observation and experience at the Facility, and the Corporation desires to provide such Students with the facilities and amenities necessary to facilitate such clinical observation and experience; and

**WHEREAS**, the Affiliate desires to have Post-Graduate Trainees who participate in its residency programs obtain necessary clinical training at the Facility, and the Corporation desires to provide such Post-Graduate Trainees with access to its facilities and to obtain the benefit of their services at the Facility;

**WHEREAS**, the Corporation desires to ensure that health care is provided to all Patients served by the Facility in a manner that complies with accepted community standards;

WHEREAS, the Corporation and the Affiliate have historically entered into affiliation agreements which have provided for certain faculty teaching, Patient care services, research, professional advice and consultation by the Affiliate in the Facility; and

WHEREAS, the Corporation, in the exercise of its powers and the fulfillment of its corporate purposes, has requested the professional services of the Affiliate in carrying out its purposes, and the Affiliate desires to continue an affiliation with the Corporation in order to fulfill its medical teaching and research mission and is willing to provide professional services and Post-Graduate Trainees to the extent and on the terms and conditions hereinafter specified.

NOW, THEREFORE, in consideration of the mutual covenants and agreements hereinafter contained, the Corporation and the Affiliate hereby agree as follows:

**DEFINED TERMS.** As used in this Agreement, each of the following terms shall have the respective meanings set forth below:

**ACGME** - Accreditation Council for Graduate Medical Education.

**ADA** - Commission on Dental Accreditation of the American Dental Association.

**Assignment Schedule** - Time-keeping records, including the "on-call" schedules, reflecting the daily Contract Services activities of all Physician Providers, Post-Graduate Trainees and clinical Department/Service Heads assigned to the Facility, prepared and submitted in accordance with the terms of and conditions of Section 2.5 of this Agreement.

**Chief Executive** - Person duly appointed by the President of the Corporation responsible for the administration and operation of the Facility according to the provisions of this Agreement including, but not limited to, those set out in Section 1.2 of this Agreement.

**Chair** – Physician appointed by the Affiliate responsible for the overall administration and operation of the Affiliate's Clinical Department and Post-Graduate Training Program.

**Chief of Service** – Physician approved by the Chief Executive and appointed by the Corporation pursuant to Section 2.4 of this Agreement, who has responsibility for administration and operation of one of the Facility's clinical Departments.

**City** - The City of New York.

**Contract Services** - Services rendered pursuant to the terms of this Agreement by the Affiliate which shall consist of: (i) Direct Patient Care Services; (ii) the supervision of the provision of services by Physician Providers, Post-Graduate Trainees, and Students; (iii) administrative services that concern the clinical operation and delivery of Direct Patient Care Services, the business administration of this Agreement and the Affiliate relationship; (iv) the administration and management of personnel, to the extent provided herein, relating to Physician Providers; (v) the instruction of Post-Graduate Trainees, Students and other personnel in a classroom, lecture hall, on rounds or otherwise in the course of the provision of Direct Patient Care Services, including the provision of instruction required by ACGME for a particular Training Program; and (vi) the technical services that support the provision of Direct Patient Care Services; all to the extent expressly set forth in this Agreement.

**Corporation By-Laws** - By-Laws of the Corporation as duly adopted by the Governing Body, as the same may be amended from time to time in accordance with applicable law.

**Corporation Physicians** - Attending Physicians employed by the Corporation providing professional services at the Facility.

**Department/Service** - Duly constituted clinical and support departments provided at the Facility.

**Direct Patient Care Services** - All of those general medical, dental and mental health/chemical dependency services rendered directly to Patients by Physician Providers and by Post-Graduate Trainees.

**Dispute Resolution Procedure** - Procedure set forth in Section 11 of this Agreement pursuant to which disputes between the Corporation and the Affiliate with respect to certain matters arising under this Agreement, except as otherwise provided herein, are to be resolved.

**Faculty** – Physicians and other health-related professionals who hold current faculty appointments at the Affiliate and who (on a part-time, full-time, sessional or voluntary basis) provide Contract Services or engage in Research at the Facility.

**Fee Statement** - A statement prepared by the Affiliate and delivered to the Corporation describing the Contract Services rendered by the Affiliate during a preceding period and setting forth the amount of compensation due for such Contract Services, calculated in accordance with the provisions of this Agreement and Attachment B hereto.

**Fiscal Year** - Twelve (12) month period commencing July 1 and ending June 30.

**Governing Body** - Board of Directors of the Corporation.

**HIPAA** - Health Insurance Portability and Accountability Act of 1996.

**HIPAA Regulations** - The Regulations promulgated under HIPAA.

**Joint Commission** - Joint Commission on Accreditation of Healthcare Organizations.

**LCME** - Liaison Committee on Medical Education.

**Medical Director** - Chief medical advisor and medical operations officer of the Facility responsible for the discharge of duties and responsibilities by the Medical Staff as required by Section 405 of the New York State Health Code and according to the provisions of Section 1.3 of this Agreement.

**Medical Record** - Account (paper or electronic) compiled by physicians and other health care professionals, in accordance with the State Hospital Code, which includes, but is not limited to, a Patient's medical history, present illnesses, findings on examination, details of treatment and notes on progress.

**Medical Staff** - Facility body which is comprised of licensed physicians and other licensed persons specified in the Medical Staff By-Laws who are permitted by law and by the Corporation to provide clinical care to Patients, that is organized pursuant to, and has responsibilities as are set forth in, the applicable Regulations, and that has the overall responsibility for (i) the quality of the professional services provided by persons with clinical privileges who provide patient care services in the Facility and (ii) the accounting therefor to the Governing Body.

**Medical Staff By-Laws** - By-Laws that prescribe the organization, roles and responsibilities of the Medical Staff of the Facility, adopted and periodically reviewed by the Medical Staff and approved by the Governing Body.

**Patients** - Persons to whom clinical services are rendered on an inpatient, outpatient or emergency room basis at the Facility, or on a home care basis, or otherwise in accordance with the provisions of this Agreement.

**Physician Providers** - Attending physicians (and such non-physician personnel identified on Attachment A hereto), employed by the Affiliate, providing Contract Services under the provisions of this Agreement.

**Post-Graduate Trainees** - Interns, residents and clinical fellows who, in conjunction with their training, provide Contract Services at the Facility

**President** - President of the New York City Health and Hospitals Corporation.

**Program Director** - An Affiliate employed Faculty member (who may or may not be a Chair) who has primary responsibility for a Training Program.

**Regulations** - All laws, rules, regulations and standards of the United States, the City, the State, and all other applicable governing and regulatory bodies, as the same may be amended and supplemented from time to time including, without limitation, the New York Public Health Law and the rules and regulations promulgated thereunder (including the New York State Health Code), the New York Iran Divestment Act of 2012, the policies of the State Department of Health and the State Department of Education with respect to medical and dental students, Joint Commission and ACGME standards, Level I Trauma Center standards, 911 Receiving Hospital standards, the policies of the Liaison Committee on Medical Education Standards for Accreditation of Medical Education, Medical Staff By-Laws, and Medical Staff Rules and Regulations established pursuant to those By-Laws, Federal and other regulations regarding the protection of the rights and welfare of human research subjects, HIPAA and any regulations promulgated thereunder, Federal and State laws proscribing fraud and abuse in the Medicaid and Medicare Programs (including the Anti-Kickback Civil Monetary Penalty, Physician Self-Referral ("Stark") and False Claims Acts and any regulations promulgated thereunder which are applicable to a party's performance hereunder, and with respect to the Corporation only, the Corporation By-Laws and the established code of ethics, policies and procedures of the Facility, and with respect to the Affiliate only, the established policies and procedures of the Affiliate, which relate or are in any way connected with the education of persons to provide, and the provision of, medically related services.

**Reports** - Information and reports which a party is obligated to provide to the other party pursuant to this Agreement including, but not limited to, reports required by the Annexes specified in the list attached hereto as Exhibit 1.

**Research** - The systematic investigation or study including, but not limited to, research development, testing and evaluation, designed to develop or contribute to general knowledge relating to physical or mental health.

HHC 0167

**Residents** - Interns and residents enrolled in ACGME-approved Training Programs, sponsored by a Sponsoring Institution, within the Facility.

**Semi-Monthly Payments** - Advance payments made on the first and sixteenth day of each calendar month by the Corporation to the Affiliate as compensation for Contract Services pursuant to the provisions of this Agreement.

**Sponsoring Institution** - The Affiliate.

**State** - The State of New York.

**Student Program** - A program of undergraduate medical education that is conducted under the auspices of a Sponsoring Institution within the Facility.

**Students** - Students, who have not yet earned an M.D., D.D.S., D.M.D., D.P.M. or D.O. degree, who are registered with the Affiliate and assigned to engage in certain activities related to their medical education at the Facility.

**Supervisory Services** - Those services that are rendered by Faculty in supervising the Patient care and related services of Post-Graduate Trainees and Students as provided by this Agreement.

**Teaching Services** - Instruction provided by Faculty members to Post-Graduate Trainees, Students and other personnel in a classroom, lecture hall, on rounds or otherwise in the course of the provision of Patient care, including the provision of instruction required by ACGME for a particular Training Program.

**Third Party Reimbursement** - Reimbursement by third party agencies responsible for administering Medicaid and Medicare or other public benefit programs, or private health insurance plans or programs.

**Time Records** - Accurate and complete records of time spent by Physician Providers in the performance of Contract Services required by Section 12 of this Agreement. Such records will consist of certifications of compliance.

**Training Programs** - Post-Graduate Training Programs including, but not limited to, fellowships conducted in whole or in part at the Facility which are organized, supervised and directed by the Affiliate or other Sponsoring Institution.

1. **OBLIGATIONS OF THE CORPORATION**

    1.1   Services and Support

    (a)   The Corporation shall be responsible for the administration and operation of the Facility, and shall exercise its responsibilities through its representatives as set forth in Sections 1.2 and 1.3 hereof. The Corporation hereby acknowledges and agrees that the Affiliate's ability to perform fully its obligations hereunder is dependent in part on the Corporation's provision of an environment at the Facility that is reasonably conducive to the performance of such obligations, and to the training of Post-Graduate Trainees and Students. In this regard, the Corporation agrees, subject to the terms and conditions of this Agreement, to provide such services, facilities, materials, supplies and equipment as shall be reasonably necessary to support the Contract Services, and to the extent of available financial resources, maintain the Facility in accordance with Joint Commission, ACGME, LCME and other accreditation and legal standards. The adequacy of such level of support shall be reviewed pursuant to Section 4.4 hereof and any disputes with respect thereto shall be subject to the Dispute Resolution process specified in Section 11 hereof.

    (b)   Subject to the terms and conditions of this Agreement, the Corporation shall plan, coordinate and ensure the quality and safety of all Direct Patient Care Services provided hereunder. The President, on behalf of the Governing Body, shall ensure the maintenance at the Facility of health care that complies with accepted community standards, and shall (upon receipt and consideration of the recommendations of the Facility's Chief Executive and in accordance with the Medical Staff By-Laws) act to approve Medical Staff appointments, reappointments, termination of appointments, and the granting or revision of clinical privileges. Notwithstanding any other provision in this Agreement, the Corporation remains responsible for ensuring that any service provided pursuant to this Agreement complies with all pertinent provisions of law. Such responsibility shall not serve to diminish the Affiliate's obligations to the Corporation under this Agreement.

    1.2   Chief Executive

    (a)   The President of the Corporation, or his or her designee, shall appoint the Chief Executive of the Facility and shall consider recommendations of the Affiliate concerning the potential candidates being considered to fill, or who could be considered to fill, any vacancy. A representative of the Affiliate shall be included on the Search Committee. The Chief Executive, acting on behalf of the Corporation, shall be responsible for the administration and operation of the Facility and adherence by the Facility to all pertinent performance improvement standards; and shall carry out that

responsibility in accordance with the Regulations consistent with the terms and conditions of this Agreement.

(b) The Chief Executive shall oversee, and provide resources to support, performance improvement and patient safety activities of the Medical Staff and Physician Providers as those activities are outlined in the Regulations. The Chief Executive shall determine the level of such resources upon consultation with the Medical Director, the Medical Staff and, to the extent provided herein, the Affiliate.

(c) The Chief Executive, acting on behalf of the President and the Governing Body, shall chair the Facility Quality of Care Executive Review Committee, which shall exercise the responsibilities set out in State laws and regulations.

(d) The Chief Executive, upon receipt and consideration of the recommendations of the Medical Director, the Medical Staff and the Affiliate, shall regularly provide recommendations to the President, acting on behalf of the Governing Body, for Medical Staff appointments, reappointments, or terminations of appointments.

(e) All actions taken or required to be taken by the Chief Executive hereunder shall be deemed to be actions taken or required to be taken, as the case may be, for and on behalf of the Corporation.

1.3 Medical Director

(a) The Medical Director shall be a member of the Medical Staff appointed and employed by the Corporation, who, at all times, holds a current Faculty appointment with the Affiliate, and who shall act as full-time chief medical advisor and chief medical operations officer of the Facility and provide direction for the Medical Staff in carrying out its functions as required by the Regulations. The duties of the Medical Director shall include, but not be limited to, the following:

(i) clinical administrative direction with regard to delivery of medical services within the Facility including, but not limited to, supervision of Chiefs of Service;

(ii) direction for Facility-wide performance improvement, patient safety, risk management and utilization review programs;

(iii) oversight of the development and implementation of appropriate and effective mechanisms for evaluating clinical appointments, reappointments and privileges, and for maintaining Corporation clinical standards; and for

advising the Chief Executive and the President on behalf of the Governing Body on appropriate decisions and actions in those areas;

(iv) coordination of medical education programs and activities with the Affiliate in collaboration with the appropriate Affiliate employees including the pertinent academic Chairs; and

(v) oversight of the implementation of Corporation medical policies.

(b) The Medical Director shall report to and be accountable to the Chief Executive, and through the Chief Executive to the President on behalf of the Governing Body, with regard to medical services, compliance with the Regulations, and compliance with Corporation policies.

(c) A vacancy in the position of Medical Director shall be filled by the Chief Executive after consultation with Affiliate through the Joint Coordinating Committee pursuant to Section 4 of this Agreement. The Chief Executive shall recommend the candidate to the President of the Corporation for appointment. The President, or his or her designee, shall have sole authority to appoint the Medical Director, who must maintain a current Affiliate Faculty appointment at all times. An Affiliate Faculty appointment shall be granted pursuant to the standards specified in Section 4 hereof and shall not be unreasonably withheld, non-renewed or withdrawn.

## 2. BASIC OBLIGATIONS OF THE AFFILIATE

2.1 Services

(a) Under the general supervision of the Corporation (but without limiting the Affiliate's rights granted hereunder), the Affiliate shall provide to the Corporation the teaching, supervisory, clinical and ancillary services of all Physician Providers identified on Attachment A hereto or provided pursuant to Section 2.5(d) hereof in such manner as to assist the Corporation in achieving coverage for, and the provision of, such services as are sufficient to meet promptly the needs of all Patients seeking inpatient and outpatient services at the Facility consistent with all applicable Regulations and the terms and conditions of this Agreement. The operation of any Facility Cardiac Catheterization Program shall not be governed by the terms of this Agreement except as separately agreed to by the parties.

(b) Except as limited by the Corporation's exercises of its powers and obligations hereunder and by the Regulations, the Affiliate shall be responsible for performance of all duties of Physician Providers required by this Agreement. The Affiliate shall not be responsible for (i) the acts or omissions of physicians not in its

HHC 0171

employ; or (ii) the patient care related acts or omissions at the Facility of dually-employed physicians (or other dually employed personnel) who are paid by the Affiliate only for their activities at the Affiliate. The initial number of full-time equivalent Physician Providers in each Department or Service identified on Attachment A hereto may not be reduced or increased by either party in any Department or Service, except in accordance with the provisions of this Agreement and except that (i) either party may, on fourteen months' written notice, eliminate the entire complement of Physician Providers in one or more Department or Service; and (ii) the Corporation may reduce such number to correspond to a decrease in workload subject to reimbursement for severance costs pursuant to Section 13.1 hereof. To the extent the Corporation requests additional Physician Provider services above the level of effort set forth in Attachment A, the Corporation will reimburse the Affiliate's costs in meeting that request.

(c) If the Corporation reasonably determines that a Physician Provider has not provided services that comply with acceptable community patient care standards and complies fully with the terms of the Agreement, then the Corporation shall give to the Affiliate written notice of such determination and the reasons therefor. Such Provider shall not, at the Corporation's election and following a reasonable opportunity to cure if the issue does not involve a threat to Patient health or safety, thereafter provide Contract Services and the Affiliate shall, upon the Corporation's request, use its best efforts promptly to replace such Provider with another physician with comparable experience and expertise, who shall be added to Attachment A.

(d) If, following review by the Joint Coordinating Committee pursuant to Section 4 hereof, the Corporation reasonably determines that the Affiliate has failed to provide the services required by this Agreement in any Department of the Facility in a manner that ensures Patient care that complies with acceptable community standards and complies fully with the material terms of this Agreement, then the Corporation shall give to the Affiliate written notice of such determination and the reasons therefor. If the Affiliate fails to cure the failure to the Corporation's reasonable satisfaction within thirty (30) days of receipt of such notice, (or if not curable within such time, if the Affiliate fails to immediately commence and diligently continue its best efforts to effect such cure as promptly as possible) then the matter shall be subject to the Dispute Resolution Procedure pursuant to Section 11 hereof and, if thereby unresolved, the Corporation shall have the unilateral right to terminate the Agreement (and adjust compensation) with respect to the provision of services and procedures in that Department only, and to seek the provision of such services and procedures from a third party.

(e) Attachment A lists, by Department, all Physician Providers as of July 1, 2013, and for each such Physician Provider, Attachment A also lists their required level of effort at the Facility (expressed as a Full Time Equivalent percentage) and the maximum salary for that level of effort (exclusive of fringe benefits) for which

the Corporation will reimburse the Affiliate. The maximum salaries listed on Attachment A for each Physician Provider may not be increased without the express written approval of the Chief Executive, or his or her designee, and such maximums may not be decreased without the express written approval of the Affiliate's President, or his or her designee. Any written approvals obtained in accordance with this Section 2.1(e) shall be deemed to modify Attachment A with respect to the salary line that is the subject of such written approval.

(f) The Department of Radiology shall provide Initial Reports of Emergency Room and Emergency CT and MRI images within 60 minutes; Initial Reports of Inpatient Procedures within 24 hours; Outpatient Final Reports within 72 hours; and Critical Findings pursuant to guidelines established by the Facility. The foregoing timeframes are based upon (X) all approved roster lines for Radiology being filled; and (Y) an annual volume of 190,000 CT, CTA, X-ray, Ultrasound, MRA, MRI and Abdominal Imaging procedures. For the purpose of determining compliance with the foregoing, turnaround time shall be measured from: (i) the date and time of completion of technician documentation; (ii) availability of relevant current images and prior studies in "PACS Worklists;" and (iii) functionality of voice recognition program. Should such annual volume vary significantly in any year, the timeframes shall be adjusted accordingly. Should the Affiliate, in any quarter during the term of this Agreement, fail to achieve at least 95% compliance with the specified timeframe for any particular category of Reports, subject to the Corporation's delivery of prior notice (and subject to dispute resolution, where applicable), the Affiliate shall reimburse the Corporation for the reasonable costs incurred in arranging for alternative readings and Reports in that category within that quarter. Notwithstanding the forgoing, the provisions of this Section 2.1(f) shall not apply during any period in which the Chief of Service for the Department of Radiology at the Facility is a Corporation employee.

2.2 Hiring of Physician Providers

(a) The Affiliate shall promptly notify the Medical Director of any vacancy or anticipated vacancy in any Physician Provider Line identified on Attachment A. Vacancies shall be deemed to include positions otherwise filled by physicians who are on an approved leave or subject to administrative suspension. Any vacancy in a Chief of Service line, other than in the Department of Radiology, shall, at the Corporation's election, be filled by a physician employed by the Corporation. With respect to all other vacancies, the Corporation may elect to (i) leave the line vacant in whole or in part, (ii) fill the line with a non-Affiliate employee, or (iii) request that the Affiliate fill such line or fill such line with a non-Affiliate employee. Neither the Affiliate nor any Physician Provider shall be responsible for any consequences resulting from the Corporation's election to leave a line vacant. Notwithstanding anything to the contrary, vacancies, other than in a Chief of Service line, in the Departments of

Radiology and Radiation Oncology shall not be filled by non-Affiliate employees except upon the Affiliate's consent or as provided in Section 2.2(b).

(b) Upon the Corporation's request, the Affiliate shall use its best efforts to (i) fill promptly any vacancy in a Physician Provider line with a physician qualified to provide Contract Services at an equivalent level of skill, training and salary as the provider whose departure created the vacancy and (ii) hire additional Physician Providers in the Department of Radiology at salaries comparable, based on seniority, to the existing salaries specified in Attachment A. Should the Affiliate be unable to do so, the Corporation may either approve a higher salary level or fill the vacancy with a non-Affiliate employee.

(c) The Affiliate may follow its own internal personnel policies and procedures with respect to hiring Physician Providers. The Affiliate shall forward to the Medical Director (or his or her designee), in writing, the names, credentials, résumés, proposed job title and proposed salary cost to the Corporation of all individuals proposed to be hired by the Affiliate as Physician Providers. Such proposed salary cost shall not exceed, absent the Medical Director's written approval, the average salary cost for that position identified on Attachment A hereto. The Affiliate shall also submit such information to the Medical Staff to permit the Medical Staff to grant privileges to such individuals in accordance with the Medical Staff By-Laws and Section 3. Medical Staff membership and/or clinical privileges shall not be unreasonably withheld, limited, delayed or withdrawn from any current or proposed Physician Provider during the term of this Agreement.

(d) Upon receipt of the Affiliate's recommendation of a Physician Provider, the Corporation may accept or reject such recommendation, provided any such rejection is provided in writing and is not unreasonable. The Medical Director (or his or her designee) shall approve or disapprove each such recommendation as soon as reasonably practicable, but in no event in more than ten (10) days from receipt thereof. Any unreasonable objection shall relieve the Affiliate of any further obligation to fill the vacancy.

(e) The Corporation shall reimburse the Affiliate for a proportion of the Affiliate's reasonable recruitment costs that is the same as the ratio of each recruited physician's effort on behalf of the Corporation to his/her total FTE work effort, subject to a maximum reimbursement of costs incurred in each Fiscal Year equal to $50,500.

2.3 Staffing -- Supervision

(a) Subject to the provisions of this Agreement, Physician Providers shall be under the general supervision of the President of the Corporation, the Chief

HHC 0174

Executive, and the Medical Director, and under the direct supervision of the Chiefs of Service.

(b) Contract Services performed by Post-Graduate Trainees, as well as the services rendered by Students, shall be supervised only by physicians who hold current Affiliate Faculty appointments, who shall be responsible for the care provided. Such supervision shall be conducted in a manner consistent with the Regulations, as applicable, and in accordance with Section 4 of this Agreement.

(c) All Physician Providers shall receive annual performance evaluations from Facility officials, which shall be in addition to any Affiliate evaluations. Facility evaluations shall be completed (including reviews by Chiefs of Service/the Facility's Medical Director and/or Chief Executive, as appropriate) and submitted to the Facility's Human Resources Department not later than the last day of the month immediately following the month designated for completion of the annual evaluations. The annual residency review of Post-Graduate Trainees may be substituted for the standard Facility performance evaluation forms at the discretion of the Directors of Residency Programs. In addition to the above, each annual performance evaluation must be accompanied by a current, signed, functional job description.

(d) The Affiliate's Senior or Deputy Affiliation Officer shall attend the quarterly meetings of the Quality Assurance Committee of the Corporation's Board of Directors.

2.4 Chiefs of Service

(a) If a vacancy arises in the position of Chief of Service, the Chief Executive will appoint a new Chief of Service after consultation with a search committee, the Medical Director and the Program Director of the relevant Affiliate Training Program. At least one member of any such search committee shall be designated by the Affiliate. The Joint Coordinating Committee (as described in Section 4.4) shall recommend to the Chief Executive additional individuals to comprise each such search committee. Such recommendations shall be considered by the Chief Executive. The appointee shall satisfy the requirements for Chief of Service established by the Joint Commission, the Medical Staff By-Laws, and the Job Description annexed hereto as Attachment C, and qualify for and attain appointment to the Affiliate's Faculty as Associate Professor, pursuant to Section 4.2(b). Except for the Department of Radiology, the appointee shall, at the election of the Chief Executive, become an employee of the Corporation.

(b) Notwithstanding the provisions of Section 2.4(a), the Chief Executive shall inform the Affiliate, in advance, of any proposed Chief of Service

appointment. In the event that the Affiliate has questions or concerns regarding the educational background or teaching qualifications of a proposed Chief of Service appointee, the Chief Executive shall meet with the Affiliate's Dean to discuss the issue, prior to implementing the appointment.

(c) Except as otherwise agreed to by the parties, and as set forth on Attachment D (which is subject to amendment from time to time by mutual consent of the parties), no Chief of Service shall be permitted to engage in clinical or administrative activities outside of the Facility.

(d) Chiefs of Service may be removed by, and only by, the Chief Executive at any time but only following consultation with the Dean of the Affiliate for the purpose of resolving any problem that may exist. The Affiliate may request removal of a Chief of Service in the event of recurrent and significant performance problems that adversely affect the training or supervision of Post-Graduate Trainees or Students and the Corporation shall give due consideration to such requests. Faculty appointments for Chiefs of Service may be withdrawn pursuant to the standards specified in Section 4 hereof.

2.5  Assignment of Physician Providers and Post-Graduate Trainees

(a) Each Physician Provider and Post-Graduate Trainee shall provide services and coverage in accordance with provisions of this Agreement, the Regulations and in compliance with the applicable requirements of any grants received by the Corporation. The Corporation shall notify the Affiliate of all such grant requirements.

(b) Each Physician Provider and Post-Graduate Trainee shall provide services as required by monthly Assignment Schedules, established by the Chiefs of Services after consultation from time to time with the Chairs, Program Directors and Site Directors. Such Assignment Schedules shall specify the hours, location, function of the assignment and such other information as the Corporation may reasonably determine and shall be furnished by the Affiliate at least ten days in advance of each month. With respect to Physician Providers whose level of effort, as set forth on Attachment A, is less than full-time at the Facility, the Chief of Service and the Chair shall work cooperatively on Assignment Schedules so as to avoid, to the extent reasonably feasible, any assignment conflicts.

(c) In the event that (i) the number of Physician Providers or Post-Graduate Trainees performing Contract Services in any Department or Service on any day during the term of this Agreement is fewer than the number listed on the Assignment Schedule for that Department or Service on that day, and (ii) the duties and workload of the absent Physician Providers and Post-Graduate Trainees are not absorbed