# 61

# KINGS COUNTY HOSPITAL CENTER

# MEDICAL STAFF
# BYLAWS
# RULES & REGULATIONS

## BYLAWS OF THE MEDICAL STAFF OF KINGS COUNTY HOSPITAL CENTER
## TABLE OF CONTENTS

**DEFINITIONS AND ABBREVIATIONS** .......... 9

**PREAMBLE** .......... 12

**ARTICLE I - NAME** .......... 13

**ARTICLE II - PURPOSES** .......... 13

**ARTICLE III - MEMBERSHIP** .......... 13

SECTION 1 -- NATURE OF MEDICAL STAFF MEMBERSHIP .......... 13
SECTION 2 -- ETHICS AND ETHICAL RELATIONSHIPS .......... 13
SECTION 3 -- ELIGIBILITY FOR MEMBERSHIP .......... 13
SECTION 4 – BASIC OBLIGATIONS OF MEDICAL STAFF MEMBERS .......... 14
SECTION 5 - CONDITIONS AND DURATION OF APPOINTMENTS .......... 15

**ARTICLE IV - PROCEDURE FOR APPOINTMENT AND REAPPOINTMENT** .......... 15

SECTION I - APPLICATION FOR APPOINTMENT .......... 15
SECTION 2-- APPOINTMENT PROCESS .......... 18

SECTION 3 – PROVISIONAL APPOINTMENT ..... 19
SECTION 4 – FOCUSED REVIEWS AND FOCUSED PROFESSIONAL PRACTICE EVALUATIONS ..... 21
SECTION 5 – ONGOING PRACTICE EVALUATION PROCESS ..... 25
SECTION 6-- REAPPOINTMENT PROCESS ..... 27
SECTION 7 - RETIREMENT ..... 30
SECTION 8 -- LEAVE OF ABSENCE ..... 30

**ARTICLE V - CLINICAL PRIVILEGES ..... 30**

SECTION 1 -- GENERAL ..... 30
SECTION 2 -- TEMPORARY PRIVILEGES ..... 32
SECTION 3 -- DISASTER PRIVILEGES ..... 34
SECTION 4 – TELEMEDICINE ..... 37
SECTION 6 -- CLINICAL PRIVILEGES IN MORE THAN ONE DEPARTMENT ..... 37
SECTION 7 -- NOTIFICATION ..... 37
SECTION 8 – REQUIREMENTS FOR HISTORY AND PHYSICAL EXAMINATION ..... 38

**ARTICLE VI -- CATEGORIES OF THE MEDICAL STAFF ..... 38**

SECTION 1. ACTIVE ..... 38
SECTION 2. CONSULTANT ..... 39
SECTION 3. TELEMEDICINE ..... 40
SECTION 4. THE HONORARY MEDICAL STAFF ..... 41
SECTION 5. REFERRING PROVIDERS ..... 41
SECTION 6. COMMUNITY ATTENDING PHYSICIAN ..... 42
TRANSFER TO OTHER CATEGORIES ..... 43
SECTION 7. ALLIED HEALTH PROFESSIONAL STAFF ..... 43
7.A - CERTIFIED NURSE ANESTHETISTS ..... 44
7.B -- MIDWIVES ..... 44
7. C -- NURSE PRACTITIONERS ..... 45
7.D - PHYSICIAN ASSISTANT ..... 45
7.E - PSYCHOLOGIST ..... 46

**ARTICLE VII – OFFICERS OF THE MEDICAL STAFF ..... 47**

SECTION 1 -- OFFICE AND DUTIES OF THE MEDICAL DIRECTOR ..... 47
SECTION 2 -- OFFICERS OF THE MEDICAL STAFF ..... 49
SECTION 3 -- FUNCTIONS OF THE MEDICAL STAFF ..... 51
SECTION 4 -- MEETINGS OF THE MEDICAL STAFF ..... 52
SECTION 5 -- CONDUCT OF REGULAR MEETINGS ..... 53
SECTION 6 -- AT-LARGE MEMBERS OF THE MEDICAL BOARD ..... 54
SECTION 7 – DELEGATION OF AUTHORITY TO MEDICAL BOARD/REMOVAL OF AUTHORITY DELEGATED TO THE MEDICAL BOARD ..... 54

**ARTICLE VIII -- THE MEDICAL BOARD ..... 55**

SECTION 1 -- COMPOSITION ..... 55
SECTION 2 -- MEETINGS ..... 56
SECTION 3 – QUORUM ..... 56
SECTION 4 -- OFFICERS OF THE MEDICAL BOARD ..... 56
SECTION 5 -- FUNCTIONS OF THE MEDICAL BOARD AS DELEGATED BY THE MEDICAL STAFF ..... 58
SECTION 6 -- COUNCIL TO THE PRESIDENT OF THE MEDICAL BOARD ..... 59

**ARTICLE IX - COMMITTEES OF THE MEDICAL BOARD ..... 60**

SECTION 1 -- TYPES OF COMMITTEES ..... 60
SECTION 2 -- APPOINTMENT OF COMMITTEE CHAIRPERSON AND MEMBERS ..... 61
SECTION 3 -- CONDUCT OF MEETINGS ..... 61
SECTION 4 -- AMBULATORY CARE COMMITTEE ..... 61
SECTION 5 -- BLOOD USAGE COMMITTEE ..... 62

SECTION 6 -- BYLAWS COMMITTEE ..... 63
SECTION 6 – CANCER COMMITTEE..... 63
SECTION 7 -- CREDENTIALS COMMITTEE..... 64
SECTION 8 -- ETHICS COMMITTEE ..... 64
SECTION 9 -- INSTITUTIONAL REVIEW BOARD ..... 66
SECTION 10 -- MEDICAL RECORDS COMMITTEE..... 66
SECTION 11 -- OPERATING ROOM COMMITTEE..... 67
SECTION 12 -- PHARMACY THERAPEUTICS COMMITTEE ..... 67
SECTION 13 -- QUALITY COUNCIL..... 67
SECTION 14 – PATIENT SAFETY COMMITTEE ..... 68
SECTION 15 -- SENTINEL EVENTS COMMITTEE..... 69
SECTION 16 -- SPECIAL CARE UNITS COMMITTEE ..... 70
SECTION 17 -- UTILIZATION REVIEW COMMITTEE..... 71
SECTION 18 – MEDICAL INFORMATICS COMMITTEE..... 71
SECTION 19 -- HOSPITAL COMMITTEES..... 71

**ARTICLE X -- DEPARTMENTS AND DIVISIONS ..... 72**

SECTION 1 -- ORGANIZATION OF DEPARTMENTS AND DIVISIONS..... 72
SECTION 2 - QUALIFICATIONS, SELECTIONS, METHODS AND TERMS OF APPOINTMENT OF CHIEFS OF DEPARTMENTS, DIRECTORS OF DIVISIONS AND HEADS OF SECTIONS ..... 73
SECTION 3 - DUTIES OF CHIEFS OF DEPARTMENT ..... 74
SECTION 4 - FUNCTION OF DEPARTMENTS..... 75
SECTION 5 -- DEPARTMENTAL MEETINGS: ATTENDANCE RECORDS ..... 76
SECTION 6 – PHYSICIANS IN MEDICAL -ADMINISTRATIVE POSITIONS..... 76

**ARTICLE XI – CORRECTIVE ACTIONS, HEARING AND APPEALS PROCEDURES ..... 77**

SECTION 1. PROCEDURE ..... 77
*A. CRITERIA..... 77*
*B. INITIATION OF CORRECTIVE ACTION PROCESS..... 78*
*C. NOTIFICATION REQUIREMENTS..... 78*
*D. PRELIMINARY INFORMAL REVIEW ..... 79*
*E. COUNCIL TO THE PRESIDENT OF THE MEDICAL BOARD ACTION..... 80*
*F. RIGHT TO A HEARING..... 81*
*G. FINALITY OF CORRECTIVE/DISCIPLINARY ACTION ..... 82*
SECTION 2. SUMMARY SUSPENSION OF CLINICAL PRIVILEGES ..... 82
*A. GENERAL..... 82*
*B. NOTICE OF SUMMARY SUSPENSION OF CLINICAL PRIVILEGES ..... 82*
*C. RIGHT TO A HEARING..... 83*
*D. FINALITY OF CORRECTIVE ACTION ..... 83*
SECTION 3. AUTOMATIC SUSPENSION OF CLINICAL PRIVILEGES..... 83
*A. GENERAL..... 83*
*B. NOTICE OF AUTOMATIC SUSPENSION OF CLINICAL PRIVILEGES..... 84*
*C. RIGHT TO A HEARING (See Article XII, Section 1) ..... 85*
*D. FINALITY OF CORRECTION ACTION ..... 85*
*E. REINSTATEMENT ..... 85*

**ARTICLE XII - HEARING AND APPEAL PROCEDURES ..... 85**

SECTION 1. RIGHT TO FORMAL HEARING..... 85
SECTION 2. REQUEST FOR FORMAL HEARING: NOTICE OF HEARING..... 86
SECTION 3. FORMAL HEARING..... 86
SECTION 4. RIGHT TO APPEAL..... 89
SECTION 5. NEW YORK STATE REPORTING REQUIREMENTS..... 90

**ARTICLE XIII - REVIEW OF DENIAL OF INITIAL APPOINTMENT OR ADDITIONAL PRIVILEGES ..... 90**

SECTION 1. DENIAL OF APPOINTMENT OR ADDITIONAL PRIVILEGES ..... 90

SECTION 2. REQUEST FOR REVIEW/NOTICE OF REVIEW .......... 91
SECTION 3. FINAL REVIEW PROCEDURE .......... 91

**ARTICLE XIV - INTERPRETATION OF BYLAW PROVISIONS GOVERNING MEDICAL STAFF PROCEEDINGS .......... 92**

**ARTICLE XV MISCELLANEOUS PROVISIONS .......... 93**

**ARTICLE XVI -- METHOD OF AMENDMENT TO BY-LAWS RULES AND REGULATIONS .......... 93**

SECTION 1 -- METHOD OF AMENDMENT TO BYLAWS .......... 93
SECTION 2 -- APPROVAL BY MEDICAL STAFF .......... 94
SECTION 3 -- APPROVAL BY GOVERNING BODY .......... 94
SECTION 4 – CONFLICT MANAGEMENT PROCESS .......... 94
SECTION 5 – URGENT AMENDMENT TO RULES AND REGULATIONS .......... 95
SECTION 6 -- PERIODIC REVIEW .......... 96

**ARTICLE XVII - RULES AND REGULATIONS .......... 96**

**SECTION I - INTRODUCTION AND PURPOSE .......... 96**

**SECTION II - GENERAL CONDUCT AND RESPONSIBILITIES OF THE MEDICAL STAFF .......... 96**

ETHICAL STANDARDS: .......... 96
QUALIFICATIONS: .......... 96
EXCLUDED/RESTRICTED PROVIDERS .......... 96
CREDENTIALING VERIFICATION SOURCES USED: .......... 97
INTERNAL QUALITY IMPROVEMENT PROCESS .......... 102
THE FOLLOWING ACTIVITIES ARE PERFORMED WITH THE GOAL OF IMPROVING THE CREDENTIALING PROCESS. .......... 102
DISSEMINATION OF PRIVILEGES: .......... 102
PHYSICIAN HEALTH (IMPAIRED AND DISRUPTIVE PHYSICIAN): .......... 103
STAGGERED REAPPOINTMENT CYCLE: .......... 107
CONTINUING (MEDICAL) EDUCATION: .......... 108
PROFICIENCY IN LIFE SUPPORT CERTIFICATION: .......... 112
ACCESS TO FILES .......... 113

**FIGURE 1. DISCLOSURE OF CREDENTIALING AND PRIVILEGING INFORMATION .......... 114**

CATEGORY I - INFORMATION .......... 114
CATEGORY II - INFORMATION .......... 115
CATEGORY III - INFORMATION .......... 115
ONGOING MONITORING OF SANCTIONS .......... 116
REPORTING ADVERSE CLINICAL PRIVILEGES ACTION/MEDICAL MALPRACTICE: .......... 116

**SECTION III - RESPONSIBILITY FOR CARE OF PATIENTS, SUPERVISION OF HOUSE STAFF (RESIDENTS) AND MEDICAL STAFF .......... 116**

I. RESPONSIBILITY FOR PATIENT: .......... 116
II. SUPERVISION FOR SURGERY PATIENTS: .......... 117
III. DEPARTMENTAL MONITORING: .......... 118
IV. WORKING HOURS AND WORKING CONDITIONS OF RESIDENTS: .......... 119
V. RESIDENTS (SURGICAL SERVICES): .......... 120
DEPARTMENT/SERVICES WITHOUT HIGH VOLUME OF ACUTELY ILL PATIENTS: .......... 120
LIMITS ON ASSIGNED RESPONSIBILITIES: .......... 120
LIMITS ON HOURS WORKED: .......... 121
MEDICAL STUDENTS: .......... 121

**SECTION IV - ADMISSIONS .......... 121**

ADMISSION POLICY: .......... 121

PROVISIONAL DIAGNOSIS: 122
PRIORITY FOR ADMISSION: 122
EMERGENCY ADMISSION: 122
URGENT ADMISSION: 122
ELECTIVE ADMISSION: 122
ADMISSION TO SPECIAL CARE UNITS: 122
ADMISSION AND DISCHARGE CRITERIA: 123
RESPONSIBILITY FOR PATIENT: 123
ADMISSION OF PATIENTS WITH COMMUNICABLE DISEASES: 123
INFORMATION ABOUT PATIENT'S CONDITION: **ERROR! BOOKMARK NOT DEFINED.**

**SECTION V - TRANSFERS** 123

TRANSFER ORDER: 123
PRIORITIES: 123
APPROVAL: 123
ABSTRACT OF MEDICAL RECORD: 124

**SECTION VI - DISCHARGE OF PATIENTS** 124

DISCHARGE PLANNING: 124
DISCHARGE ORDER: 124
DISCHARGE AGAINST MEDICAL ADVICE: 124
DISCHARGE OF MINORS: 124
DISCHARGE TIME: 124

**SECTION VII - DEATHS** 125

PRONOUNCEMENT OF DEATH: 125
ANATOMICAL DONATIONS: 125
RELEASE OF BODY: 125

**SECTION VIII - AUTOPSIES** 125

SECURING AUTOPSIES: 125
CONSENTS AND CRITERIA FOR AUTOPSIES ON NON-MEDICAL EXAMINER CASES: 125
RECORDING OF AUTOPSIES: 128
MEDICAL EXAMINER'S CASES: 128
PROVISIONAL ANATOMIC DIAGNOSIS: 128
COMPLETING DEATH CERTIFICATE: 128

**SECTION VIIII - UTILIZATION REVIEW** 128

DOCUMENTATION OF NEED FOR CONTINUED HOSPITALIZATION: 128
COMPLIANCE WITH REQUESTS FOR DOCUMENTATION: 128

**SECTION X - SUICIDAL PATIENTS** 128

**SECTION XI - GENERAL RULES REGARDING DENTAL SERVICES** 129

RESPONSIBILITY FOR PATIENT: 129
DENTISTS' RESPONSIBILITIES: 129
SURGICAL PRIVILEGES FOR DENTISTS: 129
ANESTHESIA PRIVILEGES FOR DENTISTS: 129

**SECTION XII - GENERAL RULES OF PSYCHIATRY** 129

TREATMENT PLANNING: 129
RESPONSIBILITY FOR ORGANIZATION OF CLINICAL SERVICES: 130
CLINICAL PRIVILEGES FOR PSYCHOLOGISTS: 130

**SECTION XIII - EMERGENCY SERVICES** 130

COVERAGE OF EMERGENCY AREA: ..... 130
MEDICAL RECORD: ..... 130

**SECTION XIV - PODIATRIC SERVICES ..... 130**

ORGANIZATION OF SERVICE: ..... 130
QUALIFICATIONS OF PODIATRISTS: ..... 131
RESPONSIBILITIES OF PODIATRISTS: ..... 131
CLINICAL PRIVILEGES OF PODIATRISTS: ..... 131
BASIC CLINICAL PRIVILEGES: ..... 131
EXTENDED CLINICAL PRIVILEGES: ..... 131
OUT-PATIENT SERVICES: ..... 132
IN-PATIENT SERVICES: ..... 132

**SECTION XV - SURGICAL SERVICES ..... 132**

OVERALL SUPERVISION OF SURGICAL SERVICES: ..... 132
PREOPERATIVE ASSESSMENT: ..... 132
WAIVER IN AN EMERGENCY: ..... 132
RESPONSIBILITIES OF THE ANESTHESIOLOGIST: ..... 132
PLAN OF CARE IS FORMULATED TO INCLUDE: ..... 133
USE OF OPERATING ROOMS: ..... 133
ELECTIVE PROCEDURES: ..... 133
EMERGENCY PROCEDURES: ..... 133
OPERATING ROOM PROCEDURES: ..... 134
USE OF PROTECTIVE CLOTHING: ..... 134
PATHOLOGIC SPECIMENS: ..... 134
RECOVERY ROOM: ..... 134

**SECTION XVI - CONSULTATIONS ..... 134**

CIRCUMSTANCES IN WHICH CONSULTATION SHOULD BE OBTAINED: ..... 135
CONTENT OF CONSULTATION: ..... **ERROR! BOOKMARK NOT DEFINED.**
TIMELINESS OF CONSULTATION: ..... **ERROR! BOOKMARK NOT DEFINED.**
CONSULTATION RESPONSE: ..... **ERROR! BOOKMARK NOT DEFINED.**

**SECTION XVII - INFORMED CONSENTS ..... 136**

PROCEDURES FOR WHICH INFORMED CONSENT MUST BE OBTAINED: ..... 136
INTERPRETATION: ..... 137
PROCEDURE FOR OBTAINING CONSENT: ..... 137
MULTI-STATE OPERATIONS: ..... 137
MULTIPLE OPERATIVE PROCEDURES UNDER A SINGLE ANESTHETIC: ..... 137
DURATION OF A CONSENT'S VALIDITY: ..... 137
CONSENT FOR PROCEDURE THAT MAY RESULT IN STERILITY: ..... 137
EMANCIPATED MINORS: ..... 138
VENEREAL DISEASE: ..... 138
PRENATAL CARE: ..... 138
EMERGENCY TREATMENT: ..... 138
MENTAL STATUS: ..... 138

**SECTION XVIII - MEDICAL RECORDS ..... 139**

AUTHORSHIP: ..... 139
AUTHENTICATION REQUIREMENTS: ..... 139
RECORD CONTENT: ..... 139
ADMISSION HISTORY AND PHYSICAL/INITIAL ASSESSMENT: ..... 139
REASSESSMENT: ..... 141
DECISIONS FOR CARE OR TREATMENT ELEMENT: ..... 142
PATIENT ASSESSMENT SUPPORT ELEMENT: ..... 142

READMISSION: 143
OPERATIVE REPORTS: 143
DISCIPLINARY ACTION FOR FAILURE TO DICTATE OPERATIVE REPORTS: 143
OBSTETRIC RECORDS: 143
SYMBOLS AND ABBREVIATIONS: 143
FINAL DIAGNOSIS AND CLINICAL SUMMARY: 143
COMPLETION OF MEDICAL RECORDS: 144
INCOMPLETE RECORDS: 144
DISCIPLINARY ACTIONS FOR FAILURE TO COMPLETE MEDICAL RECORDS: 144
FILING OF INCOMPLETE RECORDS: 145
INCOMPLETE RECORDS OF PHYSICIANS NO LONGER AT THE HOSPITAL: 145
INCOMPLETE RECORDS OF PHYSICIANS ON MEDICAL/FAMILY LEAVE OF ABSENCE: 145
CONFIDENTIALITY OF MEDICAL RECORDS: 145
AVAILABILITY OF MEDICAL RECORDS TO THE MEDICAL STAFF AND HOUSE STAFF: 146
COPYING OF MEDICAL RECORDS: 146

**SECTION XVIIII - ORDERS FOR PATIENT CARE AND DRUGS 146**

GENERAL RULES CONCERNING ORDERS: 146
ORAL ORDERS: 147
POTENTIALLY HAZARDOUS DRUGS INCLUDE: **ERROR! BOOKMARK NOT DEFINED.**
RENEWAL OF ORDERS: 147
AUTOMATIC STOP ORDERS: 147
ORDERS FOR OXYGEN: 148
ORDERS FOR RESTRAINTS: 148
AUTHENTICATION OF MEDICAL RECORDS: 148

**SECTION XX - DRUGS 148**

APPROVAL OF DRUGS FOR USE IN HOSPITAL: 148
INVESTIGATIONAL DRUGS: 148
GENERAL RULES CONCERNING DRUGS: 149

**SECTION XXI – RESEARCH 149**

APPROVAL OF RESEARCH PROJECTS: 149
INFORMED CONSENT: 149

**SECTION XX11 - UNTOWARD EVENTS 150**

REPORTING REQUIREMENTS: 150

**SECTION XXIII - DISASTERS 150**

EXTERNAL/INTERNAL DISASTER PLAN: 150
GENERAL PROVISIONS OF PLAN: 150
CHAIN OF COMMAND: 151
RESPONSIBILITIES OF MEDICAL STAFF: 151
PERIODIC REHEARSALS: 151

**SECTION XXIV - DEPARTMENTS, DIVISIONS AND SECTIONS 151**

DEPARTMENTAL, DIVISIONAL AND SECTIONAL MANUALS: 151
INFECTION CONTROL: 151

**SECTION XXVI - MISCELLANEOUS 152**

REASSIGNMENT OF NURSING PERSONNEL: 152
SOLICITATION OF PRIVATE PATIENTS: 152
UNAUTHORIZED REMOVAL OF HOSPITAL SUPPLIES AND EQUIPMENT FROM THE PREMISES: 152
SMOKING IN THE HOSPITAL: 152
OPERATING ROOM ATTIRE: 152

PATIENT PHOTOGRAPHY: ..... 152
HEALTH CARE PROVIDERS WHO MAY ORDER BLOOD PRODUCTS: ..... 152
PRECAUTIONS TO AVOID MIS-MATCHED BLOOD TRANSFUSIONS: ..... 153
COURT ORDERS/SUBPOENAS: ..... 154
ADDENDUM – DELINEATION OF CLINICAL PRIVILEGES: ..... 155

## DEFINITIONS AND ABBREVIATIONS

In the context of the Medical Staff Bylaws, Rules and Regulations, the following definitions shall apply:

| TERM | DEFINITION |
|---|---|
| ACCOUNTABILITY | Answerable for how Authority has been exercised and responsibilities discharged. |
| ADMINISTRATION | Senior Vice President/Executive Director and members of Administrative Staff; synonymous with management. |
| ALLIED HEALTH PROFESSIONAL | A health professional qualified by training and licensure/certification to assist, facilitate, or complement the work of doctors of medicine or osteopathy, dentists, podiatrists, optometrists, nurses, pharmacists and other specialists in the hospital. |
| ATTENDING | The member of the Medical Staff assigned responsibility for the patient. |
| AUTHENTICATION | The establishment of authorship (on a chart entry or order) in a form acceptable to the Medical Board. |
| CHAIR | Chairman, Chairwoman Chairperson |
| CHIEF OF DEPARTMENT, CHIEF, CLINICAL CHIEF | The physician in charge of (Clinical) Department at the Hospital. |
| CIR | Committee of Interns and Residents |
| CORPORATION | The New York City Health and Hospitals Corporation. |
| DEPARTMENT, CLINICAL DEPARTMENT | The clinical service at the Hospital which corresponds to the academic department at HSCB (except for the Department of Dentistry). |
| DESIGNEE, DESIGNATE | The person granted authority to perform certain or all of the functions of the titular individual at the Hospital or at the Corporation. |
| DIRECTOR | Director of a Division or Department. |
| EMERGENCY, MEDICAL EMERGENCY | A condition in which delay in administering treatment might result in serious harm to or endanger the life of the patient. |

| | |
|---|---|
| EHR | Electronic Health Record |
| EPLS | |
| EXECUTIVE DIRECTOR | The Chief Executive Officer of the Hospital. |
| FPPE | Focused Professional Practice Evaluation |
| GOVERNING BODY | The Board of Directors of the Corporation. |
| HSCB | Health Science Center at Brooklyn. |
| HOSPITAL | Kings County Hospital Center |
| HOUSE OFFICER/HOUSESTAFF | Those postgraduate trainees with a degree Medicine, Dentistry, or Osteopathy who are members of an approved residency training program including Interns, Residents, and Fellows. |
| IPRO | Island Peer Review Organization |
| LICENSE | Licensed and currently valid registration to practice a healing art in the State of New York. |
| LOCUM TENENS | Latin phrase meaning "to hold a place"; a person, such as a physician or cleric, who substitutes temporarily for another. |
| MEDICAL BOARD | The executive committee of the medical staff comprised of the senior staff and elected staff member whose duties are defined within. |
| MEDICAL RECORD, PATIENTS | The patient's chart or any record document which will be duly filed within. |
| MEDICAL STAFF | Body with overall responsibility for the quality of professional services provided by individuals with clinical privileges and also the responsibility for accounting, therefore, to the governing body. The medical staff includes fully licensed doctors of medicine or osteopathy, dental surgery or dental medicine, podiatric medicine or optometry. Members of the medical staff have delineated clinical privileges, granted by the governing body, that allow them to provide patient care services independently within the scope of their clinical privileges. |
| N.P.D.B | |
| OIG. | National Practitioner Data Bank |
| OPMC | |

| | |
|---|---|
| OPPE | Ongoing Professional Practice Evaluation |
| PATIENT | Inpatient or Outpatient |
| PHYSICIAN | Those licensed practitioners who have been awarded the degree of Doctor of Medicine or Osteopathy, and include the other practitioners included in the definition in Section 1861 ® of the Social Security Act of a physician: doctor of dental surgery or of dental medicine; doctor of podiatric medicine, and doctor of optometry. |
| PRESIDENT | The President of the Corporation unless otherwise stated. |
| PRIMARY SOURCE | The original source of a specific credential that can verify the accuracy of a qualification reported by an individual licensed independent practitioner. Examples include, but are not limited to, medical school, graduate medical education program, and state medical licensing board. |
| RESPONSIBLE HOUSE OFFICER | The postgraduate trainee primarily responsible for the care of the patient. |
| STAFF | Medical Staff of Kings County Hospital Center |
| TELEMEDICINE | The use of medical information exchanged from one site to another via electronic communications for the health and education of the patient or health care provider and for the purpose of improving patient care, treatment, and services |

## PREAMBLE

WHEREAS; the Medical Staff of Kings County Hospital Center hereinafter referred to as "The Hospital" has direct responsibility for the provision of medical care to patients in the Hospital, which is operated and maintained by the New York City Health and Hospitals Corporation; and

WHEREAS; the Medical Staff of the Hospital is determined, in line with the Hospital's mission, to provide quality medical care to all patients without regard to their ability to pay, and is further determined to deliver such care in a manner according to the principles set forth in the Patient's Bill of Rights of the Health and Hospitals Corporation; and

WHEREAS; the effective delivery of health care is directly related to the total resources available to the Hospital and is predicated on the appropriate utilization of these resources; and

WHEREAS; Accreditation and regulatory agencies law require the establishment of an effective means for Medical Staff standards promulgated by participation in the development of policies that regulate hospital management and patient care; and

WHEREAS; the Medical Staff recognizes that it must work in an organized and concerted manner to provide health care in accordance with the Hospital's obligations to the Governing body, and to ensure appropriate communication among the Medical Staff, Hospital Administration, and Governing body.

THE MEDICAL STAFF OF KINGS COUNTY HOSPITAL; hereby organizes itself in accordance with these Bylaws, Rules and Regulations.

The Medical Board and Executive Director shall establish appropriate mechanisms to assure continued and effective participation of the Medical Staff in medical administration matters, including Hospital budget formulation, budget allocation, facilities planning, and quality assurance/improvement, risk management and utilization programs.

## ARTICLE I - NAME

The name of this organization shall be the Medical Staff of Kings County Hospital Center.

## ARTICLE II - PURPOSES

The purposes of this organization are:

a) To ensure that all patients admitted to the Hospital or treated on an ambulatory basis receive appropriate care.

b) To provide a means whereby the Medical Staff may discuss problems of a medical administrative nature with the President on behalf of the Governing body.

c) To adopt and maintain Bylaws, Rules and Regulations to govern the Medical Staff and all others with clinical privileges.

d) To ensure that medical education, and continuing medical education, and the opportunity for research is provided to the Medical Staff, House Staff, Nursing Staff and other members of the hospital community.

e) To enable the Medical Staff to abide by the policies and procedures of the Corporation.

## ARTICLE III - MEMBERSHIP

### SECTION 1 -- NATURE OF MEDICAL STAFF MEMBERSHIP

Membership on the Medical Staff of Kings County Hospital Center is a privilege which shall be extended only to currently competent doctors of medicine or osteopathy, doctors of dental surgery or of dental medicine, doctors of podiatric medicine and doctors of optometry who continuously meet the qualification, standards and requirements set forth in these Bylaws.

### SECTION 2 -- ETHICS AND ETHICAL RELATIONSHIPS

Acceptance of membership on the Medical Staff shall constitute the staff member's agreement to abide by the applicable Code of Ethics of the American Medical Association or American Dental Association, and the specialty or sub-specialty societies to which s/he belongs, the New York City Health and Hospitals Corporation Code of Ethics and to abide by the standards of conduct set by the Office of Professional Medical Conduct under the auspices of the Department of Health.

### SECTION 3 -- ELIGIBILITY FOR MEMBERSHIP

1. Criteria for Medical Staff Appointment: Membership on the Medical Staff shall be limited to those doctors of medicine or osteopathy, doctor of dental surgery or of dental medicine, doctor of podiatric medicine and doctor of optometry licensed and currently registered to practice within the State of

New York who can document through a completed application their education, training, experience, judgment and current competence, their adherence to the ethics of their profession, their good reputation, good physical and mental health status and their ability to discharge patient care responsibilities and work effectively with others so that the Medical Staff and Governing body can reasonably expect that any patient treated by them in the Hospital or on an ambulatory basis will receive appropriate medical care. Each candidate for medical staff (re) appointment must be eligible to participate in Medicaid/Medicare or any other State/Federal or third party reimbursement program and is prohibited from opting-out of Medicaid/Medicare or participation in any of the contracted health plans.

No physician, dentist, podiatrist nor optometrist shall be entitled to membership on the Medical Staff or be able to exercise clinical privileges in the Hospital simply by virtue of being fully registered to practice medicine, dentistry, podiatry or optometry in this or any other State, or because s/he is a member of any professional organization, or because s/he currently has or previously had such privileges at this or another hospital. The burden of establishing that qualifications have been met will be on the applicant.

2 Non-Discrimination Policy Regarding Staff Appointment: Membership on the Medical Staff shall not be denied to any applicant on the basis of race, sex, sexual orientation, creed, national origin, or any other criteria lacking professional justification. Each member of the Credentials Committee shall sign an attestation to perform reviews in a non-discriminatory manner. Complaints which may be related to discrimination based on race, ethnic/national identity, gender, age, sexual orientation or the types of procedure / competencies or types of patients in a practitioner's discipline of care, or on the basis of any other criterion lacking professional justification regarding the Credentials Committee's decision for approval / denial of applications for appointment / reappointment can be made by any member of the Credentials Committee, Medical Board. Medical Staff, Department Chair, Divisional Chief of Service, other concerned individual(s) or by a provider. The complaint will be forwarded to the Medical Director, Executive Administration and / or the Affiliate for review, investigation and resolution. The Credentials Committee will conduct monthly audit of credentialing process to ensure that practitioners are not discriminated against. The Credentials Committee will collect and review information from the Human Resources Department, Division of Equal Employment Opportunity regarding complaints from candidates for appointment or reappointment alleging discrimination.

**SECTION 4 – BASIC OBLIGATIONS OF MEDICAL STAFF MEMBERS**

Each member of the medical staff shall:

1. Direct the care of his/her patients and supervise the work of any allied health professionals or graduate trainees under his/her direction.
2. Abide by the Medical Staff Bylaws, related Rules and Regulations and related manuals, the Bylaws of the Corporation, and all other regulations and standards regulating the provision of health care.
3. Practice only within the scope of the privileges granted by the governing body.
4. Discharge such staff, committee, department, and facility responsibilities by appointment, election, or otherwise including payment of dues.

5. Prepare and complete, in a timely manner, the medical and other required records for all care
6. Pledge to provide or arrange for appropriate and timely medical coverage and care for patients for whom he/she is responsible for assuring continuity of care.
7. Provide necessary instructions and education to patients and their families and transmit information concerning the patient's condition to his family or guardian, where appropriate.
8. Apply the same standards of care to all patients.
9. Assist other doctors of medicine or osteopathy in the care of their patients when asked if within the scope of his/her practice.
10. Act in an ethical and professional manner.
11. Treat employees, patients, visitors and other clinicians in a dignified and courteous manner.
12. Provide leadership in activities related to patient safety, quality of care and oversee the process of analyzing and improving patient satisfaction.

**SECTION 5 - CONDITIONS AND DURATION OF APPOINTMENTS**

1. Initial Appointment: All initial appointments to the Medical Staff shall be approved by the Chief of Service, Credentials Committee, the Medical Board, the Medical Director, and the Executive Director. The governing body shall grant final approval after approval by the Executive Director as provided for in these Bylaws. However, the first year of an initial appointment will be provisional (Refer Article IV; Section 3 )

2. Term of Regular Staff Appointment: All appointments to the Medical Staff shall be for a period of not more than two years.

**ARTICLE IV - PROCEDURE FOR APPOINTMENT AND REAPPOINTMENT**

**SECTION I - APPLICATION FOR APPOINTMENT**

1. Basic Qualifications. Application for membership on the Medical Staff, initial granting/renewal of privileges shall be in writing (paper or electronic), signed by the applicant and submitted on a form approved by the governing body. Basic qualifications and the appointment application shall at a minimum contain the following:
   - Completed HHC application form or KCHC Adjunct/Allied Health Application form,
   - Setting-specific delineation of privileges,
   - Original documentation which establishes the applicant's identity i.e a valid ID issued by a state or federal agency (e.g., for driver's license or U.S. passport)
   - Currently registered license to practice his/her profession in New York State
   - Documentation of completion of the appropriate graduate medical education training program required for the specialty of the applicant.
   - Documentation of completion of an appropriate accredited graduate education program in the specialty in which credentialing/privileges is sought. It is desirable that all staff members be certified by the appropriate American Board of Medical Specialties and consideration be given to such certification at the time of appointment/reappointment.
   - Written recommendation from training program director and/or peers regarding the applicant's medical/clinical knowledge, technical and clinical skills, clinical judgment,



HHC 0015