62



## KINGS COUNTY HOSPITAL CENTER
## FOCUSED PROVIDER PERFORMANCE EVALUATION

### INDICATION FOR FOCUSED REVIEW:

__X__ Newly appointed provider     ____ Quality of Care Issue

❖ *If review is due to quality of care issue, describe event(s), issue(s).*
☐ Check here if External Review was done.

_____
_____
_____

**Department/Service:** Radiology

**Provider Name:** Jinel Scott, M.D

**Provider SMS ID #:**

**Review Period:** July 1st, 2014 to September 30th, 2014

**Reviewer:** Steven Pulitzer, Md

......................................................................................

*\*Data Source:*
Simulation (S)                Chart Review (CR)         Observation/proctoring (OP)
PEER Review/ RCA's (PR)       NYPORTS (NP)              Patient Complaints (PC)
Ongoing Departmental/Division Monitors (PI)   External Source (EX)

**\*\*Rating:** Meets Standard (S)   Does **NOT** Meet Standard (U)   Not Applicable (N/A)
......................................................................................

### IMPORTANT INSTRUCTIONS:
✓ Use the letter codes above to indicate the data source
✓ Check one box for the overall performance assessment (page 3).
✓ The practitioner must sign and date.
✓ Supporting documentation must be attached and submitted.
✓ This form will be included in the practitioner's trending file.

| Measures | *Data Source | **Rating |
|---|---|---|
| **Practice-Based Learning and Improvement** | | |
| Reportable incidents/NYPORTS attributable to provider | None | S |
| **Systems-Based Practice (Patient Safety and Advocacy)** | | |

1

**CONFIDENTIAL**                                                      **HHC 2549**

| | | |
|---|---|---|
| Participation in Dept. QA Processes | NA | S |
| Teaching Evaluation + | OP | S |
| **Cultural Sensitivity and Interpersonal Relationships** | | |
| Validated patient/family complaints | PC | S |
| Validated reports of disruptive behavior/peer complaints | PC/OP | S |
| **Professionalism and Communication** | | |
| Medical record delinquencies | PR | S |
| Participate in Departmental Reviews (M&M's Peer Review) | PR | S |
| **Patient Care** (Well-being of the patient) *5 Observations which can include: Review of Medical Records and or Observed/ Proctored Patient Encounter | | |
| 1. Compliance with attending supervision | Talk-Station | S |
| 2. Appropriate use of consultants | OP | S |
| 3. # of complications of operative/invasive procedures | HI-IQ | S |
| **Contrast Media Utilization Management: (Safe and appropriate selection of medications)** | | |
| 1. Meds for accepted indications - DUE | CR | N/A |
| 2. Meds used at accepted doses DUE | CR | N/A |
| 3. Frequency of serious ADR/ADEs | Pharmacy | N/A |
| **Medical Clinical Knowledge** | | |
| CME and teaching activities | OP | S |

| *Department Specific Measures | | |
|---|---|---|
| Peer reviews | Attached | S |
| Critical Value Reporting | No Reports | S |

* A report, signed by the monitoring provider (Department Chief/Director of Service) listing the medical record numbers of cases monitored, the parameters reviewed and the outcome of the monitoring must be submitted with this form to the Medical Board Office when the monitoring has been completed.

## Case Reviews  (attach additional pages if necessary)

| MEDICAL RECORD/ ACCESSION NUMBER | TYPE OF PROCEDURE | REPORT MEETS STANDARD Y/N or N/A | APPROPRIATE USE OF RESOURCES? Yes/No = Y/N | CLINICAL ANALYSIS Appropriate (A) Inappropriate (I) | REVIEWER IN AGREEMENT? A= AGREE M = MAJOR DISAGREEMENT N= MINOR DISAGREEMENT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2

Did the provider perform his/her duties within expected standards of the Department over the review period?
☑ YES ___ No

If no, please elaborate on any significant findings after review of the above?
_____
_____

Have you observed or been informed of any physical/mental health/drug, or alcohol issues that affected or could potentially impair the provider's ability to exercise any or all of the privileges requested?
___ Yes ☑ No   If yes, please explain. Attach additional pages if necessary.
_____
_____

## Overall Performance Assessment

[ ☑ ]   **Satisfactory – ongoing FPPE**

| Zero Performance of a Privilege - No clinical activity during the review period |
|---|
| ☐   FPPE Recommended when provider performs the privilege |
| ☐   Privilege Continued due to Hospital/Community needs |
| ☐   Revocation of a Privilege because it is no longer performed or required at KCHC |

☐   **Unsatisfactory** – *see options below*

\*Clinical Performance Issue(s) Identified:
(to be completed only if Performance Assessment is less than Satisfactory)

| | |
|---|---|
| ☐ | FPPE Recommended for one or more Privileges |
| ☐ | Suspension of one or more Privileges |
| ☐ | Revoke all privileges |
| ☐ | Other Disciplinary action recommended |

**Please Outline Plan for Improvement** - Attach additional narrative if necessary
_____
_____
_____

| Jinel Scott, MD | Clinical Assistant Profes[sor] | [signature] | 12/3/14 |
|---|---|---|---|
| **Provider Name** | **Provider Title** | **Provider Signature** | **Date** |
| Steven Pulitzer, MD | Interim Chief of Radiology | Steven Pulitzer, MD | 12/2/14 |
| **Reviewer Name** | **Reviewer Title** | **Reviewer Signature** | **Date** |

3