63




KINGS COUNTY HOSPITAL CENTER
OFFICE OF PROFESSIONAL AFFAIRS/MEDICAL BOARD

CREDENTIALS CHECK SHEET- REAPPOINTMENT

**REAPPOINTMENT PERIOD:** From: 08/01/2013     To: 07/31/2015

**NAME:** Oded Greenberg, M.D.      **PROVIDER #:** 86

**DEPARTMENT:** Radiology      **STATUS:** Attending

| DOCUMENT | YES | NO | REMARKS |
|---|---|---|---|
| RELEASE FORM | ✓ | | |
| REAPPRAISAL EVALUATION | ✓ | | |
| DELINEATION OF PRIVILEGES/PREROGATIVES | ✓ | | |
| APPLICATION FOR REAPPOINTMENT | ✓ | | |
| CURRICULUM VITAE | ✓ | | |
| PEER REVIEW LETTER (S) | ✓ | | |
| EHS CLEARANCE | ✓ | | |
| CONTINUING EDUCATION | ✓ | | |
| CLINICOLEGAL COURSE | ✓ | | |
| COMPLIANCE UPDATE | ✓ | | |
| HIPAA | ✓ | | |
| ATTESTATION (180 DAYS) | ✓ | ✓ | Date Signed  03/05/2013 |
| BOARD CERTIFICATION | ✓ | ✓ | Date Queried 04/09/2013 |
| NATIONAL PRACTITIONER DATA BANK | ✓ | ✓ | Date Queried 04/09/2013 |
| OPMC/DISCIPLINE VERIFICATION | ✓ | ✓ | Date Verified 04/09/2013 |
| MEDICAID EXCLUSION QUERY | ✓ | ✓ | Date Verified 04/09/2013 |
| MEDICAID TERMINATION QUERY | ✓ | ✓ | Date Verified 04/09/2013 |
| MEDICARE OPT-OUT QUERY | ✓ | ✓ | Date Verified 04/09/2013 |
| SAM QUERY | ✓ | ✓ | Date Verified 04/09/2013 |
| OIG EXCLUSIONS QUERY | ✓ | ✓ | Date Verified 04/09/2013 |
| NYS REGISTRATION CERTIFICATE | ✓ | ✓ | Date Verified 04/09/2013 |
| INFECTION CONTROL CERTIFICATE | ✓ | | |
| NARCOTICS REGISTRATION CERTIFICATE | ✓ | ✓ | Date Verified 04/09/2013 |
| LIFE SUPPORT CERTIFICATES | ✓ | | |
| MODERATE SEDATION CERTIFICATE | | N/A | |
| PROFESSIONAL LIABILITY INSURANCE | ✓ | | |
| COLLABORATIVE PRACTICE AGREEMENT | | N/A | |
| ACKNOWLEDGEMENT & WAIVER | | N/A | |
| ACKNOWLEDGEMENT STATEMENT | ✓ | | |

| | | Date: |
|---|---|---|
| **Prepared by:** | *Patricia Straker* | 7/11/13 |
| **Reviewed by:** | *Nwenee Bedford* | 7/15/13 |
| **Verified by:** (Credentials Committee Member) | *Constance Shames, M.D.* | 7/15/13 |

HHC 0261



**Kings County Hospital Center**

*Always Here When You Need Us*

ERNEST J. BAPTISTE
*Executive Director*
Tel: (718) 245-3901
Fax: (718) 953-1316
Email: Ernest.Baptiste@nychhc.org

July 22, 2013

Oded Greenberg, M.D.
Confidential Material

Dear Dr. Greenberg:

Your reappointment, for the period of August 01, 2013 through July 31, 2015, as a member of the Medical Staff has been approved by the Governing Body.

Enclosed, for your information and file, is a copy of your current delineation of privileges with the Department of Radiology. Any request for additional privileges must be forwarded to the Credential Committee (via the Professional Affairs Office) through the Chief of your department. This request should also be supported by documentation which provides evidence of your ability to perform the privilege requested.

In an effort to keep our records current, please notify the Office of Professional Affairs of any changes in your status, address, telephone number, and/or other pertinent information (e.g., Board Certification). The Office of Professional Affairs is located in the T-Building, Room 473A, Box 22, and the telephone number is (718) 245-3908/9.

We appreciate your continuing contribution in maintaining the high standards of medical/patient care provided in our institution.

Sincerely,

Ernest J. Baptiste
Executive Director

Enclosure

451 Clarkson Avenue, Room B-1137 • Brooklyn, NY 11203 • www.nyc.gov/kchc

Kings County Hospital Center is a member of NYC Health & Hospitals Corporation and the North & Central Brooklyn Health Networks

HHC 0262

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION

# KINGS COUNTY HOSPITAL CENTER

451 Clarkson Avenue, Brooklyn, New York, 11203

## APPROVAL OF CLINICAL PRIVILEGES FOR REAPPOINTMENT

NAME OF PRACTITIONER:  Oded Greenberg, M.D.

DEPARTMENT:  Radiology

### REVIEWED AND APPROVED FOR THE PERIOD OF:

August 1, 2013 – July 31, 2015

This is to confirm that I have reviewed the attached delineation of clinical privileges for the above-named practitioner concurs that his/her privileges will remain as stated presently in the delineation form.

| Date | Signature |
|------|-----------|
| 7/11/2013 | Alan Kantor, M.D.<br>Chief of Service, Radiology |
| 7/15/13 | Ivan Hand, M.D.<br>Chairperson, Credentials Committee |
| 7/16/13 | Ninad Desai, M.D.<br>President, Medical Board |
| 7/16/13 | Ghassan Jamaleddine, M.D.<br>Interim Medical Director |
| 7/16/13 | Ernest J. Baptiste<br>Executive Director |

HHC 0263



KINGS COUNTY HOSPITAL CENTER
REAPPRAISAL EVALUATION - ATTENDING STAFF

| Name: | Department: | Reappointment Period: |
|---|---|---|
| Oded Greenberg, M.D. | Radiology | August 1, 2013 – July 31, 2015 |

The following is a snapshot analysis of professional performance, judgment, clinical and technical skills, peer recommendation and the ability to perform privileges requested.

**PLEASE PROVIDE AN EXPLANATION TO "NO" ANSWERS (S) IN THE COMMENTS SECTION ON PAGE 2.**

## SECTION I.  MEMBERSHIP FACTORS

1. Is the practitioner's activity at this facility sufficient to warrant current or requested staff category assignment?   Yes [✓]  No [ ]

2. Is the practitioner currently free of physical, mental, or behavioral conditions, including alcoholism or chemical dependency, that has or may affect the practitioner's ability to perform professional and medical staff duties appropriately?   Yes [✓]  No [ ]

3. Does the practitioner adhere to ethical standards of practice?   Yes [✓]  No [ ]

4. Does the practitioner relate well and in a professional manner with colleagues and hospital employee staff?   Yes [✓]  No [ ]

5. Is the practitioner's record free of loss of privileges due to failure to comply with medical staff By-laws, rules and regulations, hospital policies?   Yes [✓]  No [ ]

6. Has the practitioner maintained the basic obligations of medical staff membership as outlined in the By-laws?   Yes [✓]  No [ ]

7. Is the practitioner's medical record suspension and/or delinquency rate acceptable?   Yes [✓]  No [ ]

## SECTION II.  CLINICAL PERFORMANCE FACTORS

1. Is the practitioner's medical litigation history since last (re) appointment acceptable?   Yes [✓]  No [ ]

2. Is/Are there any performance issue (s) in the practitioner's profile?  (If yes, have they been addressed?)   Yes [ ]  No [✓]   Yes [ ]  No [ ]  N/A [ ]

3. Is the practitioner's record free of actions against him/her for medical disciplinary cause or reason, at this facility or another health care licensing agency?   Yes [✓]  No [ ]

4. Is the practitioner's performance within an acceptable standard of care?   Yes [✓]  No [ ]

5. Are the practitioner's clinical judgment and technical skills satisfactory?   Yes [✓]  No [ ]

## SECTION III.   CLINICAL PRIVILEGING FACTORS

1. Has the practitioner maintained education skill levels (CME) commensurate with privileges granted?   Yes [✓]  No [ ]

2. Are there any newly requested clinical privileges?  (Documentation of training and/or experience to support request for additional privileges must be attached)   Yes [ ]  No [✓]

3. Has the practitioner maintained a level of activity at this facility to be considered competent?   Yes [✓]  No [ ]

4. Has the practitioner met applicable privileging maintenance requirements including, but not limited to NYS Infection Control Training?   Yes [✓]  No [ ]

5. Is there a reduction in the practitioner's clinical privileges?  (If yes, was it voluntary?)   If no, please explain.   Yes [ ]  No [✓]   Yes [ ]  No [ ] N/A [ ]

Page 1 of 2

HHC 0264

KINGS COUNTY HOSPITAL CENTER
REAPPRAISAL EVALUATION - ATTENDING STAFF

| Name: | Department: | Reappointment Period: |
|---|---|---|
| Oded Greenberg, M.D. | Radiology | August 1, 2013 – July 31, 2015 |

**COMMENTS** (Explanation to "Yes" Answers, excluding Questions 2 in Section II, and 2&5, Section III :)

_____

_____

_____

_____

_____

**MANDATORY CHIEF/ DIRECTOR OF SERVICE APPLICANT SPECIFIC STATEMENT**

_[handwritten, illegible]_

_____

_____

_____

**RECOMMENDATION OF CHIEF OF SERVICE**

After a thorough review of this practitioner's reappointment application, all pertinent data and documents in this practitioner's credentials file and departmental file, as well as my review of the information contained in the practitioner's QA file, and annual evaluation, I hereby make the following recommendation for reappointment of this practitioner to the Kings County Hospital Center Medical Staff:

✓ Approval                                    _____ Disapproval (reason attached)

I certify that the above information is a true attestation as the clinical and professional performance of the named practitioner. I have discussed this reappraisal with the practitioner and counseled him/her as appropriate.

7/11/13
Date                                    Alan Kantor, M.D., Chief of Service, Radiology

Page 2 of 2

## CENTRAL BROOKLYN FAMILY HEALTH NETWORK

TO:          **Oded Greenberg, M.D.**

RE:          **UPDATED CLINICAL PRIVILEGES**

DEPARTMENT:   *Radiology*

Enclosed for your review is a copy of your current clinical privileges. It is to be used to assist you in completing the enclosed Privilege Form required for reappointment to the Professional Staff.

Please check the privileges you are requesting and sign the form. Also, complete the following:

_____✓_____ I wish to reaffirm my present clinical privileges

| I WISH TO SURRENDER THE FOLLOWING PRIVILEGES | I WISH TO ADD THE FOLLOWING PRIVILEGES (DOCUMENTATION OF QUALIFICATION TO PERFORM THE REQUESTED PRIVILEGES IS ATTACHED) |
|---|---|
|  |  |
|  |  |
|  |  |

**Oded Greenberg, M.D**
Applicant              Signature              Date: 4/16/13

**Alan Kantor, M.D.**
Chief of Service       Signature              Date: 7/11/2013

*KINGS COUNTY HOSPITAL CENTER*EAST NEW YORK DIAGNOSTIC & TREATMENT CENTER
* BEDFORD STUYVESANT ALCOHOLISM & TREATMENT CENTER
* DR. SUSAN SMITH MCKINNEY NURSING HOME AND REHABILITATION CENTER

HHC 0266

## KINGS COUNTY HOSPITAL CENTER
## DELINEATION OF CLINICAL PRIVILEGES
### DEPARTMENT OF RADIOLOGY

NAME: <u>ODED GREENBERG, M.D.</u>              SUBSPECIALTY
                                              (IF APPLICABLE)

**CATEGORY OF MEDICAL STAFF MEMBERSHIP REQUESTED**

☐ **ATTENDING**              ☐ VISITING                    ☐ CONSULTING

**INSTRUCTIONS**

Indicate the privilege requested by circling the category requested in the box "Requested Category." For each procedure requested, initial the appropriate box "Requested Procedure." Proof of education and training should be submitted at the time of initial appointment. Board Certification and re-certification should be submitted as appropriate. Initial appointments should return the completed Delineation of Clinical Privileges and the completed application package to the Department of Radiology. Physicians applying for reappointment should return the completed Delineation of Clinical Privileges to the Medical Board.

**Education/Licensure Requirements:** Candidate must provide documentation of graduation from an accredited medical school in the United States **or** graduation from an international medical school with valid Fifth Pathway/ECFMG certification and a valid currently registered license to practice medicine in New York State.

**Training/Competence Requirements:** Candidate must provide documentation of successful completion of a residency and/or fellowship training program accredited by the RRC and ACGME in Radiology and/or its subspecialties, data from professional practice review by an organization that currently privileges the applicant, peer and/or faculty recommendation and evidence of ability to perform privileges requested.

**Current Competence Requirements for Reappointment (active practice):** To maintain your privileges at the time of reappointment, you must have: demonstrated active clinical practice in your field, satisfactory results on your ongoing professional practice evaluation demonstrating competent professional performance, evidence of ability to perform requested privileges, peer and/or faculty recommendation, fulfillment of the Medical Staff requirements for continuing medical education (100 credits of CME in the previous 2 years, a minimum of 50 category I CME credits), participation in the clinical and academic activities of your department and current certification in Basic Life Support (BLS).

**CATEGORY OF PRIVILEGES**

**Category I**

Training and/or experience and competence on a level commensurate with that provided by specialty training, such as in the field of Radiology, although not at the level of the sub-specialist. Can act as consultant to others and may in turn be expected to request consultation.

**Category II**

Training and/or experience and competence of the level provided by fellowship training within a given field of subspecialty Radiology training or study leading to subspecialty board certification or added qualifications such as **Musculoskeletal Radiology, Neuroradiology, Nuclear Radiology, Pediatric Radiology, or Vascular and Interventional Radiology.** Serves as a consultant to others in field of subspecialty and should, in turn request consultation when needed.

*DO NOT WRITE IN THE BOXES MARKED "Recommended or Not Recommended"*

**NEW, UNTRIED, UNPROVEN OR EXPERIMENTAL PROCEDURES/TREATMENT MODALITIES/INSTRUMENTATION**
Experimental drugs, procedures or other therapies or tests may be administered or performed only after approval of the protocol by the HHC Board of Directors. Any other new treatment modalities may be performed only after the privilege to perform said procedure has been granted to the individual practitioner.

**INSTRUCTIONS TO THE CHIEF OF RADIOLOGY**

*Please review each requested privilege to determine whether the applicant should be granted the requested privilege based on education, training and/or experience.* FOR EACH PRIVILEGE, INITIAL IN THE APPROPRIATE BOXES "RECOMMENDED" OR "NOT RECOMMENDED".

| Department of Radiology | | Delineation of Clinical Privileges |
| --- | --- | --- |

Applicant's Name : Oded Greenberg, M.D.

## Category I Privileges

| Requested | Diagnostic Radiology | Chair: Initial Appropriate Box | |
| --- | --- | --- | --- |
| | | Recommended | Not Recommended |
| ✓ | **General Radiology,** Including x-ray film interpretation and fluoroscopy. Inclusive of all diagnostic studies for adult and pediatric patients, including indicated uses of enteral and parenteral contrast media and general medical procedures including administration of anxiolytics and analgesics. | *(initialed)* | |

| Requested | Advanced Imaging | Chair: Initial Appropriate Box | |
| --- | --- | --- | --- |
| | | Recommended | Not Recommended |
| ✓ | Computerized Tomography | ✓ | |
| ✓ | Magnetic Resonance Imaging | ✓ | |
| | Mammography | | |
| ✓ | Ultrasound | ✓ | |

## Category II Privileges

| Requested | Radiological Procedures | Chair: Initial Appropriate Box | |
| --- | --- | --- | --- |
| | | Recommended | Not Recommended |
| | **Neuroradiology** | | |
| | Angiography | | |
| | Cervical & Thoracic Myelography | | |
| | Cisternagraphy | | |
| | Lumbar Myelography | | |
| | Neonatal Cranial Sonography | | |
| | Sialography | | |
| | **Skeletal Radiology** | | |
| | Arthrography | | |
| | Vertebroplasty | | |
| | **Vascular Radiology** | | |
| | Angiography, arterial and venous | | |
| | Arterial, Portal, Venous and Dialysis Shunt : access, line placement, foreign body retrival stenting and filter placement | | |
| | Lymphangiography | | |
| | Percutaneous Angioplasty | | |
| | Portal venous angiography | | |
| | Pulmonary angiography, arterial and venous | | |
| | Therapeutic Embolization and Balloon Occlusion | | |
| | Transjugular Liver Biopsy | | |

Page 2 of 5

HHC 0268

**Department of Radiology**

**Delineation of Clinical Privileges**

Applicant's Name : Oded Greenberg, M.D.

## Category II Privileges (cont.)

| Requested | Radiological Procedures (cont.) | *Chair Initial Appropriate Box* | |
|---|---|---|---|
| | **Interventional Radiology** | Recommended | Not Recommended |
| | Abcess Drainage | | |
| | Biliary Drainage, Dilation and Stenting | | |
| | Cholecystostomy | | |
| | Esophageal Dilation and Stenting | | |
| | Gastointestinal and Genitourinary Foreign Body Retrieval | | |
| | Gastrostomy, Jejunostomy and Cecostomy | | |
| | Needle Aspiration and Biopsy | | |
| | Nephrostomy | | |
| | Renal and Ureteral Stone Extraction | | |
| | Thoracostomy | | |
| | Tracheobronchial Dilation and Stenting | | |
| | Transhepatic Cholangiography | | |
| | **Nuclear Medicine** | | |
| | General Diagnostics, excluding the following, unless requested and approved | | |
| | Bone pain Rx | | |
| | Cardiac Stress Test | | |
| | Cerebral perfusion Dx | | |
| | Cisternography | | |
| | Pulmonary Dx | | |
| | Radioiodine Therapy | | |
| | Thyroid uptake measurements | | |

| Special Privileges | | | | |
|---|---|---|---|---|
| Requested Procedure | Procedure | Education, Training, Competency or Fitness Requirements | *Chair Initial Appropriate Box* | |
| | | | Recommended | Not Recommended |
| ✓ | Management of Cardiopulmonary Arrest | Current BCLS Certification | *GN* | |
| | Monitor and administration of moderate sedation analgesia | Completion of Approved Course by Anesthesia (training completed within 2 years, recertification required every two years) and current ACLS certification, and current Narcotics Registration including all schedules (I – V) | | |

Page 3 of 5

HHC 0269

Department of Radiology

Delineation of Clinical Privileges

Applicant's Name : Oded Greenberg, M.D.

| | | | Chair: Initial Appropriate Box | |
|---|---|---|---|---|
| Requested Procedure | Procedure | Education, Training, Competency or Fitness Requirements | Recommended | Not Recommended |
| | US guided Cortisone Injection | Musculoskeletal Radiology Fellowship | | |
| | Facet Injection | Musculoskeletal Radiology Fellowship | | |
| | Pre-operative Breast needle localization | Fellowship training in Breast/women's Imaging | | |
| | Galactogram | Many years of experience | | |

**Additional Privileges**

*Use this space to request privileges for procedures not previously listed. Only procedures currently performed at Kings County Hospital Center may be requested. Privileges will not be granted for procedures not performed at Kings County Hospital Center.*

HHC 0270

Department of Radiology                                    Delineation of Clinical Privileges

Applicant's Name : Oded Greenberg, M.D.

Medical Staff members are appointed in accordance with their meeting the standards as stated in the bylaws of Kings County Hospital Center. A requirement of the bylaws is that each member of the staff be granted privileges in a specific department(s), and that the privileges be meaningfully delineated.

In accordance with the By-laws, I hereby apply for privileges in the Department of Radiology at Kings County Hospital Center. I further attest that I do not suffer from any physical or mental condition including drug or alcohol dependence, which would impair my ability to perform the privileges requested.

4/10/13
Date

Applicant's Signature

Oded Greenberg, M.D.
Print Name

*I have reviewed and attest to the accuracy and validity of the education, training and competency of the above named applicant and recommend her/him for the privileges requested. I am unaware of any physical or mental condition, including potential drug or alcohol dependence, which would impair the applicant's ability to perform the requested privileges.*

7/11/207
Date

Signature

Alan Kantor, M.D.
Chief of Service
Department of Radiology

Recommended By:

7/16/13
Date

Signature

Ghassan Jamaledine, M.D.
Interim Medical Director

Approved By:

7/22/13
Date

Signature

Alan Aviles, Esq.
President
NYC Health and Hospitals Corporation

Page 5 of 5

HHC 0271



HHC 0272

Please Pull File
Needed ASAP



Provider is inactive
Since 2014







HHC 0274



# KINGS COUNTY
# HOSPITAL CENTER



Steven Pulitzer, M.D.
Interim Chief of Service
Department of Radiology
Kings County Hospital Center
Tel: 718-245-4447
Fax: 718-245-4473

November 17, 2014

**Sandra Guthrie**
**Medical Board Office**
**T Building – 3rd Floor.**

Dear Sandra,

Please be advised that as of October 22, 2014, Dr. Greenberg is no longer a part of the Radiology Department at Kings County Hospital and SUNY Downstate Medical Center. This is due to termination.

Please see the attached document.

Respectfully,

*Stan Pulitzer MD*

Steven Pulitzer, MD.

451 Clarkson Avenue, Brooklyn, NY 11203
New York City Health and Hospitals Corporation

HHC 0275