64



**KINGS COUNTY HOSPITAL CENTER**
**REAPPRAISAL EVALUATION - ATTENDING STAFF**

| Name: | Department: | Reappointment Period: |
|---|---|---|
| Oded Greenberg, M.D. | Radiology | August 1, 2009 – July 31, 2011 |

The following is a snapshot analysis of professional performance, judgment, clinical and technical skills, peer recommendation and the ability to perform privileges requested.

**PLEASE PROVIDE AN EXPLANATION TO "NO" ANSWERS (S) IN THE COMMENTS SECTION ON PAGE 2.**

### SECTION I.   MEMBERSHIP FACTORS

1. Is the practitioner's activity at this facility sufficient to warrant current or requested staff category assignment?   Yes [✓]   No [ ]

2. Is the practitioner currently free of physical, mental, or behavioral conditions, including alcoholism or chemical dependency that has or may affect the practitioner's ability to perform professional and medical staff duties appropriately?   Yes [✓]   No [ ]

3. Does the practitioner adhere to ethical standards of practice?   Yes [✓]   No [ ]

4. Does the practitioner relate well and in a professional manner with colleagues and hospital employee staff?   Yes [✓]   No [ ]

5. Is the practitioner's record free of loss of privileges due to failure to comply with medical staff By-laws, rules and regulations, hospital policies?   Yes [✓]   No [ ]

6. Has the practitioner maintained the basic obligations of medical staff membership as outlined in the By-laws?   Yes [✓]   No [ ]

7. Is the practitioner's medical record completion rate acceptable?   Yes [✓]   No [ ]

### SECTION II.   CLINICAL PERFORMANCE FACTORS

1. Is the practitioner's medical litigation history since last (re) appointment acceptable?   Yes [✓]   No [ ]

2. [REDACTED]

3. Is the practitioner's record free of actions against him/her for medical disciplinary cause or reason, at this facility or another health care licensing agency?   Yes [✓]   No [ ]

4. Is the practitioner's performance within an acceptable standard of care?   Yes [✓]   No [ ]

5. Are the practitioner's clinical judgment and technical skills satisfactory?   Yes [✓]   No [ ]

### SECTION III.   CLINICAL PRIVILEGING FACTORS

1. Has the practitioner maintained education skill levels (CME) commensurate with privileges granted?   Yes [✓]   No [ ]

2. [REDACTED]

3. Has the practitioner maintained a level of activity at this facility to be considered competent?   Yes [✓]   No [ ]

4. Has the practitioner met applicable privileging maintenance requirements including, but not limited to NYS Infection Control Training?   Yes [✓]   No [ ]

Page 1 of 2

**KINGS COUNTY HOSPITAL CENTER**
**REAPPRAISAL EVALUATION - ATTENDING STAFF**

| Name: | Department: | Reappointment Period: |
|---|---|---|
| Oded Greenberg, M.D. | Radiology | August 1, 2009 – July 31, 2011 |

**COMMENTS** (Explanation to "No" Answers, excluding Questions 2 in Section II, and 2&5, Section III:)

**MANDATORY CHIEF APPLICANT SPECIFIC STATEMENT**

*Dr Greenberg provides excellent highly productive OP radiology*

**RECOMMENDATION OF CHIEF OF SERVICE**

After a thorough review of this practitioner's reappointment application, all pertinent data and documents in this practitioner's credentials file and departmental file, as well as my review of the information contained in the practitioner's QA file, and annual evaluation, I hereby make the following recommendation for reappointment of this practitioner to the Kings County Hospital Center Medical Staff:

✓ Approval   ___Provisional (recommended period and reason attached)   ___Disapproval (reason attached)

I certify that the above information is a true attestation as the clinical and professional performance of the named practitioner. I have discussed this reappraisal with the practitioner and counseled him/her as appropriate.

Date 4/6/09

Chief of Service, Signature, Salvatore Sclafani, M.D.

Page 2 of 2

  

# KINGS COUNTY HOSPITAL CENTER

Telephone: (718) 245-3908/2026
Fax: (718) 245-4062

**DATE:** January 7, 2009

**TO:** Salvatore Sclafani
Chief, Radiology

**FROM:** Vivenne Beckford
Associate Director

**SUBJECT:** Oded Greenberg, M.D.

During the credential verification process the Medical Board Office received information regarding Medical Malpractice/professional misconduct.

Please review the additional information, indicating such review and action below:

✓ Medical Malpractice/professional misconduct history reviewed; (re) appointment and request for clinical privileges recommended.

____ Medical Malpractice/professional misconduct history reviewed; (re) appointment and request for clinical privileges denied.

____ Medical Malpractice/professional misconduct history reviewed; (re) appointment recommended with the following exceptions:

_____
_____
_____

Signature, Salvatore Sclafani Chief, Radiology

Date: 4/6/09

451 Clarkson Avenue, Brooklyn, NY 11203
New York City Health and Hospitals Corporation

**Department of Radiology**                                   **Delineation of Clinical Privileges**

Applicant's Name: Oded Greenberg

Medical Staff members are appointed in accordance with their meeting the standards as stated in the bylaws of Kings County Hospital Center. A requirement of the bylaws is that each member of the staff be granted privileges in a specific department(s), and that the privileges be meaningfully delineated.

In accordance with the By-laws, I hereby apply for privileges in the Department of Radiology at Kings County Hospital Center. I further attest that I do not suffer from any physical or mental condition including drug or alcohol dependence, which would impair my ability to perform the privileges requested.

12/18/08      [signature]                          Oded Greenberg
Date          Applicant's Signature                Print Name

*I have reviewed and attest to the accuracy and validity of the education, training and competency of the above named applicant and recommend her/him for the privileges requested. I am unaware of any physical or mental condition, including potential drug or alcohol dependence, which would impair the applicant's ability to perform the requested privileges.*

4/6/09        [signature]                          Salvatore Sclafani, M.D.
Date          Signature                            Chief of Service
                                                   Department of Radiology

Recommended By:

7/28/09       [signature]                          Kathie T. Rones M.D. MPH
Date          Signature                            Medical Director

Approved By:

7/30/09       [signature]                          Alan Aviles, Esq.
Date          Signature                            President
                                                   NYC Health and Hospitals Corporation

Page 5 of 5

HHC 0580