65

Summary of interview with Andre Pyle, Computer Associate – Level 3, taken on October 14, 2014 by Stephanie Bernadel, Personnel Associate, Labor Relations.

My name is Andre Pyle and I am a Computer Associate – Level 3. I have been an employee at Kings County Hospital Center for 26 years. I do computer infrastructure work for the Department of Radiology. I've been in Radiology for about five to six years. I know Dr. Greenberg as one of the Radiologists.

During the afternoon of Friday, October 10, 2014, I was outside of the Emergency entrance between the E and S buildings at Kings County. I was coming back from a work order. I ran into Dr. Greenberg coming into the building. We stopped by the glass doors by the ER entrance to talk. He told me "yo, they just fired me." He appeared upset. He was down and depressed, not his usual self. I asked him if they were going to transfer him or give him the opportunity to work somewhere else. He said no. I said to him "so what are you going to do?" He said "I don't know but it looks like I'm going to have to take legal action." The conversation segued towards his son. Then we ended and I said "just be cool and good luck." About 10-15 minutes after I spoke to Dr. Greenberg, I went to my boss' office, Mr. Jean Aime. I told him that I had bumped into Dr. Greenberg and he had told me that he was fired. I told him that I believe that Dr. Greenberg will take legal action against the institution and shared with him that on a previous occasion months before, Dr. Greenberg had stated that he was copying reports which detailed supposed misdiagnoses from residents and attendings. I ended my conversation with Aime by stating "this could be for real, or he could just be disgruntled and won't take any action." Aime said that he was going to inform hospital police that Dr. Greenberg still has his Kings County ID and is not to be on the premises. I left Aime's office shortly after.

---

I understand that I am not to speak to anyone about this statement and it should be kept confidential. There is nothing I would like to add to this statement at this time. The aforementioned statement as told to Stephanie Bernadel, Personnel Associate, Labor Relations, is true and accurate. I have read it and made changes to have it conform to the truth, and signed it. I understand that I may be required to testify in a legal or administrative forum regarding this matter.

*Andre Pyle*
SIGNATURE

10/14/2014
DATE

SUNY 000455

CONFIDENTIAL