66

SUNY DOWNSTATE MEDICAL CENTER
(Please type or print, using ball point pen)

## MONTHLY FACULTY AND NTP INDIVIDUAL REPORT OF ATTENDANCE

FOR THE PERIOD FROM: 10/1/14 TO: 10/22/14

NAME: Oded Greenberg    DEPARTMENT: Radiology    TITLE: Clinical Asst. Professor

SOCIAL SECURITY NO: [Redacted]    [X] FT  [ ] PT    If PT, % of FT: _____

CHECK BOX AT RIGHT IF YOU ARE AN FLSA NON-EXEMPT (COVERED) EMPLOYEE [ ]    REGULAR SHIFT FROM: _____ AM/PM  TO: _____ AM/PM

**SECTION 1:** To be completed by all Faculty and NTP employees, including FLSA Non-Exempt (covered) employees, as applicable. I certify that I have been present and have met my professional obligation, as required, except for the absences indicated below:

### ABSENCES (IF ANY):

| DATE FROM OR ON | TO | NUMBER OF DAYS | ANNUAL LEAVE | SICK LEAVE | FAMILY SICK LEAVE | IN LIEU OF HOLIDAY | FMLA LEAVE | DRL | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| 10/8/14 | 10/22/14 | 11 | | | | | | | Labor Rel |

Terminated Employment 10/22

REMARKS: Calendar Year Employees should list here a day prescribed by law for the observance of a HOLIDAY on which they were required to be present:

**SECTION 2:    TO BE COMPLETED BY FLSA NON-EXEMPT (COVERED) EMPLOYEES ONLY**
REPORT OF ACTUAL HOURS WORKED IN EXCESS OF 40 HOURS/WEEKLY FOR FLSA NON-EXEMPT PROFESSIONAL EMPLOYEES
I certify that, pursuant to the provisions of the Fair Labor Standards Act Amendment of 1985, I am FLSA Non-Exempt Professional employee and, as indicated below, I have worked in excess of 40 hours per week to meet my professional obligation. (See back for additional instructions.)

| DAY OF WEEK | DATE | FROM | TO | ACTUAL # HOURS |
|---|---|---|---|---|
| | | | | |

TOTAL: _____ X 1.5 = PREMIUM HOURS: _____

**SECTION 3:**

12/9/14    [signature] MD
DATE    SIGNATURE OF PROFESSIONAL STAFF MEMBER

I verify that with the exceptions noted, the leave and/or record of actual hours worked in excess of 40 hrs/weekly as indicated above are, to the best of my knowledge, accurate and complete:

DATE    SIGNATURE OF SUPERVISOR/ CHAIR/ DIRECTOR

**SECTION 4:**
NOTE: The Official Record of Accrual Summary of Leave Credits is the record maintained by the Time & Attendance Unit. The space provided below is for recording your applicable accruals. The Supervisor is responsible for certifying the accuracy of the period of accrual activity before it is submitted to the Time & Attendance Unit.

### ACCRUAL SUMMARY OF LEAVE CREDIT

| | ANN. LV | SICK LV. | IN LIEU OF HOLIDAY | DRL | PREMIUM HRS. REPORTED IN SECTION 2 | | FMLA LEAVE TAKEN DURING CAL. YEAR | ACCUM. EMP ORG. LEAVE |
|---|---|---|---|---|---|---|---|---|
| 1. BAL BROUGHT FWD | ? | ? | | | | TOTAL PREV. USED | 9/4-9/5 | |
| 2. TIME USED (-) | 0 | 0 | | | | | | |
| 3. SUB-TOTAL: | | | | | | | | |
| 4. TIME EARNED (+) | | | | | | USED THIS PERIOD (+) | | |
| 5. NEW BALANCE | ? | ? | | | | NEW TOTAL | | |

DMC-0128 F-407 R4 (12/11)

SUNYESI00001503