UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ODED GREENBERG, M.D.,

                        Plaintiff,

    -against-                            15-CV-2343 (PKC/VMS)

SUNY DOWNSTATE ET AL.,               **REPLY DECLARATION OF**
                                                            **DEBORAH REEDE, M.D.**
                        Defendants.
-------------------------------------------------------X

        DEBORAH REEDE, M.D. affirms under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

        1.     I am currently the Chair of the Department Radiology at Defendant State University of New York Downstate Medical Center ("SUNY DMC" or "Downstate"). I submit this declaration in further support of Defendants' motion for summary judgment. As the Chair of Radiology at Downstate, I am fully familiar with Plaintiff's termination in 2014 and the reasons therefor.

        2.     Following the ACGME accreditation decision in 2014, all radiologists in the department were monitored to ensure they were complying with the schedule, spending their days reading film and available to consult with residents. Linda McMurren reviewed all timesheets during this period, not just Dr. Greenberg's, for irregularities, and brought any issues to my attention. This monitoring continues today, ensuring that physicians are complying with the schedule, spending their days reading film and available to consult with residents.

        3.     Dr. Qi Chen and Dr. Oded Greenberg were both known for time and attendance abuse, and I was aware of specific issues relating to time and attendance for both physicians in 2014. Dr. Chen, who is not White or Jewish and was 39 years old at

1

the time of the ACGME report, ultimately resigned as a result of time and attendance problems, when he was threatened with termination.

4. I made the decision to renew Dr. Greenberg in June 2014 at the time that five radiologists were non-renewed, and I was aware of his race and age at the time of the decision to renew him.

5. Esther Neiman is a former employee of University Physicians of Brooklyn, who was terminated in 2013. I never asked Ms. Neiman "what are your people doing here at this time of day," or said to her that "[I] wished [I was] Jewish because then [I] would get lots of holidays from work too" or words to that effect. The latter statement does not even make sense, since Jewish physicians must use leave time for Jewish holidays.

6. During my meeting with Dr. Greenberg on July 22, 2014, I did express that I wanted a candidate who would be engaged with residents and had an interest in academics. I did not say that I wanted someone "close to residency."

7. I regularly check my SUNY Downstate email during non-office hours, and my personal cell phone number was circulated to all physicians in the department.

8. "Academic time," meaning time away from other duties in order to focus on scholarly or academic pursuits, is paid time during regular work hours and no one in the Radiology Department at SUNY Downstate has received academic time during my tenure. Those interested in doing academic work usually did so on their own time. This includes Dr. Jinel Scott.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 14, 2018

_____
DEBORAH REEDE