UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ODED GREENBERG, M.D.,

                                   Plaintiff,

-against-                              15-CV-2343 (PKC/VMS)

SUNY DOWNSTATE ET AL.,              **REPLY DECLARATION OF**
                                                  **STEVEN PULITZER, M.D.**
                                  Defendants.
-----------------------------------------------------------X

STEVEN PULITZER, M.D. affirms under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

I am currently the Chief Medical Officer for Kings County Hospital Center ("KCHC"), a major affiliate of Defendant State University of New York Downstate Medical Center ("SUNY DMC" or "Downstate"). I submit this declaration in further support of Defendants' motion for summary judgment. In my former position of Chairman of Radiology at Kings County Hospital Center, I became and was fully familiar with Plaintiff's termination in 2014 and the reasons therefor.

1. I regularly checked my SUNY Downstate and KCHC email while I was on vacation the week of August 22, 2014, and my personal cell phone number was circulated to all physicians in the department.

2. I denied Dr. Greenberg's request for leave the week of September 1, 2014 due to the operational needs of the Department. The Radiology Department was severely understaffed that week, and there were not enough radiologists available to adequately cover the work. Specifically, I set the schedule for that week with the expectation that Dr. Oded Greenberg would cover for Dr. Patrick Hammil, who is a specialist in complex Body Imaging cases.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 14, 2018

*Steven Pulitzer*
STEVEN PULITZER