# EXHIBIT
# CCC

STATE UNIVERSITY OF NEW YORK
DOWNSTATE MEDICAL CENTER

College of Medicine  Office of the Dean
450 Clarkson Avenue  Box 97  Brooklyn NY  11203
O 270 3776   F 270 4074

CONFIDENTIAL

AY 12 13 FACULTY REVIEW & DEVELOPMENT FORM

INSTRUCTIONS: *CLICK INTO BLANK SHADED FIELDS, ENTER TEXT, SCROLL DOWN TO VIEW MORE FIELDS.*

DEAN/CHAIR:  **REEDE**

| | |
|---|---|
| Faculty Member: | *Oded Greenberg MD* |
| Payroll Title: | *Clinical Assistant Professor* |
| Local Title: | *as above* |
| Review Department: | Radiology |
| Review Dept Function Code: | 670080 |
| Division: | *Radiology (ER)* |

| | |
|---|---|
| 1. Name of Authorized Reviewer: | |
| 1. Title: | |
| 2. Name of Authorized Reviewer: | |
| 2. Title: | |

| | |
|---|---|
| Period Covering: | July 1, 2012 through June 30, 2013   AY 2012-13 |
| Date of Faculty Review Meeting: | |

---

**PART 1** *(If Chair is the Authorized Reviewer, see Part 2)*

● **AUTHORIZED REVIEWER(S):** In accordance with State University of New York's "Policies of the Board of Trustees" your department will need to submit feedback which has been discussed with your full-time Faculty for academic year 2013 regarding their academic performance and professional development.

● Please complete the topics below (#s 1 thru 8), use additional sheets, if necessary. Discuss and review the information with the faculty member and have the form signed and dated by the Authorized Reviewer and the Faculty Member (see page 2).

● Return forms, with Sections I and II completed, to the Department Chair, or designee(s), as follows: ATTN:    | Rhonda Besunder – Box #1198 |

OFF-SITE REVIEWERS: FORWARD FORMS TO DMC (450 CLARKSON AVE) CHAIR'S OFFICE.

*Once the Chair has completed Section III, the Department Administrator (or designee) can provide copies of the form to the Reviewer(s) and the Faculty Member.*

**PART 2**

● **CHAIR/DEPARTMENT ADMINISTRATOR(S):** After completion of Sections I, II and III, please ensure the Authorized Reviewer(s) and Faculty Member each receive a copy of the completed form. receive a copy of the completed form. Retain a copy for the Department's confidential files; and, please forward a copy of the completed paperwork (along with pertinent attachments, if any) in a sealed pertinent attachments, if any) in a sealed envelope marked "CONFIDENTIAL" to:

ATTN: Valerie B. James, Academic Affairs Office - College of Medicine, Box #97, Room BSB 1-9

AY 12-13 Faculty Review & Development Forms are due into the Academic Affairs Office no later than: **FRIDAY, DECEMBER 6, 2013.**

---

Complete sections I, II and III

**I. FACULTY REVIEW & DEVELOPMENT TOPICS** – *Discussions should include, but are not limited to, the following (as applicable)*

1. Progress in the development of a distinctive area of expertise.

*Case and Literature Review Daily as well as for Resident teaching*

2. Effectiveness in teaching.

*Reviews cases with Residents Individually and in Conference with emphasis on Identifying Findings and understanding pathology and pathophysiology*

3. Scholarly distinction and accomplishment.

*No publications or presentations*

4. Effectiveness in University Service.

*Teaching Residents and medical students to become more proficient radiologists and Clinicians using daily case studies*

5. Clinical competence, if applicable.

*Dr. Greenberg is a well rounded, highly proficient and accurate Diagnostition*

*G207*

STATE UNIVERSITY OF NEW YORK
DOWNSTATE MEDICAL CENTER

College of Medicine  Office of the Dean
450 Clarkson Avenue  Box 97  Brooklyn NY  11203
O  270 3776   F  270 4074

CONFIDENTIAL

AY 12 13 FACULTY REVIEW & DEVELOPMENT FORM

ATTACH ADDITIONAL SHEETS, IF NECESSARY

COMPLETE SECTIONS I, II AND III

SECTION I. FACULTY REVIEW & DEVELOPMENT TOPICS – Discussions should include, but are not limited to, the following (as applicable) - CONTINUED:

FACULTY MEMBER NAME: Oded Greenberg MD

PERIOD COVERING: July 1, 2012 through June 30, 2013    AY 2012-13

> **TO BE COMPLETED BY ACADEMIC AFFAIRS OFFICE ONLY**
>
> AY 2011-12 FACULTY REVIEW FORM AND/OR
> VERIFICATION STATEMENT ON-FILE @ ACADEMIC AFFAIRS*:
>
> ☐ YES  ☐ NO  ☐ Not required for AY 2011-12
>
> *as of

6. Plans for continuing and/or increased activity in:
   (a) Teaching

Working to prepare core curriculum and outlining Specific ER related case based power point presentations

(b) Research and Scholarship

Collecting cases for future Trauma publications.

(c) University Service

Teaching Residents and Medical Students

7. Professional development needs and opportunities.

Academic time

8. Mutual expectations regarding promotion.

? No scholarly activity to support promotion

---

**SECTION II. AUTHORIZED REVIEWER(S) & FACULTY MEMBER SIGNATURES**

Authorized Reviewer(s) and Faculty Member signatures indicate the AY 2012-13 Faculty Review and Development meeting was held and topics 1 thru 8, as applicable, have been discussed.

X _Oded Greenberg MD_ 2/11/14
**Faculty Member's Signature**          **Date**

X _[signature]_ 2/12/2014
**Authorized Reviewer's Signature**          **Date**

_Oded Greenberg MD_
**Print Name of Faculty Member**

_Alan Kaster_
**Print Name of Authorized Reviewer**

X _____
**Authorized Reviewer's Signature 2 (if applicable)**          **Date**

_____
**Print Name of Authorized Reviewer 2**

**SECTION III. STATEMENT OF THE CHAIR**

Chair's signature indicates the AY 2012-13 Faculty Review & Development process has been completed in accordance with the "Policies of the Board of Trustees" of the State University of New York

X _DEBORAH L. REEDE MD_ 2/12/14
**Print Name of Chair**          **Date**

**Deborah L. Reede, MD**

G208