UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

ODED GREENBERG, M.D.,

Plaintiff,

-against-

STATE UNIVERSITY HOSPITAL-DOWNSTATE
MEDICAL CENTER a/ka/ THE STATE UNIVERSITY
OF NEW YORK HEALTH SCIENCE CENTER AT
BROOKLYN aka SUNY DOWNSTATE MEDICAL
CENTER, NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION, KINGS COUNTY
HOSPITAL CENTER, UNITED UNIVERSITY
PROFESSIONALS, SUNY DOWNSTATE MEDICAL
CENTER CHAPTER OF UNITED UNIVERSITY
PROFESSIONALS, DEBORAH L. REEDE, STEVEN
PULITZER, and JOHN and JANE DOES 1-20,

Defendants.

-------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

15 Civ. 02343 (PKC)(VMS)

      **PLEASE TAKE NOTICE** that Assistant Corporation Counsel Amanda M. Blair

of the Office of the Corporation Counsel of the City of New York, is appearing in this matter for

defendants New York City Health and Hospitals Corporation and Kings County Hospital Center.

Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or

other information relating to this matter be addressed to me at the address below.

Dated: New York, New York
August 1, 2019

                                 Respectfully submitted,

                                 **ZACHARY W. CARTER**
                                 Corporation Counsel of the
                                   City of New York
                                 Attorney for Defendants
                                 100 Church Street, Room 2-172
                                 New York, New York 10007-2601
                                 (212) 356-8767

By:                                 _____
                                     Amanda Blair
                                   Assistant Corporation Counsel
                                   ablair@law.nyc.gov

TO:     Eric Nelson, Esq. (by ECF)
          Attorney for Plaintiff

          Christopher Vance Coulston (by ECF)
          Assistant Attorney General
          Attorney for Defendants SUNY Downstate, Reede and Pulitzer